

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

December 19, 2023

Hon. Andrew T. Baxter
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, New York 13261

    Re: *Carrion v. MacKay, et al.*
          23-CV-1306 (DNH/ATB)

Dear Judge Baxter:

Please allow this correspondence to serve as the Office of the Attorney General's response to Plaintiff's *Ex Parte* Motion for Discovery. ECF. No. 4.

To date, our office does not represent any of the named Defendants in the above referenced matter. Thus, our office does not take a position on Plaintiff's Motion for Discovery.

                Respectfully,

                LETITIA JAMES
                Attorney General of the State of New York
                The Capitol
                Albany, New York 12224-0341

                By: *s/Rachael S. Ouimet*
                Rachael S. Ouimet
                Assistant Attorney General, of Counsel
                Bar Roll No. 703304
                Telephone: (518) 776-2599
                Email: Rachael.ouimet@ag.ny.gov

cc:    Sara Wolkensdorf, Esq. (CM/ECF)
        Attorney for Plaintiff