

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

Writer Direct: (518) 776-2599
April 1, 2026

Hon. Mitchell J. Katz
United States Magistrate Judge
Federal Bldg. and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261

Re:     *Carrion v. MacKay*
         *Northern District of New York*
         23-CV-1306 (DNH/MJK)

Dear Judge Katz:

Please accept this letter as Defendant MacKay's request for a 45-day extension of the April 6, 2026 dispositive motion deadline. *See* February 12, 2026 Text Order, Dkt. No. 45.

Defendant MacKay has been on active military duty until recently and, as a result, has been unavailable to assist in the preparation of dispositive motion papers, including reviewing relevant records, providing necessary information, and consulting with counsel. Now that Defendant MacKay has returned from active duty, additional time is required to confer with him, complete a thorough review of the record, and prepare the contemplated motion.

As such, a 45-day extension will allow Defendant sufficient time to meaningfully participate in his defense and ensure that any dispositive motion filed is complete and properly supported. Plaintiff's counsel consents to the request to extend the dispositive motion deadline by 45-days.

Thank you for your kind consideration.

Respectfully submitted,

_____

Rachael S. Ouimet
Assistant Attorney General
Bar Roll No. 703304
Tel: (518) 776-2599
Email: Rachael.Ouimet@ag.ny.gov

TO:    **Sara Wolkensdorfer, Esq.  (CM/ECF)**
       Attorney for Plaintiff