UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAMIEN CARRION,

|  | |  |
|---|---|---|
| | *Plaintiff,* | **NOTICE OF MOTION** |
| -against- | | 23-CV-1306 |
| SERGEANT LEE M. MACKAY. et al., | | ECC/MJK |
| | *Defendants.* | |

---

PLEASE TAKE NOTICE that, upon the attorney declaration of Rachael S. Ouimet and annexed exhibits; declaration and annexed exhibits of Lee MacKay and Christopher Petrie; the Rule 56.1(a) Statement; the accompanying memorandum of law, and all prior pleadings and proceeding herein, Defendant Lee Mackay, on a date and time to be scheduled upon filing by the Clerk of Court, or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Syracuse, New York, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order for an order granting Defendant's motion for summary judgment to dismiss Plaintiff's Complaint in its entirety, with such other relief as this Court may deem just and proper, together with such other or further relief as may be just.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7.1(a)(1) of the Local Rules of Practice for the United States District Court, Northern District of New York, any opposition papers must be filed with the Clerk in Syracuse, New York, and served upon Defendants' counsel no more than 21 days after service of the motion.

Dated: Albany, New York
      May 22, 2026

                    LETITIA JAMES
                    New York State Attorney General
                    Attorney for Defendant
                    The Capitol
                    Albany, New York  12224

                    By: _____
                    Rachael Ouimet
                    Assistant Attorney General, of Counsel
                    Bar Roll No. 703304
                    Telephone: (518) 776-2599
                    Fax::   (518) 915-7732 (Not for service of papers)
                    Email: rachael.ouimet@ag.ny.gov

To:    Sara Wolkensdorfer, Esq.
        14 Wall St Ste 1603
        New York, NY  10005-2153
        *Via CM/ECF*