UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK


DAMIEN CARRION,

*Plaintiff,*

-against-

SERGEANT LEE M. MACKAY. et al.,

*Defendants.*


**DECLARATION OF
LEE MACKAY**

23-CV-1306

ECC/MJK


     I, LEE M. MACKAY, on the date noted below and pursuant to 28 U.S.C. § 1746, declare the following to be true and correct under penalty of perjury under the laws of the United States of America:

     1. I was employed by the New York State Department of Corrections and Community Supervision (DOCCS) from March 1, 1999, until my retirement in April of 2020. I served as a Correction Officer at Green Haven Correctional Facility (Green Haven), Auburn Correctional Facility (Auburn), Ogdensburg Correctional Facility (Ogdensburg), and Cape Vincent Correctional Facility (Cape Vincent). On April 24, 2017, I was promoted to a Sergeant at Auburn. In June of 2018, I transferred to Cape Vincent where I served as a Sergeant until my retirement in April of 2021.

     2. I am a Defendant in the above-captioned action. I submit this declaration in support of my motion for summary judgment. This declaration is based upon my personal knowledge, applicable rules and regulations, and records maintained in the regular course of business at DOCCS.

     3. At all times relevant to this matter, I was employed by DOCCS at Cape Vincent as a Housing Sergeant.

     4. Cape Vincent is and, at all times relevant, was categorized as a medium security correctional facility. Cape Vincent has 14 housing areas in an open dorm format as well as a Special Housing Unit (SHU) comprised of 32 cells.

     5. At all relevant times, I was the Tour II Housing Sergeant at Cape Vincent. My typical

14 dorms, the SHU, and the infirmary. Specifically, I was responsible for the care, custody, control, and safety of the officers and/or medical staff posted in the housing units and infirmary, and the incarcerated individuals in each unit.

6. As a Housing Sergeant, I was required to do at least one round of each housing unit and the infirmary per shift, during which I ensured that the assigned housing and infirmary officers were fulfilling their responsibilities and also answered any questions from the incarcerated population. In addition, I was responsible for responding to disturbances within housing units, including fights between incarcerated individuals, and assisting in the immediate response to restore order. Following those incidents, I also would conduct the initial assessment and investigation of those incidents.

7. As the Tour II Housing Sergeant, I was responsible for the safety and security of all the approximately 840 incarcerated individuals housed at Cape Vincent.

8. It is my understanding that Plaintiff, Damien Carrion, alleges that I violated his Eighth Amendment rights by failing to protect him from harm following gang-related incidents between the Bloods and the Latin Kings that occurred on October 28, 2020, at Cape Vincent. Specifically, Plaintiff claims that he was a former Latin King member and was involved in a fight between a Latin King member and Bloods Member on October 28, 2020. Plaintiff claims that, after the fight, he expressed to me fear of retaliation by members of the Bloods gang because of his alleged affiliation with the Latin Kings and requested to be placed in protective custody. However, Plaintiff claims that he told me he could not request protective custody because that would put a mark on his back, so he wanted to be placed in involuntary protective custody. Plaintiff further claims that I allegedly told him there was no room available in the SHU for him to be placed in protective custody, but promised he would be removed from general population the following morning if he signed a protective custody waiver. Finally, Plaintiff claims that, due to my alleged failure to provide him with protective custody, on October 29, 2020—the following day—a Bloods gang member threw boiling water on him, causing second-degree burns.

9. Plaintiff's claims are without merit. On October 28, 2020, I was not aware of Plaintiff's gang affiliation at any point in the day. I did not disregard a substantial risk to Plaintiff's health and safety and did not knowingly expose Plaintiff to a risk of serious harm. At no time did I intentionally fail to take appropriate action concerning Plaintiff's safety or housing status.

10. I did not tell Plaintiff that, if he signed a protective custody waiver, he would be removed from General Population the next day, nor did I have the authority to place Plaintiff in protective custody, the SHU, or any other area within the facility. That decision is made by someone ranking Lieutenant or higher, typically the Watch Commander.

11. My only involvement with Plaintiff on October 28, 2020, was endorsing a misbehavior report (MBR) authored by non-party Officer Beadle, *see* Misbehavior Report, attached as **Exhibit A**, and interviewing Plaintiff after the fight to ask if he wanted to be placed in protective custody, which he did not want. *See* Protective Custody Waiver, attached as **Exhibit B**.

12. It is my understanding that there were two fights that occurred on October 28, 2020, before the fight that Plaintiff was involved with in his dorm.

**The first two fights on October 28, 2020**

13. On October 28, 2020, I was on my regular day off. However, that evening, I was called into the facility to assist staff in dealing with two separate incidents involving fights between incarcerated individuals. Upon my arrival at the facility, I was made aware of the circumstances surrounding the two incidents—i.e., that there were two separate fights between incarcerated individuals.

14. The first fight occurred at approximately 5:31 p.m., on the northside walkway in front of A-1 Dorm. *See* Unusual Incident/Use of Force Report attached as **Exhibit C**. That fight involved seven incarcerated individuals. *See id.* The second fight occurred in the D-1 dorm and involved two incarcerated individuals. *See id.* It was later determined that these incidents were a result of a dispute over drugs between two rival gangs (Bloods and Latin Kings). *See id.*

15. As a result of these incidents, all nine of the incarcerated individuals involved were placed in the SHU pending a disciplinary hearing. *See id.* By 8:40 p.m. on October 28, 2020, all the SHU cells were filled and four of the nine incarcerated individuals still needed to be placed into SHU. *See* SHU Logbook attached as **Exhibit D**. To accommodate the remaining four incarcerated individuals, Acting Captain O'Gorman approved the transfer of nine other incarcerated individuals, who were already housed in Cape Vincent's SHU to Gouverneur Correctional Facility. *See* Watch Commander Logbook attached as **Exhibit E**. Starting at 10:10 p.m. on October 28, 2020, the process of transferring incarcerated individuals out of Cape Vincent's SHU began, and continued one at a time until 11:58 p.m. that same night. *See* **Exhibit D**.

16. Based on DOCCS records, Plaintiff was not involved in either the incident on the northside walkway or in D-1 Dorm. *See* **Exhibit C**.

17. On October 28, 2020, at approximately 9:45 p.m., Plaintiff was involved in a fight with two other incarcerated individuals in G-1 Dorm. *See* Altercation/Fight Investigation Form attached as **Exhibit F**. I was not present for the fight, but I was still working at the facility when it occurred.

18. DOCCS records indicate that non-party Officer Beadle reported to me that two incarcerated individuals began throwing closed fist punches in front of the officer's station in the G-1 Dorm. At some point during the altercation, Plaintiff joined in the fight and began to throw closed fist blows. Officer Beadle gave several direct orders to stop, these orders were ignored, and Officer Beadle used his Personal Alarm System (PAS) to initiate a red dot response. *See* **Exhibit F**.

19. I responded to the G-1 Dorn along with the response team. At the time, I was not the assigned Housing Sergeant but rather responded in my capacity as a uniformed Sergeant to assist with facility response operations. Upon arrival and approach by the response team, the incarcerated individuals, including Plaintiff, ceased fighting and complied with staff directives. *See* **Exhibit F**.

20. After such an incident, it was common practice at Cape Vincent for the responding sergeant to conduct an investigation. These investigations informed facility staff of what issues were happening in the facility and provided an opportunity for the responding sergeant to speak to the individuals involved about protective custody.

21. As such, I interviewed all the incarcerated individuals involved, including Plaintiff, to ascertain whether they needed to be moved out of G-1 dorm and/or enter into protective custody. *See* **Exhibit F**. It was common practice at Cape Vincent to review the protective custody waivers with the incarcerated individuals involved after a fight to ensure they were not returned to a dorm with another incarcerated individual who had threatened them.

22. During my interview of Plaintiff, he declined protective custody and signed a Protective Custody Waiver stating, "I don't want P.C. (D.C)." *See* Protective Custody Waiver, attached as **Exhibit B**.

23. While Plaintiff claims that he told me that he feared retaliation if placed back into general population, but could not request protective custody because he was in a gang and it would cause problems for him in the next facility, that is not correct. While I do not recall this specific interview with Plaintiff, I do know that, if Plaintiff made those claims, I would have filled out an involuntary protective custody form and provided it to the Watch Commander to make a decision. I had no authority to determine whether Plaintiff would be placed in involuntary protective custody, but I would certainly submit that documentation to the Watch Commander.

24. There is also no truth to Plaintiff's claim that I told him to sign the Protective Custody Waiver, and he would be removed from General Population the following day. I do not have that authority, and that is not something I would ever tell an incarcerated individual.

25. Regardless, it is my understanding that even if Plaintiff relayed this specific information to me, and I relayed it to non-party Lieutenant (Lt.) Petrie—the Watch Commander on duty—Plaintiff's request for protective custody would still be denied as that would not constitute good cause to place Plaintiff into involuntary protective custody.

26. As a result of the incident, Officer Beadle issued Plaintiff a Misbehavior Report (MBR) that I endorsed. On the MBR, it was indicated that Plaintiff was to be placed on confinement/restriction and Lt. Petrie authorized his move to E-2 Dorm, cube 18. *See* **Exhibit A**.

27. It is my understanding that Lt. Petrie moved Plaintiff to E-2 Dorm because there were no vacant cells in the SHU due to the two incidents that happened that same day. *See* **Exhibit D**. According to SHU logbooks, at the time of the incident involving Plaintiff, approximately 9:45 p.m., all 32 cells in the SHU were filled. *See id.* However, I was not involved in the decision of where to house Plaintiff, as I did not have that authority. That decision was made by Lt. Petrie.

28. Pursuant to Lt. Petrie's directive, at approximately 11:35 p.m. on October 28, 2020, I escorted Plaintiff to the E-2 Dorm, cube 18, and placed him on keeplock restriction. *See* E-2 Dorm Logbook attached as **Exhibit G**. This meant that Plaintiff was not allowed to leave his cube unless he needed to use the bathroom.

29. I am unaware of what facts Lt. Petrie considered when determining what housing unit to place Plaintiff in, i.e., whether Plaintiff was evaluated for protective custody, whether he had any known enemies in the dorm, etc. However, I can state with certainty that I was not aware of Plaintiff having known enemies in the E-2 dorm, or that he was at any risk of danger by the decision to place him on keeplock restriction in the E-2 dorm pending his disciplinary hearing.

### October 29, 2020 incident in the E-2 Dorm

30. On October 29, 2020, at approximately 11:00 p.m. in the E-2 dorm, non-party Officer Latour observed Plaintiff and three other incarcerated individuals throwing closed fist punches to each other's head and face. Officer Latour used his PAS to call a red dot response. *See* Unusual Incident Report dated October 29, 2020, attached as **Exhibit H**. I was not present to witness the fight, but I was working overtime at the facility during this time.

31. I responded to E-2 dorm along with the response team and conducted another investigation. *See* **Exhibit H**.

during my investigation. MacKay told me approximately 10 seconds after the fight, an unknown incarcerated individual threw a cup of boiling water on him, which hit him in the face, chest, and left and right hand. *See* **Exhibit H.**

33. Plaintiff was examined by a nurse, who indicated that Plaintiff was burned on his chest, face, left wrist, and outside right thumb area. **Exhibit H.** Due to the nature of his injuries, Plaintiff was authorized to be moved to Hospital bed 4 by non-party Lieutenant Harrienger. As with Plaintiff's transfer to the E-2 dorm, or purported request for protective custody, I had no authority to transfer Plaintiff to the facility Hospital.

34. As a result of this incident, Plaintiff was issued another MBR charging him with (1) fighting (Rule 100.13); (2) Violent Conduct (Rule 104.11) and (3) Direct Order (Rule 106.10). *See* **Exhibit H.**

35. According to DOCCS records, on October 30, 2020, Plaintiff was transferred to Upstate Correctional Facility and never returned to Cape Vincent. *See* Plaintiff's Chronological History Display, attached as **Exhibit I.**

36. At the time of the alleged events, I was not aware of Plaintiff's alleged gang affiliation. As a Sergeant, I did not have access to incarcerated individuals' security classification information, which includes any documented gang affiliation information.

37. I did not know Plaintiff faced a substantial risk of serious harm requiring placement in protective custody or other special housing. At no time was I aware of information establishing that Plaintiff faced a substantial risk of harm.

38. I did not disregard any known substantial risk to Plaintiff's safety. At no time did I intentionally ignore, dismiss, or refuse to address a credible safety concern presented by Plaintiff. Rather, I responded to Plaintiff consistent with facility procedures and within the scope of my authority as a Sergeant.

39. I never promised Plaintiff that he would be moved to another housing location in exchange for signing a Protective Custody Waiver. I would not make such a promise to any incarcerated individual because housing assignments and transfers were not within my authority to approve or guarantee.

40. As a Sergeant at Cape Vincent, I did not possess the authority to authorize or direct incarcerated individual housing assignments, placement changes, or transfers. Such determinations were made by appropriate facility personnel and administrative staff pursuant to DOCCS policy and institutional procedures.

41. Any statements I made to Plaintiff regarding housing or protective custody would have been limited to explaining applicable procedures and advising Plaintiff that housing decisions would be determined by the appropriate staff based upon facility operations, security considerations, and available information.

42. I always conducted myself professionally and in accordance with my responsibilities as a sergeant, in a manner consistent with DOCCS' regulations, and what I understood my obligations to be under state and federal law.

43. I declare under the penalty of perjury that the foregoing is true and correct.


Dated:     MAY 22 , 2026
       DePeyster , New York


_Lee M. Mackay_
Lee M. Mackay

EXHIBIT A

CARRION 000208

FORM 2171A (10/14)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Carrion, Danien | 17R3214 | G1 - 24 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| G1 dorm | 10/28/20 | Approx 945 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

106.10 Direct order          104.11 Violent Conduct

100.13 fighting

104.13 Disturbance

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time I Co. Beadle was at my desk on G1 dorm when inmate Cooper 19A1582 And inmate Diaz 19R0776 started fighting in front of my desk in the dorm throwing closed fist blows to each others head and face. I gave several direct orders to stop fighting, both inmates refused. During the fight inmate Carrion 17R3214 joined in the fight. This caused approx 20 inmates to stop what they were doing And started to observe what was going on. The three inmates where given a second direct order to stop fighting. the order went unnoticed And a third direct order was given and I called a Red dot response via my PAS. Inmates then complied. A response team showed up And escorted all of the inmates off the dorm with No farther Issues.

| REPORT DATE / FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | E. BEADLE | _(signature)_ | Co |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)**     SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:  1. _____

2. _____                          3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED? | YES ☒ NO ☐ | IF YES, GIVE NAME & # Diaz 19R0776 Cooper 19A1582 |
|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SI ☐ NO ☐ | DE SER SI DÉ LOS NOMBRES Y DIN |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION? YES ☐ NO ☒   (B) WAS INMATE HOUSED IN A SHU CELL? YES ☐ NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE? SI ☐ NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU? SI ☐ NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? YES ☒ NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE? SI ☐ NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT? YES ☒ NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA? SI ☐ NO ☐
IF YES, (a) CURRENT HOUSING UNIT E2-18       (b) AUTHORIZED BY Lt. Petrie
DER SER SI, (a) UNIDAD DE VIVIENDA ACTUAL       (b) AUTORIZADO POR

9. WAS PHYSICAL FORCE USED? YES ☐ NO ☒   (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA? SI ☐ NO ☐   (DER SER SI, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _(signature)_
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

# EXHIBIT B



**NEW YORK STATE**

**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## PROTECTIVE CUSTODY WAIVER

I, _CARRION, D____ _17R3214___ feel that I have no need for protection from
  (Inmate Name)        (DIN)

anyone here at Cape Vincent Correctional Facility. I feel at this time, that there is no

threat to my life by remaining in the general population of this facility.

Inmate statement

(optional): _I dont want P.C (D.C)_____

_____

_____

Inmate (print name): _Damien Carrion_____

Inmate signature: _____ Date: _10-28-20___

Interviewer (print name): _L. Mackay_____

Interviewer signature: _Sst Mackay_____ Date: _10-28-2020_

Cc:    Guidance Unit
       Captains Office

Cape Vincent Correctional Facility, 36560 State Route 12E, Cape Vincent, NY 13618-0599 | (315) 654-4100 | www.doccs.ny.gov

000042

EXHIBIT C

PAGE  1                        STATE OF NEW YORK                PRINTED AT
               DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/13/20  11:25 AM
                          UNUSUAL INCIDENT REPORT


CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138    CCC# 291403

                          UF LOG# 200031

INCIDENT DATE    10/28/20  TIME 05:31 PM  LOCATION   WALKWAYS

TELEPHONE DATE   10/29/20  TIME 12:51 PM

     PERSON CALLING      LT    Z.ROGERS
     PERSON RECEIVING    CAPT  ADAM G FRENYA

REPORT DATE     11/04/20     PERSON REPORTING LT    Z. ROGERS

    USE OF FORCE  YES       WEAPON USED  YES     WORKPLACE VIOLENCE   YES

*********************************************************************************

DISRUPTIVE BEHAVIOR        (05) 99        STAFF USE OF WEAPONS     (20) 10
OTHER                                     OC PEPPER

*********************************************************************************

DESCRIPTION:

ON 10/28/20 AT APPROX. 5:31 PM OFFICER S. BARRACO PROVIDING WALKWAY
COVERAGE ON THE NORTHSIDE WALKWAY OBSERVED A SEVERAL MAN FIGHT ON THE
WALKWAY IN FRONT OF A-1 DORM, HE CALLED FOR A RESPONSE VIA HIS RADIO. AREA
SGT. DUTTON AND THE RESPONSE TEAM RESPONDED. THE INMATES THAT WERE
IDENTIFIED AS BEING INVOLVED IN THE FIGHT WERE: ███████████████████████
████████████████████████████████████████████████████████████████
█████████████ █████████ ███ █████████ ████ ██████ CO BARRACO OBSERVED
INMATES ████████████████████████ FIGHTING, HE GAVE THEM SEVERAL ORDERS TO
STOP, THEY DIDN'T COMPLY. FORCE BECAME NECESSARY, OFFICER BARRACO USED ONE
APPLICATION CONSISTING OF (2) 1 SECOND BURSTS OF OC SPRAY FROM CANISTER 65,
LOT 04219, SERIAL 30528 TO THE HEAD AND NECK OF BOTH INMATES. THE DESIRED
EFFECT WAS ACHIEVED AND BOTH INMATES SEPARATED. OFFICER SYLVESTER RESPONDED
AND OBSERVED INMATES ████████████ ON TOP OF INMATE ███████ STRIKING HIM
WITH CLOSED FIST BLOWS. CO SYLVESTER GAVE INMATE █████████ SEVERAL
ORDERS TO STOP, INMATE ████████████ DIDN'T COMPLY. FORCE BECAME
NECESSARY, OFFICER SYLVESTER USED ONE APPLICATION CONSISTING OF (2) 1
SECOND BURSTS OF OC SPRAY FROM CANISTER 61, LOT 22420, SERIAL 39860 TO THE
HEAD AND NECK OF INMATE █████████ AND INMATE ████████ WAS HIT WITH OVER
SPRAY. INMATE ████████ WHO WAS ENGAGED IN THE FIGHT WITH AN UNKNOWN
INMATE WAS HIT WITH SAME APPLICATION OF OC PEPPER SPRAY DEPLOYED BY CO
SYLVESTER IN THE FACE. THE DESIRED EFFECT WAS NOT ACHIEVED. OFFICER
SYLVESTER USED BODY HOLDS TO FORCE INMATE █████████ TO THE GROUND.
ONCE SEPARATED BOTH INMATES BECAME COMPLIANT AND SYLVESTER APPLIED
MECHANICAL RESTRAINTS TO INMATE █████████ INMATE ██████████
STOPPED FIGHTING WITH AN UNKNOWN INMATE AND BECAME COMPLIANT. OFFICER DRAKE

PAGE   2                      STATE OF NEW YORK                  PRINTED AT
             DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION     11/13/20  11:25 AM
                          UNUSUAL INCIDENT REPORT


     CAPE VINCENT GENERAL        FAC CODE 584    FAC LOG# 200138    CCC# 291403

                          UF LOG# 200031

     INCIDENT DATE   10/28/20  TIME 05:31 PM  LOCATION   WALKWAYS

        USE OF FORCE   YES       WEAPON USED   YES      WORKPLACE VIOLENCE   YES

     *********************************************************************************

     DESCRIPTION:                          (CONTINUED)
     RESPONDED AND OBSERVED INMATE ████████ ENGAGED IN A FIGHT WITH AN UNKNOWN
     INMATE. DRAKE GAVE THEM BOTH SEVERAL ORDERS TO STOP THEY DIDN'T COMPLY.
     FORCE BECAME NECESSARY. OFFICER DRAKE USED BODY HOLDS TO FORCE INMATE █████
     TO THE GROUND FACE FIRST. ████████ BECAME COMPLIANT. CO VANTASSLE OBSERVED
     ████████ PUNCHING ANOTHER UNKNOWN INMATE INVOLVED IN THE FIGHT AND ORDERED
     THEM TO STOP, INMATE █████ COMPLIED AND BECAME COMPLIANT THE OTHER INMATE
     RETREATED INTO THE CROWD. ALL INMATES INVOLVED BECAME COMPLIANT AND FORCE
     ENDED. AT THE TIME OF THE INCIDENT THERE WERE APPROXIMATELY 70 INMATES ON
     THE WALKWAY.


     *********************************************************************************

     EVENTS CAUSING:

      SEVERAL INMATES ENGAGED IN A FIGHT ON THE NORTH SIDE WALKWAY, WHICH WAS
      OBSERVED AND REPORTED BY OFFICER BARRACO VIA RADIO. ORDERS WERE NOT
      FOLLOWED TO CEASE FIGHTING AND FORCE BECAME NECESSARY.


     *********************************************************************************

     ACTION TAKEN:

      ALL INMATES WERE ESCORTED TO THE INFIRMARY BY UNINVOLVED STAFF. THE
      FOLLOWING INMATES WERE DECONTAMINATED PER DIRECTIVE 4903: ████████████
      ████████████████████████████████████ ALL INVOLVED INMATES WERE
      EXAMINED BY MEDICAL AND REPORTED THE FOLLOWING INJURIES: ████████████
      ████████████████████████████████████████████████████████████████████
      ████████████████████████████████████████████████████████████████████
      ████████████████████████████████████████████████████████████████████
      ████████████████████████████████████████████████████ ALL OF THE
      INMATE'S INJURIES WERE DEEMED CONSISTENT WITH A FIGHT BY SGT. DUTTON. ALL
      STAFF INVOLVED IN THE USE OF FORCE WERE SEEN BY MEDICAL AND REPORTED THE

PAGE   3                          STATE OF NEW YORK                    PRINTED AT
          DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      11/13/20  11:25 AM
                          UNUSUAL INCIDENT REPORT


CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138    CCC# 291403

                              UF LOG# 200031

INCIDENT DATE   10/28/20   TIME 05:31 PM   LOCATION   WALKWAYS

          USE OF FORCE   YES          WEAPON USED   YES      WORKPLACE VIOLENCE   YES

*********************************************************************************

ACTION TAKEN:                              (CONTINUED)
  FOLLOWING INJURIES: ███████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████   ALL STAFF REMAINED ON DUTY. THE FOLLOWING INMATES
WERE ADMITTED TO SHU PENDING A DISCIPLINARY. INMATE ███████ WAS ADMITTED TO
SHU-C-29 BY SGT WICKS WITH NO TRIGGERS NOTED ON 3152. INMATE ███████████████
WAS ADMITTED TO SHU-A-9 BY SGT WICKS WITH NO TRIGGERS NOTED ON 3152.
INMATE ██████████████ WAS ADMITTED TO SHU-B-23 BY SGT WICKS WITH NO
TRIGGERS NOTED ON 3152. INMATE ███████ WAS ADMITTED TO SHU-B-20 BY SGT MACKAY
WITH NO TRIGGERS NOTED ON 3152. INMATE ███████ WAS ADMITTED TO SHU-C-27 BY
SGT MACKAY, WITH NO TRIGGERS NOTED ON 3152. INMATE ███████ WAS ADMITTED TO
SHU-C-31 PENDING AN IPC HEARING BY SGT WICKS WITH NO TRIGGERS NOTED ON
3152. SGT. DUTTON AUTHORIZED CUBE FRISKS OF ALL INVOLVED INMATES WITH NO
CONTRABAND FOUND. OC PEPPER CANISTERS #65 AND #61 WERE SECURED PER
DIRECTIVE 4903. ALL PHOTOGRAPHS WERE TAKEN. SGT. DUTTON'S INVESTIGATION
DETERMINED THE INCIDENT WAS BETWEEN BLOODS AND THE LATIN KINGS GANGS OVER A
DISPUTE OVER DRUGS. ALL PERTINENT PAPERWORK WAS COMPLETED AND SUBMITTED.
NOTIFICATIONS: O.D. DSS J. KNAPP, ACT SUPT. DSA R. KELLAR, HUB SUPT. B.
OMEARA.


*********************************************************************************

MEDICAL REPORT:

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

O'CONNER                      /NURSE                     10/28/20   08:00 PM
              EXAMINER NAME/TITLE                        EXAM DATE/TIME


*********************************************************************************

```
PAGE   4                      STATE OF NEW YORK                 PRINTED AT
             DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      11/13/20  11:25 AM
                            UNUSUAL INCIDENT REPORT


      CAPE VINCENT GENERAL          FAC CODE 584   FAC LOG# 200138   CCC# 291403

                            UF LOG# 200031

      INCIDENT DATE   10/28/20  TIME 05:31 PM  LOCATION  WALKWAYS

          USE OF FORCE   YES       WEAPON USED   YES     WORKPLACE VIOLENCE   YES

      *****************************************************************************
      PROPERTY DAMAGE:

        N/A



      *****************************************************************************
      NOTIFICATION (FAMILY):

        N/A

      NOTIFICATION (POLICE/OTHER):

        N/A



      *****************************************************************************
                            INMATE INFORMATION:
      *****************************************************************************
```

|  |  | ETHNIC- HISPANIC |
|---|---|---|

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | |
|---|---|---|---|---|
| DISRUP BEH   - OTHER | PERP | BODY USE | | |

|  |  | ETHNIC- HISPANIC |
|---|---|---|

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| DISRUP BEH   - OTHER | PERP | BODY USE | CHEM AGTS | |
| STF WEAPONS  - OC PEPPER | PERP | | | |

|  |  | ETHNIC- HISPANIC |
|---|---|---|

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| DISRUP BEH   - OTHER | PERP | BODY USE | CHEM AGTS | |
| STF WEAPONS  - OC PEPPER | PERP | | | |

|  |  | ETHNIC- HISPANIC |
|---|---|---|

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|

```
PAGE   5                        STATE OF NEW YORK              PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   11/13/20  11:25 AM
                            UNUSUAL INCIDENT REPORT
```

CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138    CCC# 291403

UF LOG# 200031

INCIDENT DATE    10/28/20   TIME 05:31 PM   LOCATION   WALKWAYS

USE OF FORCE   YES          WEAPON USED   YES        WORKPLACE VIOLENCE   YES

```
**************************************************************************
                          INMATE INFORMATION:
**************************************************************************
```
█████████████████████████████████████████████████|ETHNIC-

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| DISRUP BEH    - OTHER | PERP | BODY USE | CHEM AGTS | ██████ |
| STF WEAPONS  - OC PEPPER | PERP | | | |

```
**************************************************************************
```
████████████████████████████████████████████|ETHNIC- BLACK

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| DISRUP BEH    - OTHER | PERP | BODY USE | BODY HOLD | ██████ |

```
**************************************************************************
```
█████████████████████████████████████████|ETHNIC- BLACK

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| DISRUP BEH    - OTHER | PERP | | | ██████ |
| STF WEAPONS  - OC PEPPER | PARTIC | | | |

```
**************************************************************************
```
████████████████████████████████████████████|ETHNIC- BLACK

| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|
| DISRUP BEH    - OTHER | PERP | BODY USE | CHEM AGTS | ██████ |
| STF WEAPONS  - OC PEPPER | PERP | | | |

```
**************************************************************************
                          EMPLOYEE INFORMATION:
**************************************************************************
```

SYLVESTER, S████                    CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DISRUP BEH    - OTHER | CHEM AGTS | ████████ | |
| STF WEAPONS  - OC PEPPER | | | |

```
**************************************************************************
```

```
PAGE    6                         STATE OF NEW YORK                  PRINTED AT
                 DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/13/20  11:25 AM
                              UNUSUAL INCIDENT REPORT


      CAPE VINCENT GENERAL            FAC CODE 584    FAC LOG# 200138    CCC# 291403

                              UF LOG# 200031

      INCIDENT DATE    10/28/20  TIME 05:31 PM  LOCATION   WALKWAYS

          USE OF FORCE   YES        WEAPON USED   YES     WORKPLACE VIOLENCE   YES

      ********************************************************************************
                                  EMPLOYEE INFORMATION:
      ********************************************************************************
      BARRACO, S██████████████            CO

          GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY        DEGREE
          DISRUP BEH   - OTHER               CHEM AGTS     ████████████████████████
          STF WEAPONS  - OC PEPPER
      ********************************************************************************

      DUTTON, R████████               SGT

          GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY        DEGREE
          DISRUP BEH   - OTHER                             ████████████████████████
          STF WEAPONS  - OC PEPPER
      ********************************************************************************

      DRAKE, J█████████               CO

          GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY        DEGREE
          DISRUP BEH   - OTHER               BODY HOLD     ████████████████████████
      ********************************************************************************

      WICKS, CH██████████             SGT

          GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY        DEGREE
          DISRUP BEH   - OTHER                             ████████████████████████
      ********************************************************************************

      VANTASSEL, ███████              CO

          GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY        DEGREE
          DISRUP BEH   - OTHER                             ████████████████████████
      ********************************************************************************

      MACKAY, L██████                 SGT

          GEN INCIDENT - SPECIFIC INCIDENT       FORCE        INJURY        DEGREE
          DISRUP BEH   - OTHER                             ████████████████████████

      ********************************************************************************


          DSS JEREMY KNAPP_____        11/13/20
          ACTING SUPERINTENDENT                              DATE
```

PAGE   6                        STATE OF NEW YORK                    PRINTED AT
                DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   11/04/20   06:46 AM
                            UNUSUAL INCIDENT REPORT


CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138    CCC# 291403

                              UF LOG# 200031

INCIDENT DATE   10/28/20   TIME 05:31 PM   LOCATION   WALKWAYS

     USE OF FORCE   YES       WEAPON USED   YES

******************************************************************************
                         EMPLOYEE INFORMATION:
******************************************************************************
BARRACO, SA██████████████     CO

     GEN INCIDENT - SPECIFIC INCIDENT      FORCE          INJURY       DEGREE
     DISRUP BEH    - OTHER               CHEM AGTS      ██████████████
     STF WEAPONS   - OC PEPPER
******************************************************************************

DUTTON, R██████████          SGT

     GEN INCIDENT - SPECIFIC INCIDENT      FORCE          INJURY       DEGREE
     DISRUP BEH    - OTHER                              ██████████████████████
     STF WEAPONS   - OC PEPPER
******************************************************************************

DRAKE, JA████████            CO

     GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY        DEGREE
     DISRUP BEH    - OTHER                BODY HOLD    ████████████████████
******************************************************************************

WICKS, C██████████████       SGT

     GEN INCIDENT - SPECIFIC INCIDENT      FORCE          INJURY       DEGREE
     DISRUP BEH    - OTHER                              ██████████████████████
******************************************************************************

VANTASSEL, C██████████       CO

     GEN INCIDENT - SPECIFIC INCIDENT      FORCE         INJURY        DEGREE
     DISRUP BEH    - OTHER                              ██████████████████████
******************************************************************************

MACKAY, L████████            SGT

     GEN INCIDENT - SPECIFIC INCIDENT      FORCE          INJURY       DEGREE
     DISRUP BEH    - OTHER                              ██████████████████████

******************************************************************************


                                                           11/13/20
          SUPERINTENDENT'S SIGNATURE                          DATE

                                                                    000191

FORM 2171A (10/14)         STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1
_____ Cape Vincent _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ▮ | ▮ | G1-22B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| N Side Walkway | 10/28/20 | Approx 5³¹ |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Attempted assult on Staff 100.11
Violent Conduct 104.11
Interference 107.10

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approx. time I C.O. S.Sylvester while attempting to deploy OC spray to stop a fight in front of A1 dorm Inmate ▮ approached me from my left side, swinging his right hand towards the OC Spray in my right hand, attempting to disarm me. I reacted by side-slipping away from ▮ avoiding his attack. I turned toward inmate ▮ he then retreated allowing me to return focus back to the fight

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | S.Sylvester | | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES:**
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:  1. _____
2. _____                                         3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

6. WERE OTHER INMATES INVOLVED?     YES☐   NO☒    IF YES, GIVE NAME & # _____
¿HUBO OTROS RECLUSOS ENVUELTOS?    SÍ ☐   NO ☐    DE SER SÍ DÉ LOS NOMBRES Y DIN _____

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES☐  NO☒   (B) WAS INMATE HOUSED IN A SHU CELL?  YES☐  NO☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?  SÍ ☐  NO ☐   OR♦O   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SÍ ☐  NO ☐

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES☒  NO☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?  SÍ ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?  YES☒  NO☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SÍ ☐  NO ☐
IF YES, (a) CURRENT HOUSING UNIT  SHU C-29     (b) AUTHORIZED BY  Lt Rogers
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____  (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?  YES☐  NO☒   (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?  SÍ ☐  NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)
000192

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

Cape Vincent _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ███████████████████████████████ | ██████████████████████ | B1-39 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| North Side walkway | 10/28/20 | 5:31pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.13 Fighting      106.10 Direct order
104.11 violent conduct
104.13 Disturbance

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and time after I called for a response on the north side walk way, via my radio, I observed inmate ████████████ and inmate ███████████████ exchanging closed fist punches to the face and head of eachother. I gave several direct orders to stop fighting and neither inmate complied. At that time I sprayed inmate ███████ to the head and face reaching the desired effect. Inmate ███████ became compliant and I then applied mechanical restraints, and he was escorted out of the area.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | S. Barreca | S.Barreca | C.O. |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)**     SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS: 1. _____

2. _____    3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED? | YES ☒ | NO ☐ | IF YES, GIVE NAME & # ████████████████ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | sí ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN _____ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐   NO ☒    (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDIENTE?   sí ☐   NO ☐    ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   sí ☐   NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☒   NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   sí ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☒   NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   sí ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT SHU C-29    (b) AUTHORIZED BY L) Rogers
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____    (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☒   NO ☐    (IF YES, FILE FORM 2104) UOF 20-031
¿SE USÓ FUERZA FISICA?   sí ☐   NO ☐    (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000193

FORM 2171A (10/14)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ███████████████ | ███████████ | D1-28 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| North Side Walkway | 10\28\20 | 5:31 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.13 Fighting          106.10 Direct order

104.11 Violent Conduct

104.13 Disturbance

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and time after I called for a response on the north side walkway, via my radio, I observed inmate ████████████ and inmate ████████████ exchanging closed fist punches to the face and head of eachother. I gave several direct orders to stop fighting and neither inmate complied. At that time I sprayed inmate ████████ to the head and face reaching the desired effect. Inmate ████████ became compliant and was placed in mechanical restraints and escorted out of the area.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10\28\20 | S. Barraco | S. Barraco | C.O. |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES:**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:  1. _____

2. _____     3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED? | YES ☒ | NO ☐ | IF YES, GIVE NAME & # ████████████ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☒  (B) WAS INMATE HOUSED IN A SHU CELL?  YES ☐  NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?  SÍ ☐  NO ☐  ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SÍ ☐  NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES ☒  NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?  SÍ ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?  YES ☒  NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SÍ ☐  NO ☐
IF YES, (a) CURRENT HOUSING UNIT __SHU C-27__        (b) AUTHORIZED BY __Lt. Rogers__
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____        (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?  YES ☒  NO ☐  (IF YES, FILE FORM 2104) __UoF 20-031__
¿SE USÓ FUERZA FISICA?  SÍ ☐  NO ☐  (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

000194

FORM 2171A (10/14)
Side 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_____Cape Vincent_____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ████████████ | ████████████ | A1-49B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| N. Side Walkway | 10/28/20 | Approx 5³⁰ P |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Fighting 100.13          Direct Order 106.10

Violent Conduct 104.11

Disturbance 104.13

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approx time I C.O. S.Sylvester, responded to a red dot on the north side walkway. I observed inmate ████████ ████████ on top of inmate ████████████████ exchanging close fist punches to the head and upper body. I gave several direct orders to "break it up" without compliance. At this time force was used to gain compliance. Inmates were separated and escorted to medical by uninvolved staff

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | S.Sylvester | [signature] | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)**     SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:    1. _____

2. _____     3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

**6. WERE OTHER INMATES INVOLVED?**     YES ☑     NO ☐     IF YES, GIVE NAME & # ████████████

¿HUBO OTROS RECLUSOS ENVUELTOS?     SÍ ☐     NO ☐     DE SER SÍ DÉ LOS NOMBRES Y DIN _____

**7. AT THE TIME OF THIS INCIDENT:** (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?     YES ☐   NO ☒     (B) WAS INMATE HOUSED IN A SHU CELL?     YES ☐   NO ☒

¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?     SÍ ☐   NO ☐     ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?     SÍ ☐   NO ☐

OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?     YES ☑   NO ☐

¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?     SÍ ☐   NO ☐

**8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?**     YES ☒     NO ☐

¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?     SÍ ☐     NO ☐

IF YES, (a) CURRENT HOUSING UNIT _____SHU C-31_____     (b) AUTHORIZED BY _Lt Reyes_

DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____     (b) AUTORIZADO POR _____

**9. WAS PHYSICAL FORCE USED?**     YES ☑   NO ☐     (IF YES, FILE FORM 2104) _20-031_

¿SE USÓ FUERZA FISICA?     SÍ ☐   NO ☐     (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____

ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000195

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1
_____Cape Vincent_____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ████████████████████████ | ██████████ | C1-198 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| N. Side Walkway | 10/28/20 | Approx 5:31 P |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Fighting 100.13        Direct order 106.10
Violent Conduct 104.11
Disturbance 104.13

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approx time I. C.O. Silvester, responded to a red dot on the North side walkway. I observed ████████████ ████████ on top of inmate ██████████████████ exchanging close fist punches to the head and upper body. I gave several direct orders to "break it up" without compliance. At this time force was used to gain compliance. Inmates were separated and escorted to medical by uninvolved staff

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | S. Sylvester | [signature] | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)      SIGNATURES:**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS:  1. _____

2. _____     3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED? | YES ☒ | NO ☐ | IF YES, GIVE NAME & # ████████████████ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐   NO ☒      (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?   SÍ ☐   NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   SÍ ☐   NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☒   NO ☐
¿SE CONFINÓ/RESTRINGIÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   SÍ ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☒   NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   SÍ ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT ___SHU A-8___      (b) AUTHORIZED BY ___Lt Rogers___
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____      (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☒   NO ☐   (IF YES, FILE FORM 2104)   20-031
¿SE USÓ FUERZA FISICA?   SÍ ☐   NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104)

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Discipliaria   AMARILLA - Recluso (después de la resión)

000196

FORM 2171A (10/14)
Side 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_Cape Vincent_ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ███████████████████████ | ███████████ | B1-22B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| Northside Walkway | 10/28/20 | Approx 5:31 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Fighting 100.13
Violent Conduct 104.11
Disturbance 104.13

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time, I C.O. VanTassel was responding to a red dot on the northside walkway when I observed inmate ████████████████ exchanging closed fist blows to the head and upper body with an unidentified inmate. I ordered inmate ███ to the ground which he complied. I then placed mechanical restraints on the compliant inmate and escorted him to the infirmary.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | C. VanTassel | C-V-S | C.O. |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES:**
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:  1._____

2._____     3._____

**NOTE: Fold back Page 2 on dotted line before completing below.**

6. WERE OTHER INMATES INVOLVED?     YES ☑   NO ☐   IF YES, GIVE NAME & # ___Unknown___
¿HUBO OTROS RECLUSOS ENVUELTOS?     SI ☐   NO ☐   DE SER SÍ DÉ LOS NOMBRES Y DIN _____

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐   NO ☑   (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?   SI ☐   NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   SI ☐   NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☑   NO ☐
¿SE CONFINÓ/RESTRINGIÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   SI ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☑   NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   SI ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT ___SHU B-20___   (b) AUTHORIZED BY ___Lt. Rogers___
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____   (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☐   NO ☑   (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?   SI ☐   NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

FORM 2171A (10/14)
Side 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## Cape Vincent Correctional Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) • NOMERE DEL RECLUSO (Apelido, Nombre) | NO. • NUM | HOUSING LOCATION ♦ CELDA B-1-49 |
|---|---|---|
| 2 LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE Northside Walkway Front of A-Block | INCIDENT DATE ♦ FECHA October 28, 2020 | INCIDENT TIME ♦ HORA 5:31PM Approximately |

3 RULE VIOLATION(S) ♦ VIOLACIONES

| 100.13 | FIGHTING | 109.12 | MOVEMENT REGULATION VIOLATION |
|---|---|---|---|
| 104.11 | VIOLENT CONDUCT | | |
| 104.13 | CREATING A DISTURBANCE | | |

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE

Through my investigation I have concluded that Inmate ███████████ was involved in the multiman fight that was on the northside walkway in front of A-Block due to the fact that he was covered with OC spray.

| REPORT DATE ♦ FECHA 10/28/20 | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME R. Dutton | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO Sergeant |
|---|---|---|---|

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)          SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)                     FIRMAS:   1 _____

2 _____                                    3 _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED    YES [X]  NO [ ]      IF YES, GIVE NAME & # _____ Unknown |
|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS?   Si [ ]  NO [ ]      DE SER SI DE LOS NOMBRES Y DIN _____ |

| 7. AT THE TIME OF THIS INCIDENT, WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?      YES [ ]  NO [X] |
|---|
| ¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE?                          Si [ ]  NO [ ] |
| AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES [ ]  NO [X]     OR ♦ O |
| ¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   Si [ ]  NO [ ] |

| 8. WAS INMATE MOVED TO ANOTHER HOUSING UNIT?     YES [X]  NO [ ] |
|---|
| ¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   Si [ ]  NO [ ] |
| IF YES (a) CURRENT HOUSING UNIT ____ SHu B-23 ____     (b) AUTHORIZED BY   Lt. Rogers |
| DER SER SI, (a) UNIDAD DE VIVIENDA ACTUAL _____     (b) AUTHORIZADO POR |

| 9. WAS PHYSICAL FORCE USED?   YES [X]  NO [ ]     (IF YES) FILE FORM 2104   UoF 20-031 |
|---|
| ¿SE USO FUZREA FISICA?   Si [ ]  NO [ ]     (DER SER SI, SOMETA EL FORMULARIO No. 2104) |

AREA SUPERVISOR ENDORSEMENT
ENDOSO DEL SUPERVISOR DEL AREA

Distributión: WHITE - Disciplinary Office  CANARY - Inmate (After review)  ♦  Distribucion: BLANCA - Oficinia Discipliaria  AMARILLA - recluso (déspues de a resión)

000198

FORM 2171A (10/14)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | D-1-10B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| North Side Walkway | 10-28-20 | Approximate 5:36 |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Fighting 100.13  Direct order 106.10  Creating disturbance 104.13
Movement Violation 109.12  Violent Conduct 104.11

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time I CO J. Drake responded to a red dot response on the North Side walkway. I observed inmate ▮▮▮▮▮ D-1-10B I observed swinging close fist blows with an unknown inmate, I gave him several direct orders to stop. He then turned and began to flee. I then used force by applying a rear body hold and took him to the ground. ▮▮▮▮ then became compliant and all force stopped. Mechanical restraints were applied. Inmate ▮▮▮▮ was then escorted to the infirmary by uninvolved staff where he was seen by medical staff.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10-28-20 | CO J. Drake | _(signature)_ | Correction Officer |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)   SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)   FIRMAS:  1. _____

2. _____   3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

6. WERE OTHER INMATES INVOLVED?   YES ☒   NO ☐   IF YES, GIVE NAME & # _Unknown_
¿HUBO OTROS RECLUSOS ENVUELTOS?   SÍ ☐   NO ☐   DE SER SÍ DÉ LOS NOMBRES Y DIN _____

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐   NO ☒   (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?   SÍ ☐   NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   SÍ ☐   NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☐   NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   SÍ ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☐   NO ☒
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   SÍ ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT _SHU B-15_   (b) AUTHORIZED BY _Lt. Rogers_
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____   (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☒   NO ☐   (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?   SÍ ☐   NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000199

FORM 2171B (10/14)
Side 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**Cape Vincent Correctional**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMERE DEL RECLUSO (Apelido, Nombre) | NO. • NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | D-1-39 |

| 2 LOCATION OF INCIDENT ♦ VIOLACIONES | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| D-1 Housing Unit | October 28, 2020 | 9:00pm  Approximately |

**3 RULE VIOLATION(S) ♦**

100.13    FIGHTING

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE**

On the above date and time, I Sergeant R. Dutton completed my investigation into a disturbance heard by Officer McAnauIty on D-1 dorm as he was letting in inmates from returning from the mess hall just after a large disturbance had occurred on the walkway. Inmate ▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| REPORT ♦ DATE FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 10/28/20 | R. Dutton | | Sergeant |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)        SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)        FIRMAS:    1 _____

2 _____        3 _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED | YES [X]  NO [ ] | IF YES, GIVE NAME & # _____ Brogno, Anthony 17A5065 D-1-17 |
|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SI [ ]  NO [ ] | DE SER SI DE LOS NOMBRES Y DIN _____ |

7.. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?    YES [X]  NO [ ]    (B) WAS INMATE HOUSED IN SHU CELL?    YES [ ]  NO [X]

¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE?    SI [ ]  NO [ ]    ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?    SI [ ]  NO [ ]
OR ♦ O

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?    YES [X]  NO [ ]

¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?    SI [ ]  NO [ ]

8. WAS INMATE MOVED TO ANOTHER HOUSING UNIT?    YES [X]  NO [ ]

¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?    SI [ ]  NO [ ]

IF YES (a) CURRENT HOUSING UNIT _____ SHU-B-17 _____    (b) AUTHORIZED BY _____ Lt Rogers _____

DER SER SI. (a) UNIDAD DE VIVIENDA ACTUAL. _____    (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?    YES [ ]  NO [X]    (IF YES) FILE FORM 2104 _____

¿SE USO FUZREA FISICA?    SI [ ]  NO [ ]    (DER SER SI. SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL AREA _____

Distribución: WHITE - Disciplinary Office  CANARY - Inmate (After review) ♦ Distribucion: BLANCA - Oficinia Discipliaria  AMARILLA - recluso (déspues de a resión)

000200

FORM 2171B (10/14)
Side 1

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**Cape Vincent Correctional**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMERE DEL RECLUSO (Apelido, Nombre) | NO. • NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | D-1-17 |

| 2 LOCATION OF INCIDENT ♦ VIOLACIONES | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| D-1 Housing Unit | October 28, 2020 | 9:00pm   Approximately |

**3 RULE VIOLATION(S) ♦**

100.13   FIGHTING

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE**

On the above date and time, I Sergeant R. Dutton completed my investigation into a disturbance heard by Officer McAnaulty on D-1 dorm as he was letting in inmates from returning from the mess hall just after a large disturbance had occurred on the walkway. Inmate ▓▓▓▓▓▓▓▓▓▓▓▓▓ was seen by medical ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| REPORT♦ DATE FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 10/28/20 | R. Dutton | | Sergeant |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)         SIGNATURES :
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS:   1 _____

2 _____          3 _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED | YES [X]   NO [ ] | IF YES, GIVE NAME & # _____ ▓▓▓▓▓ |
|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | Si [ ]   NO [ ] | DE SER SI DE LOS NOMBRES Y DIN |

7. . AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES [ ]  NO [X]   (B) WAS INMATE HOUSED IN SHU CELL?   YES [ ]  NO [X]
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE?   Si [ ]  NO [ ]   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   Si [ ]  NO [ ]

OR ♦ O

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES [X]   NO [ ]
¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   Si [ ]   NO [ ]

8. WAS INMATE MOVED TO ANOTHER HOUSING UNIT?   YES [X]   NO [ ]
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   Si [ ]   NO [ ]

IF YES (a) CURRENT HOUSING UNIT _____ SHU B-22 _____   (b) AUTHORIZED BY _____ Lt Rogers _____
DER SER SI. (a) UNIDAD DE VIVIENDA ACTUAL.   (b) AUTHORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES [X]   NO [ ]   (IF YES) FILE FORM 2104) _____
¿SE USO FUZREA FISICA?   Si [ ]   NO [ ]   (DER SER SI. SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL AREA _____

Distribución: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribucion: BLANCA - Oficinia Discipliaria   AMARILLA - recluso (déspues de a resión)

000201

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                    USE OF FORCE REPORT
11:23:42              CAPE VINCENT GENERAL                  UF LOG NO. 200031.00
                 INCIDENT DATE 10/28/20  TIME 05:31PM       UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                         CB LOG NO.
=================================================================================
INMATE                        DIN/NYSID ETHNIC ROLE
███████████████████████████        HSP      PERP
=================================================================================
STAFF INVOLVED          TITLE     FORCE1      FORCE2      FORCE3      DEGREE

SYLVESTER, S███████        CO     CHEM AGTS                           MINOR
=================================================================================
```

DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
INMATE ████████████ WAS FIGHTING ON THE NORTH SIDE WALKWAY WITH A
UNIDENTIFIED INMATE.

```
=================================================================================
```

DESCRIBE ACTUAL FORCE USED:
WHEN OFFICER SYLEVESTER USED ONE APPLICATION OF OC PEPPER SPRAY TO INMATE
███████████████████████ WHO WAS FIGHTING WITH INMATE ████████████████
INMATE ████████████████ WAS HIT IN THE FACE WITH OC PEPPER SPRAY. ██████████
████████ STOPPED FIGHTING WITH THE UNIDENTIFIED INMATE AND BECAME COMPLIANT.

```
=================================================================================
```

PAGE 1.01

000202

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                    USE OF FORCE REPORT
11:23:42              CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                INCIDENT DATE 10/28/20  TIME 05:31PM   UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                     CB LOG NO.
=============================================================================
INMATE                        DIN/NYSID ETHNIC ROLE
█████████████████████████         HSP      PERP
=============================================================================
EXAMINERS   NAME                  TITLE        EXAM DATE   TIME
LEAVERY-WELLER                    NURSE        10/28/20   07:05PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT.
█████████████████████████████████████████████████████████████████




=============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO               WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                       DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ██████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?    ██████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-B-23
REPORTED BY: SGT   R. DUTTON                     DATE: 10/28/20
REVIEWED BY: LT   Z. ROGERS                      DATE: 11/04/20
=============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.




=============================================================================

DSS JEREMY KNAPP                                 11/13/20
ACTING SUPERINTENDENT                            DATE
                                                        PAGE 2
```

```
UNS571          STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                          USE OF FORCE REPORT
06:46:33               CAPE VINCENT GENERAL                 UF LOG NO. 200031.00
                 INCIDENT DATE 10/28/20  TIME 05:31PM       UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                         CB LOG NO.
=================================================================================
 INMATE                        DIN/NYSID ETHNIC ROLE
 ██████████████████████████       HSP      PERP
=================================================================================
EXAMINERS  NAME                   TITLE          EXAM DATE   TIME
LEAVERY-WELLER                    NURSE          10/28/20    07:05PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT.
```

██████████████████████████████████████████████████████████████

```
=================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                    WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                            DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?     ██████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO   TRANSFERRED TO: SHU-B-23
REPORTED BY: SGT    R. DUTTON                         DATE: 10/28/20
REVIEWED BY: LT     Z. ROGERS                         DATE: 11/04/20
=================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of Force that was reasonable and necessary under the circumstances.

```
=================================================================================
```

A/Supt. J. Lapp -DSS                         11/13/20
                                                  DATE

                                                        PAGE 2

```
UNS571       STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:24:03              CAPE VINCENT GENERAL                  UF LOG NO. 200031.00
                  INCIDENT DATE 10/28/20  TIME 05:31PM      UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                        CB LOG NO.
=============================================================================
 INMATE                      DIN/NYSID ETHNIC ROLE
 ███████████████████████████           HSP      PERP
=============================================================================
STAFF INVOLVED              TITLE    FORCE1      FORCE2     FORCE3     DEGREE

BARRACO, S.████████████      CO      CHEM AGTS
=============================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER BARRACO OBSERVED INMATES ██████████████████████ FIGHTING ON
THE WALKWAY. BARRAOCO GAVE THEM SEVERAL DIRECT ORDER TO STOP, THEY
DIDN'T COMPLY FORCE BECAME NECESSARY.




=============================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER BARRACO THEN APPLIED ONE APPLICATION OF OC PEPPER SPRAY TO
███████ AND INMATE ███████████ HEAD AND FACE HAVING THE DESIRED EFFECT.
INMATES ███████████████ BECAME COMPLIANT. ALL FORCE CEASED.




=============================================================================
```

PAGE 1.01

000205

```
UNS571       STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                        USE OF FORCE REPORT
11:24:03                   CAPE VINCENT GENERAL                UF LOG NO. 200031.00
                   INCIDENT DATE 10/28/20  TIME 05:31PM        UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                           CB LOG NO.
==========================================================================================
INMATE                           DIN/NYSID ETHNIC ROLE
████████████████████████              HSP      PERP
==========================================================================================
EXAMINERS   NAME                 TITLE            EXAM DATE   TIME
O'CONNER                         NURSE            10/28/20    08:00PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:

████████████████████████████████████

```
==========================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                     WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                          DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?  █████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO: SHU-C-29
REPORTED BY: SGT    R. DUTTON                          DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                           DATE: 11/04/20
==========================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.
```

```
==========================================================================================

DSS JEREMY KNAPP                                      11/13/20
ACTING SUPERINTENDENT                                 DATE
                                                              PAGE 2
```

000206

```
UNS571     STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                     USE OF FORCE REPORT
07:07:53              CAPE VINCENT GENERAL                UF LOG NO. 200031.00
               INCIDENT DATE 10/28/20  TIME 05:31PM       UI CCC NO. 291403
GEN LOC. 41 WALKWAYS     SPEC LOC.                         CB LOG NO.
==================================================================================
INMATE                    DIN/NYSID ETHNIC ROLE
██████████████████             HSP      PERP
==================================================================================
EXAMINERS  NAME                TITLE         EXAM DATE   TIME
O'CONNER                       NURSE         10/28/20    08:00PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:

██████████████████████████

```
==================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                     WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                            DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? █████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED? ████
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO: SHU-C-29
REPORTED BY: SGT   R. DUTTON                          DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                          DATE: 11/04/20
==================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

*Staff utilized that degree of force which was reasonable and justified under the circumstances.*

*[signature] -DSS*

*11/13/20*
DATE

PAGE 2

000207

```
UNS571    STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:24:24            CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                 INCIDENT DATE 10/28/20  TIME 05:31PM  UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                   CB LOG NO.
=================================================================================
INMATE                    DIN/NYSID ETHNIC ROLE
█████████████████████████           HSP       PERP
=================================================================================
STAFF INVOLVED            TITLE     FORCE1      FORCE2      FORCE3     DEGREE

SYLVESTER, S███████        CO      CHEM AGTS   MECH RESTR             MINOR
=================================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
CO SYLVESTER OBSERVED ████████ON TOP OF INMATE ███████████ EXCHANGING
CLOSED FIST PUNCHES AT EACH OTHERS HEAD AND BODY. SYLVESTER GAVE THEM
SEVERAL DIRECT ORDERS TO BREAK IT UP, ALL ORDERS WERE IGNORED. FORCE
BECAME NECESSARY.




=================================================================================
DESCRIBE ACTUAL FORCE USED:
SYLEVESTER APPLIED ONE APPLICATION OF OC SPRAY TO █████████ THIS DIDN'T
HAVE THE DESIRED EFFECT. USING BODY HOLD SYLVESTER GRABBED ████████BY
THE BACK OF HIS SHIRT FORCING ████████ FACE FIRST TO THE GROUND. HE BECAME
COMPLIANT AND ALL FORCE CEASED. SYLVESTER THEN APPLIED MECHANICAL
RESTRAINTS.




=================================================================================
```

PAGE 1.01

000208

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                       USE OF FORCE REPORT
11:24:24              CAPE VINCENT GENERAL                    UF LOG NO. 200031.00
               INCIDENT DATE 10/28/20  TIME 05:31PM           UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                          CB LOG NO.
=========================================================================
INMATE                    DIN/NYSID ETHNIC ROLE
█████████████████████         HSP     PERP
=========================================================================
EXAMINERS  NAME                 TITLE          EXAM DATE   TIME
O,CONNER                        NURSE          10/28/20    06:24PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:

████████████████████████████████████████████

```
=========================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                 WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                        DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ██████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?    █████
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-A-9
REPORTED BY: SGT    R. DUTTON                      DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                       DATE: 11/04/20
=========================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.




=========================================================================

DSS JEREMY KNAPP_____        11/13/20
ACTING SUPERINTENDENT                            DATE
                                                          PAGE 2
```

000209

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                       USE OF FORCE REPORT
06:46:40                     CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                     INCIDENT DATE 10/28/20  TIME 05:31PM      UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                           CB LOG NO.
===================================================================================
INMATE                         DIN/NYSID ETHNIC ROLE
                                         HSP      PERP
===================================================================================
EXAMINERS  NAME                  TITLE              EXAM DATE   TIME
O,CONNER                         NURSE              10/28/20    06:24PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:

```
===================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                    WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                          DATE:    /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO   TRANSFERED TO: SHU-A-9
REPORTED BY: SGT    R. DUTTON                            DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                             DATE: 11/04/20
===================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of force that was reasonable and justified under the circumstances.

-ASS

11/13/20
DATE

PAGE 2

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:24:48                    CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                   INCIDENT DATE 10/28/20  TIME 05:31PM       UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                           CB LOG NO.
================================================================================
INMATE                        DIN/NYSID ETHNIC ROLE
██████████████████████         BLK      PERP
================================================================================
STAFF INVOLVED              TITLE    FORCE1     FORCE2     FORCE3     DEGREE

DRAKE, J.████                 CO     BODY HOLD                        MINOR
================================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
AS OFFICER DRAKE WAS RESPONDING TO THE RED DOT HE OBSERVED INMATE ████████
RUNNING AWAY FROM AN UNKNOWN INMATE, WHO HE OBSERVED HIM SWING CLOSED
FIST BLOWS AT. DRAKE GAVE ██████ SEVERAL ORDERS TO STOP HE DIDN'T COMPLY
AND STARTED TO RUN FROM THE OFFICER. FROM THERE FORCE BECAME NECESSARY.




================================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER DRAKE USED A REAR HUG BODY HOLD TO FORCE ██████ TO THE GROUND.
INMATE BECAME COMPLIANT.




================================================================================
```

PAGE 1.01

000211

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                    USE OF FORCE REPORT
11:24:48              CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                  INCIDENT DATE 10/28/20  TIME 05:31PM  UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                     CB LOG NO.
===================================================================================
INMATE                     DIN/NYSID ETHNIC ROLE
██████████████████████████    BLK      PERP
===================================================================================
EXAMINERS  NAME                TITLE           EXAM DATE   TIME
LEAVERY-WELLER                 NURSE           10/28/20    06:51PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
████████████████████████████████████████████████




===================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                  WAS VIDEOTAPE REVIEWED?    NO
AUTHORIZED BY:                                            DATE:    /   /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ██████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED? ███████
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO: SHU-B-14
REPORTED BY: SGT    R. DUTTON                         DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                          DATE: 11/04/20
===================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.




===================================================================================

DSS JEREMY KNAPP                                     11/13/20
ACTING SUPERINTENDENT                                DATE
                                                         PAGE 2
```

```
UNS571       STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                        USE OF FORCE REPORT
06:46:45                      CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                    INCIDENT DATE 10/28/20  TIME 05:31PM        UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                             CB LOG NO.
===============================================================================
INMATE                      DIN/NYSID ETHNIC ROLE
███████████████████████████ BLK       PERP
===============================================================================
EXAMINERS  NAME                   TITLE           EXAM DATE    TIME
LEAVERY-WELLER                    NURSE           10/28/20     06:51PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:

███████████████████████████████████████████

```
===============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                    WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                              DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?      ████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO: SHU-B-14
REPORTED BY: SGT   R. DUTTON                           DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                           DATE: 11/04/20
===============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of Force which was reasonable and necessary under the circumstances.

