UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DAMIEN CARRION,

|  |  |
|---|---|
| *Plaintiff,* | **DECLARATION OF CHRISTOPHER PETRIE** |
| -against- | 23-CV-1306 |
| SERGEANT LEE M. MACKAY. et al., | ECC/MJK |
| *Defendants.* | |

---

I, CHRISTOPHER PETRIE, on the date noted below and pursuant to 28 U.S.C. § 1746, declare the following to be true and correct under penalty of perjury under the laws of the United States of America:

1.      I have been employed by the New York State Department of Corrections and Community Supervision (DOCCS) since June of 2000. In July 2019, I transferred to Cape Vincent Correctional Facility (Cape Vincent) as a Lieutenant and continue to hold this position.

2.      I am not a party to this action but make this declaration in support of Defendant MacKay's motion for summary judgment. This declaration is based upon my personal knowledge, applicable rules and regulations, and records maintained in the regular course of business at DOCCS.

3.      At all times relevant to this matter, I was employed by DOCCS at Cape Vincent as a Lieutenant.

4.      Cape Vincent is and, at all times relevant, was categorized as a medium security correctional facility. Cape Vincent has 14 housing areas in an open dorm format as well as a Special Housing Unit (SHU) comprised of 32 cells.

1

5.    It is my understanding that Plaintiff, Damien Carrion, alleges that Defendant MacKay violated his Eighth Amendment rights by failing to protect him from harm following gang-related incidents between the Bloods and the Latin Kings that occurred on October 28, 2020, at Cape Vincent. Specifically, Plaintiff claims that he was a former Latin King member and was involved in a fight between a Latin King member and Bloods member on October 28, 2020. Plaintiff claims that, after the fight, he expressed to Defendant MacKay fear of retaliation by members of the Bloods gang because of his alleged affiliation with the Latin Kings and the previous gang-related fights, and requested to be placed in protective custody. However, Plaintiff claims that he told Defendant MacKay that he could not request protective custody because that would put a mark on his back, so he wanted to be placed in involuntary protective custody. Plaintiff further claims that Defendant MacKay allegedly told him there was no room available in the SHU for him to be placed in protective custody, but promised he would be removed from general population the following morning if he signed a protective custody waiver. Finally, Plaintiff claims that, due to Defendant MacKay's alleged failure to provide him with protective custody, on October 29, 2020—the following day—a Bloods gang member threw boiling water on him, causing second-degree burns.

6.    On October 28, 2020, I was the assigned Watch Commander for Tour I. As Watch Commander, I was responsible for overseeing and ensuring that all aspects of the facility operated safely and securely during my assigned shift. *See* Watch Commander Logbook, attached as **Exhibit A**. According to the logbook, I took my post beginning at 9:30 p.m. on October 28, 2020, until 5:30 a.m. on October 29, 2020. *See id.*

7.    As Watch Commander, I was responsible for coordinating staff responses to incidents occurring within the facility, including incarcerated individual disturbances, fights, and

2

other emergencies. This included directing and deploying response staff as necessary to restore order, ensuring that affected areas were secured, and making or facilitating immediate operational decisions in response to security needs, such as ordering facility lockdowns, authorizing cell or unit searches, and coordinating movement or temporary housing adjustments in response to security concerns. I also ensured that incidents were properly documented, initial information regarding such incidents was collected from responding staff, and appropriate notifications were made through the chain of command in accordance with facility and DOCCS policy and procedures.

**SHU availability following unrelated fight incidents on October 28, 2020**

8.      On October 28, 2020, I did not report to Cape Vincent until 9:30 p.m. Upon my arrival at the facility, I was made aware by facility staff of two separate incidents involving fights between incarcerated individuals.

9.      The first fight occurred at approximately 5:31 p.m., on the northside walkway in front of A-1 dorm and involved seven incarcerated individuals. *See* Unusual Incident/Use of Force Report attached as **Exhibit B**. The second fight occurred in the D-1 Dorm and involved two incarcerated individuals. *See id.* It was later determined that these incidents were a result of a dispute over drugs between two rival gangs (Bloods and Latin Kings). *See id.*

10.      As a result of these incidents, all nine of the incarcerated individuals involved were placed in the SHU pending disciplinary hearings. *See id.* By 8:40 p.m. on October 28, 2020, all the SHU cells were filled and four of the nine incarcerated individuals still needed to be placed into SHU. *See* SHU Logbook attached as **Exhibit C**. To accommodate the remaining four incarcerated individuals, Assistant Commissioner O'Gorman approved the transfer of nine other incarcerated individuals, who were already housed in Cape Vincent's SHU to Gouverneur Correctional Facility. *See* **Exhibit A**. Starting at 10:10 p.m. on October 28, 2020, the process of transferring incarcerated

3

individuals out of Cape Vincent's SHU began, and continued one at a time until 11:58 p.m. that same night. *See* **Exhibit C**.

<strong>Incident involving Plaintiff, investigation, and housing arrangements</strong>

11.     On October 28, 2020, at approximately 9:45 p.m., Plaintiff was involved in a separate incident involving two other incarcerated individuals in G-1 dorm. *See* To/From Memo addressed to Lt. C. Petrie attached as **Exhibit D**. I was not present for the fight, but I was working at the facility when it occurred.

12.     After such an incident, it was common practice at Cape Vincent for the responding sergeant, in this case Defendant MacKay, to conduct an Altercation/Fight Investigation. As such, Defendant McKay interviewed all the incarcerated individuals involved, including Plaintiff, to ascertain whether they needed to be moved out of G-1 Dorm and/or entered into protective custody. *See* **Exhibit D.**

13.     As part of Defendant MacKay's investigation, he reviewed the Protective Custody Waiver with Plaintiff, who ultimately declined protective custody and signed the waiver. *See* Protective Custody Waiver, attached as **Exhibit E.**

14.     Plaintiff was issued a misbehavior behavior report (MBR), which was endorsed by Defendant MacKay, where it was indicated he was placed on confinement/restriction. *See* Misbehavior Report, attached as **Exhibit F.**

15.     I made the decision to move Plaintiff from the G-1 Dorm to the E-2 Dorm, cube 18 because the SHU was full at the time. This was noted on the MBR. *See id.* I did not place Plaintiff in protective custody because he signed the form stating that he did not want it.

16.     Although I do not specifically recall this decision, in determining to place Plaintiff in E-2, I would have looked at a list of the incarcerated individuals housed in that dorm to determine

4

whether Plaintiff had any known enemies in there. I would also consider any other relevant information known at the time.

17. Given that I authorized this transfer, this indicates that there were no known security issues in placing Plaintiff in this dorm.

18. It is also my understanding that Plaintiff claims that he told Defendant MacKay that he was a former Latin Kings gang member and felt that the Bloods planned to retaliate against him. Plaintiff claims that he did not want to request protective custody because that would put a target on his back, but wanted Defendant MacKay to put him in involuntary protective custody and Defendant MacKay told him to sign the Protective Custody Waiver and he would be removed from general population the next day.

19. While I was not involved in that interview, I would not authorize Plaintiff to be placed in involuntary protective custody even if those specific complaints were relayed to me.

20. Pursuant to DOCCS Directive #4948, involuntary protective custody status is granted to an incarcerated individual who may be a potential victim or a witness likely to be intimidated, or who lacks the ability to live in the general facility community and who may, for good cause, be restricted from communication with the general incarcerated population, and who does not voluntarily accept admission into protective custody status. Good cause includes credible threats from other incarcerated individuals, the identity of the attacker, and serious injury.

21. Assuming Plaintiff made those specific complaints, and I was made aware of them, they do not constitute good cause to place someone into involuntary protective custody, as there was no specific, credible threat indicating Plaintiff could not be safely housed in general population. Nor did Plaintiff identify the potential attacker, or present with any serious injury. Finally, Plaintiff was separated from the other two incarcerated individuals involved in the fight, as they were not

5

transferred to the same housing unit as Plaintiff.

22.    I authorized moving Plaintiff to E-2 Dorm because there were no vacant cells in the SHU due to the two incidents that happened that same day. *See* **Exhibit C.** According to SHU logbooks, at the time of the incident involving Plaintiff, at approximately 9:45 p.m., all 32 cells in the SHU were filled. *See id.* Plaintiff was placed in the E-2 Dorm because there was space for him, the other two individuals were not in that dorm, and he had no known enemies in that dorm.

23.    I would have made the same decision—to transfer Plaintiff to the E-2 dorm—whether I was aware of Plaintiff's complaints and request for involuntary protective custody or not. Further, Defendant MacKay, as a sergeant, had no authority to determine whether Plaintiff was placed in protective custody, or what housing unit he would be assigned to.

24.    Based on DOCCS records, on October 28, 2020, at approximately 11:35 p.m., Plaintiff was escorted to E-2 Dorm, cube 18, where Defendant MacKay placed him on keeplock restriction. *See* E-2 Dorm Logbook, attached as **Exhibit G.**

25.    Defendant MacKay, as a Sergeant, did not possess the authority to independently approve, direct, or effectuate incarcerated individual housing assignments or inter-unit housing transfers. His role in housing movements was limited to carrying out directives issued by supervisory or administrative personnel and assisting with implementation of those decisions.

26.    Keeplock is a form of restrictive confinement in which an incarcerated individual is confined to his assigned cell, cube, or housing area and subject to limitations on movement and privileges. Keeplock status may be imposed for disciplinary, administrative, investigative, or security reasons, including following an altercation between incarcerated individuals or disturbances while staff assess facility safety and housing needs.

27.    With respect to Plaintiff's allegations that he wanted Defendant MacKay to place

6

him in protective custody, Defendant MacKay did not have the authority to make such a decision. Requests for voluntary and involuntary protective custody are subject to review and investigation by supervisory and administrative personnel. As such, as a Sergeant, Defendant MacKay could only recommend involuntary protective custody. Defendant MacKay's recommendation and reasoning would be taken into consideration when determining if Plaintiff was appropriate for involuntary protective custody.

28.    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 22ⁿᵈ , 2026
         Cape Vincent, New York

Christopher Petrie

7

# EXHIBIT A

10⁴⁵ᵖ line up held officers Briefed + Assigned
11¹⁵ᵖ Facility Count Total 505 IN 502 out 3 cleared @ 11¹⁵
12³⁰ᴬ MBR Entered T1-8  T2-1  T3-0
1¹⁵ Area Secured of libraries by Rovers ncf
2⁰⁰ᴬ Midshift review completed co & Sgt ∅
3⁰⁰ᴬ Facility Count Total 505 IN 502 out 3 cleared @ 3⁰⁰
5⁰⁴ Facility Count Total 505 IN 502 out 3 cleared @ 5⁰⁴
5³⁰ᴬ Log Book Reviewed _____

| DATE: 10-28-20 | DAY: Wednesday | TOUR: II | W/C: Harrienger |
|---|---|---|---|
| H-SGT: Martin | M-SGT: Reinhardt | | AWC: Hill |
| P-SGT: Wicks | OD: DSS Knapp | | NURSE: RN Schober |
| FSO: Black | WEATHER: Rain | | TEMP: 35° |
| SPECIAL WATCH: None | | O/S HOSP ▮▮▮▮ | |
| MEALS: BRKFAST: 99 | LUNCH: 82 | DINNER: — | |
| HAND STAMP: LOBBY: 5879 (R) | SALLYPORT: 5855 (L) | TRAVEL FUNDS: ⊘ | |
| FENCE CHECKS: 13: 7³⁰ 14: 7²⁵ 24: | 46: 7¹⁰ 37: | 40: 8⁴² 19: | |
| ARSENAL KEYS & EQUIP: 8³¹ | VEHICLE INV: 7⁴² | AED: Appears operable | |
| EMPLOYEE COUNT: IN 76 / OUT 25 | TIME: 11³⁵ | FENCE ALARMS: ⊘ | |
| EVIDENCE TAGS: W/C BOX: 1377 | CPT LOCKER: 1378 | | |
| COUNT: BEGIN: 505 | END: 503 | EMP. FRISK: Visual | |

5³⁰ᴬ Lt. Harrienger on duty relieving Lt. Larose. Log book & emails reviewed.
5⁵⁷ᴬ _____ /og reviewed —
6¹⁵ᴬ Employee accountability verified. ① cook, ③ medical.
6⁴⁵ᴬ Line up held officers briefed and assigned.
7⁰⁰ᴬ T Ruford BSC Log Review
7⁰¹ᴬ Count taken: Total [505] IN [502] out [3] A/C ③. Clear @ 7¹⁰ᴬ

| TRIP #: 302-1M | OFFICERS: Rickard & Hubbard |
|---|---|
| DESTINATION: Cape Vincent | |
| TIME OUT: 7⁵⁵ | TIME IN: 11⁵⁰  INMATE'S: ▮▮▮▮ |

7³⁰ᴬ DSS J. _____ Log Review _____
7⁴⁵ᴬ CCC Notified of pandemic tracking. ① I/m sick call non
POI flu like, ③ security staff sick non flu like and ① maintenance
civilian self quarantined per docs policy. E-Mail sent.
OD DSS Knapp notified Dep Public health advised.
7⁵¹ _____ Michels E's _____ Rev _____
7⁵² DSA _____ log _____
8¹⁵ᴬ New facility census [503] I/m ▮▮▮▮ and
▮▮▮▮ released.
8³⁰ᴬ Restricted key given to CO Hurteau for fence check. Returned 9²⁵

000323

57

8:50 AM W/C on rounds.
10:00 AM Midshift review: CO's ⊗, Sgt's ⊗, Lt 8.
10:01 AM Fence check completed at. by CO Hurteau
11:12 AM Count taken: Total 503 In 497 Out 6 A/C 4, Parole Bd 2. Clear at 11:15 am
12:00 p S. Hanson, Capt.

1:05 /pm

| SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL) | E-2-18 |
|---|---|

INMATE NAME: ████████████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt Wicks

MH REFERRAL NEEDED:   ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF QMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED:

OMH (OR MEDICAL) DIRECTION GIVEN: No Triggers     SHU A-4

NAME OF WATCH COMMANDER NOTIFIED: Lt. Harrienger

WATCH COMMANDER DIRECTION GIVEN: None

∀ New Shu census 27

| DATE: 10/28/20 | DAY: Wednesday | TOUR: III | W/C: Rogers |
|---|---|---|---|
| H-SGT: Dutton | M-SGT: — | | AWC: Hill |
| P-SGT: Wick's | OD: DSSKnapp | | NURSE: OConner |
| FSO: S Black | WEATHER: Cloudy | | TEMP: 49 |
| SPECIAL WATCH: | | O/S HOSP: ████████ | |
| MEALS: BRKFAST: 99 | LUNCH: 82 | DINNER: | |
| HAND STAMP: LOBBY: — | SALLYPORT: | TRAVEL FUNDS: ∅ | |
| FENCE CHECKS: 13: | 14: | 24: | 46: 3⁴⁰ 37: | 40: | 19: |
| ARSENAL KEYS & EQUIP: 4³⁰ | VEHICLE INV: 3⁴⁰ | AED: appears operable | |
| EMPLOYEE COUNT: | TIME: 7⁰⁰p | FENCE ALARMS: | |
| EVIDENCE TAGS: W/C BOX: 1377 | CPT LOCKER: 1378 | | |
| COUNT: BEGIN: 503 | END: | EMP. FRISK: Visual | |

2:00 p LT Z Rogers remaining on duty w/ Keyring #74 "B9 + Radio 4
Previous logs reviewed, Email checked, briefed by LT Harrienger
2:45 p Line up Officers briefed inspected + assigned.
3:15 p CCC Sgt notified of Pandemic Tracking Staff ∅
I/M Sickcall ∅, Quarantined ∅
3:30 p Count is Clear Total 503 In 499 Out 4.
4:15 p Employee accountability 5 2 Sgt + 3 Civ

| TRIP #: 302·2 M | OFFICERS: Hurteau / C Roney |
|---|---|
| DESTINATION: Suny Upstate | |
| TIME OUT: 3⁴⁷p | TIME IN: 8⁴⁹p | INMATE'S: ████████ |

$6\frac{30}{p}$

## SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt Wicks

MH REFERRAL NEEDED:  ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: nen

OMH (OR MEDICAL) DIRECTION GIVEN: none

NAME OF WATCH COMMANDER NOTIFIED: LT Z Rogers

WATCH COMMANDER DIRECTION GIVEN: none

$6\frac{50}{p}$

## SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Wicks

MH REFERRAL NEEDED:  ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: Nen

OMH (OR MEDICAL) DIRECTION GIVEN: none

NAME OF WATCH COMMANDER NOTIFIED: LT Z Rogers

WATCH COMMANDER DIRECTION GIVEN: none

$7^{05}$

## SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt Mackay

MH REFERRAL NEEDED:  ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: nen

OMH (OR MEDICAL) DIRECTION GIVEN: none

NAME OF WATCH COMMANDER NOTIFIED: LT Z Rogers

WATCH COMMANDER DIRECTION GIVEN: Noue

$7\frac{30}{p}$

## SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt Wreke

MH REFERRAL NEEDED:  ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: nen

OMH (OR MEDICAL) DIRECTION GIVEN: none

NAME OF WATCH COMMANDER NOTIFIED: LT Z Rogers

WATCH COMMANDER DIRECTION GIVEN: none

$8\frac{30}{p}$

## SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt Wreke

MH REFERRAL NEEDED:  ☒ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: nen

OMH (OR MEDICAL) DIRECTION GIVEN: none

NAME OF WATCH COMMANDER NOTIFIED: LT F Rogers

WATCH COMMANDER DIRECTION GIVEN: nen

00032

59

UI 20-0138    Use of force 20-031

5:31 pm Officer Barraco unit 13 observes several man fight on Walkway in front of A-1 dorm Calls for response via Radio Sgt Dutton + First Team respond. Barraco use OC spray on I/ms ███████████, CO Sylvester use OC spray on I/ms ████████████████ ████████████ CO Drake use body hold on I/m I/m ███ observed in fight I/m ████████ + ██████ determined to be involved in fight approx 70 I/m on walkway at time  approx 30 I/m involved in fight. All movement ceased. All staff remained on duty, No serious staff injuries. All I/m determined to be involved admitted to SHU form 3152 completed w/ no triggers  No serious I/m injuries. All I/m which OC spray was used on were decontaminated per Direct. 4903A. OC canister 65 + 61 were secured per Directive 4903   OD DSS Knapp notified + responded to facility. Acto. Sept DSA Keller + Heb Sept O'Meara notified. A/C O'Gorman notified + approved 9 I/m draft direct to Gov. CF.  A/C Finnegan called facility for update  Per DSS Knapp CEU team activated + called in.  CEU T. Sheski called for a facility update

000326

11:55

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Wicks_

MH REFERRAL NEEDED: ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

---

12:20

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Mackay_

MH REFERRAL NEEDED: ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

---

12:30

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Mackay_

MH REFERRAL NEEDED: ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

---

1:16

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Mackay_

MH REFERRAL NEEDED: ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

---

12:20

**SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Mackay_

MH REFERRAL NEEDED: ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _None_

OMH (OR MEDICAL) DIRECTION GIVEN: _None_

NAME OF WATCH COMMANDER NOTIFIED: _LT Z Rogers_

WATCH COMMANDER DIRECTION GIVEN: _None_

000327

61

SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SUPERVISOR COMP▮▮▮▮▮▮▮▮ SCREENING (NAME/TITLE): Sgt. Mackay

MH REFERRAL NEEDED: ☑ NONE ☐ REGULAR ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: none

OMH (OR MEDICAL) DIRECTION GIVEN: none

NAME OF WATCH COMMANDER NOTIFIED: LT 2 Rogers

WATCH COMMANDER DIRECTION GIVEN: none

SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SUPERVISOR COMP▮▮▮▮▮▮▮▮ (NAME/TITLE): Sgt Mackay

MH REFERRAL NEEDED: ☑ NONE ☐ REGULAR ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: none

OMH (OR MEDICAL) DIRECTION GIVEN: none

NAME OF WATCH COMMANDER NOTIFIED: LT 2 Rogers

WATCH COMMANDER DIRECTION GIVEN: none

| | | | |
|---|---|---|---|
| DATE: 10/29/20 | DAY: Thursday | TOUR: 1 | W/C: Petrie |
| H-SGT: Mackay | M-SGT: | | AWC: Knight |
| P-SGT: 1 | OD: PSS Knapp | NURSE: Robinson | |
| FSO: | WEATHER: Cloudy | TEMP: 37 | |
| SPECIAL WATCH: | O/S HOSP: | | |
| MEALS: BRKFAST: ✓ | LUNCH: ✓ | DINNER: ✓ | |
| HAND STAMP: LOBBY: | SALLYPORT: | TRAVEL FUNDS: ✓ | |
| FENCE CHECKS: 13: 11⁴⁹ P | 14: | 24: | 46: 11²⁰ | 37: | 40: | 19: |
| ARSENAL KEYS & EQUIP: 12³⁰ | VEHICLE INV: 1¹⁰ | AED: operable | |
| EMPLOYEE COUNT: 33 | TIME: 3⁰⁰ | FENCE ALARMS: | |
| EVIDENCE TAGS: W/C BOX: 1377 | CPT LOCKER: 1378 | | |
| COUNT: BEGIN: 502 | END: 5 | EMP. FRISK: Visual | |

9³⁰ Lt. Petrie on duty and briefed.

10¹⁵ Accountability Boards: ⑧ 4 Sgt 3 RN 1 civilian

10³⁰ Count: Total 503 IN 484 out 19

11¹⁵ Count: Total 503 IN 484 out 19

| TRIP #: 303-4D | OFFICERS: Deroui, Rogers |
|---|---|
| DESTINATION: GCF | |
| TIME OUT: 1/04 | TIME IN: 2⁰⁷ | INMATE'S: 3 |

| TRIP #: 303-5D | OFFICERS: Hubbard Duff(2) Black |
|---|---|
| DESTINATION: C | |
| TIME OUT: 1144 | TIME IN: 3¹7 | INMATE'S: 3 |

| TRIP #: 303-6D | OFFICERS: Thompson Duffy |
|---|---|
| DESTINATION: GCF | |
| TIME OUT: 12²⁷ | TIME IN: 334 | INMATE'S: 3 |

000328

-1⁰⁰ Capt Vincent transport out with ① New census [502]

1⁰⁵ Cpt Vincent transport out with ⑧ in transit to GCF ®

3⁰⁰ Count total 502 IN 492 out 10

5⁰⁰ ~~Count total 502 IN 492 out 10~~

| DATE: 10/29/20 | DAY: Thursday | TOUR: II | W/C: LaBrie | |
|---|---|---|---|---|
| H-SGT: Richter | M-SGT: Reinhardt | | AWC: Oliver | |
| P-SGT: Wick | OD: OSS Knapp | | NURSE: Schaber | |
| FSO: Hermanowski | WEATHER: Clear | | | TEMP: 37 |
| SPECIAL WATCH: | | O/S HOSP: ▮▮▮ | | CMC |
| MEALS: BRKFAST: 206 | LUNCH: 189 | DINNER: | | |
| HAND STAMP: LOBBY: 58 | SALLYPORT: 58 | | TRAVEL FUNDS: | |
| FENCE CHECKS: 13: 7²⁹/A 14: 7³⁵/A 24: 46: 37: 40: 19: | | | | |
| ARSENAL KEYS & EQUIP: 7 | VEHICLE INV: | AED: Appears operable | | |
| EMPLOYEE COUNT: 73/27 | | TIME: 11⁰⁰ | FENCE ALARMS: | |
| EVIDENCE TAGS: W/C BOX: 1377 | | CPT LOCKER: 1378 | | |
| COUNT: BEGIN: 502 | END: | | EMP. FRISK: None | |

5³⁰/A U/ T LaBrie on post relieving U/ Petrie
w/ Radio 4 Keys 74 log reviewed EMails read

6¹⁵/A Employee accountability board verified. 611 - Sgt Oliver

6⁴⁵/A Line up held officers Briefed + Assigned

7⁰⁰/A Facility Count Total 500 IN 492 OS 10 cleared @ 7⁰/A

7¹⁰/A CCC Notified of Staffing

7¹⁸/A Red Dot response B1 (see next pg)

7²³/A L. Moore 01DSP Log Rev

7²⁵ R▮▮▮▮▮ A/Supt ▮▮ Ro▮▮▮

7⁴⁵ C▮ Nichols IS Program Rev

8³⁰/A

B1 42 SHU B16

SHU/LTKL - SUICIDE PR▮▮▮▮

INMATE NAME: ▮▮▮▮▮▮    Sgt Reinhardt   No Sign's

SUPERVISOR C▮▮▮▮▮

MH REFERRAL ▮▮▮▮▮

NAME OF OMH ▮▮▮▮▮▮

OMH (OR MEDIC▮▮▮

NAME OF WATCH ▮▮▮▮▮   LaBrie

WATCH COMMA▮▮▮

SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮   DIN: ▮▮▮▮▮    Sgt Reinhardt   No Signs

SUPERVISOR COMPLETING SCREENING (NAME/TITLE):

MH REFERRAL NEEDED: ☑ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _____   IPC

OMH (OR MEDICAL) DIRECTION GIVEN: _____

NAME OF WATCH COMMANDER NOTIFIED: LaBrie

WATCH COMMANDER DIRECTION GIVEN: _____

Trans out w/ 1    New Census 501.

