

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

Writer Direct: (518) 776-2599

June 18, 2026

Hon. Mitchell J. Katz
United States Magistrate Judge
Federal Bldg. and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261

Re:     *Carrion v. MacKay*
        *Northern District of New York*
        23-CV-1306 (DNH/MJK)

Dear Judge Katz:

Please accept this letter as Defendant MacKay's respectful request for a short 7-day extension of the current deadline to submit Defendant's reply in further support of his Motion for Summary Judgement. The reply is presently due on June 22, 2026. *See* Def. Mot. for Summ. J., Dkt. No. 50.

The undersigned has been diligently working on the reply papers, but requires additional time because the undersigned has a previously scheduled and approved day off on June 22, 2026 and is also working on another motion for summary judgement due the same day, which requires the coordination, review, and finalization of twelve supporting declarations.

As such, a short 7-day extension, until June 29, 2026 will allow Defendant to provide the Court with a complete and fully considered reply submission. Plaintiff's counsel consents to said request.

Thank you for your kind consideration.


Respectfully submitted,


_____

Rachael S. Ouimet
Assistant Attorney General
Bar Roll No. 703304
Tel: (518) 776-2599
Email: Rachael.Ouimet@ag.ny.gov

TO:    **Sara Wolkensdorfer, Esq.  (CM/ECF)**
          Attorney for Plaintiff