```
===============================================================================
```

Asupt. J. Gipp-DSS                                      11/13/20
                                                        DATE

PAGE 2

000213

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                    USE OF FORCE REPORT
11:25:24               CAPE VINCENT GENERAL                UF LOG NO. 200031.00
                  INCIDENT DATE 10/28/20  TIME 05:31PM     UI CCC NO. 291403
GEN LOC. 41 WALKWAYS     SPEC LOC.                         CB LOG NO.
===================================================================================
INMATE                       DIN/NYSID  ETHNIC ROLE
█████████████████████████      BLK     PERP
===================================================================================
STAFF INVOLVED            TITLE     FORCE1     FORCE2     FORCE3      DEGREE

SYLVESTER, S███████       CO       CHEM AGTS                          MINOR
===================================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER SYLVESTER OBSERVED INMATE████████████████████████ EXCHANGING
CLOSED FIST PUNCHES TO EACH OTHERS HEAD AND BODY. SYLVESTER GAVE THEM
SEVERAL DIRECT ORDERS TO BREAK IT UP, ALL ORDERS WERE IGNORED. FORCE
BECAME NECESSARY.




===================================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER SYLVESTER APPLIED ONE APPLICATION OF OC PEPPER SPRAY TO INMATE
███████  INMATE███████WAS STRUCK IN THE FACE WITH THIS APPLICATION.
INMATE ████████ECAME COMPLIANT.




===================================================================================
```

PAGE 1.01

000214

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                    USE OF FORCE REPORT
11:25:24           CAPE VINCENT GENERAL                   UF LOG NO. 200031.00
                INCIDENT DATE 10/28/20  TIME 05:31PM      UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                       CB LOG NO.
============================================================================
INMATE                    DIN/NYSID ETHNIC ROLE
███████████████████████            BLK      PERP
============================================================================
EXAMINERS  NAME                  TITLE          EXAM DATE   TIME
O'CONNER                         NURSE          10/28/20    05:48PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
```

███████████████████████████████████████████████

```
============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                  WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                        DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?  ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?   ████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-C-31
REPORTED BY: SGT   R. DUTTON                        DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                        DATE: 11/04/20
============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.
```

```
============================================================================
DSS JEREMY KNAPP                                    11/13/20
ACTING SUPERINTENDENT                               DATE
                                                              PAGE 2
```

000215

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                        USE OF FORCE REPORT
06:46:48              CAPE VINCENT GENERAL                    UF LOG NO. 200031.00
             INCIDENT DATE 10/28/20  TIME 05:31PM             UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                          CB LOG NO.
==========================================================================
INMATE                        DIN/NYSID ETHNIC ROLE
                                        BLK      PERP
==========================================================================
EXAMINERS  NAME                    TITLE          EXAM DATE    TIME
O'CONNER                           NURSE          10/28/20     05:48PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
```

```
==========================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                    WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                              DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-C-31
REPORTED BY: SGT   R. DUTTON                       DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                        DATE: 11/04/20
==========================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of force Which was reasonable and Justified under the Circumstances.

```
==========================================================================
```

A/Supt. J. Lapp - DSS

11/13/20
DATE

PAGE 2

000216

```
UNS571        STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:25:45              CAPE VINCENT GENERAL                    UF LOG NO. 200031.00
                   INCIDENT DATE 10/28/20  TIME 05:31PM       UI CCC NO. 291403
GEN LOC. 41 WALKWAYS     SPEC LOC.                            CB LOG NO.
=================================================================================
INMATE                        DIN/NYSID ETHNIC ROLE
████████████████████████████            BLK     PERP
=================================================================================
STAFF INVOLVED              TITLE     FORCE1     FORCE2     FORCE3     DEGREE

BARRACO, S,████████████      CO      CHEM AGTS
=================================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER BARRACO OBSERVED INMATE ███████ AND INMATE ██████████████ FIGHTING
ON THE WALKWAY. BARRACO GAVE THEM SEVERAL DIRECT ORDERS TO STOP, THEY
DIDN'T COMPLY. FORCE BECAME NECESSARY.




=================================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER BARRACO THEN APPLIED ONE APPLICATION OF OC PEPPER SPRAY TO
█████████AND INMATE ███████████ HEAD AND FACE HAVING THE DESIRED EFFECT.
INMATES███████████████BECAME COMPLIANT. ALL FORCE CEASED.




=================================================================================
```

PAGE 1.01

000217

```
UNS571       STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:25:45              CAPE VINCENT GENERAL                 UF LOG NO. 200031.00
                INCIDENT DATE 10/28/20  TIME 05:31PM       UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                       CB LOG NO.
=====================================================================================
INMATE                     DIN/NYSID ETHNIC ROLE
████████████████████████           BLK      PERP
=====================================================================================
EXAMINERS  NAME                 TITLE          EXAM DATE   TIME
O'CONNER                        NURSE          10/28/20    07:23PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
███████████████████████████████████████




=====================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                    WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                            DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?    █████
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-C-27
REPORTED BY: SGT    R. DUTTON                             DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                              DATE: 11/04/20
=====================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.