Parol out w/ 3 ▮▮▮▮▮▮

New Census 498



63

8 Gov 200 off Cont New Census 490

11ºº Midshift review completed COS Sgt &

11¹⁵ Facility Cont total 490 IN 477 OS 13 cleared 11³⁰

F/m ▮▮▮▮▮▮▮▮▮▮▮ 3-1 Fight several P/o from Co Farr o/c Spray Administered

| TRIP #: 303 2 | OFFICERS: Drake Bertrand | |
|---|---|---|
| DESTINATION: WCf | | |
| TIME OUT: 8³² | TIME IN: 11ºº | INMATE'S: 1 |

| TRIP #: 303 3MD | OFFICERS: Ditch / Cobb | |
|---|---|---|
| DESTINATION: WCf | | |
| TIME OUT: 8²⁰/11²³ | TIME IN: 11⁴/1²² | INMATE'S: 3 / 2 |

| TRIP #: 303 1M | OFFICERS: Hubbard Balcom | |
|---|---|---|
| DESTINATION: Walsh | | |
| TIME OUT: 8ºº | TIME IN: 2³/1 | INMATE'S: 2 |

11³⁵ Restricted Key 27 Civ Klossner check Her returned 12⁰⁵p

12³⁰ Restricted Key 27 Civ Sael Visit Process restricted 1ºº p

| TRIP #: 303 7M | OFFICERS: Drake Bertrand | |
|---|---|---|
| DESTINATION: River Hosp        x ray | | |
| TIME OUT: 1251 | TIME IN: 205p | INMATE'S: |

2³⁵ Draft in w/ 2    New Census 492

| DATE: 4/29/20 | DAY: Thu | TOUR: II | W/C: Kelsen |
|---|---|---|---|
| H-SGT: DeHov | M-SGT: — | | AWC: Chice |
| P-SGT: Wick | OD: DSS Knapp | | NURSE: Terrey/Kelle |
| FSO: Black | WEATHER: Cloudy | | TEMP: 4º |
| SPECIAL WATCH: — | | O/S HOSP: ▮▮▮▮ | Chu |
| MEALS: BRKFAST: | LUNCH: — | | DINNER: 137 |
| HAND STAMP: LOBBY: | SALLYPORT: — | | TRAVEL FUNDS: 0 |
| FENCE CHECKS: 13: | 14: / | 24: / | 46: 37: 40: 19:/ |
| ARSENAL KEYS & EQUIP: 4 | VEHICLE INV: 3 | AED: Appears operable | |
| EMPLOYEE COUNT: 4x/4in | TIME: 7p | FENCE ALARMS: | |
| EVIDENCE TAGS: W/C BOX: 137 | CPT LOCKER: 1378 | | |
| COUNT: BEGIN: 492 | END: 492 | EMP. FRISK: Visual | |

1³⁰ Lt Kelsey relieves Lt DeRosa Briefed, by review, E-Mail check Keys, pass on

2⁴⁵ Corey Stark briefed, assigned

3³⁰ Facility Count [492] Total [489] In But clear 3⁴⁵

4³⁰ Accountability Board   Shea / Slur

4³⁵ B2 Room Frisk Started Authorized by DSS Knapp

000330

64

SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152)

INMATE NAME: ████████████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Wells_

MH REFERRAL NEEDED:   ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _____

OMH (OR MEDICAL) DIRECTION GIVEN: _No triggers_

NAME OF WATCH COMMANDER NOTIFIED: _Kelsey_

WATCH COMMANDER DIRECTION GIVEN: _____

_Fighting_

_D.St_

SHU/LTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ████████████████████  DIN: ████████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): _Wells_

MH REFERRAL NEEDED:   ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: _____

OMH (OR MEDICAL) DIRECTION GIVEN: _No triggers_

NAME OF WATCH COMMANDER NOTIFIED: _Kelsey_

WATCH COMMANDER DIRECTION GIVEN:

_Fight_

_D.St_

Rev. D/Lt Kelsey ⊙

6³⁰/p  B-2 Dorm frisk complete . (1) Sing recovered

9 inch by inch sharpened toothbrush handle from

under the large locker in 11 cube . Cube is unoccupied

7⁰⁰/p  MSR complete 43.5 hrs o.t.

Rec Totals        9        1        6        8

Gym              0        0        0        0

Yard             0        0        2L      49

8¹⁵/p  1LB Supt OMeara calls for facility update

Bc  8⁵⁵/p  Sgt Martin reports (1) Bake frisking common area new

n f - 1 Dorm recovers the following: A 4½ x ½ inch

sharpened toothbrush from the radiator. String wrapped to form

a thong, Green in color. 1 raw metal piece 4½ x ½ inch

from the radiator 1 raw metal piece 1⅛ by ½" with

sheath from cube 35 Divider while cube is occupied

3½ x 1 inch Flat metal shank, string a one end to form

a thong w/ yellow tape handle from cube Divider in 11

cube . Cube is unoccupied.

# EXHIBIT B

```
PAGE    1                        STATE OF NEW YORK                   PRINTED AT
                 DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION     11/13/20  11:25 AM
                           UNUSUAL INCIDENT REPORT
```

CAPE VINCENT GENERAL            FAC CODE 584    FAC LOG# 200138    CCC# 291403

UF LOG# 200031

INCIDENT DATE    10/28/20    TIME 05:31 PM    LOCATION    WALKWAYS

TELEPHONE DATE    10/29/20    TIME 12:51 PM

    PERSON CALLING        LT    Z.ROGERS
    PERSON RECEIVING      CAPT    ADAM G FRENYA

REPORT DATE    11/04/20    PERSON REPORTING LT    Z. ROGERS

    USE OF FORCE    YES    WEAPON USED    YES    WORKPLACE VIOLENCE    YES

**********************************************************************************

DISRUPTIVE BEHAVIOR        (05) 99        STAFF USE OF WEAPONS    (20) 10
OTHER                                     OC PEPPER

**********************************************************************************

DESCRIPTION:

ON 10/28/20 AT APPROX. 5:31 PM OFFICER S. BARRACO PROVIDING WALKWAY
COVERAGE ON THE NORTHSIDE WALKWAY OBSERVED A SEVERAL MAN FIGHT ON THE
WALKWAY IN FRONT OF A-1 DORM, HE CALLED FOR A RESPONSE VIA HIS RADIO. AREA
SGT. DUTTON AND THE RESPONSE TEAM RESPONDED. THE INMATES THAT WERE
IDENTIFIED AS BEING INVOLVED IN THE FIGHT WERE: █████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████████████████ CO BARRACO OBSERVED
INMATES ████████████████████████ FIGHTING, HE GAVE THEM SEVERAL ORDERS TO
STOP, THEY DIDN'T COMPLY. FORCE BECAME NECESSARY, OFFICER BARRACO USED ONE
APPLICATION CONSISTING OF (2) 1 SECOND BURSTS OF OC SPRAY FROM CANISTER 65,
LOT 04219, SERIAL 30528 TO THE HEAD AND NECK OF BOTH INMATES. THE DESIRED
EFFECT WAS ACHIEVED AND BOTH INMATES SEPARATED. OFFICER SYLVESTER RESPONDED
AND OBSERVED INMATES ██████████████ ON TOP OF INMATE ██████████ STRIKING HIM
WITH CLOSED FIST BLOWS. CO SYLVESTER GAVE INMATE ████████████ SEVERAL
ORDERS TO STOP, INMATE ██████████████ DIDN'T COMPLY. FORCE BECAME
NECESSARY, OFFICER SYLVESTER USED ONE APPLICATION CONSISTING OF (2) 1
SECOND BURSTS OF OC SPRAY FROM CANISTER 61, LOT 22420, SERIAL 39860 TO THE
HEAD AND NECK OF INMATE ████████████ AND INMATE █████████ WAS HIT WITH OVER
SPRAY. INMATE ███████████ WHO WAS ENGAGED IN THE FIGHT WITH AN UNKNOWN
INMATE WAS HIT WITH SAME APPLICATION OF OC PEPPER SPRAY DEPLOYED BY CO
SYLVESTER IN THE FACE. THE DESIRED EFFECT WAS NOT ACHIEVED. OFFICER
SYLVESTER USED BODY HOLDS TO FORCE INMATE ██████████████ TO THE GROUND.
ONCE SEPARATED BOTH INMATES BECAME COMPLIANT AND SYLVESTER APPLIED
MECHANICAL RESTRAINTS TO INMATE ████████████ INMATE █████████████
STOPPED FIGHTING WITH AN UNKNOWN INMATE AND BECAME COMPLIANT. OFFICER DRAKE

PAGE   2                        STATE OF NEW YORK                    PRINTED AT
          DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/13/20   11:25 AM
                          UNUSUAL INCIDENT REPORT


CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138    CCC# 291403

                              UF LOG# 200031

INCIDENT DATE    10/28/20   TIME 05:31 PM   LOCATION   WALKWAYS

     USE OF FORCE   YES       WEAPON USED   YES      WORKPLACE VIOLENCE   YES

*****************************************************************************

DESCRIPTION:                              (CONTINUED)
RESPONDED AND OBSERVED INMATE ████████ ENGAGED IN A FIGHT WITH AN UNKNOWN
INMATE. DRAKE GAVE THEM BOTH SEVERAL ORDERS TO STOP THEY DIDN'T COMPLY.
FORCE BECAME NECESSARY. OFFICER DRAKE USED BODY HOLDS TO FORCE INMATE ████
TO THE GROUND FACE FIRST. ████ BECAME COMPLIANT. CO VANTASSLE OBSERVED
████████ PUNCHING ANOTHER UNKNOWN INMATE INVOLVED IN THE FIGHT AND ORDERED
THEM TO STOP, INMATE ████ COMPLIED AND BECAME COMPLIANT THE OTHER INMATE
RETREATED INTO THE CROWD. ALL INMATES INVOLVED BECAME COMPLIANT AND FORCE
ENDED. AT THE TIME OF THE INCIDENT THERE WERE APPROXIMATELY 70 INMATES ON
THE WALKWAY.



*****************************************************************************

EVENTS CAUSING:

  SEVERAL INMATES ENGAGED IN A FIGHT ON THE NORTH SIDE WALKWAY, WHICH WAS
  OBSERVED AND REPORTED BY OFFICER BARRACO VIA RADIO. ORDERS WERE NOT
  FOLLOWED TO CEASE FIGHTING AND FORCE BECAME NECESSARY.



*****************************************************************************

ACTION TAKEN:

  ALL INMATES WERE ESCORTED TO THE INFIRMARY BY UNINVOLVED STAFF. THE
  FOLLOWING INMATES WERE DECONTAMINATED PER DIRECTIVE 4903: ███████████
  ███████████████████████████████████ ALL INVOLVED INMATES WERE
  EXAMINED BY MEDICAL AND REPORTED THE FOLLOWING INJURIES: ██████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████ ALL OF THE
INMATE'S INJURIES WERE DEEMED CONSISTENT WITH A FIGHT BY SGT. DUTTON. ALL
STAFF INVOLVED IN THE USE OF FORCE WERE SEEN BY MEDICAL AND REPORTED THE

PAGE    3                          STATE OF NEW YORK              PRINTED AT
                DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/13/20  11:25 AM
                              UNUSUAL INCIDENT REPORT


    CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138    CCC# 291403

                              UF LOG# 200031

    INCIDENT DATE    10/28/20   TIME 05:31 PM   LOCATION   WALKWAYS

         USE OF FORCE   YES        WEAPON USED   YES     WORKPLACE VIOLENCE   YES

*******************************************************************************

ACTION TAKEN:                                (CONTINUED)
  FOLLOWING INJURIES: ███████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████ ALL STAFF REMAINED ON DUTY.THE FOLLOWING INMATES
WERE ADMITTED TO SHU PENDING A DISCIPLINARY. INMATE ██████ WAS ADMITTED TO
SHU-C-29 BY SGT WICKS WITH NO TRIGGERS NOTED ON 3152. INMATE ████████
WAS ADMITTED TO SHU-A-9 BY SGT WICKS WITH NO TRIGGERS NOTED ON 3152.
INMATE ███████████ WAS ADMITTED TO SHU-B-23 BY SGT WICKS WITH NO
TRIGGERS NOTED ON 3152. INMATE ███████ WAS ADMITTED TO SHU-B-20 BY SGT MACKAY
WITH NO TRIGGERS NOTED ON 3152. INMATE ███████ WAS ADMITTED TO SHU-C-27 BY
SGT MACKAY, WITH NO TRIGGERS NOTED ON 3152. INMATE ███████ WAS ADMITTED TO
SHU-C-31 PENDING AN IPC HEARING BY SGT WICKS WITH NO TRIGGERS NOTED ON
3152.SGT. DUTTON AUTHORIZED CUBE FRISKS OF ALL INVOLVED INMATES WITH NO
CONTRABAND FOUND. OC PEPPER CANISTERS #65 AND #61 WERE SECURED PER
DIRECTIVE 4903. ALL PHOTOGRAPHS WERE TAKEN. SGT. DUTTON'S INVESTIGATION
DETERMINED THE INCIDENT WAS BETWEEN BLOODS AND THE LATIN KINGS GANGS OVER A
DISPUTE OVER DRUGS. ALL PERTINENT PAPERWORK WAS COMPLETED AND SUBMITTED.
NOTIFICATIONS: O.D. DSS J. KNAPP, ACT SUPT. DSA R. KELLAR, HUB SUPT. B.
OMEARA.


*******************************************************************************

MEDICAL REPORT:

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

    O'CONNER                    /NURSE                    10/28/20   08:00 PM
                     EXAMINER NAME/TITLE                   EXAM DATE/TIME



*******************************************************************************

```
PAGE   4                      STATE OF NEW YORK              PRINTED AT
            DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION   11/13/20  11:25 AM
                          UNUSUAL INCIDENT REPORT


     CAPE VINCENT GENERAL         FAC CODE 584   FAC LOG# 200138   CCC# 291403

                             UF LOG# 200031

     INCIDENT DATE   10/28/20  TIME 05:31 PM  LOCATION  WALKWAYS

          USE OF FORCE  YES        WEAPON USED  YES     WORKPLACE VIOLENCE  YES

     ******************************************************************************

     PROPERTY DAMAGE:

       N/A



     ******************************************************************************

     NOTIFICATION (FAMILY):

       N/A

     NOTIFICATION (POLICE/OTHER):

       N/A



     ******************************************************************************
                            INMATE INFORMATION:
     ******************************************************************************
```

| | | | | | ETHNIC- HISPANIC |
|---|---|---|---|---|---|
| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | | |
| DISRUP BEH   - OTHER | PERP | BODY USE | | | |

| | | | | | ETHNIC- HISPANIC |
|---|---|---|---|---|---|
| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY | |
| DISRUP BEH   - OTHER | PERP | BODY USE | CHEM AGTS | | |
| STF WEAPONS  - OC PEPPER | PERP | | | | |

| | | | | | ETHNIC- HISPANIC |
|---|---|---|---|---|---|
| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY | |
| DISRUP BEH   - OTHER | PERP | BODY USE | CHEM AGTS | | |
| STF WEAPONS  - OC PEPPER | PERP | | | | |

| | | | | | ETHNIC- HISPANIC |
|---|---|---|---|---|---|
| GEN INCIDENT - SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY | |

000188

```
PAGE   5                       STATE OF NEW YORK              PRINTED AT
               DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/13/20  11:25 AM
                           UNUSUAL INCIDENT REPORT


       CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138   CCC# 291403

                              UF LOG# 200031

       INCIDENT DATE   10/28/20  TIME 05:31 PM  LOCATION  WALKWAYS

          USE OF FORCE  YES        WEAPON USED  YES      WORKPLACE VIOLENCE  YES

    *************************************************************************
                              INMATE INFORMATION:
    *************************************************************************
    ██████████████████████████████████████████████████████|ETHNIC-

        GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON     FORCE      INJURY
          DISRUP BEH   - OTHER              PERP   BODY USE   CHEM AGTS  ████████
          STF WEAPONS  - OC PEPPER          PERP
    *************************************************************************
    ██████████████████████████████████████████████████ETHNIC- BLACK

        GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON     FORCE      INJURY
          DISRUP BEH   - OTHER              PERP   BODY USE   BODY HOLD  ████████
    *************************************************************************
    ██████████████████████████████████████████████████ETHNIC- BLACK

        GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON     FORCE      INJURY
          DISRUP BEH   - OTHER              PERP                        ████████
          STF WEAPONS  - OC PEPPER          PARTIC
    *************************************************************************
    ██████████████████████████████████████████████████ETHNIC- BLACK

        GEN INCIDENT - SPECIFIC INCIDENT   ROLE    WEAPON     FORCE      INJURY
          DISRUP BEH   - OTHER              PERP   BODY USE   CHEM AGTS  ████████
          STF WEAPONS  - OC PEPPER          PERP



    *************************************************************************
                              EMPLOYEE INFORMATION:
    *************************************************************************

       SYLVESTER, S████████            CO

        GEN INCIDENT - SPECIFIC INCIDENT      FORCE      INJURY      DEGREE
          DISRUP BEH   - OTHER              CHEM AGTS  ████████████
          STF WEAPONS  - OC PEPPER
    *************************************************************************
```

000189

```
PAGE    6                        STATE OF NEW YORK                 PRINTED AT
            DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION     11/13/20  11:25 AM
                           UNUSUAL INCIDENT REPORT


      CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138    CCC# 291403

                               UF LOG# 200031

      INCIDENT DATE    10/28/20  TIME 05:31 PM  LOCATION   WALKWAYS

          USE OF FORCE  YES       WEAPON USED  YES     WORKPLACE VIOLENCE   YES

      *******************************************************************************
                                EMPLOYEE INFORMATION:
      *******************************************************************************
      BARRACO, S                           CO

          GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER            CHEM AGTS
          STF WEAPONS   - OC PEPPER
      *******************************************************************************

      DUTTON, R                            SGT

          GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER
          STF WEAPONS   - OC PEPPER
      *******************************************************************************

      DRAKE, J                             CO

          GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER           BODY HOLD
      *******************************************************************************

      WICKS, CH                            SGT

          GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER
      *******************************************************************************

      VANTASSEL, C                         CO

          GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER
      *******************************************************************************

      MACKAY, L                            SGT

          GEN INCIDENT - SPECIFIC INCIDENT     FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER
      *******************************************************************************


          DSS JEREMY KNAPP                               11/13/20
          ACTING SUPERINTENDENT                            DATE
```

PAGE   6                          STATE OF NEW YORK                  PRINTED AT
              DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION    11/04/20  06:46 AM
                              UNUSUAL INCIDENT REPORT


      CAPE VINCENT GENERAL          FAC CODE 584    FAC LOG# 200138    CCC# 291403

                                    UF LOG# 200031

      INCIDENT DATE   10/28/20  TIME 05:31 PM  LOCATION  WALKWAYS

         USE OF FORCE  YES        WEAPON USED  YES

    *********************************************************************************
                              EMPLOYEE INFORMATION:
    *********************************************************************************
      BARRACO, SA███████████        CO

          GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER                  CHEM AGTS     ██████████████████████
          STF WEAPONS   - OC PEPPER
    *********************************************************************************
      DUTTON, R██████████            SGT

          GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER                                ██████████████████████
          STF WEAPONS   - OC PEPPER
    *********************************************************************************
      DRAKE, JA███████              CO

          GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER                  BODY HOLD     ██████████████████████
    *********************************************************************************
      WICKS, C█████████             SGT

          GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER                                ██████████████████████
    *********************************************************************************
      VANTASSEL, C███████           CO

          GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER                                ██████████████████████
    *********************************************************************************
      MACKAY, L██████               SGT

          GEN INCIDENT - SPECIFIC INCIDENT        FORCE        INJURY        DEGREE
          DISRUP BEH    - OTHER                                ██████████████████████

    *********************************************************************************


              _Kurt [signature] ____ -DSS              11/13/20
                  SUPERINTENDENT'S SIGNATURE              DATE


                                                                          000191

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1
_____ Cape Vincent _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ◆ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ◆ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ◆ NÚM. | HOUSING LOCATION ◆ CELDA |
|---|---|---|
| ▨ | ▨ | G1-22B |

| 2. LOCATION OF INCIDENT ◆ LUGAR DEL INCIDENTE | INCIDENT DATE ◆ FECHA | INCIDENT TIME ◆ HORA |
|---|---|---|
| N Side Walkway | 10/28/20 | Approx 5³¹ |

**3. RULE VIOLATION(S) ◆ VIOLACIÓN/ES**

Attempted assault on Staff  100.11
Violent conduct  104.11
Interference  107.10

**4. DESCRIPTION OF INCIDENT ◆ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approx. time I C.o. S.Sylvester while attempting to deploy OC spray to stop a fight in front of A1 dorm Inmate ▨ approached me from my left side, swinging his right hand towards the OC Spray in my right hand, attempting to disarm me. I reacted by sidestepping away from ▨ avoiding his attack. I turned toward inmate ▨ he then retreated allowing me to return focus back to the fight

| REPORT DATE ◆ FECHA | REPORTED BY ◆ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ◆ FIRMA | TITLE ◆ TÍTULO |
|---|---|---|---|
| 10/28/20 | S.Sylvester | _(signature)_ | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES:**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS:  1. _____

2. _____          3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED? | YES ☐ | NO ☒ | IF YES, GIVE NAME & # _____ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN _____ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☒   (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?   SÍ ☐   NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   SÍ ☐   NO ☐
OR ◆ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☒   NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   SÍ ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☒   NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   SÍ ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT  SHU C-29          (b) AUTHORIZED BY  Lt Rogers
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____   (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☐   NO ☒   (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?   SÍ ☐   NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ◆ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000192

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_          **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉ | B1-39 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| North Side walkway | 10/28/20 | 5:31pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.13 Fighting          106.10 Direct order
104.11 violent conduct
104.13 Disturbance

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and time after I called for a response on the north side walkway, via my radio, I observed inmate ▉▉▉▉▉▉▉▉▉ and inmate ▉▉▉▉▉▉▉▉▉ exchanging closed fist punches to the face and head of eachother. I gave several direct orders to stop fighting and neither inmate complied. At that time I sprayed inmate ▉▉▉▉▉ to the head and face reaching the desired effect. Inmate ▉▉▉▉▉ became compliant and I then applied mechanical restraints, and he was escorted out of the area.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | S. Barraco | SBarraco | C.O. |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)          SIGNATURES:**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS:   1. _____