=====================================================================================
DSS JEREMY KNAPP                                          11/13/20
ACTING SUPERINTENDENT                                     DATE
                                                               PAGE 2
```

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                     USE OF FORCE REPORT
06:46:52                CAPE VINCENT GENERAL                 UF LOG NO. 200031.00
                 INCIDENT DATE 10/28/20  TIME 05:31PM        UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                         CB LOG NO.
========================================================================================
INMATE                   DIN/NYSID ETHNIC ROLE
████████████████████████████████ BLK      PERP
========================================================================================
EXAMINERS   NAME                  TITLE           EXAM DATE   TIME
O'CONNER                          NURSE           10/28/20    07:23PM


PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
████████████████████████████████████████████████




                                     ⸱




========================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                      WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                                DATE:    /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?       █████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-C-27
REPORTED BY: SGT    R. DUTTON                             DATE: 10/28/20
REVIEWED BY: LT     Z. ROGERS                             DATE: 11/04/20
========================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of force that was reasonable and justified under the circumstances.

========================================================================================

A.Supt. J. Crepp -DSS                              11/13/20
                                                   DATE
                                                            PAGE 2

000219

FORM # 2104 (3/16)
1 OF 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ☐ other reports filed under this Use of Force Log #

## USE OF FORCE REPORT

Ref. Directives #4004, 4944
(Prior To Completing Form,
See Reverse For Instructions

| REPORTING STAFF | | REPORTING STAFF | |
|---|---|---|---|
| Name: | R.Dutton | Title: | Sergeant |
| Cape Vincent Correctional **FACILITY:** | October 28, 2020 Incident Date: | Facility Use of Force | 2 0 - 0 3 1 |
| Walkway A-1 Incident Location: | 5:31pm Incident Time: | If Unusual Incident, CCC Log #: | 2 9 1 4 0 3 |

### 1. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| ██████████ | | B-1-39 | 3 | 02 Participant 03 Perpetrator |
| ██████████ | | D-1-28 | 3 | 04 Suspect 05 Victim |
| ██████████ | | C-1-19 | 3 | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. C.O. S. Barraco | | 5. | |
| 2. C.O. S. Sylvester | | 6. | |
| 3. C.O. J. Drake | | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)**

ON 10/28/20 AT APPROX. 5:31 PM OFFICER S. BARRACO providing walkway coverage on the northside walkway observed a several man fight on the walkway in front of A-1 dorm, he called for a response via his radio. When I arrived it was reported to me that C.O. Barraco observed inmates ██████████ B-1-39 and ██████████ D-1-28b fighting, he gave them several order to stop, they did not comply. Force became necessary to separate the inmates. . Officer Sylvester responded and observed inmates, ██████████ on top of ██████████ A-1-49 exchanging closed fist blows to the head and upper body, he gave them several orders to stop fighting, they did not comply. Force became necessary.. Officer Drake responded and observed inmate ██████████ engaged in a fight with an unknown inmate. Force became necessary when ████ attempted to flee the area.

| | | | |
|---|---|---|---|
| R. Dutton REPORTER - NAME | Signature | Sergeant Title | 10-28-20 Date |

Dist: Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved

000220

FORM # 2104 (3/16)
1 OF 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE REPORT

Ref. Directives #4004, 4944
(Prior To Completing Form,
See Reverse For Instructions)

| REPORTING STAFF | | REPORTING STAFF | |
|---|---|---|---|
| Name: | R.Dutton | Title: | Sergeant |
| Cape Vincent Correctional **FACILITY:** | October 28, 2020 Incident Date: | Facility Use of Force | 2 0 - 0 3 1 |
| Walkway A-1 Incident Location: | 5:31pm Incident Time: | If Unusual Incident, CCC Log #: | |

### 1. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander 02 Participant 03 Perpetrator 04 Suspect 05 Victim 06 Witness |
|---|---|---|---|---|
| | | B-1-49 | 3 | |
| | | A-1-49 | 3 | |
| | | D-1-10 | 3 | |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. C.O. S. Barraco | | 5. | |
| 2. C.O. S. Sylvester | | 6. | |
| 3. C.O. J. Drake | | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)**

R. Dutton
REPORTER - NAME

Signature

Sergeant
Title

10-28-20
Date

Dist: Original - Superintendent            Copy - Guidance unit file(s) of inmate(s) involved

000221

CONTINUED

FORM # 2104 (3/16)
Part A 2 of 2

Ref. Directives #4004, 4944

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ____ other
reports filed under this
Use of Force Log #

## USE OF FORCE REPORT

| TYPE OF FORCE USED | 02.03 | 01 Baton<br>02 Body Holds | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter; Individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

Officer Barraco used one application of OC spray consisting on 2 one second bursts from canister 65, lot# 04219, serial# 30528 to the head and neck of both inmates. The desired effect was achieved and both inmates separated, and all force stopped. Officer Sylvester used one application of OC spray consisting of 2 one second bursts from canister 61, Lot# 22420, serial# 39860 to the head and neck of inmate ▓▓▓▓ ▓▓▓▓ In doing so inmates ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ B-1-49b, who was engaged in the fight with an unknown inmate were hit with OC spray in the face. The desired effect was not achieved. Officer Sylvester used body holds to separate inmate ▓▓▓▓▓▓▓▓▓▓▓▓ from inmate ▓▓▓▓ C.O. Sylvester forced ▓▓▓▓▓▓ face first to the ground. Once separated both inmates became compliant and Sylvester applied mechanical restraints to inmate ▓▓▓▓▓▓▓▓▓▓ Inmate ▓▓▓▓▓▓▓▓▓▓▓ once hit with over spray became compliant and was placed in mechanical restraints by uninvolved staff. Officer Drake used body holds to force ▓▓▓▓ to the ground face first. ▓▓▓▓ became compliant and all force ceased, ▓▓▓▓ was placed in mechanical restraints by uninvolved staff.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information; Description of any injuries you sustained.)

All involved inmates were escorted to the infirmary by uninvolved staff. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| REPORTER - Name | Signature | Title | Date |
|---|---|---|---|
| R. Dutton | | Sergeant | 10-28-20 |

Dist: Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved

000222

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form.
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: S. Barraco | Title: C.O. |
| FACILITY: Cape Vincent    Incident Date: 10/28/20 <br> North Side walkway <br> Incident Location:    Incident Time: 5:31 Pm | Facility Use of Force:  2 0 - 1 3 4 |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | '01 Bystander |
|---|---|---|---|---|
| ████████████ | ████████ | B1-39 | 3 | 02 Participant <br> 03 Perpetrator |
| | | D1-28 | 3 | 04 Suspect <br> 05 Victim <br> 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. S. Barraco | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

On the above date and time I observed a multiple man fight on the north side walkway in front of A-1 dorm. I then Called Cape Vincent base for a response. I then started yelling direct orders to stop fighting and get on the ground. I observed inmate ████ exchanging closed fist punches with inmate ████████ to the head and face. Zero inmates complied to my direct orders and I then felt that force was necessary.

| REPORTER – Name | Signature | Title | Date |
|---|---|---|---|
| S Barraco | S Barraco | C.O. | 10/28/20 |

Dist.:  Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

000223

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 3 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I then deployed 1 application of oc spray Consisting of 2, 1 second bursts from canister 65 to inmate ▮▮▮▮▮ and inmate ▮▮▮▮▮ head and face having the desired effect. Inmate ▮▮▮▮ and inmate ▮▮▮▮▮ became compliant. All force ceased.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

Inmate ▮▮▮▮▮ and inmate ▮▮▮▮ ▮▮▮▮▮ were escorted to the infirmary by uninvolved staff and ▮▮▮▮▮

| S Barraco | S Barraco | C.O. | 10/28/20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

000224

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ~~6~~ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | | | REPORTING STAFF | |
|---|---|---|---|---|
| Name: J. Sylvester | | | Title: Corrections Officer | |
| FACILITY: Cape Vincent | Incident Date: 10/25/20 | | Facility Use of Force: | Z O - O 3 1 |
| Incident Location: N. Side Walkway | Incident Time: 5³¹ᵣ | | | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | C1 - 19B | 3 | 02 Participant |
| | | B1 - 49B | 3 | 03 Perpetrator |
| | | A1 - 49B | 3 | 04 Suspect 05 Victim 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. J. Sylvester | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

On the above date and approx. time I responded to a red dot on the north side walkway in front of A1 dorm. I observed inmate ▮▮▮▮ and ▮▮▮▮▮ exchange close fist punches at each others head and body. I gave several direct orders to "Break it up", all orders were ignored. At this time force became necessary.

| J. Sylvester | [signature] | CO | 10/28/20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent     Copy – Guidance Unit file(s) of inmate(s) involved

000225

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 02 03 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I deployed 1 application of OC Spray from Canister 61, consisting of 2-1 second bursts, to inmate ▓▓▓▓▓▓▓ This did not have the desired effect. Using body holds I grabbed inmate ▓▓▓▓ by the back of his shirt forcing him face first to the ground. Inmate ▓▓▓▓ became compliant and force ceased. Inmate ▓▓▓ was struck in the face during the application of OC Spray. Inmate ▓▓▓ was found to have also been struck in the face with OC Spray.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

I applied mechanical wrist restraints on inmate ▓▓▓▓▓▓ Uninvolved staff arrived and escorted ▓▓▓▓▓▓▓▓▓▓ to the infirmary to be seen by medical.
▓▓▓▓▓▓▓▓▓▓

| Si Sylvester | | CO | 10/28/20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

000226

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

**USE OF FORCE**
**STAFF MEMORANDUM**

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: J. Drake | Title: Correction Officer |
| FACILITY: Cape Vincent    Incident Date: 10-28-20 | Facility Use of Force: 20 - 031 |
| Incident Location: N. Side Walkway    Incident Time: 5:31p | |

**I. REPORT OF INCIDENT**

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮ | D-1-10B | 03 | 02 Participant |
| | | | | 03 Perpetrator |
| | | | | 04 Suspect |
| | | | | 05 Victim |
| | | | | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. CO J. Drake | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.) On the above date and approximate time I was positioned at F Shack post on the South side walkway. I then heard Cape Vincent base call for a red dot response to the North Side walkway. As I was responding to the red dot I observed inmate ▮▮▮▮▮ D-1-10B running away from an unknown inmate, who I saw him swing closed fist blows at. I gave ▮▮▮▮ direct orders to stop he did Not comply and Started to run from me. From there force became Necessary to Stop inmate ▮▮▮▮ from fleeing the area.

| J. Drake | | | |
|---|---|---|---|
| REPORTER – Name | Signature | Corrections officer   Title | 10-28-20   Date |

Dist.: Original – Superintendent     Copy – Guidance Unit file(s) of inmate(s) involved

000227

CONTINUED

FORM #2104 (3/16)
Part A 2 of 2

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

Ref. Directives #4004, #4944

## USE OF FORCE REPORT

| TYPE OF FORCE USED | 02 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter: Individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I used Rear hug body hold to force ▉ to the ground. Inmate became compliant all force ceased. Inmate ▉ was cuffed by an unknown officer.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

Inmate ▉ was escorted to the infirmary by uninvolved Staff and seen by medical staff.

J. Drake
REPORTER – Name

*[signature]*
Signature

Correction Officer
Title

10-28-20
Date

Dist: Original-Superintendent          Copy-Guidance unit file(s) of inmate(s) involved

000228

FORM 2104.1 (4/12)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**USE OF FORCE REPORT (CONT'D)**

Ref. Directive #4944, 4004

There are ⊘ other reports filed under this Use of Force Log #

| FACILITY CS80 | Date & Time of Incident 10-28-20  5³¹/pm | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|
| INMATE NAME | DIN | If Unusual Incident, CCC Log # | 2 9 1 1 4 0 3 |

**PART B - PHYSICAL EXAMINATION / TREATMENT REPORT**

EXAMINER'S NAME AND TITLE  Leavery - Weller, RN-S/278   Date & Time of Examination  10-28-20  6⁵¹/pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

EXAMINER'S SIGNATURE AND DATE  Leavery - Weller, RN/278   10-28-20

**PART C - REVIEW AND EVALUATION BY SUPERINTENDENT**

Staff utilized that degree of force which was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE   11/13/20 - DSS

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000229

FORM 2104.1ADD (4/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**USE OF FORCE REPORT - PART B - ADDENDUM**
Ref. Directive #4944, 4004

| FACILITY C580 | Date & Time of Incident 10-28-20  5³¹/pm | Facility Use of Force Log # | 2 0 - 0 3 1 |
|---|---|---|---|

INMATE NAME ████████  DIN ████████  Cell Location D1-10B

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

EXAMINER'S NAME AND TITLE  Leavery-Weller, RN-2/278   Date & Time of Examination 10-28-20  6⁵¹/pm

EXAMINER'S SIGNATURE AND DATE  Leavery-Weller, RN /278

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000230

FORM 2104.1 (4/12)　　　　STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Ref. Directive #4944, 4004　　　　**USE OF FORCE REPORT (CONT'D)**

There are ☑ other reports filed under this Use of Force Log #

| FACILITY CS80 | Date & Time of Incident 10-28-20 531/am | Facility Use of Force Log # | 20-031 |
| INMATE NAME | DIN | If Unusual Incident, CCC Log # | 291903 |

**PART B - PHYSICAL EXAMINATION / TREATMENT REPORT**

EXAMINER'S NAME AND TITLE　Leavery – Weller, RN-2　　Date & Time of Examination　10-28-20　705/pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

EXAMINER'S SIGNATURE AND DATE　Leavery – Weller, RN/278　　10/28/20

**PART C - REVIEW AND EVALUATION BY SUPERINTENDENT**

Staff utilized that degree of Force that was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE　　　- DSS　11/13/20

Dist: Original - Superintendent　　Copy - Guidance unit file(s) of inmate(s) involved

000231

FORM 2104.1ADD (4/12)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Ref. Directive #4944, 4004          **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C580 | Date & Time of Incident 10-28-20  5B1/pm | | Facility Use of Force Log # 20-031 |
|---|---|---|---|
| INMATE NAME | PIN | Cell Location B1-49 | |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE  R. Leavery-Weller, RN-2 | Date & Time of Examination 10-28-20  705/pm |
|---|---|

EXAMINER'S SIGNATURE AND DATE  Leavery-Weller, RN /578      10/28/20

Dist: Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved

000232

FORM 2104.1 (4/12)    STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**USE OF FORCE REPORT (CONT'D)**

Ref. Directive #4944, 4004

There are **0** other reports filed under this Use of Force Log #

| FACILITY | Date & Time of Incident | Facility Use of Force Log # |
|---|---|---|
| C580 | 10/28/20    5:31 | 2 0 – 0 3 1 |

| INMATE NAME | DIN | If Unusual Incident, CCC Log # |
|---|---|---|
| | | 2 9 ( 9 0 ) |

### PART B – PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE

[REDACTED] O'Connor RN

Date & Time of Examination

10·28·20    6:24 pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

[REDACTED]

EXAMINER'S SIGNATURE AND DATE

[REDACTED] O'Connor RN

### PART C – REVIEW AND EVALUATION BY SUPERINTENDENT

Staff utilized that degree of Force which was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE

[signature] DSS   11/13/20

Dist: Original – Superintendent    Copy – Guidance unit file(s) of inmate(s) involved

000233

FORM 2104.1ADD (4/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**USE OF FORCE REPORT - PART B - ADDENDUM**
Ref. Directive #4944, 4004

| FACILITY C580 | Date & Time of Incident 10-28-20  5:31 pm | Facility Use of Force Log # 2 0 — 0 3 1 |
|---|---|---|
| INMATE NAME ▓▓▓▓ | DIN ▓▓▓ | Cell Location C₁-19 B |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE  O'Connor RN | Date & Time of Examination 10·28·20  6:24 pm |
|---|---|

EXAMINER ▓▓▓ AND DATE  O'Connor RN

Dist:  Original - Superintendent     Copy - Guidance unit file(s) of inmate(s) involved

000234

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

## USE OF FORCE REPORT (CONT'D)

There are ☑ other reports filed under this Use of Force Log #

| FACILITY C580 | Date & Time of Incident 10.28.20  5:31 pm | Facility Use of Force Log # | 20-031 |
|---|---|---|---|
| INMATE NAME ▮▮▮▮ | DIN ▮▮▮▮ | If Unusual Incident, CCC Log # | 29 1 1403 |

### PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE  ▮▮▮ O'Connor RN

Date & Time of Examination  10.28.20  7:23 p

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EXAMINE ▮▮▮▮ ND DATE  O'Connor RN

### PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

Staff utilized that degree of Force which was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE  ▮▮▮▮ DSS  11/13/20

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000235

FORM 2104.1ADD (4/12)      STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004      **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C540 | Date & Time of Incident 10.28.20  5:31 | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|

| INMATE NAME | DIN | Cell Location D.-28 B |
|---|---|---|

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE ▓ O'Connor RN | Date & Time of Examination 10.28.20  7:23 pm |
|---|---|

EXAMINER'S SIGNATURE AND DATE ▓ O'Connor RN

Dist: Original - Superintendent      Copy - Guidance unit file(s) of inmate(s) involved

000236

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**USE OF FORCE REPORT (CONT'D)**

There are ___Ø___ other reports filed under this Use of Force Log #

| FACILITY C580 | Date & Time of Incident 10·28·20  5:31 | Facility Use of Force Log # | 2 0 — 0 3 1 |
| INMATE NAME | DIN | If Unusual Incident, CCC Log # | 2 9 1 1 9 0 1 |

## PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE   O'Connor RN

Date & Time of Examination   10·28·20  8:00 pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

EXAMINER'S SIGNATURE AND DATE   O'Connor RN

## PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

Staff utilized that degree of force which was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE   _____ 11/13/20

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000237

FORM 2104.1ADD (4/12)       STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004              **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C580 | Date & Time of Incident 10.28.20    5:31pm | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|
| INMATE NAME ██████ | DIN ██████ | Cell Location B₁ - 39B | |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE  O'Connor RN | Date & Time of Examination 10.28.20    8:00 pm |
|---|---|

EXAMIN███████ ██E AND DATE    O'Connor RN

Dist: Original - Superintendent       Copy - Guidance unit file(s) of inmate(s) involved

000238

FORM 2104.1ADD (4/12)　　STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004　　**USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C 580 | Date & Time of Incident 10.28.20　5:31 pm | | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|---|
| INMATE NAME ▓▓▓ | DIN ▓▓▓ | | Cell Location A,-49 | |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE ▓▓ O'Connor RN | Date & Time of Examination 10.28.20　5:48 pm |
|---|---|

EXAMINER'S SIGNATURE AND DATE ▓▓ O'Connor RN 10.28.20

Dist: Original - Superintendent　　Copy - Guidance unit file(s) of inmate(s) involved

000239

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**USE OF FORCE REPORT (CONT'D)**

There are ___∅___ other reports filed under this Use of Force Log #

| FACILITY C580 | Date & Time of Incident 10.28.20 | Facility Use of Force Log # | 2 0 — 0 3 1 |
| INMATE NAME ▮▮▮▮▮ | DIN | If Unusual Incident, CCC Log # | 4 9 1 1 9 0 1 |

### PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE  ▮▮▮ O'Connor RN

Date & Time of Examination  10.28.20  5:48 pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDER)

[REDACTED]

▮▮ O'Connor RN 10.28.20

### PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

Staff utilized that degree of force which was reasonable and Justified under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE  ▮▮▮▮ -DSS  11/13/20

Dist: Original - Superintendent      Copy - Guidance unit file(s) of inmate(s) involved

000240

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE INJURY REPORT

| Facility | Date of Injury | Time of Injury | Location Injury Occurred |
|---|---|---|---|
| c580 | 10-28-20 | 531/pm | Walkway outside Messhall |

| Inmate Name | PIN | Housing Location |
|---|---|---|
| ████████ | ████████ | B1-49 |

**What was cause of inmate's injury?**

████████████████████████

**Inmate's Statement:**

_Unable to sign / cuffed_
Inmate's Signature / Date

**Witnesses**

**Reporting Employee**                    **Title**

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: | Time:    AM/PM |
|---|---|
| 10-28-20 | 705/pm |

████████████████████████████████████

| Signature | Print | Title |
|---|---|---|
| Leavery-Weller, RN | Leavery-Weller | RN-2/278 |

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.                    000241

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE INJURY REPORT

| Facility C580 | Date of injury 10/28/20 | Time of injury 5:31 p | Location Injury Occurred mess hall walkway North | |
|---|---|---|---|---|
| Inmate N ██████ | | PIN ██████ | Housing Location B-1 39 B | |

What was cause of Inmate's injury?

██████████████████████████████████████████

Inmate's Statement:

_____

_____

_____

Inmate's Signature _____   Date _____

Witnesses _____

Reporting Employee _____   Title _____

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: AM/PM 8:00 p | Description of injury*: ████████ |
|---|---|---|

██████████████████████████████████████████

██████████████████████████████████████████

Name and title of person furnishing treatment at facility:

Signature ████ O'Connor    Print ████ O'Connor    Title KW

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
+ Attach a memorandum if additional information is needed for the description of injury.

000242

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C54 | Date of Injury 10.28.20 | Time of Injury 5:31 | Location Injury Occurred Messhall Walkway-North |
|---|---|---|---|

Inmate Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  DIN ▓▓▓▓▓▓▓  Housing Location C1-19

What was cause of inmate's injury? ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Inmate's Statement:

_____ Inmate's Signature          _____ Date

Witnesses

Reporting Employee                                    Title

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: AM/PM 6 14/pm | Description of Injury*: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|---|---|---|

Signature ▓▓▓▓ O'Connor    Print ▓▓▓▓ O'Connor    Title RN

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of Injury.

000243

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**INMATE INJURY REPORT**

| Facility C580 | Date of injury 10-28-20 | Time of Injury 5³¹ pm | Location Injury Occurred Walk way near mess hall | |
|---|---|---|---|---|
| Inmate Name | | | DIN | Housing Location 01-10B |

What was cause of inmate's injury?

████████████████████████

Unable cropped
_____          _____
Inmate's Signature                 Date

Witnesses

Reporting Employee                          Title

---

**FACILITY HEALTH SERVICES REPORT**

| Date injury reported: 10-28-20 | Time: 10⁵⁵ AM/PM | Description of injury: |
|---|---|---|

████████████████████████████████

---

| Signature Leavery-Weller RN R | Print Leavery-Weller RN /2 | Title |
|---|---|---|

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.

000244

FORM 1595 (11/11)          STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**INMATE INJURY REPORT**

| Facility C580 | Date of injury 10.28.20 | Time of Injury 5:45 pm | Location Injury Occurred mess hall walkway – North | |
|---|---|---|---|---|
| Inmate Name ███████ | | | DIN ████████ | Housing Location A-49 |

What was cause of inmate's injury?

████████████████████████████████████████

_(Inmate's Signature)_ DAB     10·28·20 _(Date)_

Witnesses

Reporting Employee                          Title

**FACILITY HEALTH SERVICES REPORT**

| Date injury reported: 10/28/20 | Time: 5:48 AM/PM | Description of injury: |
|---|---|---|

████████████████████████████████████████████████████

████████████████████████████████████████████████████

Name and title of person furnishing treatment at facility:

Signature ████ O'Connor ████    Print ████ O'Connor    Title RN

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

000245

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C580 | Date of Injury 10-28-20 | Time of Injury 5:37 | Location Injury Occurred mess hallway - north |
|---|---|---|---|

| Inmate Name [REDACTED] | Housing Location D-28 |
|---|---|

**What was cause of Inmate's injury?**
[REDACTED]

Inmate's Statement:

X _Bristow_ (Inmate's Signature)    10.28.20 (Date)

**Witnesses**

**Reporting Employee** | Title

---

### FACILITY HEALTH SERVICES REPORT

Date injury reported: 10/28/20    Time: 7:23    AM/PM [REDACTED]

[REDACTED]

---

[REDACTED]

**Name and title of person furnishing treatment at facility:**

Signature [REDACTED] O'Connor    Print [REDACTED] O'Connor    Title RN

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
*Attach a memorandum if additional information is needed for the description of injury

000246



**Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

To: Lt Rogers

From: Sgt R. Dutton

Subject: UI 20-0138/UOF 20-031

Date: 10-28-20

On 10/28/20 at approx. 5:31pm Officer S. Barraco providing walkway coverage on the northside walkway observed a several man fight on the walkway in front of A-1 dorm, he called for a response via his radio. I Sgt. Dutton and the response team responded. The inmates identified as being involved in the fight were: ████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████ CO Barraco observed inmates ████████████ fighting, he gave them several orders to stop, they didn't comply. Force became necessary, Officer Barraco used one application consisting of (2) 1 second bursts of OC spray from canister 65, lot 04219, serial 30528 to the head and neck of both inmates. The desired effect was achieved and both inmates separated. Officer Sylvester responded and observed inmates ████████ on top of inmate ██████ exchanging closed fist blows. CO Sylvester gave inmate ████████ several orders to stop fighting, inmate ████ didn't comply. Force became necessary. Officer Sylvester used one application consisting of (2) 1 second bursts of OC spray from canister 61, Lot 22420, serial 39860 to the head and neck of inmate ██████ inmate ████ was hit with over spray. inmate ██████ who was engaged in a fight with an unknown inmate was hit with OC over spray in the face from the same application of OC spray. The desired effect was not achieved. Officer Sylvester used body holds to force inmate ████████ to the ground. Once separated both inmates became compliant and Sylvester applied mechanical restraints to inmate ████████ nmate ██████ stopped fighting with an unknown inmate and became compliant. Officer Drake responded and observed inmate ████ engaged in a fight with an unknown inmate. Drake gave them both several orders to stop they didn't comply. Force became necessary. Officer Drake used body holds to force inmate ███ to the ground face first. ███ became compliant. Officer VanTassel observed inmate ███ exchanging closed fist blows with an unidentified inmate he ordered them to stop, inmate ███ complied and became compliant the other inmate retreated into the crowd. All inmates involved became compliant and force ended. At the time of the incident there were approximately 70 inmates on the walkway.

All inmates were escorted to the infirmary by uninvolved staff. The following inmates were decontaminated per directive 4903 ████████████████████████████████ All

Cape Vincent Correctional Facility. 36560 State Route 12E. P.O. Box 599, Cape Vincent, NY 13618-0599 | (315) 654-4100 | www.doccs.ny.gov

000247

involved inmates were examined by medical and reported the following injuries: ████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████    All staff involved in the use of force were seen by
medical and reported the following injuries: ████████████████████████

████████████████████████████████████████

The following inmate were admitted to SHU pending a disciplinary: inmate ████ was admitted to
SHU-C-29, by Sgt Wicks with no triggers noted on 3152. inmate ████████ was admitted to
SHU-A-9 and by Sgt Wicks with no triggers noted on 3152. Inmate ████████ was admitted to
SHU-B-23, form 3152 complete by Sgt Wicks with no triggers noted on 3152. Inmate ████ was
admitted to SHU-B-20 by Sgt MacKay with no triggers noted on 3152. inmate Warren was admitted
to SHU-C-27 by Sgt MacKay, with no triggers noted on 3152. Inmate ████ was admitted to
SHU-C-31 pending disciplinary, form 3152 completed by Sgt. MacKay, with no triggers, Sgt Wicks
submitted IPC recommendation on ████████

I authorized cube frisks of all involved inmates with no contraband found. OC canisters #65 and
#61 were secured per directive 4903. All photographs and pertinent paperwork completed and
submitted, use of force photos were taken. My investigation has determined the incident was
between Bloods and the Latin king gangs over a dispute about drugs.

A subsequent fight took place in D-1 Dorm between inmates ████████████████ D-1-17
and ██████████████ D-1-39. ████ reported to Officer McAnaulty that he had hit his
head on the walkway. Inmate ████ was found to have a fat lip. Both I/Ms were sent to medical
and seen by RN Leavery who noted the following injuries on ████████████████████

████████████████ Misbehavior reports submitted and inmates were placed in SHU
pending disciplinary. ████ placed in SHU B-17 and ████ SHU B-22.

Respectfully,

R. Dutton Sergeant

Cape Vincent Correctional Facility, 36560 State Route 12E, P.O. Box 599, Cape Vincent, NY 13618-0599 | (315) 654-4100 | www.doccs.ny.gov

000248

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C586 | Date of Injury 28 20 | Time of Injury 5:31 | Location Injury Occurred Messhall walkway North |
|---|---|---|---|
| Inmate Name | | DIN. | Housing Location B, 22 B |

What was cause of Inmate's injury?

Inmate's Statement:

| Inmate's Signature | Date |
|---|---|

Witnesses

| Reporting Employee | | Title | |

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 16.28.20 | Time: AM/PM 645p | Description of injury*: |
|---|---|---|

| Name and title of furnishing treatment at facility: | | |
|---|---|---|
| Signature | Print O'Connor | Title RN |

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional Information is needed for the description of injury.

000249

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE INJURY REPORT

| Facility C580 | Date of Injury 10-28-20 | Time of Injury 5 31 pm | Location Injury Occurred North mess hall walkway |
|---|---|---|---|

| | | DIN ████████ | Housing Location D1-39B |
|---|---|---|---|

**What was cause of Inmate's Injury?**

████████████████████████

**Inmate's Statement:**

████████████████████████

| Reporting Employee | Title |
|---|---|

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: 10 30 AM/PM | Description of Injury: ████████ |
|---|---|---|

████████████████████████

**Name and title of person furnishing treatment at facility:**

Signature: ~~Leavery~~, RN     Print: R████ Leavery /278     Title: RN-2

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

000250

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**MEMORANDUM**

TO: Sgt. Dutton                                    DATE: 10-28-20

FROM: CO J. Drake

SUBJECT: 20-0138

On the above date and at approximately 6:00 pm I was asked by my area supervisor to go to D-1 as part of the investigation regarding UI # 20-0138. As I was doing a round on D-1 I observed a small cut under the eye of inmate ████████ who locked in D-1-39B. I applied mechanical restraints with no incident and escorted him to the infirmary.

Respectfully,

CO J. Drake

FORM 1016A (7/11)

000251

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C580 | Date of Injury 10-28-20 | Time of Injury 531 pm | Location Injury Occurred outside messhall | |
|---|---|---|---|---|
| Inmate's Name ▮ | | | DIN. ▮ | Housing Location 01 - 17B |

What was cause of inmate's injury? ▮

Inmate's Statement: ▮

Witnesses

Reporting Employee                                        Title

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: AM/PM 725 pm | Description of injury*: ▮ |
|---|---|---|

▮

Name and title of person furnishing treatment at facility: Leavery, RN

Signature _____ Leavery, RN      Print ▮ Leavery /278 RN-2      Title RN-2

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
*Attach a memorandum if additional information is needed for the description of injury.



000253

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## MEMORANDUM

TO: Lt. Rogers                                          DATE: 10/28/20

FROM: Co AMcAnulty

SUBJECT: Testimony regarding inmate ██████

During the evening chow run go back, an announcement was made over the PAS to secure all movement. I went to the porch and collected inmate ID's and notated the inmates as they arrived. Inmate ██████████████████ was among those inmates, and he didn't appear to have any marks or abrasions on him at that time. As the last inmates returned from the Mess Hall, I heard a commotion in the dorm. When I reentered the dorm, inmate █████ approached me and reported to me that he hit his head on the walkway. It was at that time that I noticed the mark on his head. I immediatly secured inmate █████ in the phone booth, put the dorm on the count, and contacted my area supervisor.

Respectfully submitted
Co AMcAnulty /@

FORM 1016A (7/11)

000254

000255



000256

000258





000264





# EXHIBIT D

Log continued from page (296)

3:10 Rounds made on all galleries.

3:20 Count conducted. 26-26-Ø. W.C notified.

3:30 Count clear via arsenal. Ⓐ water turned on in C-30.

3:40 Rounds made on all galleries

4:05 Rounds made on all galleries.

4:10 F. Ansel & S Herrienger Lt U/A RL

4:15 chow on all galleries.

4:35 Rounds made on all galleries.

5:05 Rounds made on all galleries

5:30 Rounds made on all galleries.

6:00 Rounds made on all galleries. Law Library on all galleries.

6:25 Rounds made on all galleries. Ⓐ water turned on in C-30

6:55 Rounds made on all galleries

7:10 Rounds made on all galleries

7:50 Rounds made on all galleries.

8:20 Rounds made on all galleries.

8:50 Rounds made on all galleries

9:20 Rounds made on all galleries

9:15 Rounds made on all galleries

10:15 Rounds made on all galleries. Ⓐ water turned on in C-30

10:20 Count conducted. 26-26-Ø U.C. notified.

10:30 Count correct via arsenal

10:40 Rounds made on all galleries

Date: 10/28/20

Shift: 11-7

Count: 26-26-Ø

Keys: 136-147                          Masks -16

Radio: 27

C.O. on Duty: J. Sorell Ocris

Tools accounted for: Yes

Razors accounted for: 37 new

Read Post Description: ✓

AED Checked: appears operable

10:50 PM c.o. J. Sorell on duty w/ all state issued equipment. All A?B tools accounted for.

Emergency hatch, key ? yellow pole checked. Census of 26-26-Ø

11:05 AM Rds. made

11:10 AM Count of 26-26-Ø called into Lt. LaRose

11:17 AM Count clear via base

11:36 PM Rds. made

1:55 AM Sgt. Lt. Richto w/ Rds          ROUNDS MADE ON ALL

GALLERIES    NO ISSUES ATT

12:04 AM Rds. made

1:32 AM Rds. made

1:00 AM Rds made

— Tour I 10-28-20 cont on pg. 298 —

000393

298

— 10-28-20 Tour I con't from pg. 297 —

1:28 Am   Ads. made
1:56 Am   Ads. made
2:25 Am   Ads. made
2:50 Am   Count of 26-26-0 called into Sgt. Richter
2:52 Am   Ads. made
3:00 Am   Count clear via base
0310     Water on around RS all galleries
3:20 Am   Ads. made
3:48 Am   Ads. made
4:16 Am   Ads. made
4:44 Am   Ads. made
4:50 Am   Count of 26-26-0 called into Lt. LaRose
4:57 Am   Nurse Robinson on unit for rds. Female on unit announced, Escorted by C.O. Om
          Sees calls 1, 9, 14 off unit @ 5:10 Am
5:02 Am   Count clear via base
5:13 Am   Ads. made
5:40 Am   Ads. made, water turned on in cell 30
6:03 Am   Feed up on unit. All inmates accept
6:08 Am   Ads. made
6:15 Am   Feed up trays picked up, water turned off in cell 30
6:36 Am   Ads. made

Date: 10-28-20
Shift: 7-3
Count: 26-26-0
Keys: 136-147
Radio: 27
C.O. on Duty: Howell, Drake, Sylvester
Tools accounted for: RH
Razors accounted for: 37 new
Read Post Descr.: RH
AED Checked: RH

6:40a   C.o. R. Howell on duty
6:40a   Rds. on Unit —
7:00a   Count 26-0 Lt. Harrenger accepts —
7:00a   Rds. on Unit —
7:05a   Fire + Safety complete / Emergency hatch
7:05a   Checked All class A + B tools accounted for
7:10a   Supply cart Rd- announced on Unit —
7:30a   Rds. on Unit —
8:00a   Rd. on Unit —
8:10a   Mrs. J. Kampnich ORC Rds. - Female on Unit —
8:30a   Rds. on Unit —
8:35a   C.o. Hermanowski on Unit - Unit #19 (serving tickets)
8:35a   R-24 —

000394



10-28-20

299

## SHU ACTIVITY LOG
## GALLERY A

C - COMPLETED
R - REFUSED
D - DEPRIVED
N - NOT REQUIRED
N/A - NOT APPLICABLE

CL - COUNSELOR
M - MEDICAL
F - FAITH/ADVISOR
H - HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 4:38 PM | 4:03 PM | R | | | C | |
| 2 | | | 4:10 PM | 4:28 PM | R | | | C | |
| 3 | | | 4:? PM | 4:?? PM | R | | | C | |
| 4 | | | R | | | | | | INITIAL TIP CALL  8:35 AM 2:51 PM |
| 5 | | | 4:57 PM | 5:?? AM | R | | | C | RAZOR |
| 6 | | | 5:?? PM | 5:12 PM | R | | | C | |
| 7 | | | 5:? PM | 5:? PM | R | | | C | RAZOR |
| 8 | | | | | | | | | INITIAL TIP CALL  7:27 AM |
| 9 | | | 5:?? PM | 5:42 PM | R | | | C | |
| 10 | | | | | R | | | | |
| 11 | | | 5:33 PM | 5:7 PM | R | | | C | |
| 12 | | | 5:57 AM | 5:49 PM | R | | | C | RAZOR |

Howell

## SHU ACTIVITY LOG
## GALLERY B

C - COMPLETED
R - REFUSED
D - DEPRIVED
N - NOT REQUIRED
N/A - NOT APPLICABLE

CL - COUNSELOR
M - MEDICAL
F - FAITH/ADVISOR
H - HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc |
|---|---|---|---|---|---|---|---|---|---|
| 13 | | | 4:?? AM | 4:?? AM | R | | | C | RAZOR |
| 14 | | | R | | R | | | C | |
| 15 | | | 4:15 AM | 4:26 AM | R | | | C | |
| 16 | | | 4:?? | 5:?? | R | | | C | RAZOR |
| 17 | | | 5:?? AM | 5:12 AM | R | | | C | |
| 18 | | | 5:?? PM | | R | | | C | |
| 19 | | | 5:28 AM | 5:71 AM | R | | | C | |
| 20 | | | | | | | | | |
| 21 | | | R | | R | | | C | RAZOR |
| 22 | | | R | | R | | | C | |
| 23 | | | | | | | | | |
| 24 | | | R | | R | | | C | |

8th Officer  Howell

## SHU ACTIVITY LOG
## GALLERY C

C - COMPLETED
R - REFUSED
D - DEPRIVED
N - NOT REQUIRED
N/A - NOT APPLICABLE

CL - COUNSELOR
M - MEDICAL
F - FAITH/ADVISOR
H - HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc |
|---|---|---|---|---|---|---|---|---|---|
| 25 | | | 4:?? AM | 4:?? AM | R | | | C | RAZOR |
| 26 | | | 4:46 | 4:56 | R | | | C | |
| 27 | | | 4:?? AM | 4:?? AM | R | | | C | |
| 28 | | | 4:52 AM | 5:?? AM | R | | | C | |
| 29 | | | R | | R | | | C | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | 4:?? PM | 5:?? PM | R | | | C | |

Howell

000395

300

10-28-20

8:45ₐ  Lt. Harrenger on Unit —
8⁵⁵ₐₘ  Lt Harrenger on Unit
8:56ₐₘ  Sgt. Wicks on Unit —
8:59ₐ  Sgt Wicks Rd. on Unit - all galleries —
9:00ₐ  Co. Dueorm on Unit
9:00ₐ  Rd. on Unit —
9:02ₐ  Sgt CW [illegible] via rds all galls
9:05ₐ  C-30 ██████████████████ escorted to
9:05ₐ  infirmary Co. Derouin + Sgt. Wicks (Tele-Med
9:05ₐ  C-30 ████████████████ returns to Unit —
9:20ₐ  C-30 ████████████████ water turned on —
9:30ₐ  Rd. on Unit —
9:40ₐ  Lt. Kelsey on Unit Captain —
9:43ₐ  Lt. Kelsey Captain Rd. on Unit - all galler.
9:43  [signatures] (Lt UA R) Kelsey A/cpt. R)
9:59ₐ  Mr. M. Davis on Unit - Tier assistance —
10:00ₐ  Rds. on Unit —
10:15ₐ  Feed-up arrives on Unit —
10:20ₐ  B-21 ████████████ refused Feed-up t.
10:30ₐ  Rds. on Unit —
10:35ₐₘ  OSI Investigators Mr. Cornish + Mr. Holme.
10:35ₐ  on Unit (Interview B-22 ████████
10:35ₐₘ  SHU Interview room. (mask given to in.
11:00ₐ  Count 26-0 Lt. Harrenger accepts.
11:00ₐ  Rds. on Unit —
11:30ₐ  Rds. on Unit —
12:00ₚ  Rds. on Unit —
12:30ₚ  Rds. on Unit —
1:00ₚ  C-30 ████████████████ water turned
1:00ₚ  Rds. on Unit —
1:15ₚ  Nurse McKenzie on Unit (New Admission)
1:15ₚₘ  Female on Unit —
1:30ₚₘ  Rds. on Unit —
2:00ₚₘ  Rds. on Unit —
2:15ₚ  Dep. Knapp on Unit —
2:30ₚ  Rds. on Unit —
2:40ₚ  Rds. on Unit —

000396

SHU Admission

Name: (L) ███████████████████

Date: 10-27-20    Time: 1:00pm    From: E-2-18

Authorization: W/C LT. Harringer    To SHU: A-4

Admission Type: Regular    cell Inspected

Disposition: Disciplinary (release) 12-27-20 SHU    NWF/h.o.o

Escorts: C.O. Hermanowski

C.O. Conducting Frisk C.O. Sylvester    Sgt. Wicks

OMH Screening Form 3152 Results Passed

Nurse Method of Admission Nurse McKenzie    Time: 1:04pm

---

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ███████████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt. Wick

MH REFERRAL NEEDED:    ☐ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: NO

OMH (OR MEDICAL) DIRECTION GIVEN: NO

NAME OF ██████ COMMANDER NOTIFIED: NO

WATCH COMMANDER DIRECTION GIVEN: NO

---

Date: 10-28-20    W/C    LT. Ro

Shift: 3-11    Masks - 13

Count: 27-0

Keys: 136-147    AREA SUP.    SGT. Ni

Radio: 27

C.O. on Duty: R. Duckett, Manyan, Russel

Tools accounted for: ✓ YES

Razors accounted for: 37 new

Read Post Description: ✓    Romovoo previous shift

AED Checked: APPEALS OPERABLE

2:55/AM C.O. R. Duckett on duty with states equipment, all equipment appears to be operational, all A + B tools are accounted, checked emergency hatch, key, and yellow plug, razors 37-new 27, in-27, out-0,

3:03/PM Book Cart / Library on this go around on all galleries

3:07/PM C-26-████████████ back in cell from hearing

3:11/PM Rounds made on all galleries

3:20/PM D.S.S., J. Knapp war/All galleries. NT

3:25/PM Conducted the count, census-27, in-27, out-0, called count LT. Rogers, he accepts

3:30/PM C.Y.C.F. count is cleared via base

3:32/AM Rounds made on all galleries

3:35/AM A-4-███████████ given the telephone for his initial telephone call, callenoko at 3:51/PM

3:38/PM C-30-██████████████████ water turned on at this time, water off at 8:11/PM

4:00/PM Showers begun on all galleries

4:00/AM Rounds made on all galleries

4:03/PM Called Nurse Leavery, B-17-███████████ requested sick-call, notified area supervisor

4:14/AM Nurse T. O'Connor on unit, female on unit announced, nurse see

Wednesday, October 28, 2020, Tour III (3-11), continued on page

000397

302

WEDNESDAY OCTOBER 28, 2020, TOUR III (3-11), CONTINUED FROM PAGE

▇▇▇▇, EVALUATED AND PLACED BACK IN CELL AT 4:?

4:25 PM S/AU ▇ LUCARDO ALGULBY, INTERVIEW 11B

4:28 PM ROUNDS MADE ON ALL GALLERIES; MAIL ISSUED ON ALL GALLERIES

4:30 PM DINNER MEALS SERVED ON ALL GALLERIES, ALL INMATES ACCEPT MEALS

4:50 PM LAW LIBRARY, C.O. S. BLACK ON UNIT, MAKES ROUND ON ALL GALLERIES

4:56 PM ROUNDS MADE ON ALL GALLERIES

4:57 PM DINNER MEALS TRAYS PICKED UP

5:24 PM ROUNDS MADE ON ALL GALLERIES

5:52 PM ROUNDS MADE ON ALL GALLERIES, RAZORS ISSUED TO A-5-▇▇▇▇
A-7-▇▇▇▇   A-12-▇▇▇▇   B-13-▇▇▇▇
B-16-▇▇▇▇   B-21-▇▇▇▇   AND C-25-▇▇▇▇
NEW RAZOR COUNT IS 26

6:20 PM ROUNDS MADE ON ALL GALLERIES, USED RAZORS PICKED UP AND INTO THE "USED RAZOR CONTAINER"

6:30 PM SGT. NICKS ON UNIT WITH INMATE ▇▇▇▇, ▇
BY C.O. D.C NEST, INMATE ▇▇▇▇ ON UNIT FOR IN PROCESSING
SHU, WILL BE HOUSED IN SHU-C-31, CELL SEARCHED BY C.O. RUSSELL,
BAND FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIFIED MOVEMENT CONTROL
CENSUS IS 28   +1

**SHU Admission**

Name: (L) ▇▇▇▇   (F) ▇▇▇▇   Din # ▇▇▇▇
Date: OCTOBER 28, 2020   Time: 6:30 PM   From: A-1-99B
Authorization: LT. ROGERS   To SHU: C-31
Admission Type: DET
Disposition: PENDING   IPC
Escorts: C.O. D.C. NEST
C.O. Conducting Frisk: C.O. RUSSELL   SGT. NICKS
OMH Screening Form 3152 Results   N/A
Nurse Notified of Admission NURSE   Time: 6:30 PM

SHU/CTRL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▇▇▇▇   DIN: ▇▇▇▇
SUPERVISOR COMPLETING SCREENING (NAME/TITLE): SGT. NICKS
MH REFERRAL NEEDED:   [X] NONE   [ ] REGULAR   [ ] IMMEDIATE
NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A
OMH (OR MEDICAL) DIRECTION GIVEN: N/A
NAME OF WATCH COMMANDER NOTIFIED: LT. ROGERS
WATCH COMMANDER DIRECTION GIVEN: NONE

6:40 PM ROUNDS MADE ON ALL GALLERIES

6:50 PM SGT. NICKS ON UNIT WITH INMATE ▇▇▇▇ ES
BY C.O. BARNIAC, INMATE ▇▇▇▇ ON UNIT FOR IN
ING, WILL BE HOUSED IN SHU-A-8, CELL WAS INSPECTED B
MARSHALL, NO CONTRABAND FOUND, NOTIFIED NURSE T. O'CONNOR,
MOVEMENT CONTROL, NEW CENSUS IS 29   +1

WEDNESDAY, OCTOBER 28, 2020, TOUR III (3-11), CONTINUED ON PAGE #
000398

WEDNESDAY, OCTOBER 28, 2020 TOUR III (3-11), CONTINUED FROM PAGE #302

**SHU Admission**

Name: (L) ▮▮▮▮▮ (F) ▮▮▮▮▮   Din # ▮▮▮▮▮

Date: OCTOBER 28, 2020   Time: 6:50 PM   From: C-1-14B

Authorization: LT. ROGERS   To SHU- A-8

Admission Type: DET

Disposition: PENDING   FIGHTING

Escorts: C.O. BARNIAC

C.O. Conducting Frisk  C.O. RUSSEN   Sgt. NICKS

OMH Screening Form 3152 Results  N/A

Nurse Notified of Admission  Nurse T. O'CONNOR   Time: 7:44 PM

INMATE: ▮▮▮▮▮   DIN: ▮▮▮▮▮

SUPERVISOR: SGT. NICKS

MH REFERRAL NEEDED:  ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A

OMH (OR MEDICAL) DIRECTION GIVEN: N/A

NAME OF WATCH COMMANDER NOTIFIED: LT. ROGERS

WATCH COMMANDER DIRECTION GIVEN: N/A NONE

7:05 PM  SGT. MacKay ON UNIT WITH INMATE ▮▮▮▮▮ ESCORTED BY C.O. VAN TASSELL, INMATE ▮▮▮▮▮ IS ON UNIT FOR INPROCESSING, WILL BE HOUSED IN SHU- B-20, CELL SEARCHED BY C.O. MARSHALL, NO CONTRABAND FOUND, NOTIFIED NURSE R. LEAVONY, NOTIFIED MOVEMENT CONTROL, NEW CENSUS - 30

**SHU Admission**

Name: (L) ▮▮▮▮▮   Din # ▮▮▮▮▮

Date: OCTOBER 28, 2020   Time: 7:05 PM   From: B-1-20B

Authorization: LT. ROGERS   To SHU- B-20

Admission Type: DET

Disposition: PENDING   FIGHTING

Escorts: C.O. VAN TASSELL

C.O. Conducting Frisk  C.O. MARSHALL   Sgt. MacKay

OMH Screening Form 3152 Results  N/A

Nurse Notified of Admission  Nurse R. Leavony   Time: 7:10 AM

INMATE NAME: ▮▮▮▮▮

SUPERVISOR COMPLETING: SGT MacKay

MH REFERRAL NEEDED:  ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A

OMH (OR MEDICAL) DIRECTION GIVEN: N/A

NAME OF WATCH COMMANDER NOTIFIED: LT. ROGERS

WATCH COMMANDER DIRECTION GIVEN: NONE

7:16 PM  ROUNDS MADE ON ALL GALLERIES

7:27 PM  A-8- ▮▮▮▮▮ GIVEN TELEPHONE FOR HIS INITIAL TELEPHONE CALL, CALL ENDED

7:30 PM  SGT. NICKS ON UNIT WITH INMATE ▮▮▮▮▮ ESCORTED CO. VAN TASSELL, INMATE ▮▮▮▮▮ ON UNIT FOR INPROCESSING WILL BE HOUSED IN B-23, CELL SEARCHED BY C.O. MARSHALL, NO CONTRABAND FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIFIED MOVEMENT CONTROL, NEW CENSUS IS 31

7:44 PM  ROUNDS MADE ON ALL GALLERIES

WEDNESDAY, OCTOBER 28, 2020, TOUR III (3-11), CONTINUED ON PAGE # 304

000399

304

WEDNESDAY, OCTOBER 28, 2020, TOUR IV (3-11), CONTINUED FROM PAGE # 303

**SHU Admission**

Name: (L) ▮▮▮▮ (F) ▮▮▮  Din # ▮▮▮▮  From: B-1-49☐

Date: OCTOBER 28, 2020  Time: 7:38 PM  To SHU- B-23

Authorization: LT. ROGERS

Admission Type: DISC.  FIGHTING

Disposition: PENDING

Escorts: C.O. VAN TASSOU  Sgt. NICKS

C.O. Conducting Frisk C.O. MARSHALL

OMH Screening Form 3152 Results  N/A

Nurse Notified of Admission NURSE T. O'CONNOR  Time: 7:38 PM

| SHU... | | |
|---|---|---|
| INMATE... | ▮▮▮▮ | SGT. NICKS |
| SUPERVIS... | | ... DATE |
| MH REFERR... | ✗ | ... CONTACTED: N/A |
| NAME OF C... | | N/A |
| OMH (OR M... | | LT. ROGERS |
| NAME OF W... | | NONE |
| WATCH COMMAN... | | |

8:1R PM RUNDS MADE ON ALL GALLERIES

8:30 PM SGT. NICKS ON UNIT WITH INMATE ▮▮▮▮▮▮ ...ES
BY C.O. LYNG, INMATE ▮▮▮▮▮▮ IS ON UNIT FOR INF
ING, WILL BE HOUSED IN SHU-C-29, CELL SEARCHED BY C.O. RUSS
CONTRABAND FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIALED...
MENT CONTROL, NEW CENSUS IS 32

**SHU Admission**

Name: (L) ▮▮▮▮ (F) ▮▮▮  Din# ▮▮▮▮  From: B-1-39☐

Date: OCTOBER 28, 2020  Time: 8:38 PM  To SHU- C-29

Authorization: LT. ROGERS

Admission Type: DISC.  FIGHTING

Disposition: PENDING

Escorts: C.O. LYNG  Sgt. NICKS

C.O. Conducting Frisk C.O. MARSHALL

OMH Screening Form 3152 Results  N/A

Nurse Notified of Admission NURSE T. O'CONNOR  Time: 8:45 PM

| SHU/TK... | | |
|---|---|---|
| INMATE... | ▮▮▮▮ | SGT. NICKS |
| SUPERV... | | ... DATE |
| MH REFER... | ✗ | ...CONTACTED: N/A |
| NAME OF CIV... | | N/A |
| OMH (OR MED... | | LT. ROGERS |
| NAME OF WATCH... | | NONE |
| WATCH COMMANDER... | | |

8:40 PM RUNDS MADE ON ALL GALLERIES

9:00 PM TABLETS PICKED UP FROM A-3-▮▮▮▮ A-5-▮▮▮▮
B-16-▮▮▮▮, AND B-21-▮▮▮▮

9:09 PM RUNDS MADE ON ALL GALLERIES

9:33 PM NURSE MS. CERVANTEZ AND C.O. CLEMENT, J. ON UNIT, FEMA
ANNOUNCED, SEES INMATE ▮▮▮▮ OUT OF CELL AT

9:51 PM RUNDS MADE ON ALL GALLERIES

10:00 PM C-29-▮▮▮▮ BACK IN HIS CELL

... TO DATE, TOUR III (3-11), CONTINUED ON PAGE

WEDNESDAY, OCTOBER 28, 2020, TOUR III (3-11), CONTINUED FROM PAGE #304

10:06 PM  ROUNDS MADE ON ALL GALLERIES, TABLETS PICKED UP FROM A-2-█████  A-9-███████  A-10-████████  B-14-███ AND B-22-██████

**SHU Discharge**

Name: ███████████  Din #: ████████

Date: OCTOBER 28, 2020    Time Released: 10:08 PM

Reason: DRAFTED OUT

Released To: C.O. DORIOUN AND C.O. ROGERS

**SHU Discharge**

Name: ███████████  Din #: ████████

Date: OCTOBER 28, 2020    Time Released: 10:16 PM

Reason: DRAFTED OUT

Released To: C.O. DORIOUN AND ROGERS

**SHU Discharge**

Name: ███████████  Din #: ████████

Date: OCTOBER 28, 2020    Time Released: 10:27 PM

Reason: DRAFTED OUT

Released To: C.O. DORIOUN AND C.O. ROGERS

10:31 PM  CONDUCTED THE COUNT, CENSUS- 24, IN-24, OUT- 0, CALLED COUNT INTO THE W/C LT. PETRIE, HE ACCEPTS

10:34 PM  ROUNDS MADE ON ALL GALLERIES

10:40 PM  C.V.C.F. COUNT IS CLEARED

**SHU Discharge**

10:43 PM  Name: ███████████  Din #: ████████

Date: OCTOBER 28, 2020    Time Released: 10:43 PM

Reason: DRAFTED OUT

Released: C.O. BLACK, S. AND C.O. HUBBARD, J.

**SHU Discharge**

10:53 PM  Name: ███████████  Din #: ████████

Date: OCTOBER 28, 2020    Time Released: 10:53 PM

Reason: DRAFTED OUT    (ISSUED A FACE MASK)

Released To: C.O. BLACK, S. AND C.O. HUBBARD, J.

INMATE ISSUED A FACE MASK

**SHU Discharge**

11:06 PM  Name: ███████████  Din #: ████████

Date: OCTOBER 28, 2020    Time Released: 11:06 PM

Reason: DRAFTED OUT

Released To: C.O. S. BLACK AND C.O. J. HUBBARD

Date: OCTOBER 29, 2020
Shift: TOUR I (11-7)
Count: 24 - 24 - 0
Keys: 136 A - 197 A
Radio: 1027
C.O. on Duty: BOONE
Tools accounted for: ✓ YES
Razors accounted for: 26 - NEW
Read Post Description: ✓
AED Checked: APPEARS OPERABLE    REVIEWED PREVIOUS SHIFTS LOGBOOK

W/C    LT. PETRIE

AREA SUP.    SGT. KNIGHT

11:07 PM  C.O. R. DUCKETT ON DUTY WITH STATES EQUIPMENT, ALL EQUIPMENT APPEARS TO BE OPERATIONAL, ALL A + B TOOLS ARE ACCOUNTED FOR

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED ON PAGE #306

306

THURSDAY OCTOBER 29, 2020, TOUR I (47), CONTINUED FROM PAGE #305

CHECKED EMERGENCY HATCH, KEY, AND YELLOW POLE, RAZOR 26-NEW,
24, IN-24, OUT- Ø

11:12 PM CONDUCTED THE COUNT, CENSUS -24, IN-24, OUT- Ø, CALLED THE CO
INTO W/C LT. PETRIE, HEADCOUNT

11:17 PM E.V.C.F. COUNT IS CLEARED VIA 848E

4/E 11:07 PM ROUNDS MADE ON ALL GALLERIES

11:30 PM ROUNDS MADE ON ALL GALLERIES

11:35 PM SGT. HICKS ON UNIT WITH INMATE ████████████████, ESC
BY C.O. BARRACO, INMATE ████████████ IS ON UNIT FOR IN PROC
HE WILL BE HOUSED IN B-15, CELL SEARCHED BY C.O. RUSSELL, NO
BAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED MOVEMENT CONTROL,
COUNT IS 25

+1

### SHU Admission

Name: (L) ████████████  (F) ████████████  Din # ████████████

Date: OCTOBER 29, 2020    Time: 11:55 PM    From: D-1-18B

Authorization: LT. PETRIE    T: SHU- B-15

Admission Type: D.T.

Disposition: PENDING    FIGHTING

Escorts: C.O. BARRACO

C.O. Conducting F:    C.O. NELSON    SGT NICKS

OMH Screening Form ... N/A

Nurse Notified of Admission  NURSE ROBINSON    Time: 11:42

INMATE ████████  ████████

SUPERVISOR

MH REFERRAL:

NAME OF CMH:    N/A

OMH (OR MEDICAL):    N/A

NAME OF WATCH:    LT. PETRIE

WATCH COMMANDER:    NONE

### SHU Discharge

Name: ████████████    Din # ████████████

Date: OCTOBER 28, 2020    Time Released: 11:46

Reason: DRAFTED OUT

Released To  C.O. DUFFY AND C.O. THOMPSON

### SHU Discharge

Name: ████████████    Din # ████████████

Date: OCTOBER 28, 2020    Time Releas:    11:57 PM

Reason: DRAFTED OUT

Released To  C.O. DUFFY AND C.O. THOMPSON

11:58 PM C.O. R. DUCKETT ROUNDS MADE ON ALL GALLERIES

### SHU Discharge

Name: ████████████    Din # ████████████

Date: OCTOBER 28, 2020    Time Released: 12: AM

Reason: DRAFTED OUT

Released To  C.O. DUFFY AND C.O. THOMPSON

12:24 AM SGT. MacKAY ON UNIT WITH INMATE ████████████

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED B004021 PAGE #

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED FROM PAGE #306

BY C.O. DWYER, INMATE ██████ IS ON UNIT FOR IN PROCESSING WILL BE HOUSED IN B-17, CELL SEARCHED BY C.O. RUSSELL, NO CONTRABAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED MOVEMENT CONTROL, NEW CENSUS IS 25

**SHU Admission**

Name: (L) ██████████  Din # ████████

Date: OCTOBER 29, 2020   Time: 12:3█   From: D-1-398

Authorization: LT. PETRIE   To SHU- B-17

Admission Type: DET.

Disposition: PENDING

Escorts: DWYER

C.O. Conducting Frisk  C.O. WILSON    SGT MAC KAY

OMH Screening Form 3152 Results    N/A

Nurse Notified of Admission   NURSE ROBINSON    Time: 12:23█

██████████   ████████

SGT. MAC KAY

✗    N/A

N/A

LT. PETRIE

NAME OF WATCH ...

WATCH COMMANDER DIRECTION ...   NONE

12:3█ AM  SGT. MACKAY ON UNIT WITH INMATE ██████████, ESCORTED BY C.O. LYNS, INMATE DIAZ ON UNIT FOR IN PROCESSING, WILL BE HOUSED IN SHU-A-3, CELL SEARCHED BY C.O. MARSHALL, NO CONTRABAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED MOVEMENT CONTROL, NEW CENSUS-26

**SHU Admission**

Name: (L) ██████████  Din # ████████

Date: OCTOBER 29, 2020   Time: 12:3█ PM   From: G-1-7

Authorization: LT. PETRIE   To SHU- A-3

Admission Type: DET

Disposition: PENDING    FIGHTING

Escorts: C.O. LYNS

C.O. Conducting Frisk  C.O. DWYER    SGT MACKAY

OMH Screening Form 3152 Results    N/A

Nurse Notified of Admission   NURSE ROBINSON    Time: 12:33█

██████████   ████████

SGT. MAC KAY

✗

NAME OF OMH CLINICIAN ... CONTACTED:    N/A

OMH (OR MEDICAL) DIRECTION GIVEN:    N/A

NAME OF WATCH COMMANDER NOTIFIED:    LT. PETRIE

WATCH COMMANDER DIRECTION GIVEN:    NONE

12:26 AM  ROUNDS MADE ON ALL GALLERIES

12:54 PM  ROUNDS MADE ON ALL GALLERIES

12:57 PM  SECURITY CHECK WITH ARSENAL, CENSUS-26, IN-26, OUT-Ø

1:0█ AM  SGT. MAC KAY ON UNIT WITH INMATE ██████████ ESCORTED BY C.O. DWYER, INMATE ██████████ ON UNIT FOR IN-PROCESSING, WILL BE HOUSED IN SHU-C-27, CELL SEARCHED BY C.O. WILSON NO CONTRABAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED MOVEMENT CONTROL THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED ON PAGE #308

000308

308

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED FROM PAGE #307

NEW CENSUS IS 27

### SHU Admission

Name: (L) ▮▮▮▮▮▮ (F) ▮▮▮▮▮ Din # ▮▮▮▮▮ From: D-1-28▮

Date: OCTOBER 29, 2020  Time: 1:48 AM  To SHU- C-27

Authorization: LT. PETRIE

Admission Type: DET.

Disposition: PENDING          FIGHTING

Escorts: C.O. DWYER

C.O. Conducting Frisk  C.O. LYNG

OMH Screening Form 3152 Results  N/A

Nurse Notified of Admission  NURSE ROBINSON  Time:

SGT. MACKAY

X                    N/A

LT. PETRIE

NONE

1:28 PM SGT. MACKAY ON UNIT WITH INMATE ▮▮▮▮ IS ON UNIT FOR 11
BY C.O. DWYER, INMATE ▮▮▮▮▮▮
HE WILL BE HOUSED IN B-18, CELL WAS SEARCHED BY
NO CONTRABAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED ▮
TROL, NEW CENSUS IS 28

### SHU Admission

Name: (L) ▮▮▮▮ (F) ▮▮▮ Din # ▮▮▮▮ From: D-1-

Date: OCTOBER 29, 2020  Time: 1:28 PM  To SHU- B-18

Authorization: LT. PETRIE

Admission Type: DET.

Disposition: PENDING

Escorts: C.O. LYNG          SGT. MACKAY

C.O. Conducting Frisk  C.O. NELSON

OMH Screening Form 3152 Results  N/A

Nurse Notified of Admission  NURSE ROBINSON  Time:

SGT. MACKAY

X                    N/A

LT. PETRIE

NONE

1:22 PM ROUNDS MADE ON ALL GALLERIES
1:44 AM SGT. MACKAY ON UNIT WITH INMATE ▮▮▮▮ ▮▮▮
ESCORTED BY C.O. KEEFER, INMATE ▮▮▮▮
FOR INPROCESSING, HE WILL BE HOUSED IN A-5, CELL
C.O. WILSON, NO CONTRABAND IS FOUND, NOTIFIED NURSE
MOVEMENT CONTROL, NEW CENSUS IS 29
1:58 PM SGT. MACKAY ON UNIT WITH INMATE ▮▮▮▮ ON

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED FROM PAGE #308

### SHU Admission

Name: (L) ▮▮▮▮▮   (F) ▮▮▮▮▮   Din # ▮▮▮▮▮

Date: OCTOBER 29, 2020   Time: 1:??PM   From: D-2-21B

Authorization: LT. PETRIE   SHU-A-5

Admission Type: DET

Disposition: PENDING   FIGHTING

Escorts: C.O. KOFFOR

C.O. Conducting Frisk   C.O. DWYER   Sgt. MacKay

OMH Screening Form 3152 Results   N/A

Nurse Notified of Admission   NURSE ROBINSON   Time: 11:25PM

SUPER... ▮▮▮▮▮   SGT. MacKay

MH DEFER...   ✗

NAME OF O...   N/A

OMH (OR ME...   N/A

NAME OF WA...   LT. PETRIE

WATCH COMMANDER...   NONE

1:50PM Security check with alarm, census 30, in-30, out-0, rounds made

2:00PM Sgt Mackay v/p R/h R/i on all galleries no issues

He will be housed in SHU-C-32, cell was searched by C.O. Wilson, no contraband found, notified Nurse Robinson, notified movement control, how census is 30

### SHU Admission

Name: (L) ▮▮▮▮▮   (F) ▮▮▮▮▮   Din # ▮▮▮▮▮

Date: OCTOBER 29, 2020   Time: 1:5?PM   From: G-1-45B

Authorization: LT. PETRIE   To SHU-C-32

Admission Type: DET

Disposition: PENDING   FIGHTING

Escorts: C.O. VAN TASSEL

C.O. Conducting Frisk   C.O. WILSON   Sgt. MacKay

OMH Screening Form 3152 Results   N/A

Nurse Notified of Admission   NURSE ROBINSON   Time: 1:5?PM

IN...   ▮▮▮▮▮   OM...

SU...   SGT. MacKay

MH PREFERRAL...   ✗

NAME OF OMH...   N/A

OMH (OR MED...   N/A

NAME OF WATCH...   LT. PETRIE

WATCH COMMANDER DIRECTION GIVEN...   NONE

2:??PM Rounds made on all galleries

2:??PM Rounds made on all galleries

2:??PM C.O. R. DEWITT is off duty, razors-26-new, census-30, in-30, out-0

2:55AM Co Boone on unit, count conducted - census 30-30 in - 0 out w/c notified

3:00AM Count clear

3:17AM Rounds made on all galleries

3:40AM Rounds made on all galleries

3:44AM Rounds made on all galleries

4:17AM ...

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED ON PAGE #310

310

Thursday, October 29, 2020, Tour I (11-7), continued from page #309

| Time | Entry |
|------|-------|
| 4:42 AM | Rounds made on all galleries |
| 4:52 AM | Count conducted on unit, 30-30-∅, w/c notified + accepted |
| 5:00 AM | Count Clear - Nurse on unit, female on unit announced - escorted by CO Wilson |
| 5:10 AM | Rounds made on all galleries |
| 5:38 AM | Rounds made on all galleries - Water turned on, Destine 20R0172 |
| 5:45 AM | Nurse Lori on unit |
| 6:00 AM | Chow on unit - all accepted feedups |
| 6:06 AM | Rounds made on all galleries |
| 6:20 | Rds. on Unit — |
| 6:40 | Rds. on Unit |

Date: 10-29-20
Shift: 7-3
Count: 30-∅
Keys: 136-147
Radio: 27
C.O. on Duty: Howell, Allen, Donnelley
Tools accounted for: RH
Razors accounted for: 26 new
Read Post Description: RH
AED Checked: RH

| Time | Entry |
|------|-------|
| 6:40 | C.O. R. Howell on duty — |
| 7:00 | Count 30-∅ Lt. LaRose accepts — |
| 7:00 | Rd on Unit. |
| 7:05 | Fire + Safety complete / Emergency hatch |
| 7:05 | checked All Class A + B tools accounted |
| 7:05 | For. — |
| 7:10 | Supply cart Rd — announced on Unit — |
| 7:30 | Rd. on Unit — |
| 7:35 | SHU Window + Screen check conducted |
| 7:35 | on Unit C.O. Fulton. — |
| 7:55 | Lt. Kelsey on Unit Captain — |
| 7:57 | [signatures] Cpt. Kelsey A/Capt |
| 8:00 | Rd. on Unit — |
| 8:30 | Rd. on Unit — |
| 8:36 | C-29 ███████ escorted to SHU |
| 8:36 | Interview room (Interview Sgt. Reinhardt) |
| 9:02 AM | Sgt. L. Reinhardt Rms U/A — |
| 9:00 | Rd. on Unit — |
| 9:30 | C-30 ███████ water turned on. — |
| 10:00 | Rds on Unit — |
| 10:25 | Feed-up arrives on Unit — |
| 10:30 | Rd. on Unit — |
| 11:00 | Count 32-∅ Lt. LaRose accepts — |
| 11:00 | Rds on Unit — |

000406

311

10-29-20

## SHU ACTIVITY LOG
## GALLERY A

C – COMPLETED
R – REFUSED
D – DEPRIVED
N – NOT REQUIRED
N/A – NOT APPLICABLE

CL – COUNSELOR
M – MEDICAL
F – FAITH/ADVISOR
H – HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | R | | | C | |
| 2 | | | | | R | | | C | |
| 3 | | | | | R | | | C | INITIAL 3:16 PM / T/P CALL 3:25 PM |
| 4 | | | | | R | | | C | |
| 5 | | | | | R | | | C | INITIAL 3:25 PM / T/P CALL 3:43 PM |
| 6 | | | | | R | | | C | INITIAL 7:52 P / T/P CALL |
| 7 | | | | | R | | | C | |
| 8 | | | | | R | | | C | |
| 9 | | | | | R | | | C | |
| 10 | | | | | R | | | C | |
| 11 | | | | | R | | | C | |
| 12 | | | | | R | | | C | |

Howell

## SHU ACTIVITY LOG
## GALLERY B

C – COMPLETED
R – REFUSED
D – DEPRIVED
N – NOT REQUIRED
N/A – NOT APPLICABLE

CL – COUNSELOR
M – MEDICAL
F – FAITH/ADVISOR
H – HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | R | | | C | Property Issued |
| 14 | | | | | R | | | C | Property Issued |
| 15 | | | | | R | INITIAL 6:43 / T/C CALL 6:51 | | C | Property Issued |
| 16 Empty cell | | | | | | | | C | INITIAL 6:11 / T/P CALL 6:26 |
| 17 | | | | | R | | | C | INITIAL 6:27 / T/P CALL |
| 18 | | | | | R | | | C | |
| 19 | | | | | R | | | C | INITIAL 5:12 / T/P CALL 5:30 |
| 20 | | | | | R | | | | INITIAL 5:3 / T/P CALL 6:1 |
| 21 Empty cell | | | | | R | | | C | INITIAL 4:1 / T/P CALL 5:1 |
| 22 | | | | | R | ISSUED PROPERTY | | C | INITIAL 5:8 / T/P CALL 5:12 |
| 23 | | | | | | | | C | Property Issued |
| 24 | | | | | R | | | C | |

Shu Officer    Howell

## SHU ACTIVITY LOG
## GALLERY C

C – COMPLETED
R – REFUSED
D – DEPRIVED
N – NOT REQUIRED
N/A – NOT APPLICABLE

CL – COUNSELOR
M – MEDICAL
F – FAITH/ADVISOR
H – HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | | | | | R | | | C | property issued |
| 26 | | | | | R | | | C | INITIAL 3:45 AM / T/P CALL 3:59 PM |
| 27 | | | | | R | | | C | |
| 28 | | | | | R | | | C | |
| 29 | | | | | R | Property Issued | | C | INITIAL 4:03 / T/P CALL 4:18 AM |
| 30 | | | | | R | | | C | |
| 31 | | | | | R | | | C | INITIAL 4:28 / T/P CALL 4:38 pm |
| 32 | | | | | R | | | C | INITIAL 4:37 A / T/P CALL 4:53 P |

Howell

312

10-29-20

### SHU Admission

Name: (L) [redacted]   8:30Am   Din # [redacted]

Date: 10-29-20   Time: ~~8:15~~ Am RH.   From: B-1-42B

Authorization: W/c Lt. LaRose   To SHU- B-16

Admission Type: Regular   B-16

Disposition: Pending — Fighting   cell Inspected. nicf/nca

Escorts: C.O. Gaffney

C.O. Conducting Frisk: C.O. Donnellery

OMH Screening Form 3152: Passed.

Nurse Notified of Admission: Nurse Sally   Time: 8:38Am

SHU/CTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)   I and 8

INMATE NAME: [redacted]   DIN:

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt. Reinhardt

MH REFERRAL NEEDED:   ☑ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: No

OMH (OR MEDICAL) DIRECTION GIVEN: No

NAME OF WATCH COMMANDER NOTIFIED: No

WATCH COMMANDER DIRECTION GIVEN: No

### SHU Admission

Name: (L) [redacted]   (F) [redacted]   Din # [redacted]

Date: 10-29-20   Time: 9:35 Am   From: A-2-18

Authorization: W/c Lt. LaRose   To SHU- B-21

Admission Type: Regular   I.P.C.

Disposition: Pending — disciplinary   cell Inspected nicf/nca   B-21

Escorts: C.O. Gaffney

C.O. Conducting Frisk: C.O. Allen   Sgt. Reinhardt

OMH Screening Form 3152 Results: Passed

Nurse Notified of Admission: Nurse Sally   Time: 9:37Am

SHU/CTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: [redacted]   DIN: [redacted]

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt. Reinhardt

MH REFERRAL NEEDED:   ☑ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: No

OMH (OR MEDICAL) DIRECTION GIVEN: No

NAME OF WATCH COMMANDER NOTIFIED: No

WATCH COMMANDER DIRECTION GIVEN: No

11:30a   Rd. on Unit —

12:00p   Rd on Unit —

12:10p   Sgt. Wicks, C.O.'s Drake + Betrand on Unit —

12:15p   Sgt. Wicks Rd. on Unit - all galleries —

12:22p   Sgt. [redacted] w/APMs all galt —   Rd on Unit

12:30p   B-20 [redacted]   off unit to Rover Hosp.

12:70pm   (Physical Theargy) ——— C.O.'s Drake + Betrand —

12:35p   C.O. Hermanowski on Unit —

1:00p   Rd. on Unit —

1:15p   Dep Knapp on Unit Rd. on Unit — all galleries.

1:18pm   DSS [redacted] Rd all units. N.T.R.

1:19p   C-30 [redacted]   water turned on —

1:22p   Nurse Mckenzie on Unit Rd. Female conf unit —

000408



10-29-20

1:30p Rd. on Unit —
2:00p Rd. on Unit —
2:05p Rev. Nayle — Rd. on Unit —
2:10p B-20 ▮▮▮▮▮ returns to Unit —
2:10p Co's Drake & Bertrand
2:30p Rd. on Unit —
2:45p Rd. on Unit —

2:56 PM C.O. R. Duckett on Duty with States Equipment, all equipment appears to be and accounted for, checked emergency hatch key, and yellow pike, razors 26, new,

Date: 10-29-20
Shift: 3-11
Count: 32 8
Keys: 136-147
Radio: 27
C.O. on Duty: R. Duckett, Dunnery, Allen. Mark-11
Tools accounted for: ✓ Yes
Razors accounted for: 26 new
Read Post Description: (yes)
AED Checked: Appears operable

Operational, all A & B 1000
w/c Lt. Kelsey
Acting Sup. Sgt. Hicks

Reviewed previous shifts logbook
Consus - 32, in-32, out- 0

3:04 PM Rounds made on all galleries
3:18 PM A-3-▮▮▮▮▮ given telephone for his initial telephone call, call ended at 3:25 PM
3:12 PM C-29-▮▮▮▮▮ out off cell to property room for his property issue, back in cell at 3:23 PM
3:25 PM A-5-▮▮▮▮▮ given telephone for his initial telephone call, call ended at 3:43 PM
3:29 PM Conducted the count, consus - 32, in-32, out - 0, called the count into w/c Lt. Kelsey, he accepts
3:32 PM Rounds made on all galleries
3:41 PM CV.C.F. count is cleared via BHU
3:42 PM Nurse L. Schabel is on unit, female on unit announced, nurse sees A-4-▮▮▮▮▮ A-12-▮▮▮▮▮ B-13-▮▮▮▮▮ B-28-▮▮▮▮▮ takes their temperature
3:45 PM C-27-▮▮▮▮▮ given the telephone for his initial telephone call, call ended at 3:51 PM

**SHU Discharge**
3:53 PM
Name: ▮▮▮▮▮    Din #: ▮▮▮▮▮
Date: October 29, 2020    Time Released: 3:53 PM
Reason: Time Expired
Released To: E-2-24B

**SHU Discharge**
3:55 PM
Name: ▮▮▮▮▮    Din #: ▮▮▮▮▮
Date: October 29, 2020    Time Released: 3:55 PM
Reason: Time Expired
Released To: E-1-18B

4:03 PM C-29-▮▮▮▮▮ given the telephone for his initial telephone call, call ended at 4:11 PM

Thursday, October 29, 2020, Tour III (3-11), continued on page #314

314

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED FROM PAGE ☐

4:10 PM SGT. NICKS ON UNIT WITH INMATE ▓▓▓▓▓ E▓
ED BY C.O. GOKEY, INMATE ▓▓▓▓▓ IS ON UNIT FOR
INPROCESSING, HE WILL BE HOUSED IN SHU-A-7, CELL INSPECTED BY
ALLEN, NO CONTRABAND FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIF
MOVEMENT CONTROL, NEW CENSUS IS 31

+1

### SHU Admission

**Name: (L)** ▓▓▓▓▓ **Din #** ▓▓▓▓▓
**Date:** OCTOBER 29, 2020 **Time:** 4:10 PM **From:** B-1-46B
**Authorization:** LT. KERSEY **To SHU-** A-7
**Admission Type:** DET
**Disposition:** PENDING    DISCIPLINARY
**Escorts:** C.O. GOKEY
**C.O. Conducting Fris** C.O. ALLEN    SGT. ALLEN
**OMH Screening Form 3152 Results** N/A
**Nurse Notified of Admission** NURSE T. O'CONNOR **Time:** 4:13 PM

SHU/ SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)
▓▓▓▓▓ DIN: ▓▓▓▓▓
SUPERVISOR COMPLETING SCREEN (NAME/TITLE): SGT. NICKS
☒ NONE    ☐ REGULAR    ☐ IMMEDIATE
NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A
OMH (OR MEDICAL) DIRECTION GIVEN: N/A
NAME OF WATCH COMMANDER NOTIFIED: LT. KERSEY
WATCH COMMANDER DIRECTION GIVEN: NONE

4:20 PM C-31-▓▓▓▓▓ GIVEN THE TELEPHONE FOR HIS INITIAL TEL
PHONE CALL, CALL ENDED AT 4:35 PM

4:25 PM Sgt CW=d u/Arols all gallers

4:30 PM SGT. NICKS ON UNIT WITH INMATE ▓▓▓▓▓ IS
ED BY C.O. GOKEY, INMATE ▓▓▓▓▓ ON UNIT FOR INPROCES
WILL BE HOUSED IN SHU-B-22, CELL SEARCHED BY CO ALLEN, NO CONTRABA
FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIFIED MOVEMENT CONTROL, NEW
CENSUS IS 32

+1

### SHU Admission

**Name: (L)** ▓▓▓▓▓ **Din #** ▓▓▓▓▓
**Date:** OCTOBER 29, 2020 **Time:** 4:30 PM **From:** D-1-17B (ISO#1)
**Authorization:** LT. KERSEY **To SHU-** B-22
**Admission Type:** DET
**Disposition:** PENDING    DISCIPLINARY
**Escorts:** C.O. GOKEY
**C.O. Conducting Fris** C.O. ALLEN    Sgt. WICKS
**OMH Screening Form 3152 Results** N/A
**Nurse Notified of Admission** NURSE T. O'CONNOR **Time:** 4:53 PM

SHU/ SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)
INMATE NAME: ▓▓▓▓▓
SUPERVISOR COMPLETING SCREEN: SGT. NICKS
OMH REFERRAL NEEDED: ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE
NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A
OMH (OR MEDICAL) DIRECTION GIVEN: N/A
NAME OF WATCH COMMANDER NOTIFIED: LT. KERSEY
WATCH COMMANDER DIRECTION GIVEN: NONE

4:35 PM WATER TURNED ON IN C-30-▓▓▓▓▓ TURNED OFF 4:5

000410

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED ON PAGE #315

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED FROM PAGE # 314

4:35 PM Nurse L. Schaber on unit, female on unit announced, nurse sees A-7- ████████ and B-22- ████████ for in processing

4:41 PM Rounds made on all galleries

4:49 PM Rounds made on all galleries

4:31 PM C-32- ████████ given the telephone for his initial telephone call, call ended at 4:53 PM

4:15 PM Law Library, C.O. A. Doxey on unit, female on unit announced, sees C-30- ████████

4:55 PM Telephone given to B-22- ████████ for his initial telephone call, call ends at 5:01 PM

4:57 PM Rounds made on all galleries

5:05 PM B-23- ████████ given the telephone for his initial telephone call, call ended at 5:20 PM

5:21 PM B-20- ████████ given the telephone for his initial telephone call, called at 5:36 PM

5:25 PM Rounds made on all galleries

5:28 PM Dinner meals served on all galleries, all inmates accept their meals

5:37 PM B-21- ████████ given the telephone for his initial telephone call, call ended at 6:10 PM

5:51 PM Dinner meal trays picked up

5:53 PM Rounds made on all galleries

6:11 PM B-17- ████████ given the telephone for his initial telephone call, call ended at 6:26 PM

6:21 PM Rounds made on all galleries

6:27 PM B-18- ████████ given the telephone for his initial telephone call, call ended at 6:42 PM

6:43 PM B-15- ████████ given the telephone for his initial telephone call, call ended at 6:59 PM

6:45 PM Water turned on in C-30- ████████ cell 7:10 PM

6:49 PM Rounds made on all galleries

7:02 PM A-7- ████████ given the telephone for his initial telephone call, call ended at 7:17 PM

7:17 PM Rounds made on all galleries

7:43 PM Rounds made on all galleries

8:02 PM Counselor Ms. Cervantez and C.O. Ellsbury on unit, female on unit announced, sees A-5- ████████ in tier housing space, back in cell at 8:44 PM

8:14 PM Rounds made on all galleries

8:42 PM Rounds made on all galleries

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED ON PAGE #316

000411

316

Thursday, October 29, 2020, Tour III (3-11), continued from page #315

8:52 AM Counselor Cervantez sees B-21-Diaz-18R1678, in Tier Hearing Office,

9:10 AM Rounds made on all galleries

9:37 PM Rounds made on all galleries

10:05 PM Rounds made on all galleries, picked up tablets from A-10- ███████, B-14-███, C-28-██████, C-30-███

10:33 PM Rounds made on all galleries

10:51 PM Conducted the count, census -32, in-32, out-Ø. called count into w/c LT. Harrienger, he accepts

11:00 AM C.V.C.F. count is cleared via base

11:01 PM Rounds made on all galleries

11:05 PM C.O. R. Duckett off duty, razors 26-new, census-32, in-32, out

| | |
|---|---|
| Date: 10-30-20 | |
| Shift: Tour I (11-7) | CO Wilson  CO Duffy |
| Count: 32 - 32 - Ø | Rounds + Cell frisks on |
| Keys: 136 - 147 | empty cells |
| Radio: 1827 | |
| C.O. on Duty: C. Boone | |
| Tools accounted for: ✓ | |
| Razors accounted for: 26-new | |
| Read Post Description: ✓ | |
| AED Checked: | |

11:05 pm CO Boone on unit, female count is announced, on duty w/ all state issue equipment tools accounted for, verbal census (32)

11:15 pm Conducted the count, 32-32-Ø w/c notified + accepted

11:30 pm Rounds made on all galleries

███ [signatures]

11:58 pm Rounds made on all galleries

12:05 AM Cells searched +, SHU Discharge, No Contraband found

**SHU Discharge**

Name: ████████     Din #: ████████
Date: 10/30/2020     Time Released: 12:10 AM
Reason: Time expired     SGT Martin
Released To: Infirm Ward 7B

**SHU Discharge**

Name: ████████     Din #: ████████
Date: 10/30/2020     Time Released: 12:10 AM
Reason: Time expired     SGT Martin
Released To: Infirm Ward 5B

**SHU Discharge**

Name: ████████     Din #: ████████
Date: 10/30/2020     Time Released: 12:10 AM
Reason: Time expired     SGT Martin
Released To: Infirm Ward 6B

Cont 317

# EXHIBIT E

10⁴⁵ₚ line up held officers Briefed + Assigned
11¹⁵ₚ Facility Count Total 505 IN 502 ov 3 cleared @ 11¹⁵
12³⁰ₐ MBR Entered T1-8  T2-1  T3-0
1¹⁵ area secord of libraries by Rovers ncf
2⁰⁰ₐ Midshift review completed co & Sgt &
3⁰⁰ₐ Facility Count Total 505 IN 502 ov3 cleared @ 3⁰⁰ₐ
5⁰⁰ₐ Facility Count Total 505 IN 502 ov3 cleared @ 5⁰⁰ₐ
5³⁰ₐ Log Book Reviewed [signature]

| DATE: 10-28-20 | DAY: Wednesday | TOUR: II | W/C: Harrienger |
|---|---|---|---|
| H-SGT: Martin | M-SGT: Reinhardt | | AWC: Hill |
| P-SGT: Wicks | OD: DSS Knapp | | NURSE: RN Schabar |
| FSO: Black | WEATHER: Rain | | TEMP: 35° |
| SPECIAL WATCH: None | | O/S HOSP ███ | |
| MEALS: BRKFAST: 99 | LUNCH: 82 | DINNER: —— | |
| HAND STAMP: LOBBY: 5879 (R) | SALLYPORT: 5855 (L) | TRAVEL FUNDS: ⊘ | |
| FENCE CHECKS: 13: 7³⁰ₐₘ 14: 7²⁵ₚₘ 24: | 46: 7¹⁰ₐₘ 37: | 40: 8⁴²ₐₘ 19: | |
| ARSENAL KEYS & EQUIP: 8³¹ₐₘ | VEHICLE INV: 7⁴⁰ₐ | AED: Appears operable | |
| EMPLOYEE COUNT: IN 76 / OUT 25 | TIME: 11⁰⁰ₐₘ | FENCE ALARMS: ⊘ | |
| EVIDENCE TAGS: W/C BOX: 1377 | CPT LOCKER: 1378 | | |
| COUNT: BEGIN: 505 | END: 503 | EMP. FRISK: Visual | |

5³⁰ₐₘ Lt. Harrienger on duty relieving Lt. Larose. Log book & emails reviewed.
5⁴⁵ₐ [signature] A/W (log reviewed) -
6¹⁵ₐₘ Employee accountability verified. ① cook, ③ Medical.
6⁴⁵ₐ Line up held officers briefed and assigned.
7⁰⁰ₐ T Ryford BSC Log Review
7⁰¹ₐₘ Count taken: Total [505] In [502] out [3] A/c ③. Clear @ 7¹⁰ₐₘ

| TRIP #: 302-1M | OFFICERS: Rickard & Hubbard |
|---|---|
| DESTINATION: Cape Vincent | |
| TIME OUT: 7⁵⁵ | TIME IN: 11⁵⁰ | INMATES: ███ |

7³⁰ₐₘ DSS J. ███ Log Review ——
7⁴⁵ₐₘ CCC Notified of pandemic tracking. ① I/m sick call non
POI | flu like, ③ security staff sick non flu like and ① maintenance
civilian self quarantined per docs policy. E-Mail sent.
↓ OD DSS Knapp notified. Dep Public health advised.
751 ██ Michels I's log Rev ——
752 DSA Kellen log r
8¹⁵ₐₘ New facility census [503] I/m ████ and
↓ ████ released.
8³⁸ₐₘ Restricted key given to CO Hurteau fa fence check. Returned 9²⁵ₐₘ

57

8:50 AM W/C on rounds.
10:00 AM Midshift review: CO's ☒, Sgt's ☒, LT 8.
10:01 AM Fence check completed att. by CO Hurteau
11:12 AM Count taken: Total 503 In 497 out 6 ALC 4, Parole Bd 2. Clear at 11:15 am
12:00 p S. Hanson, Capt.

1:05/1 pm

| SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL) | E-2-18 |
| --- | --- |

INMATE NAME: ███████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt Wicks

MH REFERRAL NEEDED: ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF QMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _____

OMH (OR MEDICAL) DIRECTION GIVEN: No Triggers    SHU A-4

NAME OF WATCH COMMANDER NOTIFIED: Lt. Harrienger

WATCH COMMANDER DIRECTION GIVEN: None

∀ New Shu census 27

| DATE: 10/28/20 | DAY: Wednesday | TOUR: III | W/C: Rogers |
| --- | --- | --- | --- |
| H-SGT: Dutton | M-SGT: — | | AWC: Hill |
| P-SGT: Wicks | OD: DSS Knapp | | NURSE: O'Conner |
| FSO: S Black | WEATHER: Cloudy | | TEMP: 49 |
| SPECIAL WATCH: | | O/S HOSP: ██████ | |
| MEALS: BRKFAST: 99 | LUNCH: 82 | DINNER: | |
| HAND STAMP: LOBBY: - | SALLYPORT: | TRAVEL FUNDS: Ø | |
| FENCE CHECKS: 13: | 14: | 24: | 46: 3:40 | 37: | 40: | 19: |
| ARSENAL KEYS & EQUIP: 4:30 | VEHICLE INV: 3:40 | AED: appears operable | |
| EMPLOYEE COUNT: | TIME: 7:00 p | FENCE ALARMS: | |
| EVIDENCE TAGS: W/C BOX: 1377 | CPT LOCKER: 1378 | | |
| COUNT: BEGIN: 503 | END: | EMP. FRISK: Visual | |

2:00 LT Z. Rogers remaining on duty w/ Keyring #74 A/B9 + Radio 4
Previous logs reviewed, Email checked, briefed by LT Harrienger
2:45 p Line up Officers briefed inspected + assigned.
3:15 p CCC Sgt notified of Pandemic Tracking Staff Ø
I/M Sickcall Ø, Quarantined Ø
3:30 p Count is Clear Total 503 In 499 out 4.
4:15 p Employee accountability 5 Z Sgt + 3 Civ

| TRIP #: 302·2 M | OFFICERS: Hurteau / C Doney |
| --- | --- |
| DESTINATION: Suny Upstate | |
| TIME OUT: 3:47 p | TIME IN: 8:49 p | INMATE'S: ██████ |

000324

58

6³⁰/p

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Sgt Wicks_

MH REFERRAL NEEDED:    ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _nun_

OMH (OR MEDICAL) DIRECTION GIVEN: _none_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _none_

6⁵⁰/p

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Wicks_

MH REFERRAL NEEDED:    ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _none_

OMH (OR MEDICAL) DIRECTION GIVEN: _none_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _none_

7⁰⁵

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Sgt Mackay_

MH REFERRAL NEEDED:    ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _none_

OMH (OR MEDICAL) DIRECTION GIVEN: _none_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

7³⁰/p

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Sgt Wicks_

MH REFERRAL NEEDED:    ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _none_

OMH (OR MEDICAL) DIRECTION GIVEN: _none_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _none_

8³⁰/p

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Sgt Wicks_

MH REFERRAL NEEDED:    ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _nun_

OMH (OR MEDICAL) DIRECTION GIVEN: _none_

NAME OF WATCH COMMANDER NOTIFIED: _LT F Rogers_

WATCH COMMANDER DIRECTION GIVEN: _nun_

00032

59

UR 20-0138   Use of Force 20-031

5:31 pm  Officer Barraco unit 13 observes several man fight on Walkway in front of A-1 dorm Calls for response via Radio Sgt Dutton + First Team respond. Barraco use OC spray on I/m ████████████, CO Sylvester use OC spray on I/m ████████████ ██████████ CO Drake use body hold on I/m I/m ████ observed in fight I/m ████████ + ████ determined to be involved in fight approx 70 I/m on walk way at time  approx 30 I/m involved in fight. All movement ceased. All staff remained on duty; No serious staff injuries. All I/m determined to be involved admitted to SHU form 3152 completed w/ no triggers  No serious I/m injuries.  All I/m which OC Spray was used on were decontaminated per Direct. 4903A.  OC canister 65 + 61 were secured per Directive 4903  OD DSS Knapp notified + responded to facility, Act. Sept DSM Keller + Heb Sept O'Meara notified. A/C O'Gorman notified + approved 9 I/m draft direct to Gov. CF.  A/C Finnegan called facility for update  per DSS Knapp CEU team activated + called in.  CEU J. Sheski called for a facility update

000326

11:55
P

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ███████████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Wicks_

MH REFERRAL NEEDED:  ☒ NONE  ☐ REGULAR  ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

---

12:20
N

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ███████████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Mackay_

MH REFERRAL NEEDED:  ☒ NONE  ☐ REGULAR  ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

---

12:30
P

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ███████████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Mackay_

MH REFERRAL NEEDED:  ☒ NONE  ☐ REGULAR  ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

---

1:16
P

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ███████████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Mackay_

MH REFERRAL NEEDED:  ☒ NONE  ☐ REGULAR  ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

---

12:29
P

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ███████████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Mackay_

MH REFERRAL NEEDED:  ☒ NONE  ☐ REGULAR  ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

000327

61

## SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SUPERVISOR COMP▓▓▓▓▓▓ SCREENING (NAME/TITLE): _Sgt. Mackay_

MH REFERRAL NEEDED: ☑NONE ☐REGULAR ☐IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _none_

OMH (OR MEDICAL) DIRECTION GIVEN: _none_

NAME OF WATCH COMMANDER NOTIFIED: _LT 2 Rogers_

WATCH COMMANDER DIRECTION GIVEN: _none_

## SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SUPERVISOR COMP▓▓▓▓▓▓ (NAME/TITLE): _Sgt Mackay_

MH REFERRAL NEEDED: ☑NONE ☐REGULAR ☐IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _none_

OMH (OR MEDICAL) DIRECTION GIVEN: _none_

NAME OF WATCH COMMANDER NOTIFIED: _LT 2 Rogers_

WATCH COMMANDER DIRECTION GIVEN: _none_

| DATE: 10/29/20 | DAY: Thursday | TOUR: 2 | W/C: Petrie |
|---|---|---|---|
| H-SGT: Mackay | M-SGT: | | AWC: Knight |
| P-SGT: 1 | OD: PSS Knapp | NURSE: Robinson | |
| FSO: | WEATHER: Cloudy | TEMP: 37 | |

SPECIAL WATCH: —          O/S HOSP:

MEALS: BRKFAST: ✓   LUNCH: ✓   DINNER: ✓

HAND STAMP: LOBBY:   SALLYPORT:   TRAVEL FUNDS: ✓

FENCE CHECKS: 13: 11⁴⁹ P  14:   24:   46: 11²⁰  37:   40:   19:

ARSENAL KEYS & EQUIP: 12³⁰ am  VEHICLE INV: 1¹⁰ am  AED: operable

EMPLOYEE COUNT: 33   TIME: 3⁰⁰   FENCE ALARMS:

EVIDENCE TAGS: W/C BOX: 1377   CPT LOCKER: 1378

COUNT: BEGIN: 502   END: 5   EMP. FRISK: Visual

9³⁰ Lt. Petrie on duty and briefed.

10¹⁵ Accountability Boards: ⑧ 4 Sgt 3 RN 1 civilian

10³⁰ Count: Total 503 in 484 out 19

11¹⁵ Count: Total 503 in 484 out 19

| TRIP #: 303-4D | OFFICERS: Deroun, Rogers | |
|---|---|---|
| DESTINATION: GCF | | |
| TIME OUT: 1/04 | TIME IN: 207 | INMATE'S: 3 |

| TRIP #: 303-5D | OFFICERS: Hubbard Duffy (2) Black | |
|---|---|---|
| DESTINATION: C | | |
| TIME OUT: 11 44 | TIME IN: 3 17 | INMATE'S: 3 |

| TRIP #: 303-6D | OFFICERS: Thompson Duffy | |
|---|---|---|
| DESTINATION: GCF | | |
| TIME OUT: 12²⁷ | TIME IN: 334 | INMATE'S: 3 |

000328

–1 $^{00}$ Capt Vincent transport out with ① New census ⑤⓪⓶

1$^{05}$ Capt Vincent transport out with ⑧ intransit to GCF ℗

3$^{00}$ Count total 502 IN 492 out 10

5$^{00}$ ~~Count total 502 IN 492 out 10~~

| DATE: 10/29/20 | DAY: Thursday | TOUR: II | | W/C: LaRue |
|---|---|---|---|---|
| H-SGT: Richter | M-SGT: Reinhardt | | AWC: Oliver | |
| P-SGT: Wick | OD: OSS Knapp | | NURSE: Schafer | |
| FSO: Hermanowski | WEATHER: Clear | | | TEMP: 37 |
| SPECIAL WATCH: | | O/S HOSP: ▮▮▮ | CMC | |
| MEALS: BRKFAST: 206 | LUNCH: 189 | DINNER: | | |
| HAND STAMP: LOBBY: 58 | SALLYPORT: 58 | | TRAVEL FUNDS: | |
| FENCE CHECKS: 13: 7²⁸/A | 14: 7⁰⁵/A | 24: | 46: | 37: / 40: 19: |
| ARSENAL KEYS & EQUIP: 7 | VEHICLE INV: | | AED: Appears operable | |
| EMPLOYEE COUNT: 73/27 | | TIME: 11⁰⁰ | FENCE ALARMS: | |
| EVIDENCE TAGS: W/C BOX: 1377 | | CPT LOCKER: 1378 | | |
| COUNT: BEGIN: 502 | END: | | EMP. FRISK: None | |

5$^{30}$/A Lt LaRue on post relieving Lt Petrie w/ Radio 4 Keys 74 log reviewed EMails read

6$^{15}$/A Employee accountability board verified 6/1 – Sgt Oliver

6$^{45}$/A Line up held officers Briefed + Assigned

7$^{10}$/A Facility Count Total 500 IN 492 out 10 cleared @ 7⁰/A

7$^{12}$/A CCC Notified of Staffing

7$^{18}$/A Red Dot response B1 (see Next pg)

7$^{23}$/A L. Moore QIDSP Log Rev

7$^{25}$ R▮▮▮▮ A/supt ▮▮ Rounds

7$^{45}$ G. Nichols IG Rounds Rev

8$^{30}$/A

| SHU/LTKL – SUICIDE PREVENTION ▮▮▮ | (MH) | B1 42 SHU B16 |
|---|---|---|
| INMATE NAME: ▮▮▮▮ | Sgt Reinhardt | No Triggers |
| SUPERVISOR CO▮▮▮ / | ▮▮ | Fight |
| MH REFERRAL ▮▮▮ / | ▮▮▮ ▮▮▮▮ | |
| NAME OF OMH ▮▮▮ OR ME ▮▮▮ | ▮▮▮▮ (OR ▮▮▮) ▮ ▮TFD | |
| OMH (OR MEDICA ▮▮▮ ▮▮▮ | | |
| NAME OF WATCH C ▮▮ ▮DE▮ ▮▮ | LaRue | |
| WATCH COMMAN ▮▮▮ ▮▮▮ ▮▮▮ | | |

**SHU/LTKL – SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ▮▮▮▮     DIN: 101▮▮▮▮ ▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt Reinhardt   No Triggers

MH REFERRAL NEEDED: ☑ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: ▮▮▮▮   IPC

OMH (OR MEDICAL) DIRECTION GIVEN: ▮▮▮▮

NAME OF WATCH COMMANDER NOTIFIED: LaRue

WATCH COMMANDER DIRECTION GIVEN: ▮▮▮▮

Draft out w/ 1    New Census 501

Parol out w/ 3 ▮▮▮▮▮▮

New Census 498

63

8 Gov 200 off Cont New Census 490

11⁰⁰ Midshift review completed COS Sgt &

11¹⁵ Facility Cont total 490 IN 477 OS 13 cleared 11³²

F/M ▮▮▮▮▮

▮▮▮▮▮ 3-1 Fight several P/o from Co Farr o/c Spray Administered

| | | |
|---|---|---|
| TRIP #: 303 2 | OFFICERS: Drake Bertrand | |
| DESTINATION: WCF | | |
| TIME OUT: 8³² | TIME IN: 11⁰² | INMATE'S: (1) |

| | | |
|---|---|---|
| TRIP #: 303 3MD | OFFICERS: Ditch / Cobb | |
| DESTINATION: WCF | | |
| TIME OUT: 8²⁰ / 11²³ | TIME IN: 11⁰⁰ / 12²² | INMATE'S: 3 / 2 |

| | | |
|---|---|---|
| TRIP #: 303 1M | OFFICERS: Hubbard Balcom | |
| DESTINATION: Walsh | | |
| TIME OUT: 8⁰⁸ | TIME IN: 2³⁰ | INMATE'S: (2) |

11³⁵ Restricted Key 27 Civ Klossner check Her returned 12⁰⁵p

12³⁰ Restricted Key 27 Civ Sael Visit process restricted 1⁰⁰p

| | | |
|---|---|---|
| TRIP #: 303 7M | OFFICERS: Drake Bertrand | |
| DESTINATION: River Hosp | | x ray |
| TIME OUT: 1251 | TIME IN: 205p | INMATE'S: |

2³⁵p Draft in w/ 2 New Census 492

| | | | | |
|---|---|---|---|---|
| DATE: 2/29/20 | DAY: Thu | TOUR: II | W/C: Kelsey | |
| H-SGT: Dutton | M-SGT: — | | AWC: Chace | |
| P-SGT: Wicks | OD: Dss Knapp | | NURSE: Terry / Miller | |
| FSO: Black | WEATHER: Cloudy | | TEMP: 4° | |
| SPECIAL WATCH: — | | O/S HOSP: ▮▮▮▮▮ | | Clm Del |
| MEALS: BRKFAST: — | LUNCH: — | DINNER: 137 | | |
| HAND STAMP: LOBBY: 59 | SALLYPORT: — | TRAVEL FUNDS: 0 | | |
| FENCE CHECKS: 13: | 14: / | 24: / | 46: / 37: 3³⁰/ 40: 3³⁰/ 19:/ | |
| ARSENAL KEYS & EQUIP: 4¹⁵/ | VEHICLE INV: 3⁵⁰/ | AED: Appears operable | | |
| EMPLOYEE COUNT: 4ox / 4en | TIME: 7p | FENCE ALARMS: | | |
| EVIDENCE TAGS: W/C BOX: 137 | CPT LOCKER: 1378 | | | |
| COUNT: BEGIN: 492 | END: 492 | EMP. FRISK: Visual | | |

13⁰/ Lt Kelsey relieves Lt LaRos Brefr, log review, Email check Key 74 passing

2⁰⁰/ Comp Staff Briefer, Assigned

3³⁰/ Facility Count 492 total 489 out B out clean 3³⁰/

4¹⁵/ Accountability Board Shee / Slip

4³⁵/ B2 Room Frisk started Authorized by, Dss Knapp

000330

64

000331

# EXHIBIT F

CARRION 000217

**Cape Vincent Correctional Facility**
**ALTERCATION/FIGHT INVESTIGATION FORM**

To:    Lt. C. Petrie

From:  Sgt. L. MacKAY

Date:  __10/29/2020__

A. Inmates Involved:

| | | Bed Location: | Aggressor?: | Moved?: | New Bed Location: |
|---|---|---|---|---|---|
| 1. Cooper, Matthew | 19A1582 | G-1-45 | Y☒N☐ | Y☒N☐ | SHU C-32 |
| 2. Diaz, Hector | 19R0776 | G-1-7 | Y☐N☒ | Y☒N☐ | SHU A-3 |
| 3. Carrion, Damien | 17R3214 | G-1-24 | Y☐N☒ | Y☒N☐ | E-2-18 |
| 4. | | | Y☐N☐ | Y☐N☐ | |

B. Location of incident:  G-1 Dorm

C. Investigation Report: As reported to me on 10-28-2020 at approximately 9:45pm Officer E. Beadle observed inmates Cooper and Diaz square off in front of the Officer's station. Inmates Cooper and Diaz then began to throw closed fist blows to each others head and face area. CO Beadle gave several direct orders to stop fighting, both inmates ignored the order to stop fighting. Inmate Carrion then jumped in and started to throw closed fist blows at inmate Cooper. This fight caused aproximately 20 inmates to stop what they were doing and take notice, causing a disruption in the dorm. Officer Beadle gave a second and then a third direct order to stop fighting, again all three inmates ignored the order and continued to fight. Beadle then called a red dot response via his PAS. I showed up along with the response team. The 3 inmates who were fighting took notice of the response team and ceased fighting and complied with all staff directions. All inmates were placed in mechinical restraints and were escorted to the infirmary to be seen by medical staff. Watch Commander LT. C. Petrie was notified and made the following moves. Inmate Cooper was moved to SHU C-32, Diaz was moved to SHU A-3 and Carrion was moved to E-2-18. A 3152 was filled out with no triggers noted on any of the three inmates. Inmates cubes as well as the surrounding area was searched with no contraband found. All three inmate's signed a Protective Custody Waiver.

I interviewed inmate Diaz in the Infirmary and he stated to me he got into a fight and provided no further information. He also admitted to the nurse RN. Robinson he got into a fight. During the interview with inmate Carrion he admitted to me and to RN. Robinson he got the abrasion to the knuckles on his right hand because he hit someone in the mouth. Inmate Cooper denies any involvement or misconduct in G-1 dorm on 10-28-2020.

D. Use of Force: Yes ☐No ☒
   (If yes, Form 2105 must be completed, attached and forwarded to watch commander.)

E. Weapun Involved: Yes ☐No ☒Type:

F. Injuries:       Yes ☒No ☐
   (If yes, see attach injury reports)

G. Recommendation for Transfer/ Separation:       Yes ☒No ☐
   If yes, who should be transferred/ separated and why?
Inmate Diaz. During the investigation it was deterinminted that Diaz a Latin King just made his 5th Crown and is believed to have the called the hit on a fellow inmate prior in the day which resulted in a 7 man fight on the walkway during the 5:00 pm chow run.

H. Recommendation of separation/ transfer by Hearing Officer      Yes ☐No ☐
   Comments: _____

_____

# EXHIBIT G

# E-2 Dorm

45

Date: _____ 10/29/20 _____

Shift: _____ 11-7 _____

Count: _____ 29-28-1 A/L _____

Keys: _____ 178/180 _____

Radio: _____ 3110 _____

C.O. on Duty: _Latour_

Tools accounted for: ✓

Razors accounted for: _57_

Rea~ Post Description: ✓

WK - Petrie
AWK - Knight
Rover - Bone

10:55 pm Latour on duty for tour I w/Nase All tools Accounted for

11:00 pm Fts Done / rounds

11:10 pm Count taken 29-28-1 out to lobby WK Petrie accepts

11:15 pm Count Clear

11:30 pm Rounds made

11:35 pm Inmate Carrion on unit from G-1-24-7 E-2-18B New

census 30 INMATE IS KIL per SGT. Mackos

11:39 pm G WK Rounds Rds - count pr - Rounds announced

12:00 am Security Call / Rounds made