2. _____          3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED? | YES ☒ | NO ☐ | IF YES, GIVE NAME & # ▉▉▉▉▉▉▉▉▉▉ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | sí ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN _____ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐   NO ☒   (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDIENTE?   sí ☐   NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   sí ☐   NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☒   NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   sí ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☒   NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   sí ☐   NO ☐
IF YES, (a) CURRENT HOUSING UNIT   SHU C-29          (b) AUTHORIZED BY   LJ Rogers
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____          (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☒   NO ☐   (IF YES, FILE FORM 2104)   UOF 20-031
¿SE USÓ FUERZA FISICA?   sí ☐   NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution:  WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución:  BLANCA - Oficina Disciplinaria    AMARILLA - Recluso (después de la resión)

000193

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ████████ | ████████ | D1-28 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| North Side Walkway | 10\28\20 | 5:31 PM |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

100.13 Fighting                         106.10 Direct order

104.11 Violent Conduct

104.13 Disturbance

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and time after I called for a response on the north side walkway, via my radio, I observed inmate ████████ and inmate ████████ exchanging closed fist punches to the face and head of eachother. I gave several direct orders to stop fighting and neither inmate complied. At that time I sprayed inmate ████████ to the head and face reaching the desired effect. Inmate ████████ became compliant and was placed in mechanical restraints and escorted out of the area.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10\28\20 | S. Barraco | S. Barraco | C.O. |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)          SIGNATURES:**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS:  1. _____

2. _____          3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

6. WERE OTHER INMATES INVOLVED?          YES ☒   NO ☐          IF YES, GIVE NAME & # ███████
   ¿HUBO OTROS RECLUSOS ENVUELTOS?       SÍ ☐   NO ☐          DE SER SÍ DÉ LOS NOMBRES Y DIN _____

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?   YES ☐   NO ☒   (B) WAS INMATE HOUSED IN A SHU CELL?   YES ☐   NO ☐
   ¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?                       SÍ ☐   NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?   SÍ ☐   NO ☐
                                                                                               OR ♦ O

   (C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?   YES ☒   NO ☐
   ¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?   SÍ ☐   NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?   YES ☒   NO ☐
   ¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?   SÍ ☐   NO ☐
   IF YES, (a) CURRENT HOUSING UNIT __SHU C-27__          (b) AUTHORIZED BY __Lt. Rogers__
   DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____          (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES ☒   NO ☐   (IF YES, FILE FORM 2104) __UOF 20-031__
   ¿SE USÓ FUERZA FISICA?   SÍ ☐   NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____
                                       AREA SUPERVISOR ENDORSEMENT _____
                                       ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution:  WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución:  BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000194

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_____ Cape Vincent _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ███████████████████ | ███████████████████ | A1-49B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| N. Side Walkway | 10/28/20 | Appx 5³⁰ P |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Fighting 100.13          Direct Order 106.10
Violent Conduct 104.11
Disturbance 104.13

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and appx time I C.O. S.Sylvester, responded
to a red dot on the north side walkway. I observed inmate ████████
████████ on top of inmate ████████████████████ exchanging close fist
punches to the head and upper body. I gave several direct orders to "break it
up" without compliance. At this time force was used to gain compliance. Inmates
were separated and escorted to medical by uninvolved staff

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | S.Sylvester | *(signature)* | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)**          SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS:  1. _____

2. _____          3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED? | YES ☑ | NO ☐ | IF YES, GIVE NAME & # ██████████████ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN _____ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☒    (B) WAS INMATE HOUSED IN A SHU CELL?  YES ☐  NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?  SÍ ☐  NO ☐    ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SÍ ☐  NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES ☑  NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?  SÍ ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?  YES ☒  NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SÍ ☐  NO ☐
IF YES, (a) CURRENT HOUSING UNIT ___ SHU C-31 ___          (b) AUTHORIZED BY ___ Lt Reyes ___
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____          (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?  YES ☑  NO ☐    (IF YES, FILE FORM 2104) 20-031
¿SE USÓ FUERZA FISICA?  SÍ ☐  NO ☐    (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution:  WHITE - Disciplinary Office    CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Discipliaria    AMARILLA - Recluso (después de la resión)

000195

FORM 2171A (10/14)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_____Cape Vincent_____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ███████████████ | ██████████████ | C1-198 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| N. Side Walkway | 10/28/20 | Approx 5:31 |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Fighting 100.13          Direct order 106.10

Violent Conduct 104.11

Disturbance 104.13

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approx time I, C.O. S.Sylvester, responded to a red dot on the North side walkway. I observed ███████████ on top of inmate ████████████████ exchanging close fist punches to the head and upper body. I gave several direct orders to "break it up" without compliance. At this time force was used to gain compliance. Inmates were separated and escorted to medical by uninvolved staff

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | S. Sylvester | | CO |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES:**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:  1. _____

2. _____     3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED? | YES ☒ | NO ☐ | IF YES, GIVE NAME & # ███████████████ |
|---|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | SÍ ☐ | NO ☐ | DE SER SÍ DÉ LOS NOMBRES Y DIN |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☒   (B) WAS INMATE HOUSED IN A SHU CELL?  YES ☐  NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?  SÍ ☐  NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SÍ ☐  NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES ☒  NO ☐
¿SE CONFINÓ/RESTRINGIÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?  SÍ ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?  YES ☒  NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SÍ ☐  NO ☐
IF YES, (a) CURRENT HOUSING UNIT  SHU A8          (b) AUTHORIZED BY  Lt Rogers
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____      (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?  YES ☒  NO ☐   (IF YES, FILE FORM 2104)  20-031
¿SE USÓ FUERZA FISICA?  SÍ ☐  NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104)

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000196

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ███████████████████████ | ████████████████ | B1-22B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| Northside Walkway | 10/28/20 | Approx 5:31 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Fighting 100.13
Violent Conduct 104.11
Disturbance 104.13

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time, I C.O. VanTassel was responding to a red dot on the northside walkway when I observed inmate ████████████████ exchanging closed fist blows to the head and upper body with an unidentified inmate. I ordered inmate ██ to the ground which he complied. I then placed mechanical restraints on the compliant inmate and escorted him to the infirmary.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | C. VanTassel | C.V.S. | C.O. |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)      SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)      FIRMAS:  1._____

2._____   3._____

**NOTE: Fold back Page 2 on dotted line before completing below.**

6. WERE OTHER INMATES INVOLVED?    YES ☑    NO ☐    IF YES, GIVE NAME & # ___Unknown___
¿HUBO OTROS RECLUSOS ENVUELTOS?    SÍ ☐    NO ☐    DE SER SÍ DÉ LOS NOMBRES Y DIN ___

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?    YES ☐    NO ☑    (B) WAS INMATE HOUSED IN A SHU CELL?    YES ☐    NO ☐
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDIENTE?    SÍ ☐    NO ☐    ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?    SÍ ☐    NO ☐
OR ♦ O

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?    YES ☑    NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?    SÍ ☐    NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?    YES ☑    NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?    SÍ ☐    NO ☐
IF YES, (a) CURRENT HOUSING UNIT ___SHU B-20___    (b) AUTHORIZED BY ___Lt. Rogers___
DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL ___    (b) AUTORIZADO POR ___

9. WAS PHYSICAL FORCE USED?    YES ☐    NO ☑    (IF YES, FILE FORM 2104) ___
¿SE USÓ FUERZA FISICA?    SÍ ☐    NO ☐    (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) ___

AREA SUPERVISOR ENDORSEMENT ___
ENDOSO DEL SUPERVISOR DEL ÁREA ___

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000197

FORM 2171A (10/14)
Side 1

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## Cape Vincent Correctional Facility

## INMATE MISBEHAVIOR REPORT ✦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) • NOMERE DEL RECLUSO (Apellido, Nombre) | NO. • NUM | HOUSING LOCATION ◆ CELDA |
|---|---|---|
| | | B-1-49 |

| 2 LOCATION OF INCIDENT ◆ LUGAR DEL INCIDENTE | INCIDENT DATE ◆ FECHA | INCIDENT TIME ◆ HORA |
|---|---|---|
| Northside Walkway Front of A-Block | October 28, 2020 | 5:31PM   Approximately |

3 RULE VIOLATION(S) ✦ VIOLACIONES

| | | | |
|---|---|---|---|
| 100.13 | FIGHTING | 109.12 | MOVEMENT REGULATION VIOLATION |
| 104.11 | VIOLENT CONDUCT | | |
| 104.13 | CREATING A DISTURBANCE | | |

4. DESCRIPTION OF INCIDENT ◆ DESCRIPCION DEL INCIDENTE

Through my investigation I have concluded that Inmate ▮▮▮▮▮▮▮▮▮▮ was involved in the multiman fight that was on the northside walkway in front of A-Block due to the fact that he was covered with OC spray.

| REPORT DATE ◆ FECHA | REPORTED BY ◆ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ✦ FIRMA | TITLE ◆ TITULO |
|---|---|---|---|
| 10/28/20 | R. Dutton | | Sergeant |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)

SIGNATURES:
FIRMAS:   1 _____

2 _____   3 _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED    ¿HUBO OTROS RECLUSOS ENVUELTOS? | YES [X]  NO [ ]    Sí [ ]  NO [ ] | IF YES, GIVE NAME & #    Unknown    DE SER SI DE LOS NOMBRES Y DIN _____ |
|---|---|---|

7.. AT THE TIME OF THIS INCIDENT, WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE?
YES [ ]  NO [X]   Sí [ ]  NO [ ]

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?
¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?
YES [ ]  NO [X]   Sí [ ]  NO [ ]

8. WAS INMATE MOVED TO ANOTHER HOUSING UNIT?
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?
YES [X]  NO [ ]   Sí [ ]  NO [ ]

IF YES (a) CURRENT HOUSING UNIT   SHU B-23   (b) AUTHORIZED BY   Lt. Rogers
DER SER SI, (a) UNIDAD DE VIVIENDA ACTUAL _____   (b) AUTHORIZADO POR _____

9. WAS PHYSICAL FORCE USED?   YES [X]  NO [ ]   (IF YES) FILE FORM 2104   UoF 20-031
¿SE USO FUZREA FISICA?   Sí [ ]  NO [ ]   (DER SER SI, SOMETA EL FORMULARIO No. 2104)

AREA SUPERVISOR ENDORSEMENT
ENDOSO DEL SUPERVISOR DEL AREA _____

Distributión: WHITE - Disciplinary Office  CANARY - Inmate (After review)  ◆  Distribucion: BLANCA - Oficinia Discipliaria  AMARILLA - recluso (déspues de a resión)

000198

FORM 2171A (10/14)         STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ | D-1-10B |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| North Side Walkway | 10-28-20 | Approximate 5:36 |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

Fighting 100.13  Direct order 106.10  Creating disturbance 104.13
Movement Violation 109.12  Violent conduct 104.11

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time I CO J. Drake responded to a red dot response on the North Side walkway. I observed inmate ▇▇▇▇▇ D-1-10B I observed swinging close fist blows with an unknown inmate, I gave him several direct orders to stop. He then turned and began to flee. I then used force by applying a rear body hold and took him to the ground, ▇▇▇▇ then became compliant and all force stopped. Mechanical restraints were applied. Inmate ▇▇▇▇ was then escorted to the infirmary by uninvolved staff where he was seen by medical staff.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10-28-20 | CO J. Drake | _(signature)_ | Correction Officer |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES:
   ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:  1. _____

2. _____                                          3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

6. WERE OTHER INMATES INVOLVED?     YES ☒  NO ☐   IF YES, GIVE NAME & # _Unknown_
   ¿HUBO OTROS RECLUSOS ENVUELTOS?  SÍ ☐  NO ☐   DE SER SÍ DÉ LOS NOMBRES Y DIN _____

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☒   (B) WAS INMATE HOUSED IN A SHU CELL?  YES ☐  NO ☒
   ¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE?  SÍ ☐  NO ☐   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SÍ ☐  NO ☐
                                                                        OR ♦ O
   (C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES ☐  NO ☐
   ¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?  SÍ ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?  YES ☐  NO ☒
   ¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SÍ ☐  NO ☐
   IF YES, (a) CURRENT HOUSING UNIT _SHU B-15_     (b) AUTHORIZED BY _Lt. Rogers_
   DER SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL _____   (b) AUTORIZADO POR _____

9. WAS PHYSICAL FORCE USED?  YES ☒  NO ☐   (IF YES, FILE FORM 2104) _____
   ¿SE USÓ FUERZA FISICA?  SÍ ☐  NO ☐   (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) _____

                              AREA SUPERVISOR ENDORSEMENT _____
                              ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution: WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

000199

FORM 2171B (10/14)
Side 1

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## Cape Vincent Correctional

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMERE DEL RECLUSO (Apelido, Nombre) | NO. ♦ NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| [redacted] | | D-1-39 |

| 2 LOCATION OF INCIDENT ♦ VIOLACIONES | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| D-1 Housing Unit | October 28, 2020 | 9:00pm  Approximately |

3 RULE VIOLATION(S) ♦

100.13    FIGHTING

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE

On the above date and time, I Sergeant R. Dutton completed my investigation into a disturbance heard by Officer McAnaulty on D-1 dorm as he was letting in inmates from returning from the mess hall just after a large disturbance had occurred on the walkway. Inmate [redacted]

| REPORT♦ DATE FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 10/28/20 | R. Dutton | | Sergeant |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)        SIGNATURES :

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)        FIRMAS:    1 _____

2 _____        3 _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED | YES [X]  NO [ ] | IF YES, GIVE NAME & # ___ Brogno, Anthony 17A5065 D-1-17 |
|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | Si [ ]  NO [ ] | DE SER SI DE LOS NOMBRES Y DIN ___ |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?        YES [X] NO [ ]    (B) WAS INMATE HOUSED IN SHU CELL?    YES [ ] NO [X]

¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE?        Si [ ] NO [ ]    ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  Si [ ] NO [ ]

OR ♦ O

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?        YES [X] NO [ ]

¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?        Si [ ] NO [ ]

8. WAS INMATE MOVED TO ANOTHER HOUSING UNIT?        YES [X] NO [ ]

¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?        Si [ ] NO [ ]

IF YES (a) CURRENT HOUSING UNIT ___ SHU-B-17 ___    (b) AUTHORIZED BY ___ Lt Rogers ___

DER SER SI. (a) UNIDAD DE VIVIENDA ACTUAL. ___    (b) AUTHORIZADO POR ___

9. WAS PHYSICAL FORCE USED?    YES [ ]  NO [X]    (IF YES) FILE FORM 2104 ___

¿SE USO FUZREA FISICA?    Si [ ] NO [ ]    (DER SER SI. SOMETA EL FORMULARIO No. 2104) ___

AREA SUPERVISOR ENDORSEMENT ___

ENDOSO DEL SUPERVISOR DEL AREA ___

Distributión: WHITE - Disciplinary Office  CANARY - Inmate (After review) ♦ Distribucion:  BLANCA - Oficinia Discipliaria  AMARILLA - recluso (déspues de a resión)

FORM 2171B (10/14)
Side 1

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

### Cape Vincent Correctional

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMERE DEL RECLUSO (Apelido, Nombre) | NO. • NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| ███████████ | ███████████ | D-1-17 |

| 2 LOCATION OF INCIDENT ♦ VIOLACIONES | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| D-1 Housing Unit | October 28, 2020 | 9:00pm   Approximately |

**3 RULE VIOLATION(S) ♦**

100.13     FIGHTING

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE**

On the above date and time, I Sergeant R. Dutton completed my investigation into a disturbance heard by Officer McAnaulty on D-1 dorm as he was letting in inmates from returning from the mess hall just after a large disturbance had occurred on the walkway. Inmate ███████████ was seen by medical ███████████

| REPORT♦ DATE FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 10/28/20 | R. Dutton | | Sergeant |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)     SIGNATURES :**

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:   1 _____

2 _____     3 _____

**NOTE:  Fold back Page 2 on dotted line before completing below.**

| 6. WERE OTHER INMATES INVOLVED | YES [X]   NO [ ] | IF YES, GIVE NAME & # ____ ███████████ |
|---|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS? | Si [ ]   NO [ ] | DE SER SI DE LOS NOMBRES Y DIN |

7.. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?    YES [ ] NO [X]   (B) WAS INMATE HOUSED IN SHU CELL?    YES [ ] NO [X]

¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE?    Si [ ] NO [ ]   ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  Si [ ] NO [ ]

OR ♦ O

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?    YES [X]  NO [ ]

¿SE CONFINO/RESTRINGIO AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE?    Si [ ]  NO [ ]

8. WAS INMATE MOVED TO ANOTHER HOUSING UNIT?    YES [X]  NO [ ]

¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?    Si [ ]  NO [ ]

IF YES (a) CURRENT HOUSING UNIT    SHU B-22    (b) AUTHORIZED BY    Lt Rogers

DER SER SI. (a) UNIDAD DE VIVIENDA ACTUAL.    (b) AUTHORIZADO POR

9. WAS PHYSICAL FORCE USED?    YES [X]  NO [ ]    (IF YES) FILE FORM 2104) _____

¿SE USO FUZREA FISICA?    Si [ ]  NO [ ]    (DER SER SI. SOMETA EL FORMULARIO No. 2104)

AREA SUPERVISOR ENDORSEMENT _____

ENDOSO DEL SUPERVISOR DEL AREA _____

Distribution:  WHITE - Disciplinary Office  CANARY - Inmate (After review) ♦ Distribucion:  BLANCA - Oficinia Disciplliaria  AMARILLA - recluso (déspues de a resión)

000201

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:23:42                   CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                    INCIDENT DATE 10/28/20  TIME 05:31PM     UI CCC NO. 291403
GEN LOC. 41 WALKWAYS        SPEC LOC.                        CB LOG NO.
==============================================================================
INMATE                       DIN/NYSID ETHNIC ROLE
███████████████████████████     HSP      PERP
==============================================================================
STAFF INVOLVED            TITLE     FORCE1      FORCE2      FORCE3     DEGREE

SYLVESTER, S██████        CO        CHEM AGTS                          MINOR
==============================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
INMATE ████████████████ WAS FIGHTING ON THE NORTH SIDE WALKWAY WITH A
UNIDENTIFIED INMATE.




==============================================================================
DESCRIBE ACTUAL FORCE USED:
WHEN OFFICER SYLEVESTER USED ONE APPLICATION OF OC PEPPER SPRAY TO INMATE
██████████████████████████ WHO WAS FIGHTING WITH INMATE ██████████████
INMATE ████████████████ WAS HIT IN THE FACE WITH OC PEPPER SPRAY. ██████████
████████ STOPPED FIGHTING WITH THE UNIDENTIFIED INMATE AND BECAME COMPLIANT.




==============================================================================




                                                              PAGE 1.01
```

000202

```
UNS571        STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:23:42                  CAPE VINCENT GENERAL                 UF LOG NO. 200031.00
                   INCIDENT DATE 10/28/20  TIME 05:31PM        UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                            CB LOG NO.
=================================================================================
INMATE                       DIN/NYSID ETHNIC ROLE
█████████████████████████       HSP      PERP
=================================================================================
EXAMINERS  NAME                    TITLE            EXAM DATE    TIME
LEAVERY-WELLER                     NURSE            10/28/20     07:05PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT.
████████████████████████████████████████████████████████████████
```

```
=================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                   WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                             DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ██████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?    █████
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-B-23
REPORTED BY: SGT    R. DUTTON                         DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                          DATE: 11/04/20
=================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.
```

```
=================================================================================
DSS JEREMY KNAPP                                     11/13/20
ACTING SUPERINTENDENT                                DATE
```

PAGE 2

000203

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                      USE OF FORCE REPORT
06:46:33              CAPE VINCENT GENERAL                  UF LOG NO. 200031.00
                  INCIDENT DATE 10/28/20  TIME 05:31PM      UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                         CB LOG NO.
=================================================================================
INMATE                       DIN/NYSID ETHNIC ROLE
███████████████████████████  HSP       PERP
=================================================================================
EXAMINERS  NAME                 TITLE          EXAM DATE   TIME
LEAVERY-WELLER                  NURSE          10/28/20    07:05PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT.
```

```
=================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                    WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                           DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?       ████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-B-23
REPORTED BY: SGT    R. DUTTON                          DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                           DATE: 11/04/20
=================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of Force that was reasonable and necessary under the circumstances.

A/Supt. J. Lapp - DSS

11/13/20
DATE

PAGE 2

000204

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                     USE OF FORCE REPORT
11:24:03              CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                INCIDENT DATE 10/28/20  TIME 05:31PM    UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                      CB LOG NO.
============================================================================
INMATE                      DIN/NYSID ETHNIC ROLE
                            ██████████ HSP      PERP
============================================================================
STAFF INVOLVED            TITLE    FORCE1     FORCE2     FORCE3     DEGREE

BARRACO, S.██████████     CO       CHEM AGTS
============================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER BARRACO OBSERVED INMATES ███████████████████ FIGHTING ON
THE WALKWAY. BARRAOCO GAVE THEM SEVERAL DIRECT ORDER TO STOP, THEY
DIDN'T COMPLY FORCE BECAME NECESSARY.
```

```
============================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER BARRACO THEN APPLIED ONE APPLICATION OF OC PEPPER SPRAY TO
██████ AND INMATE █████████ HEAD AND FACE HAVING THE DESIRED EFFECT.
INMATES █████████████ BECAME COMPLIANT. ALL FORCE CEASED.
```

```
============================================================================
```

PAGE 1.01

000205

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:24:03              CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                 INCIDENT DATE 10/28/20  TIME 05:31PM   UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                      CB LOG NO.
=================================================================================
INMATE                      DIN/NYSID ETHNIC ROLE
███████████████████████████        HSP      PERP
=================================================================================
EXAMINERS   NAME                  TITLE         EXAM DATE   TIME
O'CONNER                          NURSE         10/28/20    08:00PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:

███████████████████████████████████████████

```
=================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO              WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                    DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?  ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?   ██████
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO: SHU-C-29
REPORTED BY: SGT    R. DUTTON                    DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                     DATE: 11/04/20
=================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.
```

```
=================================================================================
DSS JEREMY KNAPP                                 11/13/20
ACTING SUPERINTENDENT                            DATE
                                                      PAGE 2
```

```
UNS571     STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                    USE OF FORCE REPORT
07:07:53               CAPE VINCENT GENERAL               UF LOG NO. 200031.00
                INCIDENT DATE 10/28/20  TIME 05:31PM      UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                       CB LOG NO.
==============================================================================
INMATE                   DIN/NYSID ETHNIC ROLE
█████████████████████         HSP      PERP
==============================================================================
EXAMINERS  NAME                TITLE          EXAM DATE   TIME
O'CONNER                       NURSE          10/28/20    08:00PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
████████████████████████████████
```

```
==============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                        DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?  ████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO: SHU-C-29
REPORTED BY: SGT   R. DUTTON                          DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                          DATE: 11/04/20
==============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of force which was reasonable and Justified under the circumstances.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

_[signature]_  -DSS                                   11/13/20
                                                      DATE

PAGE 2

000207

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:24:24              CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                INCIDENT DATE 10/28/20  TIME 05:31PM    UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                      CB LOG NO.
```

| INMATE | DIN/NYSID | ETHNIC | ROLE |
|---|---|---|---|
| ███████████████ | | HSP | PERP |

| STAFF INVOLVED | TITLE | FORCE1 | FORCE2 | FORCE3 | DEGREE |
|---|---|---|---|---|---|
| SYLVESTER, S███████ | CO | CHEM AGTS | MECH RESTR | | MINOR |

```
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
CO SYLVESTER OBSERVED ████████ ON TOP OF INMATE ███████████ EXCHANGING
CLOSED FIST PUNCHES AT EACH OTHERS HEAD AND BODY. SYLVESTER GAVE THEM
SEVERAL DIRECT ORDERS TO BREAK IT UP, ALL ORDERS WERE IGNORED. FORCE
BECAME NECESSARY.
```

```
DESCRIBE ACTUAL FORCE USED:
SYLEVESTER APPLIED ONE APPLICATION OF OC SPRAY TO █████████ THIS DIDN'T
HAVE THE DESIRED EFFECT. USING BODY HOLD SYLVESTER GRABBED ████████ BY
THE BACK OF HIS SHIRT FORCING ██████████ FACE FIRST TO THE GROUND. HE BECAME
COMPLIANT AND ALL FORCE CEASED. SYLVESTER THEN APPLIED MECHANICAL
RESTRAINTS.
```

PAGE 1.01

000208

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                        USE OF FORCE REPORT
11:24:24              CAPE VINCENT GENERAL                UF LOG NO. 200031.00
                INCIDENT DATE 10/28/20  TIME 05:31PM      UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                       CB LOG NO.
===================================================================================
INMATE                       DIN/NYSID ETHNIC ROLE
█████████████████████              HSP     PERP
===================================================================================
EXAMINERS   NAME                  TITLE          EXAM DATE    TIME
O,CONNER                          NURSE          10/28/20     06:24PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
████████████████████████████████████████████████
```

```
===================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                     DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? █████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?  ████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO   TRANSFERED TO: SHU-A-9
REPORTED BY: SGT    R. DUTTON                       DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                        DATE: 11/04/20
===================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.
```

```
===================================================================================
DSS JEREMY KNAPP_____          11/13/20
ACTING SUPERINTENDENT                               DATE
                                                           PAGE 2
```

000209

```
UNS571     STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                    USE OF FORCE REPORT              ·
06:46:40              CAPE VINCENT GENERAL                UF LOG NO. 200031.00
            INCIDENT DATE 10/28/20  TIME 05:31PM          UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                       CB LOG NO.
=================================================================================
INMATE                     DIN/NYSID ETHNIC ROLE
                                     HSP     PERP
=================================================================================
EXAMINERS  NAME               TITLE            EXAM DATE    TIME
O,CONNER                      NURSE            10/28/20     06:24PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
```

```
=================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO               WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                      DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO   TRANSFERED TO: SHU-A-9
REPORTED BY: SGT    R. DUTTON                       DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                        DATE: 11/04/20
=================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of force that was reasonable and justified under the circumstances.