```
+----------------------------------------------------+
|                 Restriction Log                    |
|                                                    |
| Inmate  Carrion          Number  17R3214           |
|                                                    |
| Location  E-2-18B  Chow Yes_____  No ✓             |
|                                                    |
| Exercise  Yes_____   No ✓                          |
|                                                    |
| Shower  Yes_____  Time_____  No ✓                  |
|                                                    |
| Restriction Release Date  ~PENDING~                |
+----------------------------------------------------+
```

12:30 am ~Rounds made~ Ⓜ Rounds made

1:00 am Security Call / rounds made

1:30 am Rounds made

2:00 am Security Call Rounds made

2:05 am Sgt Mackos u/s Rds Poem check

2:30 am Rounds made

2:51 am Count taken 30-29-1 out to lobby Lt. Petrie Accepts

2:51/A Rounds ~~~ Rds

3:00 am Count clear

000448

46

3 30/Am    Rounds Made
4 00/Am    Security Call/ Rounds Made
4 30/Am    Rounds Made
4 55/Am    Count taken 30/29 1 out to lobby LT Before All keys announced
4 15/am    co Mya Row #3 Pols- count per key drop
5 00/Am    Count Clear
5 30/Am    Rounds Made
6 00/Am    Insulin/ Special Diets
6 03/Am    Razors Called off Respond
6 10/Am    SRK Call
6 15/Am    Mess hall workers S8
6 30/Am    Rounds Made
6 55/Am    Collator off bus

Date: 10-29-20
Shift: 7-3
Count: 30-29-1 A/L
Keys: 178 / 180
Radio: 3110  3110
C.O. on Duty: C. Woodley
Tools accounted for: ✓
Razors accounted for: 57
Read Post Description: @

**Restriction Log**

Inmate Carrion        Number 17.R 3214

Location E-2-18   Chow Yes_____ No ✓

Exercise Yes_____ No ✓

Shower Yes ✓ Time 10:30am No_____

Restriction Release Date —Pend—

AM 7:00 C.O. C. Woodley on duty, Count Taken 30-29-1 ① Det Admin Lobby, LT Accepts
1 Fire and Safety Check Completed, All Tools Accounted for _____
7:09 Count is Clear _____
7:15 Inmate ████████ off unit to Stateshop, Infirm, Visit Room
7:30 Round Made _____
8:00 Round Made _____
8:15 Razors Issued ③ New Total 54 _____
8:12 ⊘ A/Car2 WND Keys s/c/t distern cupundatrids
8:30 Round Made _____
8:35 Inmate ████████ off Census for Release, E-2 Census is now
-1 29 M/C Confirms _____
9:00 Round Made _____
9:29 CO's G#Q on Rds
9:30 Round Made _____
10:00 Round Made _____
10:10 Chow Called ⑭ out _____
10:30 Round Made _____
11:30 Count Taken 29-28-1 ① Det Admin Lobby, LT Accepts _____
11:33 Count is Clear _____
11:36 Insulin Called _____
11:55 S. Hanson Capt, R Kelsey Lt. UIA Rnds
PM 12:00 Round Made _____
12:30 Round Made _____
1:00 Round Made _____
1:25 Chow Called ⑩ out _____
1:30 Round Made _____
2:00 Round Made _____
2:10 Inmate ████████ moved from C-1-35 to E-2-19, E-2
+1 Census is now 30 _____
2:22 Programs Called _____
Continued on page 48

000450

48

Continued from page 47, Tour II 10-29-20

2:30 Round Made
2:55 End of Tour II, All Tools Accounted for

Date: _____ 10-29-20
Shift: _____ 3-11
Count: _____ 30-29-1
Keys: _____ 178, 180
Radio: _____ 3110
C.O. on Duty: _____
Tools accounted for: _____
Razors accounted for: 54
Read Post Description: _____