—DSS

11/13/20
DATE

PAGE 2

000210

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                       USE OF FORCE REPORT
11:24:48                     CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                  INCIDENT DATE 10/28/20  TIME 05:31PM         UI CCC NO. 291403
GEN LOC. 41 WALKWAYS    SPEC LOC.                              CB LOG NO.
===============================================================================
INMATE                    DIN/NYSID ETHNIC ROLE
███████████████████████   ██████  BLK      PERP
===============================================================================
STAFF INVOLVED            TITLE      FORCE1       FORCE2      FORCE3      DEGREE

DRAKE, J.██████            CO        BODY HOLD                            MINOR
===============================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
AS OFFICER DRAKE WAS RESPONDING TO THE RED DOT HE OBSERVED INMATE ████████
RUNNING AWAY FROM AN UNKNOWN INMATE, WHO HE OBSERVED HIM SWING CLOSED
FIST BLOWS AT. DRAKE GAVE ██████ SEVERAL ORDERS TO STOP HE DIDN'T COMPLY
AND STARTED TO RUN FROM THE OFFICER. FROM THERE FORCE BECAME NECESSARY.




===============================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER DRAKE USED A REAR HUG BODY HOLD TO FORCE ██████ TO THE GROUND.
INMATE BECAME COMPLIANT.




===============================================================================
```

                                                              PAGE 1.01

000211

```
UNS571       STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                       USE OF FORCE REPORT
11:24:48              CAPE VINCENT GENERAL                UF LOG NO. 200031.00
                  INCIDENT DATE 10/28/20  TIME 05:31PM    UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                      CB LOG NO.
===================================================================================
INMATE                    DIN/NYSID ETHNIC ROLE
███████████████████████    BLK      PERP
===================================================================================
EXAMINERS  NAME               TITLE          EXAM DATE   TIME
LEAVERY-WELLER                NURSE          10/28/20    06:51PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
██████████████████████████████████████████████████
```

```
===================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                   WAS VIDEOTAPE REVIEWED?    NO
AUTHORIZED BY:                                              DATE:  /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?  ████████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO: SHU-B-14
REPORTED BY: SGT    R. DUTTON                        DATE: 10/28/20
REVIEWED BY: LT     Z. ROGERS                        DATE: 11/04/20
===================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.
```

```
===================================================================================

DSS JEREMY KNAPP                                    11/13/20
ACTING SUPERINTENDENT                               DATE
                                                          PAGE 2
```

000212

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                        USE OF FORCE REPORT
06:46:45                    CAPE VINCENT GENERAL                 UF LOG NO. 200031.00
                         INCIDENT DATE 10/28/20  TIME 05:31PM    UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                             CB LOG NO.
===========================================================================
INMATE                       DIN/NYSID ETHNIC ROLE
                                       BLK      PERP
===========================================================================
EXAMINERS  NAME                  TITLE          EXAM DATE   TIME
LEAVERY-WELLER                   NURSE          10/28/20    06:51PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:


===========================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                    WAS VIDEOTAPE REVIEWED?  NO
AUTHORIZED BY:                                           DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? YES TRANSFERED TO: SHU-B-14
REPORTED BY: SGT   R. DUTTON                          DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                          DATE: 11/04/20
===========================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of Force which was reasonable and necessary under the circumstances.

Asupt. J. Lapp-DSS                                   11/13/20
                                                      DATE

000213

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                     USE OF FORCE REPORT
11:25:24              CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                 INCIDENT DATE 10/28/20  TIME 05:31PM   UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                      CB LOG NO.
===============================================================================
INMATE                   DIN/NYSID ETHNIC ROLE
                                   BLK      PERP
===============================================================================
STAFF INVOLVED           TITLE    FORCE1      FORCE2      FORCE3      DEGREE

SYLVESTER, S█████        CO       CHEM AGTS                           MINOR
===============================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER SYLVESTER OBSERVED INMATE███████████████████████████ EXCHANGING
CLOSED FIST PUNCHES TO EACH OTHERS HEAD AND BODY. SYLVESTER GAVE THEM
SEVERAL DIRECT ORDERS TO BREAK IT UP, ALL ORDERS WERE IGNORED. FORCE
BECAME NECESSARY.


===============================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER SYLVESTER APPLIED ONE APPLICATION OF OC PEPPER SPRAY TO INMATE
███████. INMATE███████WAS STRUCK IN THE FACE WITH THIS APPLICATION.
INMATE █████████ECAME COMPLIANT.



===============================================================================
```

PAGE 1.01

000214

```
UNS571        STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:25:24            CAPE VINCENT GENERAL                UF LOG NO. 200031.00
                 INCIDENT DATE 10/28/20  TIME 05:31PM   UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                     CB LOG NO.
=================================================================================
INMATE                       DIN/NYSID ETHNIC ROLE
████████████████████████████     BLK      PERP
=================================================================================
EXAMINERS  NAME                TITLE           EXAM DATE   TIME
O'CONNER                       NURSE           10/28/20    05:48PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
```

████████████████████████████████████████████████████████████

```
=================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                 WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                         DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?  █████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?  ███████
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-C-31
REPORTED BY: SGT   R. DUTTON                        DATE: 10/28/20
REVIEWED BY: LT   Z. ROGERS                         DATE: 11/04/20
=================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.
```

```
=================================================================================
DSS JEREMY KNAPP                                    11/13/20
ACTING SUPERINTENDENT                               DATE
                                                         PAGE 2
```

```
UNS571      STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                      USE OF FORCE REPORT
06:46:48                CAPE VINCENT GENERAL                     UF LOG NO. 200031.00
                  INCIDENT DATE 10/28/20  TIME 05:31PM           UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                             CB LOG NO.
=============================================================================
INMATE                       DIN/NYSID ETHNIC ROLE
████████████████████████           BLK     PERP
=============================================================================
EXAMINERS  NAME                   TITLE          EXAM DATE   TIME
O'CONNER                          NURSE          10/28/20    05:48PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
```

███████████████████████████████████████████████████████████

```
=============================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                 WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                          DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED? ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?       ████
WAS INMATE SEEN BY MEDICAL?   YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-C-31
REPORTED BY: SGT   R. DUTTON                    DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                    DATE: 11/04/20
=============================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of Force which was reasonable and Justified under the Circumstances.

A/Supt. J. ____ - DSS                                    11/13/20
                                                           DATE
                                                         PAGE 2

```
UNS571     STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                   USE OF FORCE REPORT
11:25:45              CAPE VINCENT GENERAL              UF LOG NO. 200031.00
                 INCIDENT DATE 10/28/20  TIME 05:31PM   UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                     CB LOG NO.
=========================================================================
INMATE                      DIN/NYSID ETHNIC ROLE
████████████████████████        BLK    PERP
=========================================================================
STAFF INVOLVED              TITLE    FORCE1    FORCE2    FORCE3    DEGREE

BARRACO, S███████████        CO     CHEM AGTS
=========================================================================
DESCRIBE EVENTS LEADING UP TO THE APPLICATION OF FORCE:
OFFICER BARRACO OBSERVED INMATE ████ AND INMATE ██████████ FIGHTING
ON THE WALKWAY. BARRACO GAVE THEM SEVERAL DIRECT ORDERS TO STOP, THEY
DIDN'T COMPLY. FORCE BECAME NECESSARY.




=========================================================================
DESCRIBE ACTUAL FORCE USED:
OFFICER BARRACO THEN APPLIED ONE APPLICATION OF OC PEPPER SPRAY TO
████████ AND INMATE ████████ HEAD AND FACE HAVING THE DESIRED EFFECT.
INMATES ████████████ BECAME COMPLIANT. ALL FORCE CEASED.




=========================================================================
```

PAGE 1.01

000217

```
UNS571        STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/13/20                      USE OF FORCE REPORT
11:25:45                    CAPE VINCENT GENERAL                 UF LOG NO. 200031.00
                   INCIDENT DATE 10/28/20  TIME 05:31PM          UI CCC NO. 291403
GEN LOC. 41 WALKWAYS       SPEC LOC.                             CB LOG NO.
================================================================================
INMATE                          DIN/NYSID ETHNIC ROLE
██████████████████████████          BLK     PERP
================================================================================
EXAMINERS   NAME                    TITLE           EXAM DATE   TIME
O'CONNER                            NURSE           10/28/20    07:23PM

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:
████████████████████████████████████████



================================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                    WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                                  DATE:    /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?  ████
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?      ██████
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-C-27
REPORTED BY: SGT    R. DUTTON                         DATE: 10/28/20
REVIEWED BY: LT    Z. ROGERS                          DATE: 11/04/20
================================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
STAFF UTILIZED THAT DEGREE OF FORCE WHICH WAS REASONABLE AND JUSTIFIED
UNDER THE CIRCUMSTANCES.
```

```
================================================================================
DSS JEREMY KNAPP                                     11/13/20
ACTING SUPERINTENDENT                                DATE
                                                           PAGE 2
```

```
UNS571     STATE OF N. Y. - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
11/04/20                      USE OF FORCE REPORT
06:46:52              CAPE VINCENT GENERAL                UF LOG NO. 200031.00
               INCIDENT DATE 10/28/20  TIME 05:31PM       UI CCC NO. 291403
GEN LOC. 41 WALKWAYS      SPEC LOC.                        CB LOG NO.
========================================================================
INMATE                    DIN/NYSID ETHNIC ROLE
                                    BLK      PERP
========================================================================
EXAMINERS  NAME               TITLE           EXAM DATE   TIME
O'CONNER                      NURSE           10/28/20    07:23PM
```

PART B - PHYSICAL EXAMINATION/TREATMENT REPORT:

```
========================================================================
SUPERVISOR REVIEW:
WAS INCIDENT VIDEOTAPED? NO                WAS VIDEOTAPE REVIEWED?   NO
AUTHORIZED BY:                                          DATE:   /  /
WERE USE OF FORCE PHOTOS TAKEN? YES USE OF FORCE
WERE USE OF FORCE PHOTOS REVIEWED? YES
WAS STAFF MEMBER INJURED?
WAS STAFF SEEN BY MEDICAL? YES USE OF FORCE
WAS INMATE INJURED?
WAS INMATE SEEN BY MEDICAL?    YES USE OF FORCE
WAS THE UF MEMO COMPLETED? YES
WAS THE INMATE RETURNED TO THE CELL? NO  TRANSFERED TO: SHU-C-27
REPORTED BY: SGT    R. DUTTON                     DATE: 10/28/20
REVIEWED BY: LT     Z. ROGERS                     DATE: 11/04/20
========================================================================
REVIEW AND EVALUATION BY SUPERINTENDENT:
```

Staff utilized that degree of force that was reasonable and justified under the circumstances.