```
┌─────────────────────────────────────────────┐
│              Restriction Log                 │
│                                              │
│  Inmate  Carrion         Number 17R3214      │
│                                              │
│  Location  E-2-18    Chow Yes X   No_____    │
│                                              │
│  Exercise  Yes_____   No  X                  │
│                                              │
│  Shower  Yes X   Time 5:20pm  No_____        │
│                                              │
│  Restriction Release Date    PENDING         │
└─────────────────────────────────────────────┘
```

2:55   CO KBrown on duty with all state equipment accounted
       for FIS completed female on unit announced
3:20   Count taken 30-29-1 Admin Lobby Accepted by Lt Kelsey
3:40   Clear
4:00   Round
4:10   an by Rounds
4:15   Inmate ██████████ 21B Now on census 31
       from shu A-7
4:30   Round
5:00   Round
5:20   Chow out ⑦ Inmates
5:30   Round
6:00   Round
6:30   Round
7:00   9 NAGLER - CHAPLN
7:00   Round
7:35   Round
8:00   Round
8:05   Rec out ⑥ Inmates
8:30   Round
9:00   Round
9:05   Inmate ███████ 21 Bed Now off unit moved
       to A27B Census Now 30
9:30   Round

000451

49

Continued from pg 48 Tour III 10-27-20

10:00 Round
10:10 Cont 30-29-1 Admin Lobby Accepted by Lt
10⁰⁰pm S/Call UA 12ds Basket observed

Date: _____ 10/30/20 _____
Shift: _____ 11-7 _____
Count: _____ 30-29-1 _____
Keys: _____ 178/180 _____
Radio: _____ 3110 _____
C.O. on Duty: _____ Latour _____
Tools accounted for: _____ ✓ _____
Razors accounted for: _____ 54 _____
Read Post Description: _____ ✓ _____

| Restriction Log | |
|---|---|
| Inmate _____ Carrion _____ | Number _17R3214_ |
| Location _E2 18B_  Chow Yes_____ No_____ | |
| Exercise Yes_____ No_____ | |
| Shower Yes_____ Time_____ No_____ | |
| Restriction Release Date _PENDING_ | |

10⁵⁰am CO Latour on Post W/TSE All tools Accounted
Lov PTS Due
11⁰⁰pm Need bot 4/ man fight
11¹⁵pm Count taken 30-29 1 out to lobby w/lt Accepts Ⓜ
11³⁰pm Rounds made
12⁰⁰am Security call/ Rounds made
12³⁰am Rounds made
LE11¹⁵pm Count taken 30-25-5-4 out to hospital lobby 1 to All w/lt Accepts
12:45 c.o. Guy on unit
12⁵⁸am Lt Wyld Rover #13 12ds - Fank announced
1:00 Rounds & security call
1:30 Rounds & security call
2:00 Rounds & security call
2¹⁰am @ CO Latour back on unit
2³⁰am Rounds made
2⁴⁰am Inmate Carrion 18B moved to Hospital & bed 4 per movement Now Census 29
2⁵⁵am Count taken 29-25-4 30 out to hospital lobby 1 out to All w/lt Accepts
3⁰⁴am Count Clear

000452

50

3:15 Am  Per Movement Inmate ▓▓▓▓▓ off Unit to SHU-C-28
        Inmate ▓▓▓▓ off Unit to SHU-A-4
        Inmate ▓▓▓▓▓ off Unit to SHU-A-12 New Census ㉖
3:30 Am  Rounds Made
3:38/A   Router Nurse 9AJ
4:00 Am  Security call / Rounds Made
4:24 Am  Inmates Carrion, ▓▓▓, ▓▓▓▓ property Packed for
        SHU property was unsecured when Packed
4:30 Am  Rounds Made
4:20 A   ▓▓▓ St U/A Rts Down. Count
4:55 Am  Cane taken 26-25-1 out to Lobby Sgt. Knight Accepts
        Co Night Rounds Rds - cane per Key dep - Rounds announced
5:00 Am  Count Clear
5:30 Am  Rounds Made
6:00 Am  Insulin/ Special Diets / Rounds made
6:02 Am  Razors offered Ø Respond
6:15 Am  Messhall workers
6:30 Am  Rounds made
6:55 Am  CO Woodley off Duty

Date: 10-30-20
Shift: 7-3
Count: 26
Keys: 178/160
Radio: 310
C.O. on Duty: C. Woodley
Tools accounted for: ✓
Razors accounted for: 54
Read Post Description: ⓦ

AM 7:00 C.O. C. Woodley on duty, Count Taken 26-25-1 ① Det Admin Lobby, LT
        I Accepts, Fire and Safety Check Completed, All Tools Accounted For—
    7:12 Count is Clear ——
    7:30 Round Made ——
    8:00 Round Made ——
    8:30 Round Made ——

Continued on page 51

000453

51

Continued from page 50, Tour II, 10-30-20

8:43 Chow Called ⑧ Out ———
9:00 Round Made ———
9:30 Round Made ———
9:48 Programs Called ③ out ———
10:00 ILC Meeting Called, Round Made ———
10:20 Special Diets and Messhall Workers Called ———
10:30 Round Made, Commissary Called
11:00 Sgt. Martin on 1/2 Rounds ———
11:05 Count Taken 26-25-1 ① Det Admin Lobby, LT Accepts ———
11:15 Count is Clear ———
11:30 Round Made ———
PM 12:00 Round Made ———
12:05 Chow Called ⑪ Out ———
12:30 Round Made ———
1:00 Activities Called ———
1:30 Round Made ———
2:00 Round Made ———
2:30 Round Made ———
⊕① 2:38 Inmate ████████ on unit from draft to E-2-18, E-2 Census is now ㉗ ———

Date: _____ 10-30-20 _____
Shift: _____ 3-11 _____
Count: _____ 26-25-1  A/L _____
Keys: _____ 178, 180 _____
Radio: _____ 3110 _____
C.O. on Duty: _____ Brown _____
Tools accounted for: _____ ✓ _____
Razors accounted for: _____ 54 _____
Read Post Description: _____ ✓ _____

2:55pm CO kBrown on duty with all State equipment accounted
      for F15 completed Announced female on unit
3:20pm Count taken 27-24 / Admin Accepted by Lt Larose
3:25 Sgt. Martin on 1/2 Round ———
3:30 CO Lowe on unit / Count clear ✓
3:40 movement
4:00 Round
4:30 messhall, special diets, Round

52

— Continued from pg 51  10/30/29 Tour III —

5:00pm  Round made
5:30pm  Round made
5:40    Chow out (9) Inmate
6:00    Round
6:30    Activities out
6:40    Rec out (5)
7:00    Round
7:30    Round
8:00    Round
8:10    Razors Announced (3) taken (51) left
8:30    Round
9:00    Round
2100    DORM ROVER LOWER ROUNDS
9:30    Round
10:00   Count taken 27-24-1 Admin lobby Accepted by Ct
10:30   Clear
2235    DORM ROVER LOWER ROUNDS
10:50   End of tour

# EXHIBIT H