```
========================================================================
```
ASup. J. Czepp -DSS                              11/13/20
                                                 DATE

                                                 PAGE 2

FORM # 2104 (3/16)
1 OF 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE REPORT

Ref. Directives #4004, 4944
(Prior To Completing Form,
See Reverse For Instructions

| REPORTING STAFF | | REPORTING STAFF | |
|---|---|---|---|
| Name: | R.Dutton | Title: | Sergeant |
| Cape Vincent Correctional **FACILITY:** | October 28, 2020 Incident Date: | Facility Use of Force | 2 0 - 0 3 1 |
| Walkway A-1 Incident Location: | 5:31pm Incident Time: | If Unusual Incident, CCC Log #: | 2 9 1 4 0 3 |

### 1. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | | B-1-39 | 3 | 02 Participant 03 Perpetrator |
| ▓▓▓▓▓▓▓▓ | | D-1-28 | 3 | 04 Suspect 05 Victim |
| ▓▓▓▓▓▓▓▓ | | C-1-19 | 3 | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. C.O. S. Barraco | 5. |
| 2. C.O. S. Sylvester | 6. |
| 3. C.O. J. Drake | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

ON 10/28/20 AT APPROX. 5:31 PM OFFICER S. BARRACO providing walkway coverage on the northside walkway observed a several man fight on the walkway in front of A-1 dorm, he called for a response via his radio. When I arrived it was reported to me that C.O. Barraco observed inmates ▓▓▓▓▓▓▓ B-1-39 and ▓▓▓▓▓▓▓ D-1-28b fighting, he gave them several order to stop, they did not comply. Force became necessary to separate the inmates. . Officer Sylvester responded and observed inmates, ▓▓▓▓▓▓▓▓ on top of ▓▓▓▓▓▓▓ A-1-49 exchanging closed fist blows to the head and upper body, he gave them several orders to stop fighting, they did not comply. Force became necessary.. Officer Drake responded and observed inmate ▓▓▓▓▓▓▓ engaged in a fight with an unknown inmate. Force became necessary when ▓▓▓ attempted to flee the area.

| REPORTER - NAME | Signature | Title | Date |
|---|---|---|---|
| R. Dutton | R. A S | Sergeant | 10-28-20 |

Dist: Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved

000220

FORM # 2104 (3/16)                    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION                There are ____ other
1 OF 2                                                                                                                         reports filed under this
                                                                                                                              Use of Force Log #

## USE OF FORCE REPORT

Ref. Directives #4004, 4944
(Prior To Completing Form,
See Reverse For Instructions)

| REPORTING STAFF | | REPORTING STAFF | | |
|---|---|---|---|---|
| Name: | R.Dutton | Title: | Sergeant | |
| Cape Vincent Correctional **FACILITY:** | October 28, 2020 Incident Date: | Facility Use of Force | 2 0 | - 0 3 1 |
| Walkway A-1 Incident Location: | 5:31pm Incident Time: | If Unusual Incident, CCC Log #: | | |

### 1. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| | | B-1-49 | 3 | 02 Participant |
| | | A-1-49 | 3 | 03 Perpetrator 04 Suspect |
| | | D-1-10 | 3 | 05 Victim 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. C.O. S. Barraco | | 5. | |
| 2. C.O. S. Sylvester | | 6. | |
| 3. C.O. J. Drake | | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)**

R. Dutton
REPORTER - NAME                    Signature                                    Sergeant          10-28-20
                                                                                Title              Date

Dist: Original - Superintendent              Copy - Guidance unit file(s) of inmate(s) involved

000221

CONTINUED

FORM # 2104 (3/16)
Part A 2 of 2

Ref. Directives #4004, 4944

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

# USE OF FORCE REPORT

| TYPE OF FORCE USED | 02.03 | 01 Baton<br>02 Body Holds | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

Officer Barraco used one application of OC spray consisting on 2 one second bursts from canister 65, lot# 04219, serial# 30528 to the head and neck of both inmates. The desired effect was achieved and both inmates separated, and all force stopped. Officer Sylvester used one application of OC spray consisting of 2 one second bursts from canister 61, Lot# 22420, serial# 39860 to the head and neck of inmate ▇▇▇▇ ▇▇▇ In doing so inmates ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ B-1-49b, who was engaged in the fight with an unknown inmate were hit with OC spray in the face. The desired effect was not achieved. Officer Sylvester used body holds to separate inmate ▇▇▇▇▇▇▇▇▇ from inmate ▇▇▇ C.O. Sylvester forced ▇▇▇▇▇ face first to the ground. Once separated both inmates became compliant and Sylvester applied mechanical restraints to inmate ▇▇▇▇▇▇▇ Inmate ▇▇▇▇▇▇▇▇▇ once hit with over spray became compliant and was placed in mechanical restraints by uninvolved staff. Officer Drake used body holds to force ▇▇▇ to the ground face first. ▇▇▇ became compliant and all force ceased, ▇▇▇ was placed in mechanical restraints by uninvolved staff.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information; Description of any injuries you sustained.)

All involved inmates were escorted to the infirmary by uninvolved staff. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| REPORTER - Name | Signature | Title | Date |
|---|---|---|---|
|  |  | Sergeant | 10-28-20 |

Dist: Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved

000222

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: S. Barraco | Title: C.O. |

| | | |
|---|---|---|
| FACILITY: Cape Vincent | Incident Date: 10/28/20 | Facility Use of Force: 2 0 - 1 3 4 |
| Incident Location: North Side walkway | Incident Time: 5:31 Pm | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | B1-39 | 3 | '01 Bystander<br>02 Participant<br>03 Perpetrator<br>04 Suspect<br>05 Victim<br>06 Witness |
| ▮▮▮▮▮▮▮▮▮▮ | | D1-28 | 3 | |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. S. Barraco | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

On the above date and time I observed a multiple man fight on the north side walkway in front of A-1 dorm. I then called Cape Vincent base for a response. I then started yelling direct orders to stop fighting and get on the ground. I observed inmate ▮▮▮▮ exchanging closed fist punches with inmate ▮▮▮▮ to the head and face. Zero inmates complied to my direct orders and I then felt that force was necessary.

| | | | |
|---|---|---|---|
| S Barraco | S Barraco | C.O. | 10/28/20 |
| REPORTER – Name | Signature | Title | Date |

Dist.:   Original – Superintendent     Copy – Guidance Unit file(s) of inmate(s) involved

000223

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 3 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I then deployed 1 application of OC spray consisting of 2, 1 second bursts from canister 65 to inmate ▮▮▮▮▮ and inmate ▮▮▮▮▮ head and face having the desired effect. Inmate ▮▮▮ and inmate ▮▮▮ became compliant. All force ceased.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

Inmate ▮▮▮▮▮ and inmate ▮▮▮▮ were escorted to the infirmary by uninvolved staff and ▮▮▮▮▮▮▮▮▮▮▮▮

| S Barraco | S Barraco | C.O. | 10/28/20 |
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

000224

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ~~6~~ other reports filed under this Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | | | REPORTING STAFF | | |
|---|---|---|---|---|---|
| Name: S. Sylvester | | | Title: Correction Officer | | |
| FACILITY: Cape Vincent | Incident Date: 10/25/20 | | Facility Use of Force: | 2 0 - 0 3 1 | |
| Incident Location: N. Side Walkway | Incident Time: 5 ³¹ | | | | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| Name | DIN | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| ███████ | ███ | C1-19B | 3 | 02 Participant 03 Perpetrator |
| ███████ | | B1-49B | 3 | 04 Suspect 05 Victim |
| ███████ | | A1-49B | 3 | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | | | |
|---|---|---|---|
| 1. S. Sylvester | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | | | |
|---|---|---|---|
| 1. | | 5. | |
| 2. | | 6. | |
| 3. | | 7. | |
| 4. | | 8. | |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.)

On the above date and approx. time I responded to a red dot on the north side walkway in front of A1 dorm. I observed inmate ██████ and ██████████████ exchange close fist punches at each others head and body. I gave several direct orders to "Break it up", all orders were ignored. At this time force became necessary.

| S. Sylvester | [signature] | CO | 10/25/20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

000225

CONTINUED

FORM 2104A (3/16)
2 of 2
Ref. Directive #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| TYPE OF FORCE USED | 02 03 | 01 Baton 02 Body Hold | 03 Chemical Agents 04 Mechanical Restraints | 05 Use of Firearms 06 Shield | 07 Strike 99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by reporter; individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I deployed 1 application of OC Spray from Canister 61, Consisting of 2- 1 Second bursts, to inmate ▮▮▮▮▮▮▮▮▮ This did not have the desired effect. Using body holds I grabbed inmate ▮▮▮▮▮ by the back of his shirt forcing him face first to the ground. Inmate ▮▮▮▮▮ became compliant and force ceased. Inmate ▮▮▮▮ was struck in the face during the application of OC Spray. Inmate ▮▮▮▮ was found to have also been struck in the face with OC Spray.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

I applied mechanical wrist restraints on inmate ▮▮▮▮▮▮▮ Uninvolved Staff arrived and escorted ▮▮▮▮▮▮▮ to the infirmary to be seen by medical.
▮▮▮▮▮▮▮▮▮▮

| Sylvester | _(signature)_ | CO | 10/25/20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.:   Original – Superintendent      Copy – Guidance Unit file(s) of inmate(s) involved

000226

FORM #2104A (3/16)
1 of 2
Ref. Directives #4004, #4944
(Prior To Completing Form,
See Reverse For Instructions)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

## USE OF FORCE
## STAFF MEMORANDUM

| REPORTING STAFF | REPORTING STAFF |
|---|---|
| Name: J. Drake | Title: Correction Officer |
| FACILITY: Cape Vincent    Incident Date: 10-28-20 | Facility Use of Force:  2 0 - 0 3 1 |
| N. Side Walkway | |
| Incident Location:    Incident Time: 5:31p | |

### I. REPORT OF INCIDENT

**INMATE(S) INVOLVED**

| N█ | DIN █ | Cell/Cube Locations | Role Code* | *01 Bystander |
|---|---|---|---|---|
| | | D-1-10B | 03 | 02 Participant |
| | | | | 03 Perpetrator |
| | | | | 04 Suspect |
| | | | | 05 Victim |
| | | | | 06 Witness |

**IDENTIFY ALL STAFF INVOLVED IN THE USE OF FORCE (UOF)**

| | |
|---|---|
| 1. CO J. Drake | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

**IDENTIFY ALL STAFF PRESENT DURING THE UOF**

| | |
|---|---|
| 1. | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

**DESCRIBE, IN DETAIL, THE EVENTS LEADING UP TO THE APPLICATION OF FORCE** (This should include, but not be limited to, the following information: Reason you were at that location; description of de-escalation attempt(s) made and inmate's response to that effort.) On the above date and approximate time I was positioned at F Shack post on the South side walkway. I then heard Cape Vincent base call for a red dot response to the North side walkway. As I was responding to the red dot I observed inmate █████ D-1-10B running away from an unknown inmate, who I saw him swing closed fist blows at. I gave █████ direct orders to stop he did not comply and started to run from me. From there force became necessary to stop inmate █████ from fleeing the area.

| J. Drake | [signature] | Corrections Officer | 10-28-20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist.: Original – Superintendent    Copy – Guidance Unit file(s) of inmate(s) involved

000227

CONTINUED

FORM #2104 (3/16)
Part A 2 of 2

Ref. Directives #4004, #4944

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION

There are ___ other
reports filed under this
Use of Force Log #

# USE OF FORCE REPORT

| TYPE OF FORCE USED | 02 | 01 Baton<br>02 Body Hold | 03 Chemical Agents<br>04 Mechanical Restraints | 05 Use of Firearms<br>06 Shield | 07 Strike<br>99 Other |
|---|---|---|---|---|---|

**DESCRIBE, IN DETAIL, THE ACTUAL FORCE USED** (This should include, but not be limited to, the following information if known by the reporter: Individuals involved in event; reason force was necessary under the circumstances; description of any weapon or equipment used; description of any hold or strike used; if chemical agent(s) was used, name of authorizing individual.)

I used Rear hug body hold to force ███ to the ground. Inmate became complient all force ceased. Inmate ███ was coffed by an unknown officer.

**DESCRIBE, IN DETAIL, ACTION(S) TAKEN FOLLOWING THE UOF** (This should include, but not be limited to, the following information: Description of any injuries you sustained.)

Inmate ███ was escarted to the infirmary by uninvolved Staff and seen by medical staff. ███

| J. Dinle | _(signature)_ | Correction Officer | 10-28-20 |
|---|---|---|---|
| REPORTER – Name | Signature | Title | Date |

Dist: Original-Superintendent          Copy-Guidance unit file(s) of inmate(s) involved

000228

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**USE OF FORCE REPORT (CONT'D)**

There are ___ ⊘ other reports filed under this Use of Force Log #

| FACILITY C580 | Date & Time of Incident 10-28-20 5³¹/pm | | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|---|
| INMATE NAME | | DIN | If Unusual Incident, CCC Log # | 2 9 1 1 4 0 3 |

**PART B - PHYSICAL EXAMINATION / TREATMENT REPORT**

EXAMINER'S NAME AND TITLE    Leavery- Weller, RN-S/278    Date & Time of Examination    10-28-20  6⁵¹/pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

EXAMINER'S SIGNATURE AND DATE    Leavery-Weller, RN/278    10-28-20

**PART C - REVIEW AND EVALUATION BY SUPERINTENDENT**

Staff utilized that degree of Force which was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE    11/13/20 - DSS

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000229

FORM 2104.1ADD (4/12)      STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004      **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C580 | Date & Time of Incident 10-28-20  5³¹/pm | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|
| INMATE NAME ____ | DIN ____ | Cell Location D1-10B | |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE  Leavery-Weller, RN-2/278 | Date & Time of Examination 10-28-20  6⁵¹/pm |
|---|---|

EXAMINER'S SIGNATURE AND DATE  Leavery-Weller, RN /278

Dist:  Original - Superintendent      Copy - Guidance unit file(s) of inmate(s) involved

000230

FORM 2104.1 (4/12)　　STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004　　**USE OF FORCE REPORT (CONT'D)**

There are _0_ other reports filed under this Use of Force Log #

| FACILITY CS80 | Date & Time of Incident 10-28-20 5³¹/am | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|
| INMATE NAME | DIN | If Unusual Incident, CCC Log # | 2 9 1 9 0 3 |

**PART B - PHYSICAL EXAMINATION / TREATMENT REPORT**

EXAMINER'S NAME AND TITLE　Leavery- Weller, RN-2

Date & Time of Examination　10-28-20　705/pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

EXAMINER'S SIGNATURE AND DATE　Leavery- Weller, RN/278　18/28/20

**PART C - REVIEW AND EVALUATION BY SUPERINTENDENT**

Staff utilized that degree of Force that was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE　＿＿＿ DSS　11/13/20

Dist: Original - Superintendent　　Copy - Guidance unit file(s) of inmate(s) involved

000231

FORM 2104.1ADD (4/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004    **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C580 | Date & Time of Incident 10-28-20  5B1/pm | Facility Use of Force Log # | 2 0 - 0 3 1 |
|---|---|---|---|
| INMATE NAME | PIN | Cell Location B1-49 | |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE R Leavery-Weller, RN-2 | Date & Time of Examination 10-28-20  705/pm |
|---|---|

EXAMINER'S SIGNATURE AND DATE Leavery-Weller, RN /578    10/28/20

Dist:  Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000232

FORM 2104.1 (4/12)
Ref. Directive #4944, 4004

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**USE OF FORCE REPORT (CONT'D)**

There are ~~0~~ other reports filed under this Use of Force Log #

| FACILITY | Date & Time of Incident | Facility Use of Force Log # |
|---|---|---|
| C580 | 10/28/20   5:31 | Z O — 6 3 1 |

| INMATE NAME | DIN | If Unusual Incident, CCC Log # |
|---|---|---|
| ▇▇▇▇▇ | | 2 9 1 9 0 ) |

## PART B – PHYSICAL EXAMINATION / TREATMENT REPORT

| EXAMINER'S NAME AND TITLE | Date & Time of Examination |
|---|---|
| O▇▇▇ O'Connor RN | 10·28·20   6:24 pm |

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

EXAMINER'S SIGNATURE AND DATE

O'Connor RN

## PART C – REVIEW AND EVALUATION BY SUPERINTENDENT

Staff utilized that degree of force which was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE   =DSS   11/13/20

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000233

FORM 2104.1ADD (4/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004    **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C580 | Date & Time of Incident 10-28-20  5:31 pm | Facility Use of Force Log # | 20 — 051 |
|---|---|---|---|

INMATE NAME ███████    DIN ███████    Cell Location
C₁-19 B

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE  O'Connor RN | Date & Time of Examination 10-28-20  6:24 pm |
|---|---|

EXAMINE █████ AND DATE O'Connor RN

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000234

| FORM 2104.1 (4/12)  Ref. Directive #4944, 4004 | STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION  **USE OF FORCE REPORT (CONT'D)** | There are ☑ other reports filed under this Use of Force Log # |
|---|---|---|

| FACILITY  C580 | Date & Time of Incident  10.28.20    5:31 pm | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|
| INMATE NAME | DIN | If Unusual Incident, CCC Log # | 2 9 1 1 4 0 3 |

### PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE     O'Connor RN

Date & Time of Examination     10.28.20    7:23 p

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

EXAMINER AND DATE     O'Connor RN

### PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

Staff utilized that degree of Force which was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE     DSS    11/13/20

Dist: Original - Superintendent          Copy - Guidance unit file(s) of inmate(s) involved

000235

FORM 2104.1ADD (4/12)     STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004     **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C540 | Date & Time of Incident 10.28.20  5:31 | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|

| INMATE NAME | DIN | Cell Location D.-28B |
|---|---|---|

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE O'Connor RN | Date & Time of Examination 10.28.20  7:23 pm |
|---|---|

EXAMINER'S SIGNATURE AND DATE   O'Connor RN

Dist: Original - Superintendent     Copy - Guidance unit file(s) of inmate(s) involved

000236

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

## USE OF FORCE REPORT (CONT'D)

There are ∅ other reports filed under this Use of Force Log #

| FACILITY C580 | Date & Time of Incident 10·28·20  5:31 | Facility Use of Force Log # | 20 — 031 |
| --- | --- | --- | --- |
| INMATE NAME ▮▮▮▮▮ | DIN ▮▮▮▮ | If Unusual Incident, CCC Log # | 29 1 901 |

### PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE  O'Connor RN

Date & Time of Examination  10·28·20  8:00 pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDED)

EXAMINER SIGNATURE AND DATE  O'Connor RN

### PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

Staff utilized that degree of force which was reasonable and necessary under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE  ▮▮▮▮  11/13/20

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000237

FORM 2104.1ADD (4/12)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004    **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C580 | Date & Time of Incident 10.28.20    5:31pm | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|
| INMATE NAME ████ | DIN ████ | Cell Location B₁ - 39B | |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

EXAMINER'S NAME AND TITLE    O'Connor RN    Date & Time of Examination 10.28.20    8:00 pm

EXAMINER █████ E AND DATE    O'Connor RN

Dist: Original - Superintendent    Copy - Guidance unit file(s) of inmate(s) involved

000238

FORM 2104.1ADD (4/12)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Ref. Directive #4944, 4004          **USE OF FORCE REPORT - PART B - ADDENDUM**

| FACILITY C 580 | Date & Time of Incident 10.28.20   5:31 pm | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|
| INMATE NAME ▮▮▮ | DIN ▮▮▮ | Cell Location A, -49 | |

**PHYSICAL EXAMINATION / TREATMENT - DETAIL**

| EXAMINER'S NAME AND TITLE  O'Connor RN | Date & Time of Examination 10.28.20   5:48 pm |
|---|---|

EXAMINER'S SIGNATURE AND DATE  O'Connor RN  10.28.20

Dist: Original - Superintendent     Copy - Guidance unit file(s) of inmate(s) involved

000239

FORM 2104.1 (4/12)

Ref. Directive #4944, 4004

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**USE OF FORCE REPORT (CONT'D)**

There are ____ other reports filed under this Use of Force Log #

| FACILITY C580 | Date & Time of Incident 10.28.20 | Facility Use of Force Log # | 2 0 — 0 3 1 |
|---|---|---|---|
| INMATE NAME ████████ | DIN ████ | If Unusual Incident, CCC Log # | 4 9 1 1 9 6 1 |

## PART B - PHYSICAL EXAMINATION / TREATMENT REPORT

EXAMINER'S NAME AND TITLE

O'Connor RN

Date & Time of Examination

10.28.20   5:58 pm

MEDICAL REPORT (INDICATE DATE & TIME OF EXAMINATION, DESCRIBE EXTENT OF ANY INJURIES, AND DESCRIBE TREATMENT PROVIDER)

████████████████████

O'Connor RN 10.28.20

## PART C - REVIEW AND EVALUATION BY SUPERINTENDENT

Staff utilized that degree of force which was reasonable
and Justified under the circumstances.

SUPERINTENDENT'S SIGNATURE AND DATE

=DSS   11/13/20

Dist: Original - Superintendent      Copy - Guidance unit file(s) of inmate(s) involved

000240

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility c580 | Date of Injury 10-28-20 | Time of Injury 5³¹/pm | Location Injury Occurred Walkway outside Messhall | |
|---|---|---|---|---|
| Inmate Name | | | PIN ████ | Housing Location B1-49 |

**What was cause of inmate's injury?** ████████████████████

**Inmate's Statement:**

_Unable to sign / cuffed_
Inmate's Signature          Date

**Witnesses**

**Reporting Employee**                                    **Title**

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: AM/PM 7 05/pm | ████ |
|---|---|---|

████████████████████████████████████
████████████████████████████████████

| Signature Leavery-Weller, RN | Print R Leavery-Weller | Title RN-2/278 |
|---|---|---|

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.                    000241

FORM 1595 (11/11)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C580 | Date of injury 10/28/20 | Time of injury 5:31 p | Location Injury Occurred mess hall walkway North |
|---|---|---|---|

Inmate N ▮ | PIN ▮ | Housing Location B-1 39B

What was cause of inmate's injury? ▮

Inmate's Statement:

Inmate's Signature _____ Date

Witnesses

Reporting Employee _____ Title

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: 8:00 pm AM/PM | Description of injury*: ▮ |
|---|---|---|

Name and title of person furnishing treatment at facility: O'Conner   O'Connor   RN
Signature _____  Print _____  Title

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.

000242

FORM 1595 (11/11)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE INJURY REPORT

| Facility C54 | Date of Injury 10.28.20 | Time of Injury 5:31 | Location Injury Occurred Messhall Walk way - North | |
|---|---|---|---|---|
| Inmate Name | | | DIN | Housing Location C1-19 |

What was cause of inmate's injury?

Inmate's Statement:

_____ Inmate's Signature _____ Date

Witnesses

Reporting Employee                                    Title

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: AM/PM 6:24/pm | Description of Injury*: |
|---|---|---|

Signature _____ O'Connor    Print _____ O'Connor    Title _____

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
*Attach a memorandum if additional information is needed for the description of injury.

000243

FORM 1595 (11/11)         STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C580 | Date of injury 10-28-20 | Time of Injury 5 31 pm | Location Injury Occurred Walk way near mess hall |
|---|---|---|---|

| Inmate Name | | DIN | Housing Location 01-10B |
|---|---|---|---|

What was cause of inmate's injury?

Unable cropped

Inmate's Signature                    Date

Witnesses

Reporting Employee                                    Title

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: 10 35 AM/PM | Description of injury |
|---|---|---|

Signature  Leavey-Weller, RN R    Print  Leavery-Weller RN /2    Title

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.

000244

FORM 1595 (11/11)　　　STATE OF NEW YORK – DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C580 | Date of injury 10.28.20 | Time of injury 5:45 pm | Location Injury Occurred mess hall walkway – North |
|---|---|---|---|

| Inmate Name ▓▓▓▓▓▓▓▓▓▓ | DIN ▓▓▓▓▓▓▓▓▓ | Housing Location A - 49 |
|---|---|---|

What was cause of Inmate's injury?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_BAJ_　Inmate's Signature　　10.28.20 Date

Witnesses

Reporting Employee　　　　Title

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10/28/20 | Time: 5:48 AM/PM | Description of injury* ▓▓▓▓▓▓▓▓ |
|---|---|---|

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name and title of person furnishing treatment at facility:

| Signature ▓▓▓ O'Connor | Print ▓▓▓ O'Connor | Title RN |
|---|---|---|

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

000245

FORM 1595 (11/11)                STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
# INMATE INJURY REPORT

| Facility C580 | Date of Injury 10-28-20 | Time of Injury 5:37 | Location Injury Occurred mess hallway - north |
|---|---|---|---|

| Inmate Name | ███████████████████████████ | Housing Location D-28 |
|---|---|---|

**What was cause of Inmate's injury?**

███████████████████████████████████

Inmate's Statement:

X _Bristow_    10-28-20
                                                         Inmate's Signature              Date

**Witnesses**

**Reporting Employee**                                    Title

## FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10/28/20 | Time: 7:23 AM/PM | ███████████ |
|---|---|---|

██████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████████████████████████████

Name and title of person furnishing treatment at facility:

Signature ███ O'Connor    Print ███ O'Connor    Title RN

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury

000246



**Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

To: Lt Rogers

From: Sgt R. Dutton

Subject: UI 20-0138/UOF 20-031

Date: 10-28-20