```
PAGE   1                        STATE OF NEW YORK              PRINTED AT
               DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/27/20   10:35 AM
                            UNUSUAL INCIDENT REPORT
```

CAPE VINCENT GENERAL         FAC CODE 584    FAC LOG# 200141   CCC# 291439

UF LOG# 200033

INCIDENT DATE   10/29/20  TIME 11:00 PM  LOCATION  TV, DAY AREA

TELEPHONE DATE  10/30/20  TIME 11:21 AM

    PERSON CALLING       LT    HARRIENGER
    PERSON RECEIVING     CAPT  ADAM G FRENYA

REPORT DATE     11/05/20     PERSON REPORTING LT     HARRIENGER

    USE OF FORCE  YES     WEAPON USED  YES     WORKPLACE VIOLENCE  YES

*********************************************************************************

ASSAULT                      (02) 01       STAFF USE OF WEAPONS   (20) 10
  ON INMATE                                    OC PEPPER

*********************************************************************************

DESCRIPTION:

WHILE ON DUTY ON E-2 DORM OFFICER LATOUR OBSERVED INMATES ▇▇▇▇▇▇▇
▇▇▇▇▇▇ (E-2-47B) AND ▇▇▇▇▇▇▇▇▇▇ (E-2-19B) THROWING
CLOSED FIST PUNCHES TO THE HEAD AND FACE OF EACH OTHER AND INMATES
▇▇▇▇▇▇▇▇ (E-2-41B) AND CARRION, DAMIEN 17R3214
(E-2-18) THROWING CLOSED FIST PUNCHES TO THE HEAD AND FACE OF
EACH OTHER IN THE DORM AREA. OFFICER LATOUR GAVE SEVERAL DIRECT ORDERS
TO STOP WITH COMPLIANCE. OFFICER LATOUR USING HIS ASSIGNED PAS RADIO
CALLED FOR A RED DOT RESPONSE. AREA SERGEANT MACKAY WITH THE RESPONSE
TEAM REPORTED.

*********************************************************************************

EVENTS CAUSING:

OFFICER LATOUR OBSERVED INMATES ▇▇▇▇▇▇▇▇ AND ▇▇▇▇▇▇
▇▇▇▇▇ FIGHTING EACH OTHER AND INMATES ▇▇▇▇▇▇ AND CARRION
17R3214 ALSO FIGHTING EACH OTHER IN THE DORM AREA. REPSONDING
OFFICER PATTERSON DIRECTED INMATE ▇▇▇▇▇ TO PLACE HIS HANDS ON
THE DAY ROOM WALL AND DURING THE PAT FRISK INMATE ▇▇▇▇▇ CAME
OFF THE WALL TOWARD OFFICER PATTERSON.

*********************************************************************************

PAGE   2                          STATE OF NEW YORK        ·         PRINTED AT
                    DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/27/20  10:35 AM
                               UNUSUAL INCIDENT REPORT


    CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200141    CCC# 291439

                           UF LOG# 200033

    INCIDENT DATE   10/29/20   TIME 11:00 PM   LOCATION   TV, DAY AREA

        USE OF FORCE   YES        WEAPON USED   YES      WORKPLACE VIOLENCE   YES

    **********************************************************************************

    ACTION TAKEN:

    OFFICER PATTERSON DIRECTED INMATE ▮▮▮▮▮ TO PLACE HIS HANDS ON
    THE DAY ROOM WALL AND DURING THE PAT FRISK INMATE ▮▮▮▮▮ CAME OFF THE
    WALL TOWARD HIM. OFFICER PATTERSON APPLIED 1 APPLICATION OF OC SPRAY (#31)
    LOT #21218 CONSISTING OF 2 ONE SECOND BURSTS TO THE HEAD AND FACE OF
    INMATE ▮▮▮▮▮ WITHOUT THE DESIRED EFFECT. OFFICER PATTERSON THEN
    WITH BOTH HANDS GRABBED A HOLD OF INMATE ▮▮▮▮▮ 'S RIGHT ARM WHILE
    OFFICER FARRELL WITH BOTH HANDS GRABBED A HOLD OF INMATE ▮▮▮▮▮ 'S LEFT
    ARM THEN FORCING HIM FACE FIRST TO THE FLOOR WHERE MECHANICAL RESTRAINTS
    WERE APPLIED AND FORCE ENDED. ▮▮▮▮▮ WAS PAT FRISKED WITH NO CONTRABAND
    FOUND. INMATES ESCORTED TO THE INFIRMARY TO BE EXAMINED BY MEDICAL.
    INMATE ▮▮▮▮▮ WAS EXAMINED AND DECONTAMINATED PER DIRECTIVE
    4903. ▮▮▮▮▮ HAD A SUPERFICIAL 1/2" LACERATION OVER LEFT EYEBROW.
    INMATE ▮▮▮▮▮ WAS ESCORTED AND ADMITTED INTO SHU A-12, SERGEANT
    VERNE COMPLETED FORM 3152 WITH NO TRIGGERS. INMATE ▮▮▮▮▮ WAS EXAMINED
    WITH NO INJURIES NOTED. INMATE ▮▮▮▮▮ WAS ESCORTED AND ADMITTED INTO
    SHU C-28, SERGEANT VERNE COMPLETED FORM 3152 WITH NO TRIGGERS. INMATE
    ▮▮▮▮▮ WAS EXAMINED WITH A 3/4" SUPERFICIAL CUT TO RIGHT HAND NOTED. INMATE
    ▮▮▮▮▮ WAS ESCORTED AND ADMITTED INTO SHU A-4, SERGEANT VERNE COMPLETED
    FORM 3152 WITH NO TRIGGERS. INMATE CARRION WAS EXAMINED WITH BURNS
    ON CHEST WITH TWO OPEN AREAS, AND FACE REDDENED. INMATE CARRION WAS PLACED
    INTO INFIRMARY BED #4 FOR OBSERVATION UPON HIS RELEASE HE WILL HOUSE IN
    SHU. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮ SERGEANT MACKAY SUPERVISED THE INCIDENT AREA
    SEARCHED WITH NO CONTRABAND FOUND. SERGEANT MACKAY AUTHORIZED INMATES
    CUBE SEARCHED WITH NO CONTRABAND FOUND. SERGEANT MACKAY'S INVESTIGATION
    DETERMINED THAT AN UNIDENTIFIED INMATE THREW HOT LIQUID ON INMATE
    CARRION. SERGEANT MACKAY'S INVESTIGATION DETERMINED THAT INMATE ▮▮▮▮▮ 'S
    INJURY TO RIGHT HAND IS CONSISTENT WITH BEING IN A FIGHT. SERGEANT
    MACKAY'S INVESTIGATION DETERMINED THAT INMATE ▮▮▮▮▮ 'S INJURY TO HIS
    LEFT EYEBROW IS CONSISTENT WITH BEING IN A FIGHT. CANISTER (#31) WAS
    SECURED PER DIRECTIVE 4903 IN THE ARSENAL. PHOTOGRAPHS AND ALL
    PERTINENT PAPERWORK WERE COMPLETED. INCIDENT AREA WAS DECONTAMINATED.
    OD DSS KNAPP WAS NOTIFIED.


    **********************************************************************************

000110

PAGE   3                          STATE OF NEW YORK                PRINTED AT
             DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION      11/27/20  10:35 AM
                              UNUSUAL INCIDENT REPORT


CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200141    CCC# 291439

                              UF LOG# 200033

INCIDENT DATE    10/29/20  TIME 11:00 PM  LOCATION  TV, DAY AREA

        USE OF FORCE  YES      WEAPON USED  YES     WORKPLACE VIOLENCE  YES

*****************************************************************************

MEDICAL REPORT:

    INMATES WERE ESCORTED TO INFIRMARY TO BE EXAMINED. INMATE ███████████
    WAS EXAMINED WITH A 1/2" LACERATION OVER LEFT EYEBROW NOTED. INMATE
    █████████ WAS EXAMINED WITH NO INJURIES NOTED. INMATE █████████ WAS
    EXAMINED WITH A 3/4" SUPERFICIAL CUT TO RIGHT HAND NOTED. INMATE
    CARRION WAS EXAMINED WITH BURNS ON CHEST WITH TWO OPEN AREAS, AND
    FACE REDDENED. INMATE ███████████ WAS DECONTAMINATED PER DIRECTIVE 4903.
    ████████████████████████████████████████████████████████████████

    SCHABER                    /NURSE                    10/29/20  11:40 PM
                        EXAMINER NAME/TITLE                    EXAM DATE/TIME



*****************************************************************************

PROPERTY DAMAGE:

  N/A




*****************************************************************************

NOTIFICATION (FAMILY):

  N/A

NOTIFICATION (POLICE/OTHER):

  N/A

000111

```
PAGE   4                          STATE OF NEW YORK              PRINTED AT
                  DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   11/27/20  10:35 AM
                                UNUSUAL INCIDENT REPORT


     CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200141    CCC# 291439

                                 UF LOG# 200033

   INCIDENT DATE   10/29/20  TIME 11:00 PM  LOCATION  TV, DAY AREA

         USE OF FORCE  YES        WEAPON USED  YES     WORKPLACE VIOLENCE  YES

     *******************************************************************************

     *******************************************************************************
                              INMATE INFORMATION:
     *******************************************************************************

     CARRION, DAMIEN A                      17R3214    DOB 02/10/1985 ETHNIC- HISPANIC

        GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON     FORCE      INJURY
        ASSAULT       - ON INMATE          VICTIM  OTH FLUIDS            BURN
     *******************************************************************************
```
████████████████████████████████████████████ ETHNIC- BLACK
```
        GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON     FORCE      INJURY
        ASSAULT       - ON INMATE          SUSPCT                        LACERATION
     *******************************************************************************
```
████████████████████████████████████████████ ETHNIC- HISPANIC
```
        GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON     FORCE      INJURY
        ASSAULT       - ON INMATE          SUSPCT             CHEM AGTS  LACERATION
        STF WEAPONS   - OC PEPPER          PERP
     *******************************************************************************
```
████████████████████████████████████████████ ETHNIC- BLACK
```
        GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON     FORCE      INJURY
        ASSAULT       - ON INMATE          SUSPCT


     *******************************************************************************
                             EMPLOYEE INFORMATION:
     *******************************************************************************

     LATOUR, MARK E                   CO

        GEN INCIDENT - SPECIFIC INCIDENT      FORCE      INJURY      DEGREE
        ASSAULT       - ON INMATE
     ******************************************************************
```

```
PAGE   5                        STATE OF NEW YORK              PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/27/20  10:35 AM
                            UNUSUAL INCIDENT REPORT


        CAPE VINCENT GENERAL          FAC CODE 584   FAC LOG# 200141   CCC# 291439

                                 UF LOG# 200033

        INCIDENT DATE   10/29/20  TIME 11:00 PM  LOCATION  TV, DAY AREA

           USE OF FORCE  YES      WEAPON USED  YES    WORKPLACE VIOLENCE  YES

        ***********************************************************************
                               EMPLOYEE INFORMATION:
        ***********************************************************************
        PATTERSON, WILLIAM D            CO

           GEN INCIDENT - SPECIFIC INCIDENT      FORCE        INJURY        DEGREE
           ASSAULT     - ON INMATE           CHEM AGTS
           STF WEAPONS  - OC PEPPER                         ████████████████████
        ***********************************************************************

        VERNE, MARK J                   SGT

           GEN INCIDENT - SPECIFIC INCIDENT      FORCE        INJURY        DEGREE
           ASSAULT     - ON INMATE
        **************************************************█████████████████████

        MACKAY, LEE M                   SGT

           GEN INCIDENT - SPECIFIC INCIDENT      FORCE        INJURY        DEGREE
           ASSAULT     - ON INMATE
           STF WEAPONS  - OC PEPPER                         ████████████████████
        ***********************************************************************

        FARRELL, COREY J                CO

           GEN INCIDENT - SPECIFIC INCIDENT      FORCE        INJURY        DEGREE
           ASSAULT     - ON INMATE           BODY HOLD
                                                            ████████████████████
        **************************************************█████████████████████


           DSS JEREMY KNAPP                                 11/27/20
           ACTING SUPERINTENDENT                            DATE
```

000113

PAGE   5                          STATE OF NEW YORK                    PRINTED AT
          DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION        11/05/20  10:17 AM
                               UNUSUAL INCIDENT REPORT


CAPE VINCENT GENERAL          FAC CODE 584   FAC LOG# 200141    CCC# 291439

                        UF LOG# 200033

INCIDENT DATE   10/29/20   TIME 11:00 PM  LOCATION   TV, DAY AREA

     USE OF FORCE  YES      WEAPON USED  YES

************************************************************************************
                          EMPLOYEE INFORMATION:
************************************************************************************
PATTERSON, WILLIAM D              CO

     GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
     ASSAULT      - ON INMATE             CHEM AGTS       ████████████████████
     STF WEAPONS  - OC PEPPER
************************************************************************************

VERNE, MARK J                     SGT

     GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
     ASSAULT      - ON INMATE                               ████████████████████
************************************************************************************

MACKAY, LEE M                     SGT

     GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
     ASSAULT      - ON INMATE                               ████████████████████
     STF WEAPONS  - OC PEPPER
************************************************************************************

FARRELL, COREY J                  CO

     GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
     ASSAULT       - ON INMATE            BODY HOLD        ████████████████████
************************************************************************************

_____                    11/27/20
 #/SUPERINTENDENT'S SIGNATURE                           DATE

FORM 2171A (10/14)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM | HOUSING LOCATION ♦ CELDA E-2-47B |
|---|---|---|

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE E-2 Dorm | INCIDENT DATE ♦ FECHA 10-29-20 | INCIDENT TIME ♦ HORA APPROX. 11:00 pm |
|---|---|---|

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.13 - fighting
104.11 - violent conduct
106.10 - Direct order

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approx. time I CO Latour saw Inmate ▉▉▉ E2-47B run into inmate ▉▉▉ E2-19B Cube and exchange close fist blows to the head and upper body area I activated my PAS and called for a response I gave the inmates a direct order to stop fighting to which they did not comply I gave a 2nd direct order to stop fighting to which they again did not comply I gave a 3rd direct order to stop fighting the inmates complyed and seperated at this time the area supervisor and response team arrived and placed both inmates in mechinal restraints and escorted both inmates to medical no further incident at this time

| REPORT DATE ♦ FECHA 10-29-20 | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME M. Latour | SIGNATURE ♦ FIRMA _M. Lau_ | TITLE ♦ TÍTULO CO |
|---|---|---|---|

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)    SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS:  1._____
2._____    3._____

NOTE: Fold back Page 2 on dotted line before completing below.

6. WERE OTHER INMATES INVOLVED?    YES ☒   NO ☐    IF YES, GIVE NAME & # ▉▉▉
¿HUBO OTROS RECLUSOS ENVUELTOS?    SÍ ☐   NO ☐    DE SER SÍ DÉ LOS NOMBRES Y DIN _____

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐   NO ☒   (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDIENTE?   SÍ ☐   NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   SÍ ☐   NO ☐

OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☒   NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   SÍ ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☒   NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   SÍ ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT   SHU - A-12    (b) AUTHORIZED BY   Lt. Harringer
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____   (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☐   NO ☒   (IF YES, FILE FORM 2104)   UOF 20-038(?)  - NO - UOF ON THIS TIX
¿SE USÓ FUERZA FISICA?   SÍ ☐   NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT   Sgt. Marshy
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

FORM 2171A (10/14)
Side 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

_Cape Vincent_ Correctional Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | E-2-41B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| E-2 Dorm | 6-29-20 | Apprux 11ºº pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.13 – fighting
104.11 – Violent conduct
106.10 – Direct order

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approx. time I CO Latour saw inmate ▓▓▓▓▓ E2-41B enter inmate Carrion, D 17R 3214 E2-18B cube and the two begain exchaging closed fist blows to the head and upper body area I activated my PAS and called for a response I gave the inmates a direct order to stop fighting to which they didnt I gave a 2nd direct order to stop to which agian they did not comply I gave a 3rd direct order to stop the inmates complied and separated at this time the area supervisor and Respone team arived and placed Both inmates in mechinal restints and escorted both inmates to medical no further incident at this time

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10-29-20 | M. Latour / M Latour | _[signature]_ | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)**    SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS: 1. _____

2. _____    3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED? | YES ☑ | NO ☐ | IF YES, GIVE NAME & # Carrion, D 17R 3214 |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SI ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☑  (B) WAS INMATE HOUSED IN A SHU CELL?  YES ☐  NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?  SI ☐  NO ☐  ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SI ☐  NO ☐

OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES ☐  NO ☑
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?  SI ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?  YES ☑  NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SI ☐  NO ☐
IF YES, (a) CURRENT HOUSING UNIT __SHU-A-4__    (b) AUTHORIZED BY _Lt Hullenger_
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____    (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?  YES ☐  NO ☑  (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?  SI ☐  NO ☐  (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _Sgt Marty_
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000116

FORM 2171A (10/14)         STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1
_Cape Vincent_ Correctional Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Carrion, Damien | 17R 3214 | E-2-18B |
| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
| E-2 Dorm | 10-29-20 | APPROX. 11:00 PM |

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES

100.13 - Fighting
104.11 - Violent Conduct
106.10 - Direct Order

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On the above date and approx. time I co latour saw Inmates Carrion, D 17R 3214 E2-18B and ████████████████ E2-41B exchanging closed fist blows in Inmates carrions cube to the head and upper body area I activated my PAS and called for a response I gave the inmates a direct order to stop fighting to which they did not comply I gave a 2nd direct order to stop fighting to which again they did not comply I gave a 3rd direct order to stop fighting the inmates complied and seperated at this time the area supervisor and response team arrived and placed both inmates in mechinal restirnts and escorted both inmates to medical no further incident at this time

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10-29-20 | M. Latour | M. Latour | CO |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)         SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)         FIRMAS:  1. _____

2. _____                         3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED? | YES ☑ | NO ☐ | IF YES, GIVE NAME & # ████████████ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN ___ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☑  NO ☐    (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐  NO ☑
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDIENTE?   SÍ ☐  NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   SÍ ☐  NO ☐
OR ♦ O
(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☑  NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   SÍ ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☑  NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   SÍ ☐  NO ☐
IF YES, (a) CURRENT HOUSING UNIT _HS-004_   (b) AUTHORIZED BY _Lt. Harrington_
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL ___   (b) AUTORIZADO POR ___

9. WAS PHYSICAL FORCE USED?   YES ☐  NO ☑   (IF YES, FILE FORM 2104) ___
¿SE USÓ FUERZA FISICA?   SÍ ☐  NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) ___

AREA SUPERVISOR ENDORSEMENT ___
ENDOSO DEL SUPERVISOR DEL ÁREA ___

Distribution: WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Discipliaria   AMARILLA - Recluso (después de la resión)

000117

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ _____ Correctional Facility

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ███████████████████ | ████████ | E-2-19B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| E-2 Dorm | 10-29-20 | Approx 1100 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.13 - fighting

104.11 - Violent conduct

106.10 - Direct order

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date ans APPROX. time I CO Latour saw inmates ███████████████ E2-19B and ███████████████ E2-U7B exchanging close fist blows to the head and upper body area I activated my PAS and called for a response I gave the inmates a direct order to stop fighting to which they did not comply. I gave a 2nd direct order to stop fighting to which again inmates did not stop fighting I gave a 3rd direct order to stop fighting the inmates complied and seperated at this time the area Supervisor and response team arrived and placed both inmates in mechinal restraints and escorted both inmates to medical no further incident at this time

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10-29-20 | M. Latour | M. Latour | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)          SIGNATURES:**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS:   1. _____

2. _____          3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED? | YES ☑ | NO ☐ | IF YES, GIVE NAME & # ███████████████ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐  NO ☑   (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☑
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?   SÍ ☐   NO ☐      ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   SÍ ☐   NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☑   NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   SÍ ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☑   NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   SÍ ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT ___SHU - C-28___   (b) AUTHORIZED BY _Lt. Huffinger_
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____   (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☐   NO ☑   (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?   SÍ ☐   NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT ___Sg Marlin___
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

000118

FORM 2171A (10/14)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_____ Cape Vincent _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ▉ | ▉ | E 2 47B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| E2 Day Room | 10/25/20 | 11:00 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.11 Assault on Staff    106.10 Direct order
104.11 Violent Conduct    107.10 Interference
104.13 Create Disturbance

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time I CO W Patterson responded to a red dot response on E2 Dormitory. In the day room, I observed inmate ▉ I gave him a direct order to get on the wall and he turned towards me with closed fists in an aggressive manner I gave a second direct order that inmate ▉ refused and I administered one application of oc spray. I gave another direct order to get on the wall and ▉ continued towards me as the oc spray did not have the desired effect. At this time I took control of inmate ▉ right side with body holds and took him to the ground. Inmate ▉ became compliant and mechanical restraints were applied. Inmate was escorted off the unit by uninvolved staff without further incident

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/29/20 | W Patterson | _signature_ | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)    SIGNATURES:**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS:  1. _____

2. _____    3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED? | YES ☐ | NO ☒ | IF YES, GIVE NAME & # _____ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN _____ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☒    (B) WAS INMATE HOUSED IN A SHU CELL?  YES ☐  NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?  SÍ ☐  NO ☐   OR ♦ O    ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SÍ ☐  NO ☐

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES ☒  NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?  SÍ ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?  YES ☒  NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SÍ ☐  NO ☐
IF YES, (a) CURRENT HOUSING UNIT  SHU  A / 2    (b) AUTHORIZED BY  Lt Harrienger
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____    (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?  YES ☒  NO ☐   (IF YES, FILE FORM 2104)  20F 20-033
¿SE USÓ FUERZA FISICA?  SÍ ☐  NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT  SL Marthy
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

000119



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

TO: LT. S. Harrienger

From: SGT. L. MacKAY

Subject: UOF #20-033

Date: 29 October 2020

As reported to me on 10-29-2020 at approximately 11:00pm Officer M. Latour observed inmates Carrion, Damien 17R3214 E-2-18, ████████████████ E-2-41, ████████████ and ████████████████ E-2-19 exchanging closed fist blows to the head and face in the dorm area in front of the Officers station. Officer Latour gave all inmates direct orders to stop fighting, all 4 inmates failed to comply. Latour activated his PAS for a red dot response. Latour then gave a second direct order to stop fighting and all inmates refused staff direction. It was during the third order that the inmates complied, and staff arrived and placed 3 inmates in mechanical restraints and inmate ████████ left the area and went into the day room where Officer Patterson stopped him to which he did not comply with orders.

As reported to me by Officer Patterson also responded to E-2 and saw inmate ████████████ ████████ come out of the dorm into the day room. Officer Patterson gave him a direct order to place his hands on the wall. Inmate ████████ complied and placed his hands on the wall. Inmate ████████ became irritated and then turned towards Officer Patterson in an aggressive manner with closed fists. Patterson then gave him a second direct order to place his hands on the wall, ████████ again refused to comply and took a step towards him. At this time Officer Patterson felt it necessary at this time to use force.

As Inmate ████████ stepped aggressively toward Officer W. Patterson his hands were clenched and ignoring all orders to place his hands on the wall Officer Patterson applied one application of OC spray consisting of two one second bursts to his head and face. It was now that Officer Farrell looked toward Officer Patterson and observed him applying the OC spray on inmate ████████ The application did not have the desired effect. Inmate ████████ took another step toward Officer Patterson with clenched fists. Officer Farrell then used a body hold on the left side while CO. Patterson used a body hold on the right side and took inmate ████████ to the floor. Once on the floor inmate ████████ complied with staff directions and all force ceased.

Watch Commander LT. S. Harrienger was notified.

Cape Vincent Correctional Facility, 36560 State Route 12E, P.O. Box 599, Cape Vincent, NY 13618-0599 | (315) 654-4100 | www.doccs.ny.gov

000120

I directed staff to escort all 4 inmates to the Infirmary at this time. All inmates were seen by medical staff. (see form 2105) Inmate ▮▮▮▮▮▮ was decontaminated by uninvolved staff. I had the responding Officers search the surrounding area for any weapons with no contraband found. LT. Harrienger authorized the following moves. Inmate Carrion was moved to SHU HS-004, ▮▮▮▮▮ was moved to SHU A-4, ▮▮▮▮▮ was moved to SHU C-28 and ▮▮▮▮▮▮ was moved to SHU A-12. A 3152 was filled out with no triggers noted on any of the four inmates. The 4 inmates' cubes were searched with no contraband found. All four inmates signed a Protective Custody Waiver. ▮▮▮▮▮▮

Upon my investigation Inmate Carrian told me that approximately 1 minute prior to the fight he was involved in that an unknown inmate threw a cup of hot boiling water on him. The hot water hit him in the face, chest area and left and right hand. RN. R. Leary and I have determined that Carrian in fact did get a hot liquid thrown on him that appeared to be hot boiling water. The other three inmates had nothing to say and denied about being in a fight. The injuries that all four inmates received and are documented on Form 1595's are all consistent with then being in a fight, as well as the direct observation of Officer Latour. Nothing further.

Respectfully Submitted,

*L. MacKay*

L. MacKAY

Sergeant

Cape Vincent Correctional Facility, 36560 State Route 12E, P.O. Box 599, Cape Vincent, NY 13618-0599 | (315) 654-4100 | www.doccs.ny.gov

000121

```
UNS571        STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/27/20                        USE OF FORCE REPORT
10:35:12                  CAPE VINCENT GENERAL                  UF LOG NO. 200033.00
                   INCIDENT DATE 10/29/20  TIME 11:00PM         UI CCC NO. 291439
GEN LOC. 33 TV, DAY AREA SPEC LOC.                             CB LOG NO.
=================================================================================
INMATE                      DIN/NYSID ETHNIC ROLE
███████████████████████                HSP       SUSPCT
=================================================================================
STAFF INVOLVED               TITLE   FORCE1     FORCE2     FORCE3     DEGREE

PATTERSON, WILLIAM D         CO      CHEM AGTS
=================================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER PATTERSON DIRECTED INMATE ████████ TO PLACE HIS HANDS ON
THE DAY ROOM WALL AND DURING THE PAT FRISK INMATE ██████████ CAME
OFF THE WALL TOWARD HIM. OFFICER PATTERSON APPLIED 1 APPLICATION OF
OC SPRAY (#31), CONSISTING OF 2 ONE SECOND BURSTS, WITHOUT THE DESIRED
EFFECT. OFFICER PATTERSON THEN WITH BOTH HANDS GRABBED A HOLD OF INMATE
████████ S RIGHT ARM WHILE OFFICER FARRELL WITH BOTH HANDS GRABBED
A HOLD OF INMATE ████████ 'S LEFT ARM FORCING HIM FACE FIRST TO THE
FLOOR WHERE MECHANICAL RESTRAINTS WERE APPLIED AND FORCE ENDED.


=================================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER PATTERSON APPLIED 1 APPLICATION OF OC SPRAY (#31) LOT #21218,
CONSISTING OF 2 ONE SECOND BURSTS, TO THE HEAD AND FACE OF INMATE
████████ WITHOUT THE DESIRED EFFECT. OFFICER PATTERSON THEN WITH BOTH
HANDS GRABBED A HOLD OF INMATE ████████ 'S RIGHT ARM WHILE OFFICER
FARRELL WITH BOTH HANDS GRABBED A HOLD OF INMATE ████████ 'S LEFT ARM
THEN FORCING HIM FACE FIRST TO THE FLOOR WHERE MECHANICAL RESTRAINTS WERE
APPLIED AND FORCE ENDED.



=================================================================================
```

PAGE 1.01

000122

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/27/20                    USE OF FORCE REPORT
10:35:12              CAPE VINCENT GENERAL                   UF LOG NO. 200033.00
                INCIDENT DATE 10/29/20  TIME 11:00PM         UI CCC NO. 291439
GEN LOC. 33 TV, DAY AREA SPEC LOC.                          CB LOG NO.
===========================================================================
INMATE                        DIN/NYSID ETHNIC ROLE
                                        HSP     SUSPCT
===========================================================================
EXAMINERS  NAME                TITLE             EXAM DATE   TIME
SCHABER                        NURSE             10/29/20    11:40PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
INMATE ▮▮▮▮▮ WAS ESCORTED TO THE INFIRMARY TO BE EXAMINED. INMATE
▮▮▮▮▮▮ WAS DECONTAMINATED PER DIRECTIVE 4903. INMATE RODRIGUEZ
WAS EXAMINED WITH A SUPERFICIAL 1/2" LACERATION OVER LEFT EYEBROW NOTED.

```
===========================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                 WAS VIDEOTAPE REVIEWED?    NO
AUTHORIZED BY:                                         DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES PER DIRECTIVE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?     ▮▮▮▮▮▮▮▮▮▮
WAS STAFF SEEN BY MEDICAL?    ▮▮▮▮▮▮▮▮▮▮
WAS INMATE INJURED?     YES
WAS INMATE SEEN BY MEDICAL?    YES PER DIRECTIVE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO:
REPORTED BY: SGT    MACKAY                             DATE: 10/29/20
REVIEWED BY: LT     HARRIENGER                         DATE: 10/30/20
===========================================================================
```
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.

```
===========================================================================
```

DSS JEREMY KNAPP                                      11/27/20
ACTING SUPERINTENDENT                                   DATE

PAGE 2

000123

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/23/20                    USE OF FORCE REPORT
07:35:17                  CAPE VINCENT GENERAL                UF LOG NO. 200033.00
                    INCIDENT DATE 10/29/20  TIME 11:00PM      UI CCC NO. 291439
GEN LOC. 33 TV, DAY AREA SPEC LOC.                           CB LOG NO.
=============================================================================
INMATE                      DIN/NYSID ETHNIC ROLE
███████████████████             HSP      SUSPCT
=============================================================================
EXAMINERS  NAME                  TITLE         EXAM DATE   TIME
SCHABER                          NURSE         10/29/20    11:40PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
INMATE ████████ WAS ESCORTED TO THE INFIRMARY TO BE EXAMINED. INMATE ████████ WAS DECONTAMINATED PER DIRECTIVE 4903. INMATE ████████ WAS EXAMINED WITH A SUPERFICIAL 1/2" LACERATION OVER LEFT EYEBROW NOTED.