On 10/28/20 at approx. 5:31pm Officer S. Barraco providing walkway coverage on the northside walkway observed a several man fight on the walkway in front of A-1 dorm, he called for a response via his radio. I Sgt. Dutton and the response team responded. The inmates identified as being involved in the fight were: ███████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████████████ CO Barraco observed inmates ████████████████ fighting, he gave them several orders to stop, they didn't comply. Force became necessary, Officer Barraco used one application consisting of (2) 1 second bursts of OC spray from canister 65, lot 04219, serial 30528 to the head and neck of both inmates. The desired effect was achieved and both inmates separated. Officer Sylvester responded and observed inmates ████████ on top of inmate ██████ exchanging closed fist blows. CO Sylvester gave inmate ████████ several orders to stop fighting, inmate ████ didn't comply. Force became necessary. Officer Sylvester used one application consisting of (2) 1 second bursts of OC spray from canister 61, Lot 22420, serial 39860 to the head and neck of inmate ████████ inmate ████ was hit with over spray. inmate ████████ who was engaged in a fight with an unknown inmate was hit with OC over spray in the face from the same application of OC spray. The desired effect was not achieved. Officer Sylvester used body holds to force inmate ████████ to the ground. Once separated both inmates became compliant and Sylvester applied mechanical restraints to inmate ████████ inmate ████████ stopped fighting with an unknown inmate and became compliant. Officer Drake responded and observed inmate ██████ engaged in a fight with an unknown inmate. Drake gave them both several orders to stop they didn't comply. Force became necessary. Officer Drake used body holds to force inmate ████ to the ground face first. ████ became compliant. Officer VanTassel observed inmate ████ exchanging closed fist blows with an unidentified inmate he ordered them to stop, inmate ████ complied and became compliant the other inmate retreated into the crowd. All inmates involved became compliant and force ended. At the time of the incident there were approximately 70 inmates on the walkway.

All inmates were escorted to the infirmary by uninvolved staff. The following inmates were decontaminated per directive 4903 ████████████████████████████████████ All

Cape Vincent Correctional Facility. 36560 State Route 12E. P.O. Box 599, Cape Vincent, NY 13618-0599 | (315) 654-4100 | www.doccs.ny.gov

000247

involved inmates were examined by medical and reported the following injuries: ███████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

█████ All staff involved in the use of force were seen by medical and reported the following injuries: ██████████████████

████████████████████████████████████████

The following inmate were admitted to SHU pending a disciplinary: inmate ███████ was admitted to SHU-C-29, by Sgt Wicks with no triggers noted on 3152. inmate ████████ was admitted to SHU-A-9 and by Sgt Wicks with no triggers noted on 3152. Inmate ████████ was admitted to SHU-B-23, form 3152 complete by Sgt Wicks with no triggers noted on 3152. Inmate ████ was admitted to SHU-B-20 by Sgt MacKay with no triggers noted on 3152. inmate Warren was admitted to SHU-C-27 by Sgt MacKay, with no triggers noted on 3152. Inmate ████ was admitted to SHU-C-31 pending disciplinary, form 3152 completed by Sgt. MacKay, with no triggers, Sgt Wicks submitted IPC recommendation on ████████

I authorized cube frisks of all involved inmates with no contraband found. OC canisters #65 and #61 were secured per directive 4903. All photographs and pertinent paperwork completed and submitted, use of force photos were taken. My investigation has determined the incident was between Bloods and the Latin king gangs over a dispute about drugs.

A subsequent fight took place in D-1 Dorm between inmates ██████████ D-1-17 and ██████████ D-1-39. ████ reported to Officer McAnaulty that he had hit his head on the walkway. Inmate ████ was found to have a fat lip. Both I/Ms were sent to medical and seen by RN Leavery who noted the following injuries on ██████████

██████████████████ Misbehavior reports submitted and inmates were placed in SHU pending disciplinary. ████ placed in SHU B-17 and ████ SHU B-22.

Respectfully,

R. Dutton Sergeant

Cape Vincent Correctional Facility. 36560 State Route 12E, P.O. Box 599, Cape Vincent, NY 13618-0599 | (315) 654-4100 | www.doccs.ny.gov

000248

FORM 1595 (11/11)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C586 | Date of injury 28 20 | Time of Injury 5.31 | Location Injury Occurred Messhall walkway N.d | |
|---|---|---|---|---|
| Inmate Name | | DIN. | Housing Location B, -22 B | |

What was cause of Inmate's injury?

Inmate's Statement:

_____  Inmate's Signature _____  Date _____

Witnesses

Reporting Employee _____  Title _____

### FACILITY HEALTH SERVICES REPORT

| Date injury reported: 16.28.20 | Time: AM/PM 645p | Description of injury*: |
|---|---|---|

Name and title furnishing treatment at facility:

Signature _____  Print _____  O'Connor  RN  Title

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

000249

FORM 1595 (11/11)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

| Facility C580 | Date of Injury 10-28-20 | Time of Injury 5 31 pm | Location Injury Occurred North mess hall walkway |
|---|---|---|---|

| | | DIN ▓▓▓▓▓ | Housing Location D1-39B |
|---|---|---|---|

What was cause of Inmate's Injury?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Inmate's Statement:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Reporting Employee | Title |
|---|---|

## FACILITY HEALTH SERVICES REPORT

| Date injury reported: 10-28-20 | Time: 10 30 AM/PM | Description of Injury: ▓▓▓▓▓▓▓▓ |
|---|---|---|

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name and title of person furnishing treatment at facility:

| Signature Leavery, RN | Print R▓▓▓ Leavery /278 | Title RN-2 |
|---|---|---|

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

000250

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**MEMORANDUM**

TO: Sgt. Dutton                                                                DATE: 10-28-20

FROM: CO J. Drake

SUBJECT: 20-0138

On the above date and at approximately 6:00 pm I was asked by my area supervisor to go to D-1 as part of the investigation regarding UI # 20-0138. As I was doing a round on D-1 I observed a small cut under the eye of inmate ██████████, ██████ who locked in D-1-39B. I applied mechanical restraints with no incident and escorted him to the infirmary.

Respectfully,

CO J. Drake

FORM 1016A (7/11)

FORM 1595 (11/11)    STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE INJURY REPORT

| Facility C580 | Date of Injury 10-28-20 | Time of Injury 531/pm | Location Injury Occurred outside messhall | |
|---|---|---|---|---|
| Inmate Name ▓▓▓▓ | | | DIN ▓▓▓▓ | Housing Location 01 - 17B |

**What was cause of Inmate's injury?**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Inmate's Statement:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Witnesses**

**Reporting Employee**                          **Title**

---

## FACILITY HEALTH SERVICES REPORT

| Date Injury reported: 10-28-20 | Time: AM/PM 725 pm | Description of Injury*: |
|---|---|---|

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name and title of person furnishing treatment at facility: ▓▓

Signature _Leavery, RN_     Print ▓ Leavery /278     Title RN-2

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.



000253

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## MEMORANDUM

TO: Lt. Rogers                                    DATE: 10/28/20

FROM: Co AMcAnulty

SUBJECT: Testimony regarding inmate █████

During the evening chow run go back, an announcement was made over the PAS to secure all movement. I went to the porch and collected inmate ID's and notated the inmates as they arrived. Inmate █████████████████ was among those inmates, and he didn't appear to have any marks or abrasions on him at that time. As the last inmates returned from the Mess Hall, I heard a commotion in the dorm. When I reentered the dorm, inmate █████ approached me and reported to me that he hit his head on the walkway. It was at that time that I noticed the mark on his head. I immediatly secured inmate ████ in the phone booth, put the dorm on the count, and contacted my area supervisor.

Respectfully submitted,
Co AMcAnulty /

FORM 1016A (7/11)

000254

000255



000256

000258





000264



000273

000273

000276

# EXHIBIT C

Log continued from page (296)

3:10 Rounds made on all galleries.
3:20 Count conducted. 26-26-∅. W.C notified.
3:30 Count clear via arsenal. ⊕ water turned on in C-30.
3:40 Rounds made on all galleries
4:05 Rounds made on all galleries.
4:10 F. Atsgt & S Heninger Lt U/A Rls ————————
4:15 chow on all galleries.
4:35 Rounds made on all galleries.
5:05 Rounds made on all galleries
5:30 Rounds made on all galleries.
6:00 Rounds made on all galleries. Law library on all galleries.
6:25 Rounds made on all galleries. ⊕ water turned on in C-30
6:55 Rounds made on all galleries
7:10 Rounds made on all galleries
7:50 Rounds made on all galleries.
8:20 Rounds made on all galleries.
8:50 Rounds made on all galleries
9:20 Rounds made on all galleries
9:45 Rounds made on all galleries
10:15 Rounds made on all galleries. ⊕ water turned on in C-30
10:20 Count conducted. 26-26-∅ W.C. notified.
10:30 Count correct via arsenal
10:40 Rounds made on all galleries

Date: 10/28/20
Shift: 11-7
Count: 26-26-∅
Keys: 136-147                    Masks -16
Radio: 27
C.O. on Duty: J. Sorell Osr.s
Tools accounted for: Yes
Razors accounted for: 37 new
Read Post Description: ✓
AED Checked: appears operable

10:50 C.O. J. Sorell on duty w/ all state issued equipment. All A & B tools accounted for.
Emergency hatch, key & yellow pole checked. Census of 26-26-∅
11:05 Rds. made
11:10 Count of 26-26-∅ called into Lt. LaRose
11:17 Count clear via base
11:36 Rds. made
11:55 Sgt Lt Richt w/ Rounds          ROUNDS MADE ON ALL
GALLERIES    NO ISSUES ATT ————
12:04 Rds. made
12:32 Rds. made
1:00 Rds made

——— Tour I 10-28-20 cont on pg. 298 ———

000393

298

— 10-28-20 Tour I con't from pg. 297 —

1:28 AM  Rds. made
1:56 AM  Rds. made
2:29 AM  Rds. made
2:50 AM  Count of 26-26-0 called into Sgt. Richter
2:52 AM  Rds. made
3:00 AM  Count clear via base
0310   Watercannond RS all galleries
3:20 AM  Rds. made
3:48 AM  Rds. made
4:16 AM  Rds. made
4:44 AM  Rds. made
4:50 AM  Count of 26-26-0 called into Lt. Lemose
4:57 AM  Nurse Robinson on unit for rds. Female on unit announced, Escorted by C.O. On
     Sees calls 1, 9, 14 off unit @ 5:10 AM
5:02 AM  Count clear via base
5:13 AM  Rds. made
5:40 AM  Rds. made, water turned on in cell 30
6:03 AM  Feed up on unit. All inmates accept
6:08 AM  Rds. made
6:19 AM  Feed up trays picked up, water turned off in cell 30
6:36 AM  Rds. made

Date: 10-28-20
Shift: 7-3
Count: 26-26-0
Keys: 136-147
Radio: 27
C.O. on Duty: Howell, Drake, Sylvester
Tools accounted for: RH
Razors accounted for: 37 new
Read Post Descr: RH
AED Checked: RH

6:40a  C.O. R. Howell on duty
6:40a  Rds. on Unit —
7:00a  Count 26-0 Lt. Harrenger accepts —
7:00a  Rds. on Unit —
7:05a  Fire + Safety complete / Emergency hatch
7:05a  Checked All Class A + B tools accounted for
7:10a  Supply cart Rd- announced on Unit —
7:30a  Rds on Unit —
8:00a  Rd. on Unit —
8:10a  Mrs. J. Kampnich ORC Rds. — Female on Unit —
8:30a  Rds on Unit —
8:35a  C.O. Hermonowski on Unit - Unit #19 (serving tickets)
8:35a  R-24 —

000394

10-28-20

299



# SHU ACTIVITY LOG
## GALLERY A

C - COMPLETED  
R - REFUSED  
D - DEPRIVED  
N - NOT REQUIRED  
N/A - NOT APPLICABLE

CL - COUNSELOR  
M - MEDICAL  
F - FAITH/ADVISOR  
H - HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ▉ | | 4:48 PM | 4:07 PM | R | | | C | |
| 2 | ▉ | | 4:10 PM | 4:28 PM | R | | | C | |
| 3 | ▉ | | 4:08 PM | 4:11 PM | R | | | C | |
| 4 | ▉ | | R | ___ | | | | | INITIAL TIP CARE  8:35 AM / 2:51 PM |
| 5 | ▉ | | 4:57 PM | 5:07 AM | R | | | C | RAZOR |
| 6 | ▉ | | 5:03 PM | 5:12 PM | R | | | C | |
| 7 | ▉ | | 5:16 PM | 5:27 AM | R | | | C | RAZOR |
| 8 | ▉ | | | | | | | | INITIAL TIP CARE  7:27 AM |
| 9 | ▉ | | 5:29 PM | 5:42 PM | R | | | C | |
| 10 | ▉ | | | | R | | | C | |
| 11 | ▉ | | 5:33 PM | 5:7 PM | R | | | C | |
| 12 | ▉ | | 5:57 AM | 5:49 PM | R | | | C | RAZOR |

*Howell*

# SHU ACTIVITY LOG
## GALLERY B

C - COMPLETED  
R - REFUSED  
D - DEPRIVED  
N - NOT REQUIRED  
N/A - NOT APPLICABLE

CL - COUNSELOR  
M - MEDICAL  
F - FAITH/ADVISOR  
H - HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc |
|---|---|---|---|---|---|---|---|---|---|
| 13 | ▉ | | 4:44 AM | 4:54 AM | R | | | C | RAZOR |
| 14 | ▉ | | R | ___ | R | | | C | |
| 15 | ▉ | | 4:15 AM | 4:26 AM | R | | | C | |
| 16 | ▉ | | 4:56 AM | 5:05 AM | R | | | C | RAZOR |
| 17 | ▉ | | 5:06 AM | 5:12 AM | R | | | C | |
| 18 | ▉ | | 5:15 PM | | R | | | C | |
| 19 | ▉ | | 5:22 AM | 5:31 AM | R | | | C | |
| 20 | | | ___ | | | | | | |
| 21 | ▉ | | R | ___ | R | | | C | RAZOR |
| 22 | ▉ | | R | ___ | R | | | C | |
| 23 | | | | | | | | | |
| 24 | ▉ | | R | ___ | R | | | C | |

8PM Check   *Howell*

# SHU ACTIVITY LOG
## GALLERY C

C - COMPLETED  
R - REFUSED  
D - DEPRIVED  
N - NOT REQUIRED  
N/A - NOT APPLICABLE

CL - COUNSELOR  
M - MEDICAL  
F - FAITH/ADVISOR  
H - HAIRCUT

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc |
|---|---|---|---|---|---|---|---|---|---|
| 25 | ▉ | | 4:44 AM | 4:44 AM | R | | | C | RAZOR |
| 26 | ▉ | | 4:46 | 4:56 | R | | | C | |
| 27 | ▉ | | 4:02 PM | 4:24 AM | R | | | C | |
| 28 | ▉ | | 4:52 AM | 5:02 AM | R | | | C | |
| 29 | ▉ | | | | | | | | |
| 30 | ▉ | | R | ___ | R | | | C | |
| 31 | | | | | | | | | |
| 32 | ▉ | | 4:04 PM | 5:14 PM | R | | | C | |

*Howell*

300

10-28-20

8:45ₐ Lt. Harrenger on Unit —

8⁵⁵ₐₘ Lt. Harrenger UA OBS

8:56ₐₘ Sgt. Wicks on Unit —

8:59ₐ Sgt. Wicks Rd. on Unit - all galleries —

9:00ₐ Co. Dueorn on Unit

9:00ₐ Rd. on Unit —

9:02ₐ Sgt. CW UIA rds all galls

9:05ₐ C-30 ████████████ escorted to

9:05ₐ infirmary Co. Derovin + Sgt. Wicks (Tele-Mor

9:05ₐ C-30 ████████████ returns to Unit -

9:20ₐ C-30 ████████████ water turned on —

9:30ₐ Rd. on Unit —

9:40ₐ Lt. Kelsey on Unit Captain —

9:43ₐ Lt. Kelsey Captain Rd. on Unit - all galls.

9:43 (Lt. UA R) Kelsey A (capt. R)

9:59ₐ Mr. M. Davis on Unit = Tier assistance —

10:00ₐ Rds. on Unit —

10:15ₐ Feed-up arrives on Unit —

10:20ₐ B-21 ████████████ refused Feed-up t.

10:30ₐ Rd. on Unit —

10:35ₐ OSI Investigators Mr. Cornish + Mr. Holme.

10:35ₐ on Unit (Interview B-22 ████████

10:35ₐ SHU Interview room (mask given to in.

11:00ₐ Count 26-0 Lt. Harrenger accepts.

11:00ₐ Rds. on Unit —

11:30ₐ Rd. on Unit —

12:00ₚ Rds. on Unit —

12:30ₚ Rd. on Unit —

1:00ₚ C-30 ████████████ water turned

1:00ₚ Rds. on Unit —

1:15ₚ Nurse Mckenzie on Unit (New Admission)

1:15ₚ Female on Unit —

1:30ₚ Rds. on Unit —

2:00ₚ Rds. on Unit —

2:15ₚ Dep. Knapp on Unit —

2:30ₚ Rd. on Unit —

2:45ₚ Rd. on Unit —

000396

SHU Admission

Name: (L) ███████████

Date: 10-27-20    Time: 1:00pm    From: E-2-18

Authorization: W/C Lt. Harmyer    To SHU: A-4

Admission Type: Regular    cell Inspected ✓

Disposition: Disciplinary release NWF/MOO  12-27-20 SHU

Escorts: C.o. Hermanowski

C.O. Conducting Frisk: C.o. Sylvester    Sgt. Wicks

OMH Screening Form 3152 Results Passed

Nurse Method of Admission Nurse McKenzie    Time: 1:04pm

---

**SHU/LTKL – SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)**

INMATE NAME: ███████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt. Wick

MH REFERRAL NEEDED: ☑ NONE    ☐ REGULAR    ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: NO

OMH (OR MEDICAL) DIRECTION GIVEN: NO

NAME OF _____ COMMANDER NOTIFIED: NO

WATCH _____ ACTION GIVEN: NO

---

Date: 10-28-20    W/C    LT. Ro

Shift: 3-11

Count: 27-0    Masks - 13

Keys: 136-147

Radio: 27    AREA SUP. SGT. Ni

C.O. on Duty: R. Duckett, Mansour, Russou

Tools accounted for: ✓ Yes

Razors accounted for: 37 new

Read Post Description: (w)

AED Checked: APPEARS OPERABLE    RCMOVED PREVIOUS SHIFT

2:55 PM C.O. R. DUCKET ON DUTY WITH STATES EQUIPMENT, ALL EQI APPEALS TO BE OPERATIONAL, ALL A + B TOOLS ARE ACCOUNT CHECKED EMERGENCY HATCH, KEY, AND YELLOW POLE, RAZORS 37-N 27, IN-27, OUT-0,

3:03 PM BOOK CART / LIBRARY ON THE GO AROUND ON ALL GALLERIES

3:07 PM C-26-███████ BACK IN CELL FROM HEARING

3:17 PM ROUNDS MADE ON ALL GALLERIES

3:20 PM D.S.S. J. Clapp WAR/All galleries. NT

3:25 PM CONDUCTED THE COUNT, CENSUS-27, IN-27, OUT-0, CALLED COUNT LT. ROGERS, HE ACCEPTS

3:50 PM C.Y.C.F. COUNT IS CLEARED VIA RADIO

3:52 PM ROUNDS MADE ON ALL GALLERIES

3:50 PM A-4 ███████ GIVEN THE TELEPHONE FOR HIS INITIAL TELE CALL, CALLENDED AT 3:51 PM

3:38 PM C-30-███████ WATER TURNED ON AT THIS TIME, WAT OFF AT 5:11 PM

4:00 PM SHOWERS BEGUN ON ALL GALLERIES

4:00 PM ROUNDS MADE ON ALL GALLERIES

4:03 PM CALLED NURSE LEAVERY, B-17-███████ REQUESTED SICK-CALL, NOTIFIED AREA SUPERVISOR

4:14 PM NURSE T.O'CONNOR ON UNIT, FEMALE ON UNIT ANNOUNCED, NURSE SEE

WEDNESDAY, OCTOBER 28, 2020, TOUR III (3-11), CONTINUED ON PAGE

302

WEDNESDAY OCTOBER 28, 2020, TOUR III (3-11), CONTINUED FROM PAGE

███████████████, EVALUATED AND PLACED BACK IN CELL AT 4:17

4:25 PM  SGT CALL & RICARDO AGUILER, Interview UB

4:28 PM  ROUNDS MADE ON ALL GALLERIES, MAIL ISSUED ON ALL GALLERIES

4:30 PM  DINNER MEALS SERVED ON ALL GALLERIES, ALL INMATES ACCEPT MEALS

4:38 PM  LAW LIBRARY, C.O. S. BLACK ON UNIT, MAKES ROUND ON ALL GALLERIES

4:46 PM  ROUNDS MADE ON ALL GALLERIES

4:57 PM  DINNER MEALS TRAYS PICKED UP

5:24 PM  ROUNDS MADE ON ALL GALLERIES

5:52 PM  ROUNDS MADE ON ALL GALLERIES, RAZORS ISSUED TO A-5-████████
A-7-██████████  A-12-  ██████████████  B-13-██████
B-16-████████████  B-21-████████  AND C-25-██████
NEW RAZOR COUNT IS 26

6:20 PM  ROUNDS MADE ON ALL GALLERIES, USED RAZORS PICKED UP AND INTO THE "USED RAZOR CONTAINER"

6:30 PM  SGT. NICKS ON UNIT WITH INMATE ███████████████████,
BY C.O. D.G NEST, INMATE ██████████████ ON UNIT FOR IN PROCESSING
SHU, WILL BE HOUSED IN SHU-C-31, CELL SEARCHED BY C.O. RUSSELL,
BAND FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIFIED MOVEMENT CONTROL
CENSUS IS 28

### SHU Admission

Name: (L) ██████████  (F) ██████████  Din # ████████████

Date: OCTOBER 28, 2020  Time: 6:30 PM  From: A-1-99B

Authorization: LT. ROGERS  To SHU- C-31

Admission Type: DET

Disposition: PENDING  IPC

Escorts: C.O. D.C NEST

C.O. Conducting Frisk: C.O. RUSSELL  SGT. NICKS

OMH Screening Form 3162 Results  N/A

Nurse Notified of Admission NURSE  Time: 6:30 PM

SHU/CELL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ██████████████  DIN: ██████████

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): SGT. NICKS

MH REFERRAL NEEDED:  ☒ NONE  ☐ REGULAR  ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED:  N/A

OMH (OR MEDICAL) DIRECTION GIVEN:  N/A

NAME OF WATCH COMMANDER NOTIFIED:  LT. ROGERS

WATCH COMMANDER DIRECTION GIVEN:  NONE

6:46 PM  ROUNDS MADE ON ALL GALLERIES

6:50 PM  SGT. NICKS ON UNIT WITH INMATE ██████████████████ ES
BY C.O. BARNIAC, INMATE █████████████ ON UNIT FOR IN
ING, WILL BE HOUSED IN SHU-A-8,- CELL WAS INSPECTED B
MARSHALL, NO CONTRABAND FOUND, NOTIFIED NURSE T. O'CONNOR,
MOVEMENT CONTROL, NEW CENSUS IS 29

WEDNESDAY, OCTOBER 28, 2020, TOUR III (3-11), CONTINUED ON PAGE #

WEDNESDAY, OCTOBER 28, 2020 TOUR III (3-11), CONTINUED FROM PAGE #302

### SHU Admission

Name: (L) ███████ (F) ███████   Din # ███████

Date: OCTOBER 28, 2020   Time: 6:50 PM   From: C-1-14B

Authorization: LT. ROGERS   To SHU- A-8

Admission Type: DET

Disposition: PENDING   FIGHTING

Escorts: C.O. BARNIAC

C.O. Conducting Frisk  C.O. RUSSEN   Sgt. NICKS

OMH Screening Form 3152 Results  N/A

Nurse Notified of Admission  NURSE T. O'CONNOR   Time: 7:4█ PM

INMATE NAME: ███████   DIN ███████

SUPERVISOR COMPLETING SCREENING: SGT. NICKS

MH REFERRAL NEEDED: ☒ NONE  ☐ REGULAR  ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A

OMH (OR MEDICAL) DIRECTION GIVEN: N/A

NAME OF WATCH COMMANDER NOTIFIED: LT. ROGERS

WATCH COMMANDER DIRECTION GIVEN: N/A NONE

7:05 PM  SGT. MAC KAY ON UNIT WITH INMATE ███████ ESCORTED BY C.O. VAN TASSELL, INMATE ███████ IS ON UNIT FOR IN PROCESSING, WILL BE HOUSED IN SHU-B-20, CELL SEARCHED BY C.O. MARSHALL, NO CONTRABAND FOUND, NOTIFIED NURSE R. LEAVONY, NOTIFIED MOVEMENT CONTROL, NEW CENSUS - 30

### SHU Admission

Name: (L) ███████   Din # ███████

Date: OCTOBER 28, 2020   Time: 7:05 PM   From: B-1-20B

Authorization: LT. ROGERS   To SHU- B-20

Admission Type: DET

Disposition: PENDING   FIGHTING

Escorts: C.O. VAN TASSELL

C.O. Conducting Frisk  C.O. MARSHALL   Sgt. MAC KAY

OMH Screening Form 3152 Results  N/A

Nurse Notified of Admission  NURSE R. LEAVONY   Time: 7:10 PM

INMATE NAME: ███████

SUPERVISOR COMPLETING SCREENING: SGT. MACKAY

MH REFERRAL NEEDED: ☒ NONE  ☐ REGULAR  ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A

OMH (OR MEDICAL) DIRECTION GIVEN: N/A

NAME OF WATCH COMMANDER NOTIFIED: LT. ROGERS

WATCH COMMANDER DIRECTION GIVEN: NONE

7:16 PM  ROUNDS MADE ON ALL GALLERIES

7:27 PM  A-8-███████ GIVEN TELEPHONE FOR HIS INITIAL TELEPHONE CALL, CALL ENDED

7:30 PM  SGT. NICKS ON UNIT WITH INMATE ███████ ESCORTED. CO. VAN TASSELL, INMATE ███████ ON UNIT FOR IN PROCESSING, WILL BE HOUSED IN B-23, CELL SEARCHED BY C.O. MARSHALL, NO CONTRABAND FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIFIED MOVEMENT CONTROL, NO CENSUS IS 31

7:44 PM  ROUNDS MADE ON ALL GALLERIES

WEDNESDAY, OCTOBER 28, 2020, TOUR III (3-11), CONTINUED ON PAGE #304

304

WEDNESDAY, OCTOBER 28, 2020, TOUR IV (3-11), CONTINUED FROM PAGE # 303

**SHU Admission**

Name: (L) ▮▮▮▮▮ (F) ▮▮▮▮▮   Din # ▮▮▮▮▮   From: B-1-49B

Date: October 28, 2020   Time: 7:38 PM   To SHU- B-23

Authorization: LT. ROGERS

Admission Type: DST.

Disposition: PENDING   FIGHTING

Escorts: C.O. VAN TASSEL   Sgt. NICKS

C.O. Conducting Frisk C.O. MARSHALL

OMH Screening Form 3152 Results   N/A

Nurse Notified of Admission   NURSE T. O'CONNOR   Time: 7:39 PM

SHU ▮▮

INMATE ▮▮▮▮▮   SGT. NICKS

SUPERVIS ▮▮   ▮▮▮▮ DATE

MH REFER ▮▮   ▮▮ CONTACTED: N/A

NAME OF C ▮▮   N/A

OMH (OR ▮▮   LT. ROGERS

NAME OF W ▮▮   NONE

WATCH COMMAN ▮▮

8:15 PM   ROUNDS MADE ON ALL GALLERIES   ▮▮▮▮▮ ES

8:30 PM   SGT. NICKS ON UNIT WITH INMATE ▮▮▮▮▮ IS ON UNIT FOR INF BY C.O. LYNG, INMATE ▮▮▮▮▮ ING, WILL BE HOUSED IN SHU-C-29, CELL SEARCHED BY C.O. RUSS CONTRABAND FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIFIED ▮ MENT CONTROL, NEW CENSUS IS 32.

**SHU Admission**

Name: (L) ▮▮▮▮▮ (F) ▮▮▮▮▮   Din # ▮▮▮▮▮   From: B-1-39B

Date: October 28, 2020   Time: 8:38 PM   To SHU- C-29

Authorization: LT. ROGERS

Admission Type: DST.

Disposition: PENDING   FIGHTING

Escorts: C.O. LYNG   Sgt. ~~MARSHALL~~ NICKS

C.O. Conducting Frisk C.O. MARSHALL

OMH Screening Form 3152 Results   N/A

Nurse Notified of Admission   NURSE T. O'CONNOR   Time: 8:45 PM

SHU ▮▮

▮▮▮ OF ▮▮   SGT. NICKS

SUPERV ▮▮   ▮▮▮ DATE

MH REFER ▮▮   ▮▮ CONTACTED: N/A

NAME OF CIVIL ▮▮   N/A

OMH (OR MED ▮▮   LT. ROGERS

NAME OF WATCH ▮▮   NONE

WATCH COMMANDE ▮▮

8:40 PM   ROUNDS MADE ON ALL GALLERIES   A-5- ▮▮

9:00 PM   TABLETS PICKED UP FROM A-3- ▮▮▮▮▮ B-16- ▮▮▮▮▮ , AND B-21- ▮▮▮▮▮

9:09 PM   ROUNDS MADE ON ALL GALLERIES

9:33 PM   ~~NURSE~~ MS. CERVANTEZ AND C.O. CLEMONT, J. ON UNIT, FEMA ANNOUNCED, SEES INMATE ▮▮▮▮▮   OUT OF CELL AT

9:51 PM   ROUNDS MADE ON ALL GALLERIES

10:00 PM   C-29- ▮▮▮▮▮ BACK IN HIS CELL

ON 28, 2020, TOUR III (3-11), CONTINUED ON PAGE

000400

Wednesday, October 28, 2020, Tour III (3-11), continued from page #304

10:06 PM Rounds made on all galleries, tablets picked up from A-2-███ ███ A-9-███ ███ A-10-███ ███, B-14-███ ███ and B-22-███

**SHU Discharge**

Name: ███████████          Din # ████████

Date: October 28, 2020     Time Released: 10:10 PM

Reason: Drafted Out

Released To: C.O. Dorioun and C.O. Rogers

**SHU Discharge**

Name: ███████████          Din # ████████

Date: October 28, 2020     Time Released: 10:16 PM

Reason: Drafted Out

Released To: C.O. Dorioun and Rogers

**SHU Discharge**

Name: ███████████          Din # ████████

Date: October 28, 2020     Time Released: 10:27 PM

Reason: Drafted Out

Released To: C.O. Dorioun and C.O. Rogers

10:31 PM Conducted the count, census- 24, in-24, out- 0, called count into the W/C LT. Petrie, he accepts

10:34 PM Rounds made on all galleries

10:40 PM C.V.C.F. count is cleared via phone

10:43 PM **SHU Discharge**

Name: ███████████          Din # ████████

Date: October 28, 2020     Time Released: 10:43 PM

Reason: Drafted Out

Released To: C.O. Black, S. and C.O. Hubbard, J.

10:53 PM **SHU Discharge**

Name: ███████████          Din # ████████

Date: October 28, 2020     Time Released: 10:53 PM

Reason: Drafted Out      (issued a face mask)

Released To: C.O. Black, S. and C.O. Hubbard, J.

Inmate issued a face mask

**SHU Discharge**

Name: ███████████          Din # ████████

Date: October 28, 2020     Time Released: 11:06 PM

Reason: Drafted Out

Released To: C.O. S. Black, and C.O. J. Hubbard

Date: October 29, 2020
Shift: Tour I (11-7)
Count: 24 - 24 - 0
Keys: 136 A - 197A
Radio: 1027
C.O. on Duty: Boone
Tools accounted for: ✓ Yes
Razors accounted for: 26 -new
Read Post Description: ✓
AED Checked: Appears operable    Reviewed previous shifts logbook

W/C      LT. Petrie
Area Sup.    SGT. Knight

11:07 PM C.O. R. Duckett on duty with states equipment, all equipment appears to be operational, all A + B tools are accounted for

Thursday, October 29, 2020, Tour I (11-7), continued on page #306

306

THURSDAY OCTOBER 29, 2020, TOUR I (47), CONTINUED FROM PAGE #305

CHECKED EMERGENCY HATCH, KEY, AND YELLOW POLE, RAZOR 26-NEW, 24, IN-24, OUT-∅

11:12 PM CONDUCTED THE COUNT, CENSUS -24, IN-24, OUT- ∅, CALLED THE CO INTO W/C LT. PETRU, HEADCOUNT

11:17 PM E.V.C.F. COUNT IS CLEARED VIA 848E

4/E 11:02 PM ROUNDS MADE ON ALL GALLERIES

11:30 PM ROUNDS MADE ON ALL GALLERIES

11:35 PM SGT. NICKS ON UNIT WITH INMATE ▮▮▮▮▮▮▮▮▮, ESCO BY C.O. BARRACO, INMATE ▮▮▮▮▮▮▮ IS ON UNIT FOR IN PROC HE WILL BE HOUSED IN B-15, CELL SEARCHED BY C.O. RUSSELL, NO BAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED MOVEMENT CONTROL, COUNT IS 25

+1

### SHU Admission

Name: (L) ▮▮▮▮ (F) ▮▮▮▮    Din # ▮▮▮▮

Date: OCTOBER 29, 2020    Time: 11:55 PM    From: D-1-18B

Authorization: LT. PETRU    T: SHU- B-15

Admission Type: D.R.T.

Disposition: PENDING    FIGHTING

Escorts: C.O. BARRACO

C.O. Conducting F:    C.O. NILSON    SGT NICKS

OMH Screening Form 3 ... results   N/A

Nurse Notified of Admission NURSE ROBINSON    Time: 11:42 PM

INMATE ...                          SGT NICKS

SUPERVISI...

MH REFERRAL ...

NAME OF OMH ...                     N/A

OMH (OR MEDIC...                    LT. PETRU

NAME OF WATCH...                    N/A

WATCH COMMANDER ...                 NONE

### SHU Discharge

11:46 PM

Name: ▮▮▮▮    Din # ▮▮▮▮

Date: OCTOBER 28, 2020    Time Released: 11:46 PM

-1    Reason. DRAFTED OUT

Released To  C.O. DUFFY  AND C.O. THOMPSON

### SHU Discharge

11:51 PM

Name: ▮▮▮▮    Din # ▮▮▮▮

Date: OCTOBER 28, 2020    Time Relea[sed]: 11:51 PM

-1    Reason. DRAFTED OUT

Released To  C.O. DUFFY  AND C.O. THOMPSON

11:58 PM C.O. R. Ducker ROUNDS MADE ON ALL GALLERIES

### SHU Discharge

Name: ▮▮▮▮    Din # ▮▮▮▮

-1    Date: OCTOBER 28, 2020    Time Released: 12:01 AM

Reason: DRAFTED OUT

Released To  C.O. DUFFY  AND C.O. THOMPSON

12:24 AM SGT. MacKAY ON UNIT WITH INMATE ▮▮▮▮

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUE 000400N PAGE #

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED FROM PAGE #306

BY C.O. DWYER, INMATE ██████████ IS ON UNIT FOR IN PROCESSING, WILL BE HOUSED IN B-17, CELL SEARCHED BY C.O. RUSSELL, NO CONTRABAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED MOVEMENT CONTROL, NEW CENSUS IS 25