```
==============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO              WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                       DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES PER DIRECTIVE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████████████████
WAS STAFF SEEN BY MEDICAL? ███████████████
WAS INMATE INJURED?   YES ████████████████
WAS INMATE SEEN BY MEDICAL?   YES PER DIRECTIVE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO:
REPORTED BY: SGT   MACKAY                      DATE: 10/29/20
REVIEWED BY: LT   HARRIENGER                   DATE: 10/30/20
==============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

_(signature)_ -DSS                                    11/27/20
                                                      DATE

PAGE 2

000124

FORM 1595 (11/11)      STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE INJURY REPORT

| Facility C580 | Date of Injury 10-29-20 | Time of Injury 11 pm | Location Injury Occurred C-2 | |
|---|---|---|---|---|
| Inmate Name ███████ | | PIN ███████ | | Housing Location E2-47 |

**What was cause of inmate's injury?**
Altercation with OC spray deployment

**Inmate's Statement:**

Inmate's Signature _____ Date _____

Witnesses

Reporting Employee _____ Title _____

### FACILITY HEALTH SERVICES REPORT

| Date Injury reported: 10-29-20 | Time: 1140 pm AM/PM | Description of injury*: |
|---|---|---|

Simple laceration over left eye brow. Lungs have some wheezes noted bilateral bases. Redness to right side of back. Abrasion to right mid Lower arm. Redness across abdomen and left shoulder. Denies loose teeth.

FRONT            BACK

1/2 inch length. laceration 1/16 inch depth

OD (Right)

OS (Left)

| Date of medical examination: 10-29-20 | Time: 1140 pm |
|---|---|

Services Provided:
T-98.7 - P89 - R22 Sat-96% 164/105. Decontaminated per policy. Laceration steri strip closed.

| Was inmate admitted to facility infirmary? ☐ Yes ☑ No | Outside hospital? ☐ Yes ☑ No | If yes, where? | PCP on site evaluation? ☐ Yes ☑ No | Telemed evaluation? ☐ Yes ☑ No |
|---|---|---|---|---|

Name and title of person furnishing treatment at facility:

Signature _____  Print _____  Title _____

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

000125

FORM 1595 (11/11)          STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE INJURY REPORT

| Facility C580 | Date of Injury 10-29-20 | Time of Injury 11 pm | Location Injury Occurred housing unit |
|---|---|---|---|

| In | | DIN | Housing Location E 2- 198 |
|---|---|---|---|

What was cause of inmate's injury?
altercation on the dorm.

Inmate's Statement:

Unable to sign
Inmate's Signature                    Date

Witnesses

Reporting Employee                    Title

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10/29/20 by RN. | Time: 10/30/20 AM/PM 12 45 am | Description of injury*: Reports no injuries & none noted |
|---|---|---|

FRONT    BACK

OD (Right)

OS (Left)

Date of medical examination: 10/29/20        Time: 12 45 Am

Services Provided:
T-99.² - P53 - R16 B/p -139/88- Sat 100% assessment.

| Was inmate admitted to facility infirmary? ☐ Yes ☒ No | Outside hospital? ☐ Yes ☒ No | If yes, where? | PCP on site evaluation? ☐ Yes ☒ No | Telemed evaluation? ☐ Yes ☒ No |
|---|---|---|---|---|

Name and title of person furnishing treatment at facility:
Robin Leavery, RN/278    Robin Leavery    RN-2
Signature                Print                Title

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

000126

FORM 1595 (11/11)         STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**INMATE INJURY REPORT**

| Facility C580 | Date of Injury 10-29-20 | Time of Injury 11 Pm | Location Injury Occurred Incident by Cube |
|---|---|---|---|

| Inmate Name Carrion, Damien | DIN 17R3214 | Housing Location E2-18 |
|---|---|---|

What was cause of Inmate's injury?
Hot water thrown on inmate, during altercation on dorm.

Inmate's Statement:

Unable copied.
_____     _____
Inmate's Signature                  Date

Witnesses

Reporting Employee                               Title

---

**FACILITY HEALTH SERVICES REPORT**

| Date injury reported: 10-29-20 | Time: AM/PM 11:10 pm | Description of Injury*: Burns on chest with two open areas. |
|---|---|---|

These areas measure 3/4 inch each burn. Also reported his face was splashed. No blistering or open areas are noted on face. Has a 1/4 inch broken blister on left wrist + base of right thumb.

face reddened no open areas

FRONT

3 small superficial puncture wounds

burn skin is abrading
2 open areas 3/4 inch in size

BACK

5 inch welt

OD (Right)

OS (Left)

1/4 inch blister broken

1/4 inch broken blister

| Date of medical examination: 10/29/30 | Time: 11:10 pm |
|---|---|

Services Provided:
145/90 T-99 P 109-20 Sat-96 20's injury assessment. Silvadine cream applied to blistered + cold areas. Cold compress to burn areas on chest. Cold compresses to face. No respiratory distress. Speaking in full sentences clearly. Turned over Security.

| Was inmate admitted to facility infirmary? ☐ Yes ☒ No | Outside hospital? ☐ Yes ☒ No | If yes, where? | PCP on site evaluation? ☐ Yes ☒ No | Telemed evaluation? ☐ Yes ☒ No |
|---|---|---|---|---|

Name and title of person furnishing treatment at facility:
Leavery, RN/278          Robin Leavery          RN-2
Signature                Print                  Title

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

000127

FORM 1595 (11/11)         STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
                              **INMATE INJURY REPORT**

| Facility C580 | Date of Injury 10-29-20 | Time of Injury 11 pm | Location Injury Occurred cube location |
|---|---|---|---|

| DIN ████████ | Housing Location E 2-41B |

**What was cause of inmate's injury?**
Altercation on housing unit

**Inmate's Statement:**

_Unable to cuffed_
Inmate's Signature                    Date

**Witnesses**

**Reporting Employee**                                    **Title**

---

**FACILITY HEALTH SERVICES REPORT**

| Date injury reported: 10-29-20 | Time: 10/30-145 AM/PM AM | Description of injury* |
|---|---|---|

CP-MD Reports Right hand was cut. 3/4 inch superficial cut, no depth, has a flap - No further injuries reported by inmate or noted by RN.

FRONT     BACK

3/4 inch superficial cut

OD (Right)

OS (Left)

| Date of medical examination: 10/30/20 | Time: 145 AM |
|---|---|

**Services Provided:**
T-98.4 - P-74 - R16 Sat - 99% 144/89. Cut cleansed with hydrogen peroxide. Viewed in shots. Turned over to Security.

| Was inmate admitted to facility Infirmary? ☐ Yes ☑ No | Outside hospital? ☐ Yes ☑ No | If yes, where? | PCP on site evaluation? ☐ Yes ☑ No | Telemed evaluation? ☐ Yes ☑ No |
|---|---|---|---|---|

Name and title of person furnishing treatment at facility:

| Signature Leavery, RN/378 | Print Robin Leavery | Title RN-2 |
|---|---|---|

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury

FORM #2104 (3/16)
2 of 2

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are 0 other reports filed under this Use of Force Log#

Ref. Directives #4004, 4944
(Prior To Completing Form,
See Reverse For Instructions)

# USE OF FORCE REPORT

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: MacKAY, L | Title: Sergeant |

| FACILITY: Cape Vincent CF | Incident Date: 29 October 2020 | Facility Use of Force: 2 0 - 0 3 3 |
|---|---|---|

| Incident Location: E-2 Day Room | Incident Time: 11:00 PM | If Unusual Incident, CCC Log #: 2 9 1 4 3 9 |
|---|---|---|

## REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| ███████████ | ███████ | E-2-47 | 03 | 02 Participant |
| | | | | 03 Perpetrator |
| | | | | 04 Suspect |
| | | | | 05 Victim |
| | | | | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. CO. C. Farrell | 5. |
| 2. CO. W. Patterson | 6. |
| 3. | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. CO. C. Farrell | 5. |
| 2. CO. W. Patterson | 6. |
| 3. | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

On 10-29-2020 at 11:00pm I responded to a red dot in E-2 Dorm. As reported to me by Officer Patterson also responded to E-2 and saw inmate ████████████ come out of the dorm into the day room. Officer Patterson gave him a direct order to place his hands on the wall. Inmate ██████ complied with CO Patterson's order. Inmate ██████ then became irritated and then turned towards Officer Patterson in an aggressive manner with closed fists. Patterson then gave him a second direct order to place his hands on the wall ████████ again refused to comply and took a step towards him. At this time Officer Patterson felt it necessary at this time to use force.

| _Lnony MacKay_ | _Lnny_ | _SGT_ | 10-29-2020 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist: Original-Superintendent          Copy-Guidance unit file(s) of inmate(s) involved

CONTINUED

FORM #2104 (3/16)
Part A 2 of 2

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION

There are ___O___ other
reports filed under this
Use of Force Log #

Ref. Directives #4004, #4944

## USE OF FORCE REPORT

| TYPE OF FORCE USED | 02,03,04 | 01 | Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|---|
| | | 02 | Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter: Individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

As Inmate ▮▮▮▮ stepped aggressively toward Officer W. Patterson his hands were clenched and ignoring all orders to place his hands on the wall Officer Patterson applied one application of OC spray consisting of two one second bursts to his head and face. It was now that Officer Farrell looked toward Officer Patterson and observed him applying the OC spray on inmate ▮▮▮▮ The application did not have the desired effect. Inmate ▮▮▮▮ took another step toward Officer Patterson with clenched fists. Officer Farrell then used a body hold on the left side while CO. Patterson used a body hold on the right side and took inmate ▮▮▮▮ to the floor. Once on the floor inmate ▮▮▮▮ complied with staff directions and all force ceased.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

Inmate ▮▮▮▮ was then then placed in mechanical restraints and escorted out of the area to medical by uninvolved staff and me. Inmate ▮▮▮▮ was decontaminated by uninvolved staff per directive 4903. ▮▮▮▮ was examined by medical staff; photos were taken, and inmate ▮▮▮▮ was then escorted to SHU without incident. A 3152 form was completed with no triggers noted. ▮▮▮▮

| REPORTER – Name | Signature | Title | Date |
|---|---|---|---|
| L. Macky | Mhy | Sgt | 10-28-2020 |

FORM #2104A (3/16)
1 Of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are _1_ other reports filed under this Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: W. PATTERSON | Title: CO. |
| FACILITY: CAPE VINCENT  Incident Date: 10/29/20 | Facility Use of Force: 20 - 033 |
| Incident Location: E-2 DAY RM  Incident Time: 11:00 pm | |

**I. REPORT OF INCIDENT**

INMATE(S) INVOLVED

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| ▆▆▆▆▆ | ▆▆▆▆▆ | E-2-47B | 3 | 02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |

IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)

| | |
|---|---|
| 1. CO. C. FARRELL | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

IDENTIFY ALL STAFF PRESENT DURING THE UOF

| | |
|---|---|
| 1. CO. W. PATTERSON | 5. |
| 2. CO. C. FARRELL | 6. |
| 3. | 7. |
| 4. | 8. |

DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

I responded to a red dot in E-2 dormitory. I approached inmate ▆▆▆▆▆ and gave him a direct order to get on the wall in the day room. Inmate ▆▆▆▆▆ complied with my order and placed his hands on the wall. Inmate ▆▆▆▆▆ then became loud and agitated. He began yelling I didn't do anything. Inmate ▆▆▆▆▆ then turned towards me in an aggressive manner coming off the wall with closed fists. I gave a second direct order to place his hands on the wall and he did not comply and took a step towards me.

| | | | |
|---|---|---|---|
| W. PATTERSON<br>REPORTER – Name | W ⟨signature⟩<br>Signature | CO.<br>Title | 10-29-20<br>Date |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

000131

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 2/3/4 | 01 Baton 02 Body Hold | 03 Chemical Agents 04 Mechanical Restraints | 05 Use of Firearms 06 Shield | 07 Strike 99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

Inmate ████ did not comply to my direct orders to get back on the wall, at which time he approached me with closed fists aggressively. I then applied one application of OC spray consisting of 2 one second bursts to the head and face of ████ canister #37 lot 21218 serial #22286. Inmate ████ continued towards me as the OC did not have the desired effect. I then took control of inmate ████ right side using body holds forcing him to the floor. Inmate ████ complied to my direct order at this time and force ceased. Additional staff arrived and Mechanical restraints were applied to a compliant inmate.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

Inmate ████ was escorted to medical by uninvolved staff, seen by medical and decontaminated per directive 4903. I remained on duty for the rest of my tour.

| W. PATTERSON | ~~signature~~ | CO. | 10-29-20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent     Copy – Guidance Unit file(s) of inmate(s) involved

000132

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ☑ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: C. Farrell | Title: Correction Officer |
| FACILITY: Cape Vincent    Incident Date: 10/29/20 | Facility, Use of Force: 20 - 033 |
| Incident Location: E2 Dayroom    Incident Time: 11:00 pm | |

**I. REPORT OF INCIDENT**

INMATE(S) INVOLVED

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉ | E2-47B | 3 | 02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |

IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF):

| 1. C.O. W. Patterson | 5. |
|---|---|
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

IDENTIFY ALL STAFF PRESENT DURING THE UOF

| 1. C.O. W. Patterson | 5. |
|---|---|
| 2. C.O. Farrell | 6. |
| 3. | 7. |
| 4. | 8. |

DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)    I responded to a red dot on E2 dayroom. When I arrived I gave an unknown inmate a direct order to place his hands on the wall and the unknown inmate complied I looked over to my left and observed Officer Patterson applying OC spray to inmate ▉▉▉▉▉    I then observed inmate ▉▉▉▉ make an aggressive move towards Officer Patterson with closed fists.

| C. Farrell | C.E.ll | C.O. | 10/29/20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:  Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

000133

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 2 | 01 Baton | 03 Chemical Agents | 05 Use of Firearms | 07 Strike |
|---|---|---|---|---|---|
| | | 02 Body Hold | 04 Mechanical Restraints | 06 Shield | 99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

Inmate ▮▮▮▮▮ made an aggressive stance towards C.O Patterson with closed fists. While giving several direct orders to stop I used body holds to the left side of inmate ▮▮▮▮▮ bringing him to the floor face first. Inmate ▮▮▮▮ complied to my direct orders at this time and all force ended.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

Inmate ▮▮▮▮▮ was escorted to medical by uninvolved staff Inmate ▮▮▮▮▮ was decontaminated by uninvolved staff and seen by medical.

| REPORTER – Name | Signature | Title | Date |
|---|---|---|---|
| C. Sewell | | C.O | 10/29/20 |

Dist.: Original – Superintendent     Copy – Guidance Unit file(s) of inmate(s) involved

FORM-2104.1ADD (4/12)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004  **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY 550 | Date & Time of Incident 10/29/21 11 PM | Facility Use of Force Log # | 20-033 |

Cell Location E217

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

EXAMINER'S NAME AND TITLE ___ RN

Date & Time of Examination 10/29/20

FRONT    BACK    1/2" laceration

OD (Right)

OS (Left)

Involved in a use of force with the use of OC spray. Simple laceration over left eyebrow. Redness to right side of back. Abrasion to right mid lower arm. Redness across abdomen and left shoulder. 1/2" laceration to left brow. Denies loose teeth. Laceration to brow steri-stripped after being cleaned with soap/water. 98% 89-22-96% 104/105. Speaking in full sentences without difficulty. Decontaminated per policy

EXAMINER'S SIGNATURE AND DATE ___ 10/29/21 11 PM

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000135

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**USE OF FORCE REPORT (CONT'D)**

There are ⌀ other reports filed under this Use of Force Log #

| FACILITY SD | Date & Time of Incident 10/28/20 11:40 pm | Facility Use of Force Log # 2 J-031 |
| INMATE NAME ▮▮▮▮▮▮ | DIN | If Unusual Incident, CCC Log # 291438 |

**PART B - PHYSICAL EXAMINATION / TREATMENT REPORT**

EXAMINER'S NAME AND TITLE

Date & Time of Examination 10/28/20 12:40 pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

Involved in a use of force with OC spray. Simple laceration over left eyebrow. Redness to right side of back. Abrasion to right mid lower arm. Redness across abdomen and left shoulder. 1/2" laceration to left brow. Denies loose teeth. Laceration to brow steri strip.ped after being cleaned with soap/water. 98 89-22 96%. 164/105- Speaking in full sentences without difficulty. Decontaminated per policy

EXAMINER'S SIGNATURE AND DATE 10/28/20

**PART C - REVIEW AND EVALUATION BY SUPERINTENDENT**

Staff utilized that degree of force which was reasonable and justified under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE                    11/27/20

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000136





U.O.F. # 20-033

DIN: 17R3214
DATE: 10-20-20   TIME: 2:5PM
PHOTOGRAPHER:
NAME: Wicks   TITLE: Sgt



Carrion, D.   17R3214
UOF # 20-033
1 of 4 pages
1-3 of 11 photos



Carrion, D  TR 3214
UOF# 20-033
2 of 4 pages
#6 of 11 photos

000138





000143

000145

000147

# EXHIBIT I

```
11/15/23        SLOC010           LOCATOR SYSTEM         *FPMS*         PAGE 001
                            CHRONOLOGICAL HISTORY DISPLAY
                                  53 FRANKLIN
  DIN 17R3214      NYSID 02059191R   FACILITY OFF COUNTS      LOCATION
  NAME CARRION, DAMIEN A                      DOB 02/10/85    SEX M    E/R HO
```

| EFFECTIVE DATE | DATE ENTERED | SENDING FACILITY | RECEIVING FAC/ OUTCOUNT LOCATION | TRANSACTION TYPE | CELL |
|---|---|---|---|---|---|
| 12/18/17 | 12/18/17 |  | ULSTER REC | NEW COMMIT | 0B-02-41B |
| 01/12/18 | 01/12/18 | ULSTER REC | QUEENS | COURT TRIP | 0D-02-41T |
| 03/21/18 | 03/21/18 |  | ULSTER REC | OUTCOUNT RET | 0E-02-35B |
| 04/10/18 | 04/10/18 | ULSTER REC | RIVERVIEW | TRANSFER OUT | 0E-02-35B |
| 04/10/18 | 04/10/18 | ULSTER REC | WATERTOWN | INTRANS RECV | 0I-01-21B |
| 04/12/18 | 04/12/18 | WATERTOWN | RIVERVIEW | INTRANS SENT | 0I-01-21B |
| 04/12/18 | 04/12/18 | ULSTER REC | RIVERVIEW | TRANSFER IN | 0G-02-48T |
| 06/08/18 | 06/08/18 | RIVERVIEW | GOVNR SHU200 | TRANSFER OUT | SH-0B-016 |
| 06/08/18 | 06/08/18 | RIVERVIEW | GOVNR SHU200 | TRANSFER IN | 0S-A1-15T |
| 06/15/18 | 06/15/18 | GOVNR SHU200 | ULSTER REC | INTRANS SENT | 0S-A1-15T |
| 06/15/18 | 06/15/18 | GOVNR SHU200 | ULSTER REC | INTRANS RECV | SH-0B-014 |
| 06/19/18 | 06/19/18 | ULSTER REC | QUEENS | COURT TRIP | SH-0B-014 |
| 06/19/18 | 06/19/18 |  | ULSTER REC | OUTCOUNT RET | SH-0B-014 |
| 06/26/18 | 06/26/18 | ULSTER REC | GOVNR SHU200 | INTRANS SENT | SH-0B-014 |
| 06/26/18 | 06/26/18 | ULSTER REC | GOVNR SHU200 | INTRANS RECV | 0S-B2-39B |
| 07/24/18 | 07/24/18 | GOVNR SHU200 | GOUVERNEUR | TRANSFER OUT | 0S-B2-39B |
| 07/24/18 | 07/24/18 | GOVNR SHU200 | GOUVERNEUR | TRANSFER IN | 0E-02-40T |
| 08/16/18 | 08/16/18 | GOUVERNEUR | CLINTON GEN | INTRANS SENT | 0E-02-40T |
| 08/17/18 | 08/17/18 | GOUVERNEUR | GOUVERNEUR | INTRANS RECV | 0E-02-40T |
| 10/22/18 | 10/22/18 | GOUVERNEUR | ULSTER REC | INTRANS SENT | SH-0B-019 |
| 10/22/18 | 10/22/18 | GOUVERNEUR | ULSTER REC | INTRANS RECV | SH-0A-003 |
| 10/25/18 | 10/25/18 | ULSTER REC | QUEENS | COURT TRIP | SH-0A-003 |
| 10/25/18 | 10/25/18 |  | ULSTER REC | OUTCOUNT RET | SH-0A-003 |
| 10/30/18 | 10/30/18 | ULSTER REC | GOUVERNEUR | INTRANS SENT | SH-0A-003 |
| 10/30/18 | 10/30/18 | ULSTER REC | GOUVERNEUR | INTRANS RECV | SH-0B-017 |
| 11/02/18 | 11/02/18 | GOUVERNEUR | GOVNR SHU200 | INTRANS SENT | SH-0B-017 |
| 11/02/18 | 11/02/18 | GOUVERNEUR | GOVNR SHU200 | INTRANS RECV | 0S-A1-03B |
| 11/08/18 | 11/08/18 | GOUVERNEUR | UPSTATE SHU | TRANSFER OUT | 0S-A1-03B |
| 11/08/18 | 11/08/18 | GOUVERNEUR | DWNSTATE REC | INTRANS RECV | SH-1E-023 |
| 11/09/18 | 11/09/18 | DWNSTATE REC | UPSTATE SHU | INTRANS SENT | SH-1E-023 |
| 11/09/18 | 11/09/18 | GOUVERNEUR | UPSTATE SHU | TRANSFER IN | 09-B1-23T |
| 12/31/18 | 12/31/18 | UPSTATE SHU | BARE HILL | TRANSFER OUT | 09-B1-23T |
| 12/31/18 | 12/31/18 | UPSTATE SHU | BARE HILL | TRANSFER IN | 0H-02-40T |
| 01/07/19 | 01/07/19 | BARE HILL | ULSTER REC | INTRANS SENT | 0G-01-40T |
| 01/07/19 | 01/07/19 | BARE HILL | ULSTER REC | INTRANS RECV | 0B-01-08B |
| 01/10/19 | 01/10/19 | ULSTER REC | QUEENS | COURT TRIP | 0D-01-30B |
| 01/10/19 | 01/10/19 |  | ULSTER REC | OUTCOUNT RET | 0D-01-30B |
| 01/14/19 | 01/14/19 | ULSTER REC | BARE HILL | INTRANS SENT | 0D-01-30B |
| 01/14/19 | 01/14/19 | ULSTER REC | DWNSTATE REC | INTRANS RECV | 03-0D-013 |
| 01/17/19 | 01/17/19 | DWNSTATE REC | BARE HILL | INTRANS SENT | 02-0B-006 |
| 01/17/19 | 01/17/19 | DWNSTATE REC | BARE HILL | INTRANS RECV | 0G-01-48T |
| 02/01/19 | 02/01/19 | BARE HILL | ULSTER REC | INTRANS SENT | 0G-01-48T |
| 02/01/19 | 02/01/19 | BARE HILL | ULSTER REC | INTRANS RECV | 0A-01-42B |
| 02/06/19 | 02/06/19 | ULSTER REC | QUEENS | COURT TRIP | 0A-01-42B |
| 02/06/19 | 02/06/19 |  | ULSTER REC | OUTCOUNT RET | 0A-01-42B |
| 02/13/19 | 02/13/19 | ULSTER REC | QUEENS | COURT TRIP | 0D-01-13B |
| 02/13/19 | 02/13/19 |  | ULSTER REC | OUTCOUNT RET | 0D-01-13B |
| 02/19/19 | 02/19/19 | ULSTER REC | BARE HILL | INTRANS SENT | 0D-01-13B |
| 02/20/19 | 02/20/19 | ULSTER REC | DWNSTATE REC | INTRANS RECV | 03-0D-006 |
| 02/21/19 | 02/21/19 | DWNSTATE REC | BARE HILL | INTRANS SENT | 03-0D-006 |

NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
      COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
      FACILITY FOR THIS TIME PERIOD.

000017

```
11/15/23      SLOC010           LOCATOR SYSTEM        *FPMS*           PAGE 002
                            CHRONOLOGICAL HISTORY DISPLAY
                                   53 FRANKLIN
      DIN 17R3214      NYSID 02059191R    FACILITY OFF COUNTS      LOCATION
      NAME CARRION, DAMIEN A                      DOB 02/10/85   SEX M   E/R HO


      EFFECTIVE    DATE        SENDING     RECEIVING FAC/   TRANSACTION
        DATE      ENTERED      FACILITY   OUTCOUNT LOCATION     TYPE         CELL

      02/21/19   02/21/19   DWNSTATE REC   BARE HILL      INTRANS RECV    0G-01-47T
      05/24/19   05/24/19   BARE HILL      ULSTER REC     INTRANS SENT    0G-01-47B
      05/24/19   05/24/19   BARE HILL      ULSTER REC     INTRANS RECV    0D-01-48B
      05/29/19   05/29/19   ULSTER REC     QUEENS         COURT TRIP      0D-01-48B
      05/29/19   05/29/19                  ULSTER REC     OUTCOUNT RET    0D-01-48B
      06/06/19   06/06/19   ULSTER REC     QUEENS         COURT TRIP      0D-01-48B
      06/06/19   06/06/19                  ULSTER REC     OUTCOUNT RET    0D-01-48B
      06/11/19   06/11/19   ULSTER REC     BARE HILL      INTRANS SENT    0D-01-48B
      06/11/19   06/11/19   ULSTER REC     DWNSTATE REC   INTRANS RECV    01-0H-018
      06/13/19   06/13/19   DWNSTATE REC   BARE HILL      INTRANS SENT    01-0H-018
      06/13/19   06/13/19   DWNSTATE REC   BARE HILL      INTRANS RECV    0G-01-45B
      09/24/19   09/24/19   BARE HILL      ULSTER REC     INTRANS SENT    0G-01-45B
      09/24/19   09/24/19   BARE HILL      ULSTER REC     INTRANS RECV    0D-01-33B
      10/04/19   10/04/19   ULSTER REC     QUEENS         COURT TRIP      0B-02-33B
      10/04/19   10/04/19                  ULSTER REC     OUTCOUNT RET    0B-02-33B
      10/04/19   10/04/19   ULSTER REC     QUEENS         COURT TRIP      0B-02-33B
      10/04/19   10/04/19                  ULSTER REC     OUTCOUNT RET    0B-02-33B
      10/16/19   10/16/19   ULSTER REC     QUEENS         COURT TRIP      0E-02-16B
      10/17/19   10/17/19                  ULSTER REC     OUTCOUNT RET    0E-02-16B
      10/17/19   10/17/19   ULSTER REC     QUEENS         COURT TRIP      0E-02-16B
      10/17/19   10/17/19                  ULSTER REC     OUTCOUNT RET    0E-02-16B
      10/25/19   10/25/19   ULSTER REC     QUEENS         COURT TRIP      0E-02-16B
      10/25/19   10/25/19                  ULSTER REC     OUTCOUNT RET    0E-02-16B
      11/06/19   11/06/19   ULSTER REC     QUEENS         COURT TRIP      0E-02-16B
      11/06/19   11/06/19                  ULSTER REC     OUTCOUNT RET    0E-02-16B
      11/07/19   11/07/19   ULSTER REC     QUEENS         COURT TRIP      0E-02-16B
      11/07/19   11/07/19                  ULSTER REC     OUTCOUNT RET    0E-02-16B
      11/14/19   11/14/19   ULSTER REC     BARE HILL      INTRANS SENT    0E-02-16B
      11/14/19   11/14/19   ULSTER REC     DWNSTATE REC   INTRANS RECV    03-0G-014
      11/15/19   11/15/19   DWNSTATE REC   BARE HILL      INTRANS SENT    03-0G-014
      11/15/19   11/15/19   DWNSTATE REC   BARE HILL      INTRANS RECV    0H-02-44B
      12/19/19   12/19/19   BARE HILL      GOVNR SHU200   TRANSFER OUT    SH-0A-011
      12/19/19   12/19/19   BARE HILL      ULSTER REC     INTRANS RECV    SH-0A-002
      12/20/19   12/20/19   ULSTER REC     GOVNR SHU200   INTRANS SENT    SH-0A-002
      12/20/19   12/20/19   BARE HILL      GOVNR SHU200   TRANSFER IN     0S-A1-04B
      01/06/20   01/06/20   GOVNR SHU200   C VNCNT GEN    TRANSFER OUT    0S-A1-04B
      01/06/20   01/06/20   GOVNR SHU200   C VNCNT GEN    TRANSFER IN     0D-01-46T
      10/30/20   10/30/20   C VNCNT GEN    UPSTATE SHU    INTRANS SENT    HS-00-004
      10/30/20   10/30/20   C VNCNT GEN    UPSTATE SHU    INTRANS RECV    09-C1-10B
      10/30/20   10/30/20   UPSTATE SHU    UPSTATE GEN    INTRANS SENT    09-C1-10B
      10/31/20   10/31/20   UPSTATE SHU    UPSTATE SHU    INTRANS RECV    09-C1-10B
      10/31/20   10/31/20   UPSTATE SHU    UPSTATE GEN    INTRANS SENT    09-C1-10B
      10/31/20   10/31/20   UPSTATE SHU    UPSTATE GEN    INTRANS RECV    HS-00-007
      11/02/20   11/02/20   UPSTATE GEN    UPSTATE SHU    INTRANS SENT    HS-00-007
      11/02/20   11/02/20   UPSTATE GEN    UPSTATE SHU    INTRANS RECV    09-C1-10B
      11/25/20   11/25/20   C VNCNT GEN    UPSTATE SHU    TRANSFER IN     09-C2-36B
      12/28/20   12/28/20   UPSTATE SHU    FRANKLIN       TRANSFER OUT    09-C2-36B
      12/28/20   12/28/20   UPSTATE SHU    FRANKLIN       TRANSFER IN     0H-01-23B
      02/09/22   02/09/22   FRANKLIN                      CR TO PAROLE    0J-02-36B



      NOTE: THIS REPORT WAS RECONSTRUCTED USING HISTORICAL INMATE MOVEMENT DATA FROM
            COMPUTER RECORDS, AND IS ONLY AS ACCURATE AS IT WAS MAINTAINED BY THE
            FACILITY FOR THIS TIME PERIOD.
```

000018