**SHU Admission**

Name: (L) ██████████    Din # ████████

Date: OCTOBER 29, 2020    Time: 12:34    From: D-1-398

Authorization: LT. PETRIE    To SHU-. B-17

Admission Type: DET.

Disposition: PENDING

Escorts: DWYER

C.O. Conducting Frisk  C.O. WILSON    SGT MACKAY

OMH Screening Form 3152 Results    N/A

Nurse Notified of Admission  NURSE ROBINSON    Time: 12:23

SGT. MACKAY

N/A

N/A

LT. PETRIE

NONE

12:34 SGT. MACKAY ON UNIT WITH INMATE ██████████, ESCORTED BY C.O. LYNS, INMATE DIAZ ON UNIT FOR IN PROCESSING, WILL BE HOUSED IN SHU-A-3, CELL SEARCHED BY CO MARSHALL, NO CONTRABAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED MOVEMENT CONTROL, NEW CENSUS-26

**SHU Admission**

Name: (L) ██████████    Din # ████████

Date: OCTOBER 29, 2020    Time: 12:34    From: G-1-7

Authorization: LT. PETRIE    To SHU- A-3

Admission Type: DET

Disposition: PENDING    FIGHTING

Escorts: C.O. LYNS

C.O. Conducting F.  C.O. DWYER    SGT MACKAY

OMH Screening Form 3152 Results    N/A

Nurse Notified of Admission  NURSE ROBINSON    Time: 12:33

SGT. MACKAY

NAME OF OMH CLINICIAN (OR CLINICAL STAFF IF NO CLINICIAN ON DUTY) CONTACTED:    N/A

OMH (OR MEDICAL) DIRECTION GIVEN:    N/A

NAME OF WATCH COMMANDER NOTIFIED:    LT. PETRIE

WATCH COMMANDER DIRECTION GIVEN:    NONE

12:26 ROUNDS MADE ON ALL GALLERIES

12:54 ROUNDS MADE ON ALL GALLERIES

12:57 SECURITY CHECK WITH ARSENAL, CENSUS-26, IN-26, OUT-0

1:00 SGT. MACKAY ON UNIT WITH INMATE ██████████ ES-CORTED BY C.O. DWYER, INMATE ██████████ ON UNIT FOR IN-PROCESSING, WILL BE HOUSED IN SHU-C-27, CELL SEARCHED BY C.O. WILSON NO CONTRABAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED MOVEMENT CONTROL

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED ON PAGE #308  000308

308

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED FROM PAGE #307

NEW CENSUS IS 27

## SHU Admission

Name: (L) [redacted]    (F) [redacted]    Din # [redacted]    From: D-1-28∅

Date: OCTOBER 29, 2020    Time: 1:48 AM    To SHU- C-27

Authorization: LT. PETRIE

Admission Type: DET.

Disposition: PENDING    FIGHTING

Escorts: C.O. DWYER

C.O. Conducting Frisk   C.O. LYNG    N/A

OMH Screening Form 3152 Results   N/A

Nurse Notified of Admission   NURSE ROBINSON    Time:

[redacted form fields]    SGT. MACKAY    N/A

×    N/A
LT. PETRIE
NONE

1: 2:00 PM  SGT. MACKAY ON UNIT WITH INMATE [redacted] IS ON UNIT FOR 11 BY C.O. DWYER, INMATE [redacted] HE WILL BE HOUSED IN B-18, CELL WAS SEARCHED BY NO CONTRABAND FOUND, NOTIFIED NURSE ROBINSON, NOTIFIED M TROL, NEW CENSUS IS 28

## SHU Admission

Din # [redacted]

Name: (L) [redacted]    (F) [redacted]    Time: 1:38    From: D-1-

Date: OCTOBER 29, 2020    To SHU- B-18

Authorization: LT. PETRIE

Admission Type: DET.

Disposition: PENDING

Escorts: C.O. LYNG    SGT. MACKAY

C.O. Conducting Frisk   C.O. NELSON

OMH Screening Form 3152 Results   N/A

Nurse Notified of Admission   NURSE ROBINSON    Time:

[redacted form fields]    SGT. MACKAY

SGT. MACKAY
N/A
LT. PETRIE
NONE

1: 22 PM  ROUNDS MADE ON ALL GALLERIES
1: 44 AM  SGT. MACKAY ON UNIT WITH INMATE [redacted]
ESCORTED BY C.O. KEEFER, INMATE [redacted]
FOR INPROCESSING, HE WILL BE HOUSED IN A-5, CELL
C.O. WILSON, NO CONTRABAND IS FOUND, NOTIFIED NURSE
MOVEMENT CONTROL, NEW CENSUS IS 29

1: 50 PM  SGT. MACKAY ON UNIT WITH INMATE [redacted]    ON

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED FROM PAGE #308

## SHU Admission

Name: (L) ▮▮▮▮    (F) ▮▮▮▮    Din # ▮▮▮▮

Date: OCTOBER 29, 2020    Time: 1:50PM    From: D-2-21B

Authorization: LT. PETRIE    SHU- A-5

Admission Type: DET

Disposition: PENDING    FIGHTING

Escorts: C.O. KOEFER

C.O. Conducting Frisk    CO. DWYER    Sgt. MacKay

OMH Screening Form 3152 Results    N/A

Nurse Notified of Admission    NURSE ROSINSKI    Time: 1:25PM

|  |  |  |  |
|---|---|---|---|
| ▮▮▮▮ | | ▮▮▮▮ | |
| SUP... | | SGT. MacKay | |
| MH DEPER... | ✗ | | |
| NAME OF... | | | N/A |
| OMH (OR MED... | | N/A | |
| NAME OF W... | | LT. PETRIE | |
| WATCH COMMANDER... | | NONE | |

1:50PM SECURITY CHECK WITH ALARM, CENSUS 30, IN-30, MH-0, ROUNDS MADE

2:00PM Sgt Mackay V/P R/h R/v on all gallerys NO ISSUES

-ING, HE WILL BE HOUSED IN SHU- C-32, CELL WAS SEARCHED BY C.O. WILSON, NO

CONTRABAND FOUND, NOTIFIED NURSE ROSINSKI, NOTIFIED MOVEMENT CONTROL,

HOW CENSUS IS 30

## SHU Admission

Name: (L) ▮▮▮▮    (F) ▮▮▮▮    Din # ▮▮▮▮

Date: OCTOBER 29, 2020    Time: 1:55PM    From: G-1-45B

Authorization: LT. PETRIE    To SHU- C-32

Admission Type: DET

Disposition: PENDING    FIGHTING

Escorts: C.O. VAN TASSEL

C.O. Conducting Frisk    C.O. WILSON    Sgt. MACKAY

OMH Screening Form 3152 Results    N/A

Nurse Notified of Admission    NURSE ROSINSKI    Time: 1:55PM

|  |  |  |  |
|---|---|---|---|
| ▮▮▮▮ | | ▮▮▮▮ | |
| SU... | | SGT. Mac Kay | |
| MH PREFERAL... | ✗ | | |
| NAME OF OMH... STAFF IF NO OMH ON SITE CONTACTED: | | | N/A |
| OMH (OR MEDICAL... | | N/A | |
| NAME OF WATCH C... | | LT. PETRIE | |
| WATCH COMMANDER DIRECTION GIVEN | | NONE | |

2:10PM ROUNDS MADE ON ALL GALLERYS

2:10PM ROUNDS MADE ON ALL GALLERYS

2:35PM C.O. R DEWITT IS OFF DUTY, RAZORS-26-NEW, CENSUS-30, IN-30, OUT-0

2:55AM CO Boone on unit, count conducted - census 30-30 in - 0 out wk notifi

3:00AM Count clear

3:17AM Rounds made on all galleries

3:40AM Rounds made on all galleries

3:44AM Rounds made on all galleries.

4:17AM ▮▮▮▮ ... round)

THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED ON PAGE #310

310

| | |
|---|---|
| | THURSDAY, OCTOBER 29, 2020, TOUR I (11-7), CONTINUED FROM PAGE # 309 |
| 4:42AM | Rounds made on all galleries |
| 4:52AM | Count conducted on unit, 30-30-∅, w/c notified + accepted |
| 5:00AM | Count Clear - Nurse on unit, female on unit announced - Escorted by CO Wilson |
| 5:10AM | Rounds made on all galleries |
| 5:38AM | Rounds made on all galleries - Water turned on, Destine 20R0172 |
| 5:45AM | Nurse Lori on unit |
| 6:00AM | Chow on unit - All accepted feedups |
| 6:06AM | Rounds made on all galleries |
| 6:20 | Rd. on Unit — |
| 6:40a | Rd. on Unit |

Date: 10-29-20
Shift: 7-3
Count: 30-∅
Keys: 136-147
Radio: 27
C.O. on Duty: Howell, Alles, Donnelley
Tools accounted for: RH.
Razors accounted for: 26 new
Read Post Description: RH.
AED Checked: RH.

| | |
|---|---|
| 6:40a | C.O. R. Howell on duty — |
| 7:00a | Count 30-∅ Lt. LaRose accepts — |
| 7:00a | Rd on Unit. |
| 7:05a | Fire + Safety complete / Emergency hatch |
| 7:05a | checked. All Class A + B tools accounted |
| 7:05a | for. — |
| 7:10a | Supply cart Rd — announced on Unit — |
| 7:30a | Rd. on Unit — |
| 7:35a | SHU Window + Screen check conducted |
| 7:35a | on Unit C.O. Fulton. — |
| 7:55a | Lt. Kelsey on Unit Captain — |
| 7:57a | Lt. / Cpt. / Kelsey A/Capt |
| 8:00a | Rd. on Unit — |
| 8:30a | Rd. on Unit — |
| 8:36a | C-29 ██████████ escorted to SHU |
| 8:36a | Interview room (Interview Sgt. Reinhardt) |
| 9:02AM | Sgt. L. Reinhardt Rms U/A. — |
| 9:00a | Rd. on Unit — |
| 9:30a | C-30 ██████████ water turned on. — |
| 10:00am | Rds on Unit — |
| 10:25a | Feed-up arrives on Unit — |
| 10:30a | Rd. on Unit — |
| 11:00a | Count 32-∅ Lt. LaRose accepts — |
| 11:00a | Rds on Unit — |

10-29-20

3:11

## SHU ACTIVITY LOG
### GALLERY A

C - COMPLETED
R - REFUSED
D - DEPRIVED
N - NOT REQUIRED

CL - COUNSELOR
M - MEDICAL
F - FAITH/ADVISOR
H - HAIRCUT

N/A - NOT APPLICABLE

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ███ | | R | | | | | C | |
| 2 | ███ | | R | | | | | C | |
| 3 | ███ | | R | | | | | C | INITIAL / T/P call  3:16 PM / 3:25 P |
| 4 | ███ | | R | | | | | C | |
| 5 | ███ | | R | | | | | C | INITIAL / T/P call  3:25 / 3:43 |
| 6 | ███ | | R | | | | | C | INITIAL / T/P call  7:52P |
| 7 | ███ | | R | | | | | C | |
| 8 | ███ | | R | | | | | C | |
| 9 | ███ | | R | | | | | C | |
| 10 | ███ | | R | | | | | C | |
| 11 | ███ | | R | | | | | C | |
| 12 | ███ | | R | | | | | C | |

Howell

## SHU ACTIVITY LOG
### GALLERY B

C - COMPLETED
R - REFUSED
D - DEPRIVED
N - NOT REQUIRED

CL - COUNSELOR
M - MEDICAL
F - FAITH/ADVISOR
H - HAIRCUT

N/A - NOT APPLICABLE

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| 13 | ███ | | R | | | | | C | Property issued |
| 14 | ███ | | R | | INITIAL 6:43 / T/C call 6:51 | | | C | property issued |
| 15 | ███ | | R | | | | | | |
| 16 Empty cell | ███ | | | | | | | C | INITIAL 6:11 / T/P call 6:26 / INITIAL 6:27 / T/P call |
| 17 | ███ | | R | | | | | C | |
| 18 | ███ | | R | | | | | C | |
| 19 | ███ | | R | | | | | C | INITIAL 5:12 / T/P call 5:30 / INITIAL 5:3 / T/P call 6:1 |
| 20 | ███ | | | | | | | | |
| 21 Empty cell | ███ | | R | | | | | C | INITIAL 4: / T/P call 5: |
| 22 | ███ | | R | ISSUED Property | | | C | INITIAL 5:0 / T/P call 5:12 |
| 23 | ███ | | | | | | | C | Property issued |
| 24 | ███ | | R | | | | | C | |

Shu Officer     Howell

## SHU ACTIVITY LOG
### GALLERY C

C - COMPLETED
R - REFUSED
D - DEPRIVED
N - NOT REQUIRED

CL - COUNSELOR
M - MEDICAL
F - FAITH/ADVISOR
H - HAIRCUT

N/A - NOT APPLICABLE

| Cell | Inmate Name | DIN # | Shower Begin | Shower End | Exercise Begin | Exercise End | Cell Clean up | Supplies Issued | Misc. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | ███ | | R | | | | | C | |
| 26 | ███ | | R | | | | | C | property issued |
| 27 | ███ | | R | | | | | C | INITIAL / T/P call  3:45 AM / 3:59 PM |
| 28 | ███ | | R | | | | | C | |
| 29 | ███ | | R | | ISSUED Property | | | C | INITIAL / T/P call  4:43 / 4:48 |
| 30 | ███ | | R | | | | | C | |
| 31 | ███ | | R | | | | | C | INITIAL / T/P call  4:28 / 4:36 |
| 32 | ███ | | R | | | | | C | INITIAL / T/P call  4:77 / 4:53 |

Howell

312

10-29-20



**SHU Admission**

Name: (L) ▮▮▮▮▮▮  8:30Am  Din # ▮▮▮▮▮▮

Date: 10-29-20   Time: ▮▮▮Am RH.   From: B-1-42B

Authorization: W/C Lt. LaRose   To SHU- B-16

Admission Type: Regular                                    B-16

Disposition: Pending - Fighting   cell Inspected. not mess

Escorts: C.O. Gaffney

C.O. Conducting Frisk: C.O. Donnelley

OMH Screening Form 3152 Results: Passed.

Nurse Notified of Admission: Nurse Sally   Time: 8:38Am

SHU/CTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)  I and

INMATE NAME: ▮▮▮▮▮   DIN:

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt. Reinhardt

MH REFERRAL NEEDED:  ☑ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: No

OMH (OR MEDICAL) DIRECTION GIVEN: No

NAME OF WATCH COMMANDER NOTIFIED: No

WATCH COMMANDER DIRECTION GIVEN: No

**SHU Admission**

Name: (L) ▮▮▮▮▮   (F) ▮▮▮▮▮   Din # ▮▮▮▮▮

Date: 10-29-20   Time: 9:35 Am   From: A-2-18

Authorization: W/C Lt. LaRose   To SHU- B-21

Admission Type: Regular                            I.P.C.

Disposition: Pending - disciplinary   cell inspected   B-21
not mess

Escorts: C.O. Gaffney

C.O. Conducting Frisk: C.O. Allen   Sgt. Reinhardt

OMH Screening Form 3152 Results: Passed

Nurse Notified of Admission: Nurse Sally   Time: 9:37Am

SHU/CTKL - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮   DIN: ▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING (NAME/TITLE): Sgt. Reinhardt

MH REFERRAL NEEDED:  ☑ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: No

OMH (OR MEDICAL) DIRECTION GIVEN: No

NAME OF WATCH COMMANDER NOTIFIED: No

WATCH COMMANDER DIRECTION GIVEN: No

11:30a   Rd. on Unit -

12:00p   Rd. on Unit -

12:10p   Sgt. Wicks, C.O.'s Drake + Bertrand on Unit -

12:15p   Sgts. Wicks Rd. on Unit - all galleries -

12:22p   Sgt. ▮▮▮▮ w/APWs all gatt

12:30p   B-20 ▮▮▮▮▮   off unit to River Hosp,   Rd on Unit
                                                     C.O.'s Drake + Bertrand -

12:70pm (Physical Theargy)

12:35p   C.O. Hermanowski on Unit -

1:00p   Rd. on Unit -

1:15p   Dep. Knapp on Unit Rd. on Unit - all galleries.

1:18m   DSS ▮▮▮ Rd all units. N.T.R.

1:19p   C-30 ▮▮▮▮▮   Water turned on -

1:22p   Nurse Mckenzie on Unit Rd. Female on unit -

000408

313

10-29-20

1:30p Rd. on Unit —
2:00p Rd. on Unit —
2:05p Rev. Nayle — Rd. on Unit —
2:10p B-20 ▮ returns to Unit —
2:10p Co's Drake + Bertrand
2:30p Rd. on Unit —
2:45p Rd. on Unit —

2:50 PM C.O. R. Duckett on duty with states equipment, all equipment appears to be and accounted for, checked emergency hatch, key, and yellow pre, razors 26, non,

| | |
|---|---|
| Date: | 10-29-20 |
| Shift: | 3-11 |
| Count: | 32 ▮ |
| Keys: | 136-147 |
| Radio: | 27 |
| C.O. on Duty: | R Duckett, Dunnery, Allen. Mark-11 |
| Tools accounted for: | ✓ Yes |
| Razors accounted for: | 26 new |
| Read Post Description: | ⊙ |
| AED Checked: | Appears operable |

Operational, all A & B row w/c LT. Kelsey Acos sup SGT. Hicks
Reviewed previous shifts logbook consus - 32, in - 32, out - ∅

3:04 PM Rounds made on all galleries
3:10 PM A-3-▮ given telephone for his initial telephone call, call ended at 3:25 PM
3:12 PM C-29-▮ out off cell to property room for his property issue, back in cell at 3:23 PM
3:25 PM A-5-▮ given telephone for his initial telephone call, call ended at 3:43 PM
3:29 PM Conducted the count, consus - 32, in-32, out - ∅, called the count into w/c LT. Kelsey, he accepts
3:32 PM Rounds made on all galleries
3:41 PM C.V.C.F. count is cleared via B-14
3:42 PM Nurse L. Schabel is on unit, female on unit announced, nurse sees A-4-▮ A-12-▮ B-13-▮ B-28-▮ takes their temperature
3:45 PM C-27-▮ given the telephone for his initial telephone call, call ended at 3:59 PM

SHU Discharge
3:53 PM
Name: ▮  Din # ▮
Date: October 29, 2020  Time Released: 3:53 PM
Reason: Time Expired
Released To: E-2-24B

SHU Discharge
Name: ▮  Din # ▮
Date: October 29, 2020  Time Released: 3:55
Reason: Time Expired
Released To: E-1-18B
3:55 PM

4:03 PM C-29-▮ given the telephone for his initial telephone call, call ended at 4:11

Thursday, October 29, 2020, Tour III (3-11), continued on page #314

314

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED FROM PAGE ☐

4:10 PM  SGT. NICKS ON UNIT WITH INMATE ▮▮▮▮▮▮ E▮▮▮▮ ED BY C.O. GOKEY, INMATE ▮▮▮▮▮▮▮ IS ON UNIT FOR INPROCESSING, HE WILL BE HOUSED IN SHU-A-7, CELL INSPECTED BY ALLEN, NO CONTRABAND FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIF MOVEMENT CONTROL, NEW CENSUS IS 31

+1

### SHU Admission

Name: (L) ▮▮▮▮▮▮▮▮▮▮   Din # ▮▮▮▮▮▮

Date: OCTOBER 29, 2020   Time: 4:10 PM   From: B-1-46B

Authorization: LT. KERSEY          To SHU- A-7

Admission Type: DET

Disposition: PENDING          DISPLINARY

Escorts: C.O. GOKEY

C.O. Conducting Frisk: C.O. ALLEN          SGT. ALLEN

OMH Screening Form 3152 Results          N/A

Nurse Notified of Admission  Nurse T. O'CONNOR     Time: 4:13 PM

SHU SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

NAME: ▮▮▮▮▮▮▮   DIN: ▮▮▮▮▮▮

SUPERVISOR COMPLETING (NAME/TITLE): SGT. NICKS

MH REFERRAL:  ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A

OMH (OR MEDICAL) DIRECTOR NOTIFIED: N/A

NAME OF WATCH COMMANDER NOTIFIED: LT. KERSEY

WATCH COMMANDER DIRECTION GIVEN: NONE

4:20 PM  C-31- ▮▮▮▮▮▮▮▮ GIVEN THE TELEPHONE FOR HIS INITIAL TEL PHONE CALL, CALL ENDED AT 4:35 PM

4:25 PM  Sgt CW=d u/Anks all galleries

4:30 PM  SGT. NICKS ON UNIT WITH INMATE ▮▮▮▮▮▮▮▮ IS ED BY C.O. GOKEY, INMATE ▮▮▮▮▮▮ ON UNIT FOR INPROCESS WILL BE HOUSED IN SHU-B-22, CELL SEARCHED BY CO ALLEN, NO CONTRABA FOUND, NOTIFIED NURSE T. O'CONNOR, NOTIFIED MOVEMENT CONTROL, NEW CENSUS IS 32

+1

### SHU Admission

Name: (L) ▮▮▮▮▮▮▮▮▮▮   Din # ▮▮▮▮▮▮

Date: OCTOBER 29, 2020   Time: 4:30 PM   From: D-1-17B (ISO#1)

Authorization: LT. KERSEY          To SHU- B-22

Admission Type: DET

Disposition: PENDING          DISCIPLINARY

Escorts: C.O. GOKEY

C.O. Conducting Frisk: C.O. ALLEN          Sgt. WICKS

OMH Screening Form 3152 Results          N/A

Nurse Notified of Admission Nurse T. O'CONNOR     Time: 4:53 PM

SHU/TRO - SUICIDE PREVENTION SCREENING GUIDELINE (3152SHU/KL)

INMATE NAME: ▮▮▮▮▮▮▮         DIN: ▮▮▮▮▮▮

SUPERVISOR COMPLETING SCREENING: SGT. NICKS

MH REFERRAL NEEDED:  ☒ NONE   ☐ REGULAR   ☐ IMMEDIATE

NAME OF OMH CLINICIAN (OR MEDICAL STAFF IF NO OMH ON SITE) CONTACTED: N/A

OMH (OR MEDICAL) DIRECTOR: N/A

NAME OF WATCH COMMANDER NOTIFIED: LT. KERSEY

WATCH COMMANDER DIRECTION GIVEN: NONE

4:35 PM  WATER TURNED ON IN C-30- ▮▮▮▮▮▮         TURNED OFF 4:5

000410

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUES ON PAGE #315

315

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED FROM PAGE #314

4:35 PM Nurse L. Schaber on unit, female on unit announced, nurse sees A-7-[redacted] and B-22-[redacted] for in processing

4:44 PM Rounds made on all galleries

4:4? PM Rounds made on all galleries

4:?? PM C-32-[redacted] given the telephone for his initial telephone call, call ended at 4:53 PM

4:?? PM Law Library, C.O. A. Doxey on unit, female on unit announced, sees C-30-[redacted]

4:5? PM Telephone given to B-22-[redacted] for his initial telephone call, call ends at 5:0? PM

4:57 PM Rounds made on all galleries

5:03 PM B-23-[redacted] given the telephone for his initial telephone call, call ends at 5:20 PM

5:21 PM B-20-[redacted] given the telephone for his initial telephone call, called at 5:36 PM

5:25 PM Rounds made on all galleries

5:28 PM Dinner meals served on all galleries, all inmates accept their meals

5:37 PM B-21-[redacted] given the telephone for his initial telephone call, call ended at 6:10 PM

5:51 PM Dinner meal trays picked up

5:53 PM Rounds made on all galleries

6:11 PM B-17-[redacted] given the telephone for his initial telephone call, call ended at 6:26 PM

6:21 PM Rounds made on all galleries

6:27 PM B-18-[redacted] given the telephone for his initial telephone call, call ended at 6:42 PM

6:43 PM B-15-[redacted] given the telephone for his initial telephone call, call ended at 6:59 PM

6:?? PM Water turned on in C-30-[redacted] cell 7:10 PM

6:4? PM Rounds made on all galleries

7:0? PM A-7-[redacted] given the telephone for his initial telephone call, call ended at 7:17 PM

7:17 PM Rounds made on all galleries

7:4? PM Rounds made on all galleries

8:0? PM Counselor Ms. Cervantez and C.O. Ellsbury on unit, female on unit announced, sees A-5-[redacted] in tier housing office, back in cell at 8:4? PM

8:14 PM Rounds made on all galleries

8:42 PM Rounds made on all galleries

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED ON PAGE #316

000411

316

THURSDAY, OCTOBER 29, 2020, TOUR III (3-11), CONTINUED FROM PAGE #315

8:52 AM COUNSELOR CERVANTEZ SEES B-21-DIAZ-18R1678, IN TIER HEARING OFFICE.

9:10 AM ROUNDS MADE ON ALL GALLERIES

9:31 AM ROUNDS MADE ON ALL GALLERIES

10:05 AM ROUNDS MADE ON ALL GALLERIES, PICKED UP TABLETS FROM A-10-███████ , B-14-███ , ███████ C-28-███████ , C-30-███████

10:33 AM ROUNDS MADE ON ALL GALLERIES

10:51 AM CONDUCTED THE COUNT, CENSUS -32, IN-32, OUT- 0. CALLED COUNT INTO W/C LT. HARRINGER, HE ACCEPTS

11:00 AM C.V.C.F. COUNT IS CLEARED VIA BASE

11:01 AM ROUNDS MADE ON ALL GALLERIES

11:05 AM C.O. R. DUCKETT OFF DUTY, RAZOR 26-NEW, CENSUS - 32, IN-32, OUT

Date: 10 - 30 - 20
Shift: TOUR I (11-7)
Count: 32 - 32 - 0
Keys: 136 - 147
Radio: 1827
C.O. on Duty: C. BOONE
Tools accounted for: ✓
Razors accounted for: 26-NEW
Read Post Description: ✓
AED Checked:

CO Wilson  CO Duffy
Rounds + Cell frisks on empty cells

11:05 PM CO Boone on unit, female announced, on duty w/ All state issued equipment tools accounted for, verbal census 32

11:15 PM Conducted the Count, 32-32-0 W/C Notified + accepted

11:30 PM Rounds made on all galleries

11:58 PM Rounds made on All galleries

12:05 AM Cells Searched, 19 No Contraband found

**SHU Discharge**

Name: ███████    Din #: ███████
Date: 10/30/2020    Time Released: 12:10 AM
Reason: Time expired    SGT Martin
Released To: Infirm Ward 7B

**SHU Discharge**

Name: ███████    Din #: ███████
Date: 10/30/2020    Time Released: 12:10 AM
Reason: Time expired    SGT Martin
Released To: Infirm Ward 5B

**SHU Discharge**

Name: ███████    Din #: ███████
Date: 10/30/2020    Time Released: 12:10 AM
Reason: Time expired    SGT Martin
Released To: Infirm Ward 6B

Cont 317

000412

EXHIBIT D

CARRION 000217

**Cape Vincent Correctional Facility**
**ALTERCATION/FIGHT INVESTIGATION FORM**

To:    Lt. C. Petrie

From:  Sgt. L. MacKAY

Date:  <u>10/29/2020</u>

A. Inmates Involved:

| Inmates Involved: | Din: | Bed Location: | Aggressor?: | Moved?: | New Bed Location: |
|---|---|---|---|---|---|
| 1.  Cooper, Matthew | 19A1582 | G-1-45 | Y ☒ N ☐ | Y ☒ N ☐ | SHU C-32 |
| 2.  Diaz, Hector | 19R0776 | G-1-7 | Y ☐ N ☒ | Y ☒ N ☐ | SHU A-3 |
| 3.  Carrion, Damien | 17R3214 | G-1-24 | Y ☐ N ☒ | Y ☒ N ☐ | E-2-18 |
| 4. | | | Y ☐ N ☐ | Y ☐ N ☐ | |

B. Location of incident:  G-1 Dorm

C. Investigation Report: As reported to me on 10-28-2020 at approximately 9:45pm Officer E. Beadle observed inmates Cooper and Diaz square off in front of the Officer's station. Inmates Cooper and Diaz then began to throw closed fist blows to each others head and face area. CO Beadle gave several direct orders to stop fighting, both inmates ignored the order to stop fighting. Inmate Carrion then jumped in and started to throw closed fist blows at inmate Cooper. This fight caused aproximately 20 inmates to stop what they were doing and take notice, causing a disruption in the dorm. Officer Beadle gave a second and then a third direct order to stop fighting, again all three inmates ignored the order and continued to fight. Beadle then called a red dot response via his PAS. I showed up along with the response team. The 3 inmates who were fighting took notice of the response team and ceased fighting and complied with all staff directions. All inmates were placed in mechinical restraints and were escorted to the infirmary to be seen by medical staff. Watch Commander LT. C. Petrie was notified and made the following moves. Inmate Cooper was moved to SHU C-32, Diaz was moved to SHU A-3 and Carrion was moved to E-2-18. A 3152 was filled out with no triggers noted on any of the three inmates. Inmates cubes as well as the surrounding area was searched with no contraband found. All three inmate's signed a Protective Custody Waiver.

I interviewed inmate Diaz in the Infirmary and he stated to me he got into a fight and provided no further information. He also admitted to the nurse RN. Robinson he got into a fight. During the interview with inmate Carrion he admitted to me and to RN. Robinson he got the abrasion to the knuckles on his right hand because he hit someone in the mouth. Inmate Cooper denies any involvement or misconduct in G-1 dorm on 10-28-2020.

D. Use of Force: Yes ☐ No ☒
   (If yes, Form 2105 must be completed, attached and forwarded to watch commander.)

E. Weapon Involved: Yes ☐ No ☒ Type:

F. Injuries:    Yes ☒ No ☐
   (If yes, see attach injury reports)

G. Recommendation for Transfer/ Separation:    Yes ☒ No ☐
   If yes, who should be transferred/ separated and why?
Inmate Diaz-During the investigation it was deterinminted that Diaz a Latin King just made his 5th Crown and is believed to have the called the hit on a fellow inmate prior in the day which resulted in a 7 man fight on the walkway during the 5:00 pm chow run.

H. Recommendation of separation/ transfer by Hearing Officer    Yes ☐ No ☐
   Comments: _____
_____
_____

# EXHIBIT E



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## PROTECTIVE CUSTODY WAIVER

I, <u>CARRION, D    17R3214</u>   feel that I have no need for protection from
(Inmate Name)          (DIN)

anyone here at Cape Vincent Correctional Facility.  I feel at this time, that there is no

threat to my life by remaining in the general population of this facility.

Inmate statement

(optional): <u>I dont want P.C (D.C)</u>

Inmate (print name): <u>Damien Carrion</u>

Inmate signature: _____   Date: <u>10-28-20</u>

Interviewer (print name): <u>L. MacKay</u>

Interviewer signature: <u>Sgt LMay</u>   Date: <u>10-28-2020</u>

Cc:   Guidance Unit
      Captains Office

Cape Vincent Correctional Facility, 36560 State Route 12E, Cape Vincent, NY 13618-0599 | (315) 654-4100 | www.doccs.ny.gov

000042

# EXHIBIT F

CARRION 000208

FORM 2171A (10/14)          STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Side 1

_Cape Vincent_ _____ **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Carrion, Danien | 17R3214 | G1 - 24 |

| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| G1 dorm | 10/28/20 | Approx 945 pm |

**3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES**

106.10 Direct order                104.11 Violent Conduct
100.13 fighting
104.13 Disturbance

**4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE**

On the above date and approximate time I Co. Beadle was at my desk on G1 dorm when inmate Cooper 19A1582 And inmate Diaz 19R0776 started fighting in front of my desk in the dorm throwing closed fist blows to each others head and face. I gave several direct orders to stop fighting, both inmates refused. During the fight inmate Carrion 17R3214 joined in the fight. This caused approx 20 inmates to stop what they were doing And started to observe what was going on. The three inmates where given a second direct order to stop fighting. the order went unnoticed And a third direct order was given and I called a Red dot Response via my PAS. Inmates then complied. A response team showed up And escorted all of the inmates off the dorm with No farther Issues.

| REPORT DATE / FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 10/28/20 | E. BEADLE | | Co |

**5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)**     SIGNATURES:
ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)     FIRMAS:  1. _____

2. _____          3. _____

NOTE: Fold back Page 2 on dotted line before completing below.

| 6. WERE OTHER INMATES INVOLVED?   YES ☒  NO ☐ | IF YES, GIVE NAME & # Diaz 19R0776  Cooper 19A1582 |
|---|---|
| ¿HUBO OTROS RECLUSOS ENVUELTOS?   SI ☐  NO ☐ | DE SER SI DÉ LOS NOMBRES Y DIN |

7. AT THE TIME OF THIS INCIDENT: (A) WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION?  YES ☐  NO ☒    (B) WAS INMATE HOUSED IN A SHU CELL?  YES ☐  NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCIDENTE?  SI ☐  NO ☐    OR ♦ O    ¿ESTUVO EL RECLUSO EN UNA CELDA DEL SHU?  SI ☐  NO ☐

(C) AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED?  YES ☒  NO ☐
¿SE CONFINÓ/RESTRINGÓ AL RECLUSO COMO RESULTADO DE ESTE INCIDENTE?  SI ☐  NO ☐

8. WAS INMATE MOVED AT ANOTHER HOUSING UNIT?  YES ☒  NO ☐
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA?  SI ☐  NO ☐
IF YES, (a) CURRENT HOUSING UNIT _E2 -18_        (b) AUTHORIZED BY  Lt. Petrie
DE SER SI, (a) UNIDAD DE VIVIENDA ACTUAL        (b) AUTORIZADO POR

9. WAS PHYSICAL FORCE USED?  YES ☐  NO ☒    (IF YES, FILE FORM 2104) _____
¿SE USÓ FUERZA FISICA?  SI ☐  NO ☐    (DER SER SI, SOMETA EL FORMULARIO No. 2104) _____

AREA SUPERVISOR ENDORSEMENT _____
ENDOSO DEL SUPERVISOR DEL ÁREA _____

Distribution:  WHITE - Disciplinary Office   CANARY - Inmate (After review) ♦ Distribución:  BLANCA - Oficina Disciplinaria   AMARILLA - Recluso (después de la resión)

# EXHIBIT G

# E-2 Dorm

45

Date: _____ 10/29/20 _____

Shift: _____ 11-7 _____

Count: _____ 29-28-1 A/L _____

Keys: _____ 178/180 _____

Radio: _____ 3110 _____

C.O. on Duty: Latour

Tools accounted for: ✓

Razors accounted for: 57

Real Post Description: ✓

WK - Petrie
AWK - Knight
Rover - Bone

10:55 pm  Latour on duty for tour I while E All tools Accounted for

11:00 pm  Fts Done / rounds

11:10 pm  Count taken 29-28-1 out to lobby WK Petrie accepts

11:15 pm  Count Clear

11:30 pm  Rounds made

11:35 pm  (M) Inmate Carrion on unit from G-1-24-7 E-2-18B New
census (30) INMATE IS KIL P/V SGT. MACK's

11:30 pm  G 20L Rounds Rds - cont pt - Rounds announced

12:00 am  Security Call / rounds made

```
┌─────────────────────────────────────────────┐
│              Restriction Log                  │
│                                               │
│  Inmate Carrion      Number 17R3214           │
│                                               │
│  Location E-2-18B  Chow Yes____ No ✓          │
│                                               │
│  Exercise  Yes_____   No ✓                    │
│                                               │
│  Shower  Yes_____  Time_____   No ✓           │
│                                               │
│  Restriction Release Date ~PENDING~           │
└─────────────────────────────────────────────┘
```

12:30 am  (M) Rounds Made

1:00 am  Security Call / rounds made

1:30 am  Rounds Made

2:00 am  Security Call Rounds Made

2:05 am  Sgt Mack's w/a Rds Poem check

2:30 am  Rounds made

2:55 am  Count taken 30-29-1 out to lobby Lt. Petrie Accepts

2:57/A  ρ ∪ ∪ ∿ ∿  ∪∿∿∿  ∿∿

3:00 am  Count Clear

000448

46

3:30 Am — Rounds Made
4:00 Am — Security Call Rounds Made
4:30 Am — Rounds Made
4:57 Am — Count taken 30-29 1 out to lobby L1 before all lights — Temp announced
4:58 Am — w/ Mph Roum #3 Pols — count per key drop
5:00 Am — Count Clear
5:32 Am — Rounds Made
6:00 Am — Insulin / Special Diets
6:03 Am — Razors called & Responda
6:10 Am — SRK call
6:15 Am — Mess hall workers S8
6:30 Am — Rounds Made
6:55 Am — Cd Cafow out but

000449

Date: 10-29-20

Shift: 7-3

Count: 30-29-1 A/L

Keys: 178 / 180

Radio: 3110 3110

C.O. on Duty: C. Woodley

Tools accounted for: ✓

Razors accounted for: 57

Read Post Description: @

**Restriction Log**

Inmate Carrion      Number 17R3214

Location E-2-18    Chow Yes____ No ✓

Exercise Yes____ No ✓

Shower Yes ✓ Time 10:30am No____

Restriction Release Date —Pend—

AM 7:00 C.O. C. Woodley on duty, Count Taken 30-29-1 ① Det Admin Lobby, LT Accepts

1 Fire and Safety Check Completed, All Tools Accounted for

7:09 Count is Clear

7:15 Inmate ████████ off unit to Stateshop, Infirm, Visit Room

7:30 Round Made

8:00 Round Made

8:15 Razors Issued ③ New Total 54

8:2? A/(a)? Keys s/c/t assem cumulatus

8:30 Round Made

8:35 Inmate ████████ off Census for Release, E-2 Census is now

-① 29 M/C Confirms

9:00 Round Made

9:29 Am CO's G#Q on Rds

9:30 Round Made

10:00 Round Made

10:10 Chow Called ⑭ out

10:30 Round Made

11:30 Count Taken 29-28-1 ① Det Admin Lobby, LT Accepts

11:33 Count is Clear

11:36 Insulin Called

11:50 A S. Hanson Capt, R Kelsey Lt. UIA Rnds

PM 12:00 Round Made

12:30 Round Made

1:00 Round Made

1:25 Chow Called ⑩ out

1:30 Round Made

2:00 Round Made

2:10 Inmate ████████ moved from C-1-35 to E-2-19, E-2

+① Census is now ㉚

2:22 Programs Called

Continued on page 48

000450

48

Continued from page 47, Tour II 10-29-20

2:30 Round Made
2:55 End of Tour II, All Tools Accounted for

Date: _____ 10-29-20 _____

Shift: _____ 3-11 _____

Count: _____ 30-29-1 _____

Keys: _____ 178, 180 _____

Radio: _____ 3110 _____

C.O. on Duty: _____

Tools accounted for: _____ ✓

Razors accounted for: 54

Read Post Description: _____

**Restriction Log**

Inmate Carrion          Number 17R3214

Location E-2-18   Chow Yes X   No _____

Exercise Yes _____   No X

Shower Yes X   Time 5:20pm   No _____

Restriction Release Date PENDING

2:55  CO K Brown on duty with all state equipment Accounted
      for F15 completed female on unit announced
3:20  Count taken 30-29-1 Admin Lobby Accepted by Lt Kelsey
3:40  Clear
4:00  Round
4:10  on by Rounds
4:15  Inmate ████████ 21B Now on census 31
      from shu A-7
4:30  Round
5:00  Round
5:20  Chow out ⑦ Inmates
5:30  Round
6:00  Round
6:30  Round
7:00  9 NAGLER - CHAPLON
7:00  Round
7:35  Round
8:00  Round
8:05  Rec out ⑥ Inmates
8:30  Round
9:00  Round
9:05  Inmate ████████ 21 Bed Now off unit moved
      to A27B Census Now 30
9:30  Round

000451

49

Continued from pg 48 Tour III 10-29-20

10:00    Round
10:10    Cont 30-29-1 Admin Lobby Accepted by Lt
10:∞pm  Stewart UA 12ds Bucket observed

Date: _____ 10/30/20 _____
Shift: _____ 11-7 _____
Count: _____ 30-29-1 _____
Keys: _____ 178/180 _____
Radio: _____ 311 0 _____
C.O. on Duty: _____ Latour _____
Tools accounted for: _____ ✓ _____
Razors accounted for: _____ 54 _____
Read Post Description: _____ ✓ _____

| Restriction Log | | |
|---|---|---|
| Inmate _Carrion_ | | Number _17R3214_ |
| Location _E2 18B_ | Chow Yes _____ | No _____ |
| Exercise Yes _____ | No _____ | |
| Shower Yes _____ | Time _____ | No _____ |
| Restriction Release Date _PENDING_ | | |

10:55am CO Latour on Post w/75E All tools Accounted
        for PTS Due
11:00pm Needot 4/man fight
11:15pm count taken 30-29 tout to lobby w/Lt Accepts Ⓜ
11:30pm Rounds made
12:00Am Security call/Rounds made
12:30Am Rounds made
LE 11:55pm Count taken 30-25-5-4 out to hospital lobby 1 to All w/Lt Accepts
12:45    C.O. Lay on unit
12:58am Lt Nyl Rover 7F3 12ds-Fund announced
1:00    Rounds + security call
1:30    Rounds + security call
2:00    Rounds + security call
2:10am @ Co Latour back on unit
2:30Am Rounds made
2:40Am Inmate Carrion 18B moved to Hospital bed 4 permanent new Group 30-29
2:55Am Count taken 29-25-4 30 out to hospital lobby 1 out to All w/Lt Accepts
3:04Am Cnmy Clear

000452

50

3:15 am  Per Movement Inmate ████████ off Unit to SHU-C-28
         Inmate ████████ off unit to SHU-A-4
         Inmate ████████ off unit to SHU-A-12 New Census (26)
3:30 am  Rounds made
3:38/4   Round ❌ Nurse 9AJ
4:00 am  Security call / Rounds made
4:24 am  Inmates Griffin, ████████, ████████ property packed for
         SHU property was unsecured when packed
4:30 am  Rounds Made
4:28 A   ████████ Dom. Council
4:55 am  Cane taken 26-25-100 to Lobby Sgt. Knight Accepts
  am     LC Mph Rounds Rds - cane phy They dup - Rounds announced
5:00 am  count Clear
5:30 am  Rounds made
6 am     Insulin/ specialist rets / Rounds made
6:02 am  Razors offered Ø Respond
6:15 am  Messhall workers
6:30 am  Rounds made
6:55 am  Co4Hour off Duty

Date: 10-30-20
Shift: 7-3
Count: 26
Keys: 178/160
Radio: 310
C.O. on Duty: C. Woodley
Tools accounted for: ✓
Razors accounted for: 54
Read Post Description: (cw)

AM 7:00 C.O. C. Woodley on duty, Count Taken 26-25-1 ① Det Admin Lobby, LT
    1 Accepts, Fire and Safety Check Completed, All Tools Accounted For —
7:12 Count is Clear —
7:30 Round Made —
8:00 Round Made —
8:30 Round Made —

Continued on page 51

51

Continued from page 50, Tour II, 10-30-20

8:43 Chow Called ⑧ Out ——————

4:00 Round Made ——

9:30 Round Made ——————

9:48 Programs Called ③ out ——————

10:00 ILC Meeting Called, Round Made ——

10:20 Special Diets and Messhall Workers Called ——————

10:30 Round Made, Commissary Called

11⁰⁰ Sgt. Murboa on J/2 Rounds ——

11:05 Count Taken 26-25-1 ① Det Admin Lobby, LT Accepts ——————

11:15 Count is Clear ——————

11:30 Round Made ——————

PM 12:00 Round Made ——

12:35 Chow Called ⑪ Out ——————

12:30 Round Made ——————

1:00 Activities Called ——————

1:30 Round Made ——————

2:00 Round Made ——————

2:30 Round Made ——————

⊕① 2:38 Inmate ████████ on unit from draft to E-2-18, E-2 Census is now ㉗ ——

Date: _____ 10-30-20

Shift: _____ 3-11

Count: _____ 26-25-1  A/L

Keys: _____ 178, 180

Radio: _____ 3110

C.O. on Duty: _____ Brown

Tools accounted for: _____ ✓

Razors accounted for: _____ 54

Read Post Description: _____ ✓

2:55pm CO k.Brown on duty with all Steel equipment accounted for F15 completed. Announced female on unit

3:29pm Count taken 27-24 / Admin Accepted by Lt Larose

32⁵ Sgt. Murboa on J/A Round ——————

3:30 CO Lowe on unit / Count clear

3:40 movement

4:00 Round

4:30 messhall, special diets, Round

000454

52

— Continued from pg 51  10/30/29 Tour III —

5:00pm Round made
5:30pm Round made
5:40   Chow out (9) Inmate

6:00   Round
6:30   Activities out
6:40   Rec out (5)
7:00   Round
7:30   Round
8:00   Round
8:10   Razors Announced (3) taken (51) left
8:30   Round
9:00   Round
 2100  DORM ROVER LOWER ROUNDS
9:30   Round
10:00  Count taken 27-26-1 Admin lobby Accepted by Ct
10:30  Clear
 2235  DORM ROVER LOWER ROUNDS
10:50  End of